UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DARCY M. BLACK,

                              Plaintiff,

v.

BUFFALO MEAT SERVICE, INC., doing business
as BOULEVARD BLACK ANGUS, also known as
BLACK ANGUS MEATS, also known as BLACK
ANGUS MEATS & SEAFOOD,
ROBERT SEIBERT,
DIANE SEIBERT,
KEEGAN ROBERTS,

                              Defendants.

**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

15-cv-00049

---

| | |
|---|---|
| **MOTION BY:** | Defendants Buffalo Meat Service, Inc., Robert Seibert, Diane Seibert, and Keegan Roberts ("Defendants"). |
| **HEARING:** | At a date and time to be scheduled by Magistrate Judge Hugh B. Scott at the U.S. Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| **SUPPORTING PAPERS:** | Statement of Material Facts, Appendix to Statement of Material Facts, Affirmation of Randolph C. Oppenheimer, Esq. dated August 20, 2019, and Memorandum of Law. |
| **RELIEF REQUESTED & GROUNDS:** | Judgment dismissing the Complaint; There is no genuine issue as to any material fact; Defendants are entitled to judgment as a matter of law on all claims, for the reasons set forth in the supporting papers. |
| **DATED:** August 20, 2019 | **BARCLAY DAMON LLP**<br><br>s/ Randolph C. Oppenheimer<br>Randolph C. Oppenheimer, Esq.<br>Sarah A. O'Brien, Esq.<br>*Attorneys for Defendants*<br>The Avant Building – Suite 1200<br>200 Delaware Avenue<br>Buffalo, New York 14202-2150<br>716-856-5500 – Telephone<br>roppenheimer@barclaydamon.com |