# EXHIBIT A

**\*\*REDACTED\*\*** 846-2010-55216

RECEIVED JUN 1 8 2010

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: Black   First Name: Darcy   MI: M
Street or Mailing Address: 253 Payne Ave.   Apt or Unit #: Lower
City: No. Tonawanda   County: Niagara   State: NY   Zip: 14120
Phone Numbers: Home: (716) 694-4423   Work: (716) 693-4509
Cell: [REDACTED]   Email Address: ∅
Date of Birth: 12/15/1970   Sex: ☐ Male ☒ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions. i. Are you Hispanic or Latino? ☐ Yes ☒ No
ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☒ White ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? American

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: [REDACTED]   Relationship: [REDACTED]
Address: [REDACTED]   City: [REDACTED]   State: [REDACTED]
Home Phone: [REDACTED]   Other Phone: [REDACTED]

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.
Organization Name: Black Angus Meats
Address: 2519 Niagara Falls Blvd   County: Erie
City: Amherst   State: NY   Zip: 14226 (or s)   Phone: 716 691-4554
Type of Business: Meat Shop   Job Location if different from Org. Address: ∅
Human Resources Director or Owner Name: Robert Siebert   Phone: 716 691-4554

Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15  ☒ 15 – 100  ☐ 101 – 200  ☐ 201 – 500  ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No
Date Hired: 5-16-04   Job Title At Hire: wrapper, packer + cleaner
Pay Rate When Hired: $7.50   Last or Current Pay Rate: $10.00
Job Title at Time of Alleged Discrimination: wrapper, packer, cleaner   Date Quit/Discharged: 5-25-2010
Name and Title of Immediate Supervisor: Bob Siebert - owner
If Job Applicant, Date You Applied for Job 5-14-04   Job Title Applied For: laborer - meat

EXHIBIT D-8
10 1/23/18 a.l.
EEO156
1

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☒ Race ☒ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved:
i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 5/15/2010   Action: Co-worker called my children Niggers
Name and Title of Person(s) Responsible: Jamie - Cleaner

B. Date: 2/2010   Action: manager yelled at me about my Breaks, but singled me out, he did nothing to the guys
Name and Title of Person(s) Responsible: Keegan Roberts - manager

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.
yes I belive that these were discriminatory because they are very mean to the girls, and the guys can say + do what they want to

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title? anyone
that it Happens in Politicts and Sports - Robert Siebert - owner

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment

A. Mark - white - M - 20's - USA - worker - He takes alot of Breaks, also is late everyday and gets in No trouble

B. Jamie Capress - M - 3o - USA - worker - He says and does what he wants, He has rude comments always about Black people

Of the persons in the same or similar situation as you, who was treated *worse* than you?
Full Name        Race, Sex, Age, National Origin, Religion or Disability   Job Title        Description of Treatment

A. No one

B.

Of the persons in the same or similar situation as you, who was treated the *same* as you?
Full Name        Race, Sex, Age, National Origin, Religion or Disability   Job Title        Description of Treatment

A. Debbie Nigryach - White - F - 50's - USA - Worker    Verbally - over work her

B.

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

**REDACTED**

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. Debbie Nearuch | Worker | [redacted] | She heard Jamie call my kids niggers / [illegible] |
| B. Tommy Howells | Butcher | [redacted] | He heard Jamie call my kids niggers / [illegible] |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☐ Yes  ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: No

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Josephine Greco - lawyer. I will meet with her on June 26th 2010

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

Darcy M. Black
Signature

6-14-2010
Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/06). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. §211, 29 U.S.C. §626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

DEF0159      4

- My name is Darcy Black and I have finally had enough Verbal and mental abuse. Now I can add rasicist comments.
- The thing that finnally set me to put in my 2 weeks notice was one of my co-workers called my boys "Niggers", and when I was approached By the owner Bob Siebert, to discuss my 2 week notice, He (Bob Siebert) told me that Stuff happens like that all the time, so I asked Bob, "So it is okay for Jamie to called my kids Niggers", and BoB Said that it happens in Sports and polititcts, so basicly just deal with it. I was punched in for work for about 2 hrs. 40 mins. and BoB told me to leave now, so I got my things together and left crying.
- Another epsside that Happened was Keegan told all of us employees to wrap Boneless Brst ½ case whole Brsts + ½ case ½ Brst. Boneless Brst sat in the cooler for a couple of days, and no one would wrap it, so Tommy (The Butcher) told me to wrap that Brst Because he is sick of asking them to do it at night, and they don't

DEF0160

So I started to wrap the Bnls Brst before I could get to my other duties. When I was almost done Bob came in and started yelling at me in front of 6 employee's and 4 customers, I tried to explain to him that I was just wrapping it the way Keegan told me too, but he kept getting louder So I stopped and just shut up, Bob said from Now on wrap ½ Brst per pack, I tried to show him that I had alot of Brst wrapped in ½'s But, he was being mean and loud. So I stood there and let him yell at me until he was done. Then ~~~~ when he was done. I felt my heart start racing. So I told Debbie I was gonna punch out for my break, I went to my car and I had an axiety attack and cried for about 20 minutes.

— Then the next Day I had to emphy the frozen wrapped meat, and they had to wrap the Bnls Brst ~~also~~ From the counter the night before, but that was alright because The owner's Daughter was working at that time.

DEF0161

I have worked at Black Angus for 6 yrs. and 1½ yrs ago I asked for a raise, and all I got was right now is not a good time, and a couple weeks later 2 of there daughters have houses, Bob has a hugh garage built with a heated floor on 1 of his 4 properties. Bob alone has 4 homes - 1 on Bear Ridge Rd 1- in the country 1-Iowa 1- florida. But his daughter started working there about 2 yrs ago and makes 700.00 a week Salary a doesn't even work 35 hrs. The guys are all $12.00 and way over, But the girls that work their are worked the hardest, But we are all supposed to have Same responsibilites, But we are all treated very differently, most of the guys are late everyday plus the owners daughter But the 2 other women workers (Darcy; Debbie) we are never late Nor do we call in Sick. I was never late in 6 yrs (unless I lost my power, in which I called right away) But the guys never call, and they don't get into trouble for being up to 1 hour late.

DEF0162