# EXHIBIT E

Josephine A. Greco

Duane D. Schoonmaker



Chris G. Trapp

Richard C. Slisz,
of Counsel

Service by electronic means not accepted

November 3, 2014

**VIA FACSIMILE (551-4387)**
**AND U.S. MAIL**

Nelida Sanchez, Investigator
U.S. Equal Employment
Opportunity Commission
6 Fountain Plaza, Suite 350
Buffalo, New York 14202

RECEIVED

NOV 04 2014

E.E.O.C. BLLO

    Re:    Darcy M. Black v. Black Angus Meats,
            a.k.a. Boulevard Meats
            E.E.O.C. Charge No.: 846-2010-55217
            Our File: 5023

Dear Ms. Sanchez:

    As you know, the undersigned represents Darcy M. Black with regard to her claim against Black Angus Meats, a.k.a. Boulevard Meats. This will confirm our telephone message of today's date wherein we requested an extension of time until Thursday, November 6, 2014, to submit a conciliation demand on behalf of Ms. Black.

    Thank you for your courtesies in this matter.

                    Very truly yours,

                    GRECO TRAPP, PLLC

                    Josephine A. Greco

JAG/tmk
cc:    Darcy M. Black