# EXHIBIT H

## PSYCHIATRIST PROGRESS NOTE

Name of Patient: Darcy Black                          Date: 08/12/09

She is carrying her married name now.

She said her two boys are doing better especially the older son 14-year-old who is now on lithium and who is much less aggressive and much better behavior, the younger one is mouthy but also better and both of them are in therapy.

She talked quite a bit about her work situation, how the men they are not treating her very well and complaining that she takes breaks, which she is allowed to, although she has been there several years. She is looking around to find a new job and there might a good prospect through a friend.

She is happy and delighted that her brother-in-law who is not married will take her and her family to Thousand Islands for a three-day vacation and they are excited about that.

Although things are better, she said she feels still on the depressed side. She said the Cymbalta has worked out fairly well and she would like to try increasing the dose, which I fully agree with. We will go up to 60 mg a day. We went over possible side effects but she will continue with the same Wellbutrin SR 250 mg b.i.d.

She said her blood pressure was checked and she was told that it was very good. She will write down the numbers next time when she comes here.

She is clear and coherent. There is no looseness. There are no suicidal ideations. There are no homicidal ideations. There is no psychosis.

I gave her prescriptions for Cymbalta and Wellbutrin one month with one refill. I will see her again in eight weeks' time. There is no lethality concerns and she denies any substance use.

☐ Patient requires increased monitoring  ☐ RN  ☐ Clinician  ☐ Case manager

☒ Psychoeducation provided

_____
Psychiatrist Signature

08/12/09        15       Meliton Tanhehco, M.D.
Date          Minutes

MT/cze/rki/pan/cbe01
sr-04237490

Dale #030