# EXHIBIT P

PATRICK HOWELLS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------

DARCY M. BLACK,

                            Plaintiff,

   -vs-

BUFFALO MEAT SERVICE, INC., doing business
as BOULEVARD BLACK ANGUS, also known as
BLACK ANGUS MEATS, also known as
BLACK ANGUS MEATS & SEAFOOD,
ROBERT SEIBERT,
DIANE SEIBERT,
KEEGAN ROBERTS,

                            Defendants.
---------------------------------------------------

                         Examination Before Trial of

PATRICK HOWELLS, taken pursuant to the Federal Rules of

Civil Procedure, in the law offices of GRECO TRAPP, PLLC,

1700 Rand Building, 14 Lafayette Square, Buffalo, New York,

taken on February 19, 2018, commencing at 9:26 A.M., before

MARY ANN MORETTA, Notary Public.

                                                                62

1   Q.  Okay.  Looking now at -- in looking at Exhibit
2       237, can you see the office window -- the window
3       where the office is?
4   MS. BAHAS:  Objection to form.
5   THE WITNESS:  No -- yes.
6   BY MS. GRECO:
7   Q.  Do you see that?
8   A.  Yes.
9   Q.  And that area is visible when your father is at
10      the butcher blocks?
11  MS. BAHAS:  Objection to form.
12  BY MS. GRECO:
13  Q.  You can answer.
14  A.  Can my father see the window?
15  Q.  No.  You said you would go to Black Angus Meat to
16      see your father.
17  A.  Correct.
18  Q.  Is that the only reason you ever went to Black
19      Angus Meat?
20  A.  He was teaching me how to cut some deer.
21  Q.  What year was that?
22  A.  I have no idea.
23  Q.  Was it during a one-year period?

1  A.  I believe so, yes.
2  Q.  Okay.  And was he successful in teaching you how
3      to cut deer?
4  A.  He's a little impatient.
5  Q.  Did you cut deer after he taught you?
6  A.  I never cut deer, but I learned the minimal
7      process to do it.
8  Q.  Why did you want to learn how to cut deer?
9  A.  Because I live in the country and I got friends
10     that hunt.
11 Q.  Okay.  So after you learned how to cut deer, did
12     you ever --
13 A.  No.
14 Q.  Let me finish.  After you learned how to cut
15     deer, did you ever cut deer anywhere?
16 A.  No.
17 Q.  Okay.  And do your friends cut deer in the
18     country?
19 A.  Yes.
20 Q.  And is there one person that does it more than
21     another?
22 MS. BAHAS:  Objection to form.
23 BY MS. GRECO:

```
 1      isn't that true?
 2  MS. BAHAS:  Objection to form.
 3  THE WITNESS:  For me?
 4  BY MS. GRECO:
 5  Q.  I'm asking -- I want to make sure we understand.
 6      Were you ever paid anything in cash from anyone
 7      at Black Angus Meat?
 8  MS. BAHAS:  Objection to form.
 9  THE WITNESS:  No.
10  BY MS. GRECO:
11  Q.  And prior to -- strike that.  During the time for
12      the periods I told you, 2007, '8, '9 and '10,
13      during that time, did you recognize that if you
14      were paid cash and did not get a W-2 or a 1099,
15      that there would be no taxes on that, that would
16      be a violation of law?  Were you aware of that?
17  MS. BAHAS:  Objection.  Form.
18  BY MS. GRECO:
19  Q.  You can answer.
20  A.  I never got paid cash because I never worked
21      there.
22  Q.  Okay.  Would you agree with me, though, that if
23      an individual worked there and was paid cash and
```

```
                                                              114

 1   MS. BAHAS:   Are you asking him for his opinion?
 2   MS. GRECO:   I'm asking if it's appropriate.  He's
 3       been at Black Angus Meat.
 4   MS. BAHAS:   Objection.  You can answer.
 5   THE WITNESS:   Would it be appropriate?
 6   BY MS. GRECO:
 7   Q.  Yes.
 8   A.  No.
 9   Q.  Did you ever hear anyone at Black Angus Meat,
10       while you were there during the times you were
11       there, use the word nigs?
12   A.  No.
13   Q.  Did you ever hear anyone refer to
14       African-American employees by stating -- strike
15       that.  Did you ever hear anyone at Black Angus
16       Meat, an employee, state relative to black
17       customers, how can they have nice cars and get
18       food stamps?
19   A.  No.
20   Q.  Would it ever be appropriate for an employee at
21       Black Angus Meat to make such a statement
22       regarding a customer?
23   MS. BAHAS:   Objection to form.
```