# EXHIBIT R

# DARCY M. BLACK

253 Payne Avenue, Lower, North Tonawanda, NY 14120
Mobile: 716-803-5196 • Email: darcy2006@netzero.net

---

**OBJECTIVE:**

To secure a position with your company as a *Direct Care Aide / Service Provider* and/or other position in *Customer Service*, in *Human Services*, or other industry

**SUMMARY OF QUALIFICATIONS:**

- Over 6 years' experience as a Direct Care professional in a several group home settings assisting up to 18 individuals, ages 18 to 30 years old, with a range of mental and/or developmental disabilities and working closely with them to improve their independent living skills
- Over 20 years' experience providing excellent customer service in human services, grocery store, restaurant, and hospitality settings including assisting customers with their product/services selections, offering intelligent solutions/options depending on their situational needs, and resolving issues to their complete satisfaction
- Experienced training new personnel, delegating work orders, conducting performance evaluations, and consulting with upper management for employee status/progress reports
- Operates credit card readers and cash registers, returning change as needed, and maintaining balanced drawers
- Strong communications, math, analytical, and problem-solving skills
- Multi-tasks effectively, learns new systems quickly, and completes all projects on-time or ahead of schedule
- Familiar with using computers, Windows, MS Office, Internet research, and email
- Works well independently or collaboratively in a team environment

**PROFESSIONAL EXPERIENCE:**

11/09 – 07/14   *Direct Care Professional*
The Gersh Experience, Niagara Falls, NY
- Supervised individuals in several group home properties, assisting and working with a management team ensuring that up to 18 individuals' treatment plans were followed and safeguards were closely monitored
- Assisted individuals with physical and mental disabilities with personal hygiene, meal preparations, and ensured that individual bedrooms were neat and organized
- Administered medications to each individual as prescribed and in a timely basis
- Acted as liaison between the individual and family members and various agencies, etc.
- Maintained accurate documentation/records of services provided and prepared/submitted daily reports to the supervisor
- Monitored individuals to ensure safety and wellness at all times
- Transported individuals to colleges (if they were students) and other critical appointments and/or outings and errands
- Provided guidance and job coaching while individuals were in various work internships

04/04 – 05/10   *Customer Service / Cashier*
Black Angus Meat Market, Amherst, NY
- Received customers' orders for various meat products to be sliced/cut to order and wrapped/packaged the orders for them
- Cashed out customers with their product selections and returned change as needed
- Operated credit card readers and cash registers, maintaining balanced drawers
- Kept all areas neat, clean, and sanitized; updated pricing labels on shelves for meat and other products
- Answered phones and provided customers with information or transferred callers to appropriate personnel

**EDUCATION:**

*Diploma, 1989*
North Tonawanda High School, North Tonawanda, NY

# DARCY M. BLACK

253 Payne Avenue, Lower, North Tonawanda, NY 14120
Mobile: 716-803-5196 • Email: darcy2006@netzero.net

**OBJECTIVE:**

To secure a position with your company as a *Direct Care Aide / Service Provider* and/or other position in *Customer Service*, in *Human Services*, or other industry

**SUMMARY OF QUALIFICATIONS:**

- Over 6 years' experience as a Direct Care professional in a several group home settings assisting up to 18 individuals, ages 18 to 30 years old, with a range of mental and/or developmental disabilities and working closely with them to improve their independent living skills
- Over 20 years' experience providing excellent customer service in human services, grocery store, restaurant, and hospitality settings including assisting customers with their product/services selections, offering intelligent solutions/options depending on their situational needs, and resolving issues to their complete satisfaction
- Experienced training new personnel, delegating work orders, conducting performance evaluations, and consulting with upper management for employee status/progress reports
- Operates credit card readers and cash registers, returning change as needed, and maintaining balanced drawers
- Strong communications, math, analytical, and problem-solving skills
- Multi-tasks effectively, learns new systems quickly, and completes all projects on-time or ahead of schedule
- Familiar with using computers, Windows, MS Office, Internet research, and email
- Works well independently or collaboratively in a team environment

**PROFESSIONAL EXPERIENCE:**

11/09 – 07/14   *Direct Care Professional*
The Gersh Experience, Niagara Falls, NY
- Supervised individuals in several group home properties, assisting and working with a management team ensuring that up to 18 individuals' treatment plans were followed and safeguards were closely monitored
- Assisted individuals with physical and mental disabilities with personal hygiene, meal preparations, and ensured that individual bedrooms were neat and organized
- Administered medications to each individual as prescribed and in a timely basis
- Acted as liaison between the individual and family members and various agencies, etc.
- Maintained accurate documentation/records of services provided and prepared/submitted daily reports to the supervisor
- Monitored individuals to ensure safety and wellness at all times
- Transported individuals to colleges (if they were students) and other critical appointments and/or outings and errands
- Provided guidance and job coaching while individuals were in various work internships

04/04 – 05/10   *Customer Service / Cashier*
Black Angus Meat Market, Amherst, NY
- Received customers' orders for various meat products to be sliced/cut to order and wrapped/packaged the orders for them
- Cashed out customers with their product selections and returned change as needed
- Operated credit card readers and cash registers, maintaining balanced drawers
- Kept all areas neat, clean, and sanitized; updated pricing labels on shelves for meat and other products
- Answered phones and provided customers with information or transferred callers to appropriate personnel

**EDUCATION:**

*Diploma, 1989*
North Tonawanda High School, North Tonawanda, NY