# EXHIBIT S

DEF0048

Bob + Diane,                    5-19-2010

   I am writting you this because
I have a hard time talking about
what happened at work. I can
deal with issues that have to do
with me, I get emotional, then I
get over it, but when someone
can look at me and call my
kids "niggers" I can not deal with
that. My kids might be a handful
but they are mine, and don't
desirve to be called that by
one of my co-workers. So, I am
giving you my 2 week notice.

   Thank you for all you
have done for me.

                    Darcy Black