# EXHIBIT B



LexisNexis® CourtLink®

Switch Client | My Briefcase | Order Runner Documents | Lexis Advance | Sign Out |
Welcome, SARAH O'BRIEN

Single Search - with Terms and Connectors

Enter keywords - Search multiple dockets & documents | Search | Info

My CourtLink | Search | Dockets & Documents | Track | Alert | Strategic Profiles | Breaking Complaints | My Account | Court Info

Search > Docket Search > Darcy M. Hoefert

New Docket Search | Search in Same Court

**Docket Tools**

**Get Updated Docket** This docket was retrieved from the court on 2/17/2017

**Track Docket Activity** CourtLink can alert you when there is new activity in this case

**Search for Similar** Start a new search based on the characteristics of this case

**Set Alert for Similar Dockets** CourtLink alerts you when there are new cases that match characteristics of this case

[Add to My Briefcase]
[Email this Docket]
[Printer Friendly Format]

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

Retrieve the current Claims and Creditors from the court.

**Docket**

LexisWeb Search is enabled on this docket

## U.S. Bankruptcy Courts

**U.S. Bankruptcy - New York Western (Buffalo)**

**1:09bk10778**

**Darcy M. Hoefert**

**This case was retrieved from the court on Friday, February 17, 2017**

Update Now

**Header**

**Case Number:** 1:09bk10778
**Date Filed:** 03/03/2009
**Date Proceedings & Schedule Retrieved:** 02/17/2017
**Chapter:** 7

[Summary][Participants][Schedule][Associated Cases][Proceedings][Claims][Total Claims][Creditors]

**Summary**

**Flags:** MEANSNO, CLOSED
**Case Type:** Bankruptcy
**Assets:** No
**Vol:** Voluntary
**Judge:** Michael J. Kaplan
**Disposition:** DISCHARGED
**341 Date:** 04/09/2009
**341 Location:** NIAGARA FALLS

Back to Top

**Participants**

| **Litigants** | **Attorneys** |
|---|---|
| Darcy M. Hoefert<br>253 Payne Ave.<br>North Tonawanda NY 14120<br>SSN / ITIN: xxx-xx-7258<br>Added: 03/03/2009<br>Debtor<br>D | David F. Butterini<br>919 Kenmore Avenue<br>Buffalo NY 14223<br>716 877-4490<br>rlcbutterini(at)yahoo.com<br>Assigned: 03/03/09<br>Debtor |
| Joseph W. Allen, 11<br>Office of the U.S. Trustee<br>Olympic Towers,300 Pearl Street, Suite 401<br>Buffalo NY 14202<br>716-551-5541<br>716-551-5560 fax<br>USTPRegion02.bu.ecf(at)usdoj.gov<br>Tax ID / EIN :01-0000000<br>Added: 04/14/2009<br>U.S. Trustee<br>T | |

Morris L. Horwitz
Morris L. Horwitz, Attorney at Law
PO Box 716
Getzville NY 14068
716-830-3279
716-748-6095 fax
morris.horwitz(at)gmail.com
Added: 03/03/2009
Trustee
T

Morris L. Horwitz
Bulan, Chiari, Horwitz & Ilecki, LLP
14 Lafayette Square, 1440 Rand Bldg.
Buffalo NY 14203
716 838-4300
716 204-9728 fax
morrislhorwitz(at)aol.com
Assigned: 04/17/09
Lead Attorney
Trustee

Back to Top

## Schedule

| Document No | Deadline/Hearing | Event Filed | Due/Set | SatisfiedDate | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 5 | 341 Meeting | 03/03/2009 | 04/09/2009 at 11:30 AM | 04/10/2009 | 08/25/2009 | |
| 5 | Financial Management | 03/03/2009 | 05/26/2009 | 04/08/2009 | 08/25/2009 | |
| 5 | Objection to Discharge Due | 03/03/2009 | 06/08/2009 | 06/11/2009 | 06/11/2009 | |
| 13 | Proof of Claims Deadline | 04/14/2009 | 07/16/2009 | | 08/25/2009 | |
| 13 | Government Proof of Claim | 04/14/2009 | 08/31/2009 | | 08/25/2009 | |

Back to Top

## Associated Cases

No Information is Available for this case

Back to Top

## Claims

No Information is Available for this case

Back to Top

## Total Claims

No Information is Available for this case

Back to Top

## Creditors

No Information is Available for this case

Back to Top

## Documents

[Retrieve Document(s)]

Items 1 to 24 of 24

| Availability | # | Date | Details | Source |
|---|---|---|---|---|
| ☐ Free | 1 | 03/03/2009 | Chapter 7 Voluntary Petition. Fee Amount $299. Filed by Darcy M. Hoefert (Butterini, David) (Entered: 03/03/2009) | |
| ☐ Online | 2 | 03/03/2009 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A Filed by Debtor Darcy M. Hoefert. (Butterini, David) (Entered: 03/03/2009) | |
| ☐ Online | 3 | 03/03/2009 | Certificate of Credit Counseling Filed by Debtor Darcy M. Hoefert. (Butterini, David) (Entered: 03/03/2009) | |
| Runner | 4 | 03/03/2009 | Receipt of Voluntary Petition (Chapter 7)(1-09-10778) [misc,volp7] ( 299.00) filing fee. Receipt number 5391650, amount $ 299.00. (U.S. Treasury) (Entered: 03/03/2009) | |
| ☐ Online | 5 | 03/03/2009 | Meeting of Creditors with 341(a) meeting to be held on 04/09/2009 at 11:30 AM at Niagara Falls. Objections for Discharge due by 06/08/2009. Trustee Assigned Morris L. Horwitz. Financial Management Course Due Date: 05/26/2009 admin. (Entered: 03/03/2009) | |
| ☐ Free | 6 | 03/06/2009 | Employee Income Records Filed by Debtor Darcy M. Hoefert. (Butterini, David) (Entered: 03/06/2009) | |
| ☐ Online | 7 | 03/06/2009 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)5 Meeting (Chapter 7)) Service Date 03/06/2009. (Admin.) (Entered: 03/07/2009) | |
| ☐ Online | 8 | 04/08/2009 | Financial Management Course Certificate. Certificate Number: 05701-NYW-DE-006658005. Filed by Debtor Darcy M. Hoefert (RE: related document(s)5 Meeting (Chapter 7)). (Butterini, David) (Entered: 04/08/2009) | |
| Runner | 9 | 04/10/2009 | (TEXT ONLY EVENT) Trustee''s Report & Section 341 Meeting of Creditors held on 4/9/2009. Declaration of Electronic Filing Provided. Tape No. 30. (Horwitz, Morris) (Entered: 04/10/2009) | |
| ☐ Online | 10 | 04/13/2009 | Application to Employ Morris L. Horwitz as Attorney Filed by Trustee (Horwitz, Morris) (Entered: 04/13/2009) | |
| Runner | 11 | 04/13/2009 | Trustee''s Notice of Assets & Request for Notice to Creditors. (TEXT ONLY EVENT). Filed by Trustee (Horwitz, Morris) (Entered: 04/13/2009) | |
| Runner | 12 | 04/14/2009 | No Objection by UST. (TEXT ONLY EVENT) (RE: related document(s)10 Application to Employ). Filed by AUST (Allen1, Joseph) (Entered: 04/14/2009) | |
| ☐ Online | 13 | 04/14/2009 | Notice to Creditors of Assets Proofs of Claims due by 7/16/2009. Government Proof of Claim due by 8/31/2009. (Murray, Donna) (Entered: 04/14/2009) | |
| Runner | | 04/14/2009 | Declaration of Electronic Filing submitted. (TEXT ONLY EVENT) (Murray, Donna) (Entered: 04/14/2009) | |
| ☐ Online | 14 | 04/16/2009 | BNC Certificate of Mailing. (RE: related document(s)13 Notice to Creditors of Assets) Service Date 04/16/2009. (Admin.) (Entered: 04/17/2009) | |
| ☐ Online | 15 | 04/17/2009 | Order Granting Application to Employ Morris L. Horwitz as Attorney for Trustee. (Related Doc # 10) Signed on 4/17/2009. (Murray, Donna) (Entered: 04/17/2009) | |
| ☐ Online | 16 | 04/19/2009 | BNC Certificate of Mailing. (RE: related document(s)15 Order on Application to Employ) Service Date 04/19/2009. (Admin.) (Entered: 04/20/2009) | |
| Runner | 17 | 05/14/2009 | | |

| | | | |
|---|---|---|---|
| | | | Chapter 7 Trustee''s Report of No Distribution: I, Morris L. Horwitz, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Section 341 Meeting of Creditors held on 04/09/09.. Tape No. 30. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned: $ 3308.00, Assets Exempt: $ 0.00, Claims Scheduled: $ 10220.23, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment: $ 10220.23. (TEXT ONLY EVENT). Filed by Trustee (Horwitz, Morris) (Entered: 05/14/2009) |
| ☐ Free | 18 06/11/2009 | | Order Discharging Debtor Signed on 6/11/2009 (RE: related document(s)5 Meeting (Chapter 7)). (Murray, Donna) (Entered: 06/11/2009) |
| ☐ Online | 19 06/13/2009 | | BNC Certificate of Mailing. (RE: related document(s)18 Order Discharging Debtor(s)) Service Date 06/13/2009. (Admin.) (Entered: 06/14/2009) |
| Runner | | 08/25/2009 | It appearing to the Court that the Trustee in the above-entitled case has filed a Report of No Distribution and that the said Trustee has performed all other duties required of the Trustee in the administration of said case; now, therefore, IT IS ORDERED that said report be and is hereby approved and the case is closed; and the Trustee is discharged from and relieved of his/her trust. Paul R. Warren Clerk. (TEXT ONLY EVENT) Signed on 8/25/2009 . (Hostettler, P.) (Entered: 08/25/2009) |
| Runner | | 08/25/2009 | Bankruptcy Case Closed (TEXT ONLY EVENT) (Flag set: CLOSED) (Hostettler, P.) (Entered: 08/25/2009) |
| Runner | | 09/16/2009 | Trustee Fee Paid. P1# 09465500260 (TEXT ONLY EVENT). (Bibbs, D.) (Entered: 09/24/2009) |
| ☐ Online | 20 12/11/2009 | | Withdrawal of Claim Number(s): 5 Filed by. (Hogan, Blake) (Entered: 12/11/2009) |

Items 1 to 24 of 24

[ Retrieve Document(s) ]

[ New Docket Search ]  [ Search in Same Court ]

LexisNexis® | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2019 LexisNexis®. All rights reserved.