# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
Western District of New York
Olympic Towers, Suite 250
300 Pearl Street
Buffalo, NY 14202
www.nywb.uscourts.gov

---

In Re:                                                                Case No.: 1-09-10778-MJK
Darcy M. Hoefert                                                      Chapter: 7
253 Payne Ave.
North Tonawanda, NY 14120

                            Debtor(s)

Last four digits of Social-Security or Individual      xxx-xx-7258
Taxpayer-ID (ITIN) No(s)./Complete EIN:

---

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: June 11, 2009                                          BY THE COURT

                                                              Michael J. Kaplan
                                                              United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

\* You could have received this notice electronically. Register to receive future notices sent electronically through the Bankruptcy Notice Center: http://www.EBNuscourts.com

FORM B18 continued (Official Form 18) (12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Form b18**<br>Doc 18

# Notice Recipients

District/Off: 0209-1　　　　　　　User: murray　　　　　　　Date Created: 6/11/2009
Case: 1-09-10778-MJK　　　　　　Form ID: b18　　　　　　　　Total: 32

**Recipients of Notice of Electronic Filing:**
tr　　Morris L. Horwitz　　　mlhtrustee@aol.com, ny49@ecfcbis.com
aty　David F. Butterini　　　rlcbutterini@yahoo.com
aty　Morris L. Horwitz　　　morrislhorwitz@aol.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　　　Darcy M. Hoefert　　　253 Payne Ave.　　　North Tonawanda, NY 14120
20184588　　Applied Bank　　　4700 Exchange Ct.　　　Boca Raton, FL 33431
20184587　　Applied Bank　　　Attn: Bankruptcy Department　　　P.O. Box 17125　　　Wilmington, DE 19850-7125
20184589　　Bank of America　　　Attn: Bankruptcy Department　　　P.O. Box 26012　　　Greensboro, NC 27470
20184590　　CACH, LLC　　　370 17th St., Ste. 5000　　　Denver, CO 80202
20184593　　CHASE　　　attn: Bankruptcy Dept.　　　200 White Clay Center Dr.　　　Newark, DE 19711
20184594　　CITI CARDS　　　attn: BANKRUPTCY DEPT.　　　P.O. BOX 34294　　　LOUISVILLE, KY 40232
20184595　　CITIBANK　　　Attn: Bankruptcy Department　　　P.O. BOX 182149　　　Columbus, OH 43218
20184597　　COLUMBIA HOUSE　　　1400 NORTH FRUIT RIDGE AVE.　　　P.O. BOX 1157　　　TERRA HAUTE, IN 47811
20184591　　Capital One　　　Attn: Bankruptcy Department　　　P.O. Box 5155　　　Norcross, GA 30091
20184592　　Capital One Bank (USA), NA　　　1680 Capital One Dr.　　　Mc Lean, VA 22102
20184596　　City Court of N. Tonawanda　　　216 Payne Ave.　　　Tonawanda, NY
20184598　　Daniels &Norelli, P.C.　　　900 Merchants Concourse　　　Suite 400　　　Westbury, NY 11590
20184599　　Dr. Rowland　　　292 Meadow Dr.　　　North Tonawanda, NY 14120
20184600　　FINGERHUT　　　ATTN: COLLECTION CONTROL DIVISION　　　P.O. BOX 189　　　MONTICELLO, MI 55362
20184601　　FIRST PREMIER BANK　　　601 SOUTH MINNESOTA AVE.　　　SIOUX FALLS, SD 57104
20184603　　FOSTER &GARBUS, ESQS.　　　500 BI COUNTY BLVD.　　　P.O. BOX 9030　　　Farmingdale, NY 11735
20184602　　First Premier Bank　　　3820 N Louise Ave.　　　Sioux Falls, SD 57104
20184604　　GE Money Bank　　　Attn: Bankruptcy Dept.　　　P.O. Box 103104　　　Roswell, GA 30076
20184605　　HSBC Bank　　　P.O Box 5253　　　Carol Stream, IL 60197
20184606　　HSBC Bank (Household Bank)　　　Attn: Bankruptcy Department　　　961 Corporate Center Dr.　　　Pomona, CA 91769
20184607　　JC PENNEY CO.　　　Attn: Bankruptcy Dept.　　　P.O. Box 981131　　　El Paso, TX 79998-1131
20184608　　NCO Financial System Inc.　　　507 Prudential Road　　　Horsham, PA 19044
20184609　　NORTH TONAWANDA CITY COURT　　　attn: Court Clerk　　　216 PAYNE AVE.　　　NORTH TONAWANDA, NY 14120
20238645　　PRA Receivables Management, LLC as agent of　　　HSBC Bank Nevada, N.A.　　　P.O. Box 12907　　　Norfolk, VA 23541
20231606　　PYOD LLC its successors and assigns as assignee of　　　Citibank　　　c/o Resurgent Capital Services　　　PO Box 19008　　　Greenville, SC 29602-
20184610　　SEVENTH AVENUE　　　1112 7TH AVE.　　　MONROE, WI 53566
20184611　　SWISS COLONY　　　1112 7TH AVE.　　　MONROE, WI 53566
20184612　　Verizon New York Inc.　　　P.O. Box 165018　　　Columbus, OH 43216

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 29