UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DARCY M. BLACK

                Plaintiff,

v.

BUFFALO MEAT SERVICE, INC., doing business
as BOULEVARD BLACK ANGUS, also known as
BLACK ANGUS MEATS, also known as
BLACK ANGUS MEATS & SEAFOOD,
ROBERT SEIBERT,
DIANE SEIBERT,
KEEGAN ROBERTS,

                Defendants.
_____

**APPENDIX TO PLAINTIFF'S COUNTER-STATEMENT OF CONTESTED MATERIAL FACTS**

**15-CV-00049 WMS-HBS**

| EX. | DESCRIPTION |
|---|---|
| 1 | Declaration of Darcy M. Black dated September 18, 2019 |
| 2 | Excerpts from EBT of Darcy M. Black taken on January 23, 2018 |
| 3 | Excerpts from Continued EBT of Darcy M. Black taken on October 8, 2018 |
| 4 | Excerpts from EBT of Diane Seibert taken on January 4, 2018 |
| 5 | Excerpts from EBT of Robert Seibert taken on January 10, 2018 |
| 6 | Excerpts from EBT of Keegan Roberts taken on January 12, 2018 |
| 7 | Excerpts from EBT of Deborah Negrych taken on January 8, 2018 |
| 8 | Excerpts from EBT of Jamie LaPress taken on January 5, 2018 |
| 9 | Excerpts from EBT of Sean Round taken on November 20, 2017 |

| | |
|---|---|
| 10 | Excerpts from EBT of Mark Leible taken on January 22, 2018 |
| 11 | Excerpts from EBT of Thomas Howells taken on February 9, 2018 |
| 12 | Excerpts from EBT of Patrick Howells taken on February 19, 2018 |
| 13 | Excerpts from EBT of Raelean Rush a.k.a. Raelean McGee taken on May 20, 2019 |
| 14 | Complaint filed January 15, 2015 (Dkt. 1) |
| 15 | Defendants' Answer to Charge of Discrimination, dated January 29, 2011, signed by Robert Seibert and Diane Seibert, Owner/Bookkeeper (5 pp.) (DEF0131-DEF0135) |
| 16 | Keegan Roberts Employment Application dated October 24, 2000, W-4 form signed November 16, 2001 (4 pp.) (DEF0163-DEF0164; DEF0197-DEF0198) |
| 17 | Keegan Roberts Payroll Pre-Checkwriting Report for pay periods May 23, 2005 – May 29, 2005 (DEF0661) and June 5, 2005-June 12, 2005 (2 pp.) (DEF0673) |
| 18 | Documents printed from http://bameatsdeerprocessing.com dated January 9, 2018 (2 pp.) (Not Bates) |
| 19 | Notice of Appearance of Randolph C. Oppenheimer and Stacey L. Moar for Respondent, Black Angus Meats, before the U.S. Equal Employment Opportunity Commission, Charge No. 525-2010-55217, dated December 12, 2001 |
| 20 | Complete List of Employees with name, race, gender, date of hire, salary history, position and date of termination (if applicable) from 2008 to present attached as Exhibit B to Defendants' Supplemental Statement of Position to EEOC (7 pp.) (DEF0049-DEF0055) |
| 21 | Chamber of Commerce of the Tonawandas bills for payment of health insurance premiums, billing periods 10/1-12/31/2005, 7/1-9/30/2006, and 10/1-12/31/2007l; BlueCross BlueShield of Western New York bill for health insurance premiums, dated June 12, 2008 (DEF3830-3833) |
| 22 | Deborah Negrych Payroll Pre-Checkwriting Report for pay periods December 5, 2006-December 10, 2006 (DEF1240) and December 11, 2006-December 11, 2006 (2 pp.) (DEF1247) |
| 23 | Franklin Bennett Payroll Pre-Checkwriting Report for pay period December 13, 2010 – December 13, 2010 (1 p.) (DEF2676) |

| | |
|---|---|
| 24 | Sean Round Payroll Pre-Checkwriting Report, pay period February 19, 2007 - February 19, 2007 (1 p.) (DEF1307) |
| 25 | Darcy Hoefert Payroll Pre-Checkwriting Report for pay periods December 26, 205-January 1, 2006 (DEF0883) and January 2, 2006-January 8, 2006 (2 pp.) (DEF0890) |
| 26 | Darcy Hoefert Payroll Pre-Checkwriting Report for pay periods December 18, 2006-December 24, 2006 (DEF1253-1254) and December 25, 2006-December 31, 2006 (3 pp.) (DEF1260) |
| 27 | Sean Round Payroll Pre-Checkwriting Report for pay periods March 5, 2007 – March 12, 2007 (DEF1331) and March 13, 2007-March 19, 2007 (2 pp.) (DEF1339) |
| 28 | Sean Round Payroll Pre-Checkwriting Report for pay periods May 27, 2007-June 3, 2007 (DEF1418) and June 4, 2007-June 10, 2007 (2 pp.) (DEF1425) |
| 29 | Sean Round Payroll Pre-Checkwriting Report for pay periods September 3, 2007 – September 9, 2007 (DEF1523) and September 10, 2007 – September 17, 2007 (2 pp.) (DEF1536) |
| 30 | Darcy Hoefert Payroll Pre-Checkwriting Report for pay period May 9, 2005 – May 15, 2005 (2 pp.) (DEF0648-DEF0649) |
| 31 | Darcy Hoefert Payroll Pre-Checkwriting Report for pay periods April 30, 2007 – April 30, 2007 (DEF1383) and May 1, 2007 – May 6, 2007 (2 pp.) (DEF1397) |
| 32 | Darcy Hoefert Payroll Pre-Checkwriting Report for pay periods July 21, 2008 – July 28, 2008 (DEF1795) and July 29, 2008-August 3, 2008 (2 pp.) (DEF1802) |
| 33 | Darcy Black Payroll Pre-Checkwriting Report for pay periods May 25, 2009 – May 31, 2009 (DEF2127) and June 1, 2009-June 7, 2009 (2 pp.) (DEF2133) |
| 34 | Sean Round Payroll Pre-Checkwriting Report for pay periods January 18, 2010 – January 24, 2010 (DEF2355) and January 25, 2010 through January 31, 2010 (2 pp.) (DEF2361) |
| 35 | Thomas Howells Payroll Pre-Checkwriting Report for pay period January 24, 2005-Janaury 30, 2005 (1 p.) (DEF0576) |
| 36 | Thomas Howells Payroll Pre-Checkwriting Report for pay periods January 1, 2007- January 7, 2007 (DEF01270-DEF1271) and January 8, 2007 – January 14, 2007 (3 pp.) (DEF1277) |
| 37 | Thomas Howells Payroll Pre-Checkwriting Report for pay periods January 21, 2008-Janaury 27, 2008 (DEF1608) and January 28, 2008 – February 3, 2008 (2 pp.) (DEF1616) |

| | |
|---|---|
| 38 | Thomas Howells Payroll Pre-Checkwriting Report for pay periods October 12, 2008-October 19, 2008 (DEF1889) and October 20, 2008 – October 26, 2008 (2 pp.) (DEF1896) |
| 39 | U.S. District Court for the Western District of New York, Civil Docket for Case #: 1;15-cv-0049-WMS-HBS, printed September 15, 2019 |
| 40 | Defendants' Answer filed April 17, 2015 (Dkt. 8) |
| 41 | Darcy Hoefert Employment Application dated May 5, 2005 (DEF0041-DEF0042); Social Security Card and New York State Driver's License (DEF0045); Letter from Darcy Black to Bob and Diane regarding two week notice, dated May 19, 2010 (DEF0048) (4 pp.) |
| 42 | Mark Leible Payroll Pre-Checkwriting Report for pay period December 27, 2004-January 2, 2005 (1 p.) (DEF0514) |
| 43 | Mark Leible Payroll Pre-Checkwriting Report for pay periods November 20, 2006-November 26, 2006 (DEF1226-DEF1227) and November 27, 2006-December 4, 2006 (4 pp.) (DEF1233-DEF1234) |
| 44 | Mark Leible Payroll Pre-Checkwriting Report for pay periods May 27, 2007 – June 3, 2007 (DEF1420-DEF1421) and March 2, 2009 – March 8, 2009 (3 pp.) (DEF2043) |
| 45 | Mark Leible Payroll Journal with for week ending August 28, 2011 (DEF2961) and week ending September 4, 2011 (2 pp.) (DEF2965) |
| 46 | BlueCross BlueShield of Western New York bill for health insurance premiums, dated July 10, 2011 (DEF3837) |
| 47 | Mark Leible Payroll Pre-Checkwriting Report for pay periods August 23, 2010-August 29, 2010 (DEF2563) and August 30, 2010-September 5, 2010 (2 pp.) (DEF2569) |
| 48 | Sean Round Payroll Journal for weeks ending September 2, 2012 (DEF3116) and September 16, 2012 (2 pp.) (DEF3122) |
| 49 | Photograph taken at Darcy Black's Wedding on March 21, 2009 of Patrick Howells (Bates 380) |
| 50 | William Frase Payroll Pre-Checkwriting Report for pay period July 20, 2009-July 26, 2009 (1 p.) (DEF2175) |
| 51 | Amigone Funeral Home, Inc., Obituary of Grace M. Frase, February 4, 2009 |

| | |
|---|---|
| 52 | Deborah Negrych Payroll Pre-Checkwriting Report for pay period December 27, 2004 – January 2, 2005 (1 p.) (DEF0514) |
| 53 | Deborah Negrych Payroll Pre-Checkwriting Report for pay periods May 25, 2009 – May 31, 2009 (DEF2127-DEF2128) and June 1, 2009 – June 7, 2009 (4 pp.) (DEF2133-DEF2134) |
| 54 | Christopher Howells Payroll Pre-Checkwriting Report for pay period February 4, 2008-Febraury 10, 2008 (1 p.) (DEF1617) |
| 55 | Raelean Rush Payroll Pre-Checkwriting Report for pay periods December 18, 2006 – December 24, 2006 (DEF1255) and December 25, 2006-December 31, 2006 (2 pp.) (DEF1262) |
| 56 | Regina Rush Payroll Pre-Checkwriting Report for pay periods December 25, 2006-December 31, 2006 (DEF1262) and January 1, 2007 – January 7, 2007 (2 pp.) (DEF1269) |
| 57 | David Monolopolus Payroll Pre-Checkwriting Report for pay periods December 5, 2005-December 11, 2005 and December 12, 2005-December 18, 2005 (2 pp.) (DEF0878; DEF0863) |
| 58 | Thomas Howells W-2 Report 2005 (1 p.) (DEF2702) |
| 59 | Thomas Howells W-2 Report 2006 (2 pp.) (DEF2712-DEF2713) |
| 60 | Thomas Howells W-2 2007 (1 p.) (DEF2722) |
| 61 | Thomas Howells W-2 Report 2008 (2 pp.) (DEF2735-DEF2736) |
| 62 | Thomas Howells W-2 Report 2009 (2 pp.) (DEF2750-DEF2751) |
| 63 | Thomas Howells W-2 Report 2010 (1 p.) (DEF2763) |
| 64 | Darcy Black Payroll Pre-Checkwriting Report for pay period May 17, 2010 – May 23, 2010 (1 p.) (DEF2465) |
| 65 | Raelean Rush Payroll Pre-Checkwriting Report for pay period July 4, 2005 – July 10, 2005 (1 p.) (DEF0708) |
| 66 | Raelean Rush Payroll Pre-Checkwriting Report for pay period April 6, 2009 – April 12, 2009 (1 p.) (DEF2086) |

| 67 | Regina Rush Payroll Pre-Checkwriting Report for pay period July 4, 2005 – July 10, 2005 (1 p.) (DEF0708) |
|---|---|
| 68 | Regina Rush Payroll Pre-Checkwriting Report for pay period February 15, 2010-February 21, 2010 (1 p.) (DEF2384) |
| 69 | Jamie LaPress Payroll Pre-Checkwriting Report for pay period December 27, 2004 – January 2, 2005 (2 pp.) (DEF0512-DEF0513) |
| 70 | Declaration of Josephine A. Greco, Esq. relative to Plaintiff's Response in Opposition of Motion to Compel, filed April 17, 2018 |
| 71 | Black Angus Meats and Seafood Deer Processing Expert Deer & Wild Game Butcher Services with Order Form (3 pp.) |
| 72 | Defendants' Amended Response to Plaintiff's First Set of Interrogatories dated February 12, 2018 and Verified by Diane Seibert, Keegan Roberts, and Robert Seibert February 12, 2018 |

| 67 | Regina Rush Payroll Pre-Checkwriting Report for pay period July 4, 2005 – July 10, 2005 (1 p.) (DEF0708) |
|---|---|
| 68 | Regina Rush Payroll Pre-Checkwriting Report for pay period February 15, 2010-February 21, 2010 (1 p.) (DEF2384) |
| 69 | Jamie LaPress Payroll Pre-Checkwriting Report for pay period December 27, 2004 – January 2, 2005 (2 pp.) (DEF0512-DEF0513) |
| 70 | Declaration of Josephine A. Greco, Esq. relative to Plaintiff's Response in Opposition of Motion to Compel, filed April 17, 2018 |
| 71 | Black Angus Meats and Seafood Deer Processing Expert Deer & Wild Game Butcher Services with Order Form (3 pp.) |
| 72 | Defendants' Amended Response to Plaintiff's First Set of Interrogatories dated February 12, 2018 and Verified by Diane Seibert, Keegan Roberts, and Robert Seibert February 12, 2018 |