**EX. 7**

DEBORAH NEGRYCH

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------

DARCY M. BLACK,

                              Plaintiff,

      -vs-

BUFFALO MEAT SERVICE, INC., doing business
as BOULEVARD BLACK ANGUS, also known as
BLACK ANGUS MEATS, also known as
BLACK ANGUS MEATS & SEAFOOD,
ROBERT SEIBERT,
DIANE SEIBERT,
KEEGAN ROBERTS,

                              Defendants.
---------------------------------------------------

                              Examination Before Trial of

DEBORAH NEGRYCH, taken pursuant to the Federal Rules of

Civil Procedure, in the law offices of GRECO TRAPP, PLLC,

1700 Rand Building, 14 Lafayette Square, Buffalo, New York,

taken on January 8, 2018, commencing at 9:36 A.M., before

MARY ANN MORETTA, Notary Public.

44

1      when you started at Black Angus Meat?

2  A.  Possibly, yes.  It was in '90, '91.

3  Q.  Okay.  We don't have an application for you.

4  A.  Okay.

5  Q.  I don't know why.  But so my question -- you are

6      not sure?

7  A.  No, I'm not sure.

8  Q.  Okay.  I would like you to go to the next

9      document.  You can just put them over here when

10     you are done.

11 A.  Okay.

12 Q.  And Exhibit 120 which is -- see the sticker

13     that's gold?  That's the exhibit number.  Okay?

14 A.  Okay.

15 Q.  Looking at Exhibit 120, do you see where it says

16     your name, Deborah Negrych, for the payroll

17     period ending 1/2/05 and -- just 1/2/05.  Do you

18     see where it says your name and it says

19     thirty-nine point seven five hours, four hundred

20     seventeen dollars and thirty-eight cents?

21 A.  Yes.

22 Q.  And is that what you were earning at that time?

23 A.  Apparently.  That's what it says, yes.

45

1    Q.   Okay.  And do you recognize that as ten dollars

2         and fifty cents an hour?

3    A.   Yes, approximately.

4    MR. OPPENHEIMER:  Are you saying you recognize it or

5         are you taking her word for it?

6    THE WITNESS:  I'm taking her word.

7    MR. OPPENHEIMER:  Tell her the truth.

8    THE WITNESS:  I can't do the math in my head.

9    MR. OPPENHEIMER:  If you compute it and tell her what

10        you're computing based on your calculator.

11   MS. GRECO:  The calculations are based on what we did

12        previously to calculate what your hourly rate

13        was.  Let me check because I do want to know for

14        sure.  Again, let's check it.

15   MR. OPPENHEIMER:  If you are not calculating and you

16        are assuming, just tell her that.

17   THE WITNESS:  Okay.

18   BY MS. GRECO:

19   Q.   Ten dollars and fifty cents.  Okay.  So do you

20        recall a time when you received ten dollars and

21        fifty cents as an hourly rate?

22   A.   Apparently, yes.

23   Q.   And in 2004, how many years had you been working

46

1      there?

2  A.   Well, it was '91.

3  Q.   It was January of '91.  This is for the pay

4       period beginning -- ending January 2 of '05,

5       fourteen years.

6  A.   Fourteen years.

7  Q.   Prior to this time had you been receiving regular

8       pay raises?

9  MR. OPPENHEIMER:  Form.

10 BY MS. GRECO:

11 Q.   You can answer.

12 A.   I don't remember.

13 Q.   Do you remember what you started working at --

14      when you began working?

15 A.   No, I don't.

16 Q.   After fourteen years of work, were you happy with

17      earning ten dollars and fifty cents an hour?

18 A.   Yes.

19 Q.   And why do you say you were happy?

20 A.   Because they were very good to me.  They worked

21      with me, as far as hours go, with my children.

22 Q.   And in 2005, how old were your children?

23 MR. OPPENHEIMER:  Do you want a piece of paper?

66

```
 1    MS. GRECO:  Yes.  It's obvious.

 2    MR. OPPENHEIMER:  It's not obvious.

 3    BY MS. GRECO:

 4    Q.  I'm asking you to trust it says forty hours, it

 5        says four twenty.  Assume it's ten dollars and

 6        fifty cents an hour.  Look now on this one and it

 7        says -- I'm sorry.  Look at the next one, which

 8        is -- the first page is the paycheck ending

 9        12/10/06.  The next one is the pay period

10        12/11/06.  Do you see that?  It says -- it again

11        says forty hours, four hundred twenty dollars.

12        In the bottom it says medical, fifty dollars.

13    A.  Yes.

14    Q.  Okay.  Did there come a time when you started

15        paying towards your medical insurance?

16    A.  Yes.

17    Q.  Do you know when that was?

18    A.  I don't recall.

19    Q.  Okay.  Do you know if it was any time before the

20        pay period ending December 11th, 2006?

21    A.  I don't recall.

22    Q.  It says fifty dollars.

23    A.  Yes.
```

67

1  Q.  Was that an amount that was taken out weekly?

2  A.  Yes.

3  Q.  Okay.  How did it come about that money started

4      to be taken out of your paycheck?

5  MR. OPPENHEIMER:  Form.

6  THE WITNESS:  I was informed insurance had gone up

7      quite a bit.

8  BY MS. GRECO:

9  Q.  Who told you that?

10 A.  Diane.

11 Q.  When?  Do you recall when?

12 A.  I don't recall.

13 Q.  Can you tell me, the best you can recall, what

14     she said to you and what you said to her?

15 A.  That insurance had increased quite a bit and that

16     would I be willing to pay for some of it.

17 Q.  Did she tell you how much the cost was at that

18     time?

19 A.  Yes.

20 Q.  What was it?

21 A.  Oh, I don't know.  She didn't tell me.  I thought

22     you meant -- I don't know.

23 Q.  Did she tell you what the total cost of the

68

```
 1        insurance was on an annual basis?
 2   A.   No.
 3   Q.   So how did you arrive at the fact you would pay
 4        fifty dollars a week?
 5   A.   She asked if I would be willing to pay the fifty
 6        dollars a week for health insurance.
 7   Q.   She came up with the fifty dollars a week?
 8   A.   Yes.
 9   Q.   And fifty dollars a week times fifty-two weeks is
10        two thousand six hundred dollars, is that true?
11   MR. OPPENHEIMER:  You are asking her to assume that.
12   BY MS. GRECO:
13   Q.   Do you know if that's what you were paying on an
14        annual basis?
15   A.   I don't know.
16   Q.   And you did not get a raise at that time?
17   MR. OPPENHEIMER:  Form.  What time?
18   MS. GRECO:  On this day.  I just showed her forty
19        hours at four hundred twenty dollars which is ten
20        dollars and fifty cents.  You can assume it's ten
21        dollars and fifty cents and there's a
22        fifty-dollar deduction.
23   THE WITNESS:  Right.
```

69

```
 1  BY MS. GRECO:

 2  Q.   So what I'm asking is, at the time you had to pay

 3       fifty dollars a week health insurance, you had

 4       still never received a raise from the time we

 5       know at least, when we first started with these

 6       records, which was pay period ending 1/2/05?

 7  A.   True.

 8  Q.   And did you consistently continue to pay fifty

 9       dollars a week?

10  A.   Yes.

11  Q.   Going now to Exhibit 127 for the pay period

12       ending 5/31/2009.  If you look at it, it's the

13       payroll pre-checking (sic) report for your name.

14       It's -- and then look at the one that ends, page

15       three, 6/7/09, you'll see that as of week ending

16       6/7/09, you are working forty hours and making

17       four hundred forty dollars, which is eleven

18       dollars an hour.  At that time, you were still

19       paying medical of fifty dollars a week.  Do you

20       recall seeing a -- getting a raise for the pay

21       period ending June 7th, 2009 to eleven dollars an

22       hour?

23  A.   Apparently, yes.
```

70

1   Q.   Do you remember it?

2   A.   No, I don't.

3   Q.   Do you remember how it came about?

4   A.   No, I don't.

5   Q.   Do you remember any conversation relative to it?

6   A.   I don't.

7   Q.   Okay.  And at this point, did you have any

8        knowledge as to how much your health insurance

9        was costing?

10  A.   No.

11  Q.   Do you know if Black Angus Meat paid anyone

12       else's health insurance?

13  A.   I don't know.

14  Q.   Did they ever indicate to you whether they paid

15       anyone else's health insurance?

16  A.   They never did, no.

17  Q.   Did they ever indicate to you how much you were

18       being paid in relation to other individuals?

19  A.   No.

20  Q.   Did they tell you that you were the most highly

21       paid except for the butcher?

22  A.   No.

23  Q.   Okay.  Looking now at Exhibit 128, W-2 report for

1       the year 2009 indicating that you earned wages,

2       tips and other compensation of twenty-five

3       thousand nine hundred twenty-eight dollars and

4       thirty-one cents.  Do you have any reason to

5       believe that's not accurate?

6   A.  No.

7   Q.  Looking now at Exhibit 129.  You see it's got a

8       pay period ending -- it's payroll pre-check

9       writing report for payroll ending 12/26/2010.

10      And the third page is payroll ending 1/2/2011.

11      Do you see that for the first page ending

12      12/26/2010 you worked forty hours and made four

13      hundred forty dollars?

14  A.  Yes.

15  Q.  Which is eleven dollars an hour?

16  A.  Yes.

17  Q.  Okay.  Now, when you go to the last page it

18      indicates that you worked forty hours and made

19      four hundred twenty dollars.  Do you see that?

20  MR. OPPENHEIMER:  Right here?

21  THE WITNESS:  Yes.

22  BY MS. GRECO:

23  Q.  Do you recall getting a pay decrease --

99

1   A.   No.

2   Q.   Okay.  Do you have any reason to dispute it?

3   A.   No.

4   Q.   Did you work with anyone who was Native American?

5   A.   I don't recall, no.

6   Q.   Do you work with anyone that was Asian?

7   A.   I don't recall.

8   Q.   Is there anything that would help you remember?

9   A.   No.

10  Q.   Do you know a person by the name of Eric Seneca?

11  A.   Yes.

12  Q.   According to the records we were provided,

13       Exhibit 209, he was Native American.

14  A.   Okay.

15  Q.   And he started September 5, 2010.  Do you recall

16       that?

17  A.   What date was it?

18  Q.   September 5, 2010.  It says he was a front

19       counter employee.

20  A.   I don't recall when he started.

21  Q.   Did you work with him?

22  A.   Yes.

23  Q.   Did he work there approximately two months?

102

1   A.   Depending on who was there, we would take it into

2        the office and put it on the desk.

3   Q.   So what if Diane Seibert was there, what would

4        you do?

5   A.   I would hand it to her.

6   Q.   What about if Keegan Roberts was there -- Diane

7        Seibert wasn't, but Keegan Roberts was?

8   A.   He usually wasn't there that often.

9   Q.   When you would hand it to Diane Seibert, what

10       would happen?

11  A.   If she wasn't too busy, she would ask them to

12       come in and she would talk to them.

13  Q.   Did she do that for everyone?

14  A.   Yes, unless she was busy.  Then she would ask

15       them to either come back or she would call them

16       to come back.

17  Q.   It's your understanding every single person that

18       applied got an interview?

19  A.   Unless we weren't hiring at the time.

20  Q.   If you were hiring, every single person who put

21       in an application, when there was an open

22       position, would get an interview, that's your

23       understanding?

103

```
 1   A.  Yes.
 2   Q.  Do you know a customer by the name of Mr. John?
 3   A.  No.
 4   Q.  A tall, black man.  He walks with a cane.  He's
 5       heavier set.  Do you recall him now, a regular
 6       customer?
 7   MR. OPPENHEIMER:  Do you recall him from that
 8       description?
 9   THE WITNESS:  No.
10   BY MS. GRECO:
11   Q.  Do you call any of your customers Mr. John?
12   A.  No.
13   Q.  No?
14   A.  No.
15   Q.  Diane Seibert, the record will speak for itself,
16       said there were many Mr. Johns.
17   A.  We have a customer that comes in, but he doesn't
18       walk with a cane, but we call him John.
19   Q.  John.  How many customers do you have by the name
20       of John?
21   A.  Probably a lot.
22   Q.  That you call by the name of John?
23   A.  Yes.
```

131

1   Q.   Is that a policy at Black Angus Meat that

2        individuals were expected to be at work on time?

3   A.   Yes.

4   Q.   And if you were not going to arrive on time, was

5        there a policy or expectation, in your experience

6        at Black Angus Meat, as to what should occur?

7   MR. OPPENHEIMER:   Form.

8   THE WITNESS:   No.

9   BY MS. GRECO:

10  Q.   Okay.   If you were not going to be in, would you

11       call in?

12  A.   Yes.

13  Q.   Do you believe you were expected to call in?

14  A.   Yes.

15  Q.   With regard to your schedule, who determined your

16       schedule?

17  A.   Usually Diane.

18  Q.   Do you know how she would determine that?

19  A.   Depending on how busy the week was going to be

20       and who was needed.

21  Q.   Were your hours ever decreased because Black

22       Angus Meat was not busy during the slow season?

23  A.   No.

161

1   A.   No.

2   Q.   And did you ever, at any time, tell Jamie that

3        Darcy didn't find it funny, his joking about her

4        children?

5   A.   She didn't say that to me.

6   Q.   No.  Did you ever tell Jamie that Darcy didn't

7        find it funny relative to him joking about her

8        children?

9   A.   No.

10  Q.   Okay.  Did you ever tell Jamie that he had to

11       stop doing anything relative to Darcy Black?

12  MR. OPPENHEIMER:   Form.

13  THE WITNESS:   Yes.

14  BY MS. GRECO:

15  Q.   What?

16  A.   Darcy came to me and said she doesn't find

17       Jamie's jokes funny anymore.  I said Jamie, Darcy

18       doesn't find your jokes funny anymore.

19  Q.   And do you know -- did you ever ask what Darcy

20       meant about Jamie's, quote, unquote, jokes?

21  A.   No.

22  Q.   Do you know if Jamie Lapress referred to

23       African-American customers as nigs?

162

1    A.   No, he never did.

2    Q.   You know for sure he never did?

3    A.   I never heard him.

4    Q.   Well, you didn't work in the pack room, did you?

5    MR. OPPENHEIMER:   You are arguing with her now.

6    BY MS. GRECO:

7    Q.   You said he never did.  What I want to know is

8         how do you know that?

9    MR. OPPENHEIMER:   She said she never saw or heard

10        him.

11   THE WITNESS:   I never heard it.

12   BY MS. GRECO:

13   Q.   How much time would you see him during the day?

14   A.   About half the day.

15   Q.   Okay.  So he would spend half the day in the

16        front of the room?

17   A.   In the washroom.  He was mostly in the washroom.

18   Q.   He spent most of the day in the washroom?

19   A.   In the washroom, washing trays in there, yes.

20   Q.   What else would he do in the washroom?

21   A.   Put the load away.

22   Q.   Anything else?

23   A.   I never paid attention to what other people did.

168

1   Q.  Would you say the vast majority of the time she
2       worked in the pack room?
3   MR. OPPENHEIMER:  Form.
4   BY MS. GRECO:
5   Q.  You can answer.
6   A.  Yes.
7   Q.  And did you ever hear Jamie Lapress say any,
8       quote, unquote, what you perceived to be a joke
9       to Darcy Black?
10  A.  Yes.
11  Q.  What did you hear him say?
12  A.  They would just joke around.
13  Q.  I'm asking you specifically what, if anything, do
14      you recall him saying to her?
15  A.  I don't recall.
16  Q.  Okay.  And is it possible that when you weren't
17      present, he could have referred to
18      African-American customers as nigs?
19  MR. OPPENHEIMER:  Oh, Jesus Christ.  That's so
20      argumentative and it's such a terrible question.
21  THE WITNESS:  I never heard.
22  BY MS. GRECO:
23  Q.  But you weren't with him all the time, were you?

169

1   A.  No.

2   Q.  Okay.  And do you recall what Darcy said

3       specifically he said about her kids that she was

4       upset about?

5   A.  She -- it wasn't about her kids at all.  She

6       never mentioned her kids to me.

7   Q.  What did she say to you?

8   MR. OPPENHEIMER:  Form.  Asked and answered at least

9       twice now.

10  BY MS. GRECO:

11  Q.  Go ahead.

12  A.  She said I don't find Jamie's jokes funny

13      anymore.

14  Q.  Okay.  And you never asked anyone what those

15      jokes were?

16  A.  No.

17  Q.  And you never asked her what those jokes --

18  A.  No.

19  Q.  You have to let me finish.  You never asked her

20      what those jokes were?

21  A.  No.

22  Q.  What did Jamie say to you when you said that?

23  A.  Okay.

page

1    Q.   And did you tell him he needed to stop?

2    A.   I just said she doesn't find them funny anymore.

3         He said okay.

4    Q.   And do you know there was an incident with a

5         paper towel dispenser?  Are you familiar with

6         that?

7    MR. OPPENHEIMER:  Form.

8    THE WITNESS:  Yes.

9    BY MS. GRECO:

10   Q.   Do you know how much before that incident Darcy

11        Black complained to you regarding Jamie Lapress?

12   MR. OPPENHEIMER:  Objection.  There's no testimony

13        there was a complaint.

14   MS. GRECO:  Well, I'm asking.

15   THE WITNESS:  When was the paper towel incident?

16   BY MS. GRECO:

17   Q.   Assume the paper towel incident was sometime in

18        May of 2010.

19   A.   And when did Darcy leave?

20   Q.   May of 2010.  I'm not trying to get an exact

21        date.  Was it a month?  Was it two months?  Was

22        it a year?

23   A.   I don't recall.

171

1  Q.  You do recall it was before the incident?

2  A.  It may have been after.

3  Q.  You have no recollection when it occurred?

4  A.  No.

5  Q.  Did Darcy Black ever tell you that she was going

6      to quit work before she left?

7  A.  Yes.

8  Q.  Okay.  And when did she tell you that?

9  A.  About a month before she intended on leaving she

10     said -- her brother had gotten her a job at -- it

11     was a school and that she was going to ask if she

12     could stay on part-time.

13 Q.  At the time you had that conversation with her,

14     was she working at the school?

15 A.  No.

16 Q.  Did you ever know if she was working part-time

17     anywhere?

18 A.  No.

19 Q.  Did she ever indicate to you that she was working

20     part-time at a school?

21 A.  No.

22 Q.  Were you ever aware that she couldn't pay for her

23     medical insurance so she had to get another job?

172

1    MR. OPPENHEIMER:  Form.

2    BY MS. GRECO:

3    Q.  Second job?

4    A.  At what time?

5    Q.  Well, at the time when you say she told you this.

6    MR. OPPENHEIMER:  Form.

7    THE WITNESS:  What she said is she wanted to stay and

8        work part-time at Black Angus Meat when she went

9        to work for the school.

10   BY MS. GRECO:

11   Q.  So it's your understanding -- your recollection

12       that she never went to work -- she was not

13       working for someone else while she was working at

14       Black Angus Meat?

15   A.  Not that I know of.

16   Q.  And are you sure your recollection is accurate

17       she was working somewhere else?

18   A.  I didn't know about that.

19   Q.  What I want to make sure is that you for sure

20       know she was leaving as opposed to she was

21       working somewhere else, which she was?

22   A.  I didn't know anything about it.

23   Q.  So, but you were aware that it was a school?

182

1    Q.   If you know.

2    A.   I don't recall.

3    Q.   Okay.  Was Darcy a hard worker?

4    A.   She was a good worker, yes.

5    Q.   Based on your observations, do you think she gave

6         a fair day's work when she was working there, she

7         did her best?

8    A.   Most of the time, yes.

9    Q.   Would you say that Jamie Lapress gave a full

10        day's work?

11   A.   Yes.

12   Q.   And would you say most of the time for him also?

13   A.   Yes.

14   Q.   How about Mark Leible?

15   A.   Yes.

16   Q.   Same thing.  Do you recall a time when, after

17        Darcy Black got married, where she lost health

18        insurance coverage?

19   MR. OPPENHEIMER:  Form.

20   THE WITNESS:  No.

21   BY MS. GRECO:

22   Q.   Were you aware -- at any time aware Darcy Black

23        needed to get more work because she needed money

194

1   A.   To whom?

2   Q.   To -- I'm sorry.  Mr. Lapress be smoking behind a

3       dumpster?

4   A.   No.

5   Q.   Okay.  Were you ever aware of Darcy Black making

6       any items that were added to the menu at Black

7       Angus Meat?

8   MR. OPPENHEIMER:  Form.  Making?

9   MS. GRECO:  Creating.

10  MR. OPPENHEIMER:  That's two different things.

11     Creating?

12  BY MS. GRECO:

13  Q.   Creating.

14  A.   One time she said that we would make baked

15     macaroni and cheese and she said, I believe it

16     was her grandmother used to put tomatoes in it,

17     so we tried that.

18  Q.   Anything else?

19  A.   No.

20  Q.   Were you ever familiar with a spiral noodle

21     antipasto?

22  A.   Yes.

23  Q.   Do you know who created that recipe?

1    A.   Yes.

2    Q.   Do you know if any individual employees used text

3         messages during work?

4    A.   I don't know.

5    Q.   Did you ever see anyone texting at work?

6    A.   No.

7    Q.   Were you aware of any male employees making

8         comments of a sexual nature to female employees?

9    A.   No.

10   Q.   Were you aware of any male employee telling any

11        female employee that she's got a nice ass?

12   A.   No.

13   Q.   Would you find it offensive for a male employee

14        to tell a female employee she's got a nice ass?

15   A.   Yes.

16   Q.   Did you -- were you aware of any male employee

17        telling a female employee or multiple female

18        employees your headlights are on?

19   MR. OPPENHEIMER:   Form.

20   THE WITNESS:   What does that mean?

21   BY MS. GRECO:

22   Q.   Do you know what that means?

23   A.   No.

202

1   Q.   Did you ever hear any male employee tell a female

2        employee, oh, look at that cleavage?

3   A.   No.

4   Q.   If a male employee had told a female employee,

5        oh, look at that cleavage, would you find that

6        offensive?

7   A.   No.

8   Q.   Did you ever hear a male employee tell a female

9        employee does the carpet match the drapes?

10  A.   No.

11  Q.   Do you know what that means?

12  A.   Yes.

13  Q.   Your private area, pubic area match your hair?

14  A.   Yes.

15  Q.   If a male employee told a female employee does

16       the carpet match the drapes, is that offensive?

17  A.   Yes.

18  Q.   Are any of those statements, if they were made,

19       the ones I just went through, appropriate in the

20       workplace?

21  A.   No.

22  Q.   How many people, based on your experience, would

23       apply when a help-wanted sign was out?  Just in

209

1      boyfriend?

2    A.   I don't know.

3    Q.   Were Regina Rush and Raelean Rush friends of

4         Darcy Black?

5    MR. OPPENHEIMER:   Form.

6    THE WITNESS:   I thought so.

7    BY MS. GRECO:

8    Q.   Do you think they were only friends because they

9         had African-American boyfriends and Darcy had --

10   MR. OPPENHEIMER:   Jesus Christ.

11   BY MS. GRECO:

12   Q.   -- biracial children?

13   A.   No.

14   Q.   Did you ever tell Diane Seibert or Robert Seibert

15        that Raelean Rush, Regina Rush both dated

16        African-Americans and Darcy felt a connection to

17        them because her children were biracial?

18   A.   No.

19   Q.   Would you ever say that?

20   A.   No.

21   Q.   Why not?

22   A.   Because I treat everybody equally.  And Darcy

23        could tell you that.

```
 1   Q.  Did you ever hear or learn that Sean Round made
 2       the following comment to Raelean Rush or Regina
 3       Rush -- do you follow me?  I'm not trying to
 4       trick you.
 5   A.  Yes.
 6   Q.  Okay.  That she would be better off with a white
 7       guy?
 8   MR. OPPENHEIMER:  Form.
 9   THE WITNESS:  No.
10   BY MS. GRECO:
11   Q.  Did you ever hear or learn that Sean Round made
12       the following comment to Raelean Rush or Regina
13       Rush, that she needs to be with one of her own
14       kind?
15   MR. OPPENHEIMER:  Form.
16   THE WITNESS:  No.
17   BY MS. GRECO:
18   Q.  Did you ever hear or learn that Sean Round made
19       the following comment to Raelean Rush or Regina
20       Rush, what is wrong with white guys?
21   MR. OPPENHEIMER:  Form.
22   THE WITNESS:  No.
23   BY MS. GRECO:
```

211

1   Q.   If those comments were made by Sean Round in the

2        workplace, in your opinion, would they be

3        offensive?

4   MR. OPPENHEIMER:   Form.

5   THE WITNESS:   Yes.

6   BY MS. GRECO:

7   Q.   And in your opinion, would they be inappropriate

8        in the workplace?

9   A.   As far as he made those comments?

10  Q.   If -- assuming he made them to Raelean and/or

11       Regina, would it be inappropriate for them to be

12       made in the workplace?

13  A.   Yes.

14  Q.   And would you agree with me that those statements

15       are racially offensive?

16  MR. OPPENHEIMER:   Form.

17  THE WITNESS:   Depending on the content.

18  BY MS. GRECO:

19  Q.   Well, telling a white woman who is dating a black

20       man that she needs to be with one of her own

21       kind, do you find that racial?

22  A.   Yes.

23  Q.   Or telling a white woman who is dating a black

212

```
1        man that she would be better off with a white
2        guy, would you agree that's racially offensive?
3   A.   Yes.
4   Q.   Telling a white woman who is dating a black man
5        what's wrong with white guys --
6   A.   Yes.
7   Q.   -- would you agree that's racially offensive?
8   A.   Yes.
9   Q.   Did you ever hear or learn that Sean Round told
10       Raelean Rush that her boyfriend, who was an
11       African-American, was using her to get her name
12       because black men always cheat and he probably
13       has a lot of girlfriends?
14  MR. OPPENHEIMER:  Form.
15  THE WITNESS:  No.
16  BY MS. GRECO:
17  Q.   If that statement was stated in the workplace, do
18       you believe it would be offensive?
19  A.   Yes.
20  Q.   Do you believe it would be inappropriate?
21  A.   Yes.
22  Q.   Do you believe it would be racially offensive?
23  A.   Yes.
```

213

```
 1   Q.  Were you ever aware of any incidents where
 2       Raelean Rush told Sean Round that, in these or
 3       similar words, she didn't care what he said about
 4       her, but her personal life was none of his
 5       business and asked him to refrain from commenting
 6       on it?
 7   A.  No.
 8   Q.  Is it fair to say that if comments of a racial
 9       nature were made in the pack room, you would not
10       be privy to them?
11   MR. OPPENHEIMER:  Form.
12   BY MS. GRECO:
13   Q.  You would not be present to hear them, is that
14       fair?
15   A.  Yes.
16   Q.  Did you ever hear or were you aware of Sean Round
17       saying that he delivered to Bob's nigs?
18   MR. OPPENHEIMER:  Form.
19   THE WITNESS:  No.
20   BY MS. GRECO:
21   Q.  Would it be ever appropriate to refer to Black
22       Angus Meat's African-American customers as Bob's
23       nigs?
```

214

1   A.   No.

2   Q.   Or nigs at all?

3   A.   Right.   No.

4   Q.   Were you ever aware -- did you ever hear or did

5        you ever learn that Jamie Lapress said that the

6        owner, Robert Seibert, called him on the phone

7        and said his, meaning Robert Seibert's, nigs are

8        dirtying up the parking lot?

9   MR. OPPENHEIMER:   Form.

10  THE WITNESS:   No.

11  BY MS. GRECO:

12  Q.   If such a statement was made, would that be

13       racially offensive?

14  A.   Yes.

15  Q.   If Sean Round had said that he had to deliver to

16       Bob's nigs, would that be racially offensive?

17  A.   Yes.

18  Q.   Okay.  Did you ever hear or learn that Jamie

19       Lapress or Sean Round and/or meaning both one or

20       the other said in these or similar words relative

21       to African-American customers, how can they have

22       nice cars and get food stamps?

23  MR. OPPENHEIMER:   Form.

215

1    THE WITNESS:  No.

2    BY MS. GRECO:

3    Q.  If those statements had been made, would you

4        agree that they are racially offensive?

5    A.  Yes.

6    Q.  Did you ever learn that Jamie Lapress and/or Sean

7        Round said in these or similar words relative to

8        African-American customers, how come they have

9        nice clothes and get food stamps?

10   MR. OPPENHEIMER:  Form.

11   THE WITNESS:  No.

12   BY MS. GRECO:

13   Q.  Would you agree with me if that was said, that

14       that is racially offensive?

15   A.  Yes.

16   Q.  Were you ever aware when a large, black customer

17       with food stamps came in the store to purchase

18       steaks, did you ever hear or learn that Nicole

19       Seibert said in these or similar words, why can't

20       he get out and work?

21   A.  No.

22   Q.  Would you agree with me that would be racially

23       offensive?

229

1   Q.  When is the first time you ever heard Robert

2       Seibert say you can talk about the weather and

3       sports, there's no soap opera -- strike that.

4       When is the first time you ever heard Robert

5       Seibert saying these words or similar words, you

6       can talk about weather and sports, this is no

7       soap opera, leave your personal dramas at home?

8   A.  He always said that.

9   Q.  When you first started working there, is that

10      something he said?

11   A.  Basically, yes.

12   Q.  Has he continually said that throughout the

13      years?

14   A.  Yes.

15   Q.  So that's not something that all of a sudden he

16      started saying because Darcy Black was working

17      there?

18   A.  No.  He didn't even like us discussing personal

19      problems between each other.

20   Q.  Did you ever hear at work that Darcy Black was

21      going to divorce her husband?

22   A.  No.

23   Q.  Okay.  Did you ever hear Robert Seibert say or

```
 1      learn that he said that he told Darcy Black that
 2      she would have to get used to the idea her
 3      children were black, there was no changing that?
 4  MR. OPPENHEIMER:  Form.
 5  THE WITNESS:  No.
 6  BY MS. GRECO:
 7  Q.  Would you ever think it would be appropriate for
 8      an employer to say that to a mother regarding her
 9      children?
10  A.  No.
11  Q.  Would you agree with me that that is racially
12      offensive?
13  A.  Yes.
14  Q.  Did you ever hear the term inner-city customer?
15  A.  Yes.
16  Q.  Okay.  Is that something that is used at Black
17      Angus Meat?
18  A.  At times, yes.
19  Q.  What does it mean?
20  A.  It's a delivery area.  They would say we are
21      delivering to the inner-city area.
22  Q.  What is inner-city area?
23  A.  I believe -- I don't deliver, but I believe it's
```

233

1    MR. OPPENHEIMER:  You're very welcome.  I wish I

2        could educate you about many things.

3    MS. GRECO:  Guess what, there's no basis for that, so

4        we can see what you make of it at trial.

5    MR. OPPENHEIMER:  You won't get to trial.

6    MS. GRECO:  We will see about that, won't we?

7    MR. OPPENHEIMER:  Yes.

8    BY MS. GRECO:

9    Q.  Did you ever hear anyone say in these or similar

10       words, that Darcy was easy to feel sorry for

11       early on in her employment because she was a

12       single mother with two biracial children trying

13       to work to provide for her family?

14   A.  No.

15   Q.  Would you agree with me that's racially offensive

16       to refer to her biracial children?

17   A.  Yes.

18   Q.  Did you ever receive a loan from Black Angus Meat

19       that you may have paid back?

20   A.  No.

21   Q.  Do you know other individuals who received loans?

22   A.  Yes.

23   Q.  Okay.  And who were the ones that you know about?

250

1   Q.  Did you ever have any understanding where this

2       incident occurred between Jamie Lapress and Darcy

3       Black?

4   A.  I don't recall.

5   Q.  Do you recall if anyone ever told you?

6   A.  No, I don't.  I knew nothing about it.  I wasn't

7       there.  I didn't know anything about it.  I may

8       have been there, but I didn't know anything about

9       it.

10  Q.  Okay.  Did anyone, other than Keegan Roberts,

11      ever speak to you regarding this incident?

12  MR. OPPENHEIMER:  Form.

13  BY MS. GRECO:

14  Q.  I'm asking at any time, that means before or

15      after Darcy Black left Black Angus Meat.

16  A.  No.

17  Q.  Okay.  Do you recall Miss Black saying to you --

18      complaining to you that Mr. Lapress referred to

19      her children as niggers?

20  A.  No.

21  Q.  Do you recall Miss Black telling you -- well,

22      strike that.  Do you recall Miss Black saying

23      that Mr. Lapress said to her you have two -- do