**EX. 8**

JAMIE N. LAPRESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------

DARCY M. BLACK,

                              Plaintiff,

        -vs-


BUFFALO MEAT SERVICE, INC., doing business
as BOULEVARD BLACK ANGUS, also known as
BLACK ANGUS MEATS, also known as
BLACK ANGUS MEATS & SEAFOOD,
ROBERT SEIBERT,
DIANE SEIBERT,
KEEGAN ROBERTS,

                              Defendants.

--------------------------------------------------
                              Examination Before Trial of

JAMIE N. LAPRESS, taken pursuant to the Federal Rules of

Civil Procedure, in the law offices of GRECO TRAPP, PLLC,

1700 Rand Building, 14 Lafayette Square, Buffalo, New York,

taken on January 5, 2018, commencing at 9:37 A.M., before

ERIN L. COPPING, Notary Public.

45

1      how often did you see him?

2  MR. OPPENHEIMER:  Form.

3  BY MS. GRECO:

4  Q.  You can answer.

5  A.  Whenever -- whenever he worked the same time I

6      worked.

7  Q.  Now, is he working there now?

8  MR. OPPENHEIMER:  Form.

9  BY MS. GRECO:

10 Q.  You can answer.

11 A.  I believe he's still employed there.

12 Q.  Do you ever see him?

13 A.  When we both work the same time.

14 Q.  When was the last time you saw him?

15 A.  Probably -- I'm not sure.

16 Q.  Was it more than a month ago?

17 A.  It was probably less than a month ago.

18 Q.  And how many times did you see him in the past

19     month?

20 A.  I believe he probably only worked once or twice.

21 Q.  And how about the month before that?

22 A.  Honestly, don't recall if he worked the month

23     before that.  Like I said, he has other jobs

46

1      and --

2   Q.  When he originally started working did he have

3      other jobs also?

4   A.  Um-hum.

5   Q.  For her?

6   A.  Yes.

7   Q.  Okay.  Do you recall any other African-American

8      employed in the time you've been employed there?

9   A.  No.

10   Q.  Okay.  Do you recall any Native American

11      employees?

12   A.  Completely?  I don't know everyone's background

13      there.

14   Q.  No, just if you know.

15   A.  Someone could be Native American and I might not

16      even know it.

17   Q.  I know.  But do you know anyone who is?

18   A.  No.

19   Q.  Do you remember an individual by the name of Eric

20      Seneca who worked from approximately September 5,

21      2010 until November 27, 2010, so approximately

22      two months?

23   A.  Yes.

50

1    MR. OPPENHEIMER:  Form.

2    BY MS. GRECO:

3    Q.  Strike that.  Did you ever hear her say the word

4        bitch?

5    A.  I don't recall.

6    Q.  Okay.  Recall means --

7    A.  I'm going to say no.

8    Q.  Did you ever hear her say the word bastard?

9    A.  I don't recall a specific incident.

10   Q.  Okay.

11   A.  But --

12   Q.  Do you recall anyone using foul language --

13   MR. OPPENHEIMER:  Form.

14   BY MS. GRECO:

15   Q.  -- while you worked at Black Angus Meat?

16   A.  Probably.

17   Q.  Who?

18   A.  I don't recall any specific incidents, but

19       sometimes people swear.

20   Q.  Okay.  Who?

21   A.  Like if you stubbed your toe and -- I don't

22       recall.

23   Q.  Okay.  Would you agree, then -- well, did you

51

1        consider anyone to have a foul mouth at Black

2        Angus Meat while you worked there as an employee?

3    MR. OPPENHEIMER:  Form.

4    BY MS. GRECO:

5    Q.  You can answer.

6    A.  Describe foul mouth.

7    Q.  What does that mean to you?

8    MR. OPPENHEIMER:  He just asked you to describe it.

9    BY MS. GRECO:

10   Q.  Foul language, someone who curses.  I asked you

11       language like bitch or bastard.  I could go

12       through a list, son of a bitch, mother f'er, the

13       word fuck.  Is that language that is used at

14       Black Angus Meat?

15   A.  No, but I'm sure -- I can't document like what if

16       anyone ever sweared.

17   Q.  I'm talking about you.

18   MR. OPPENHEIMER:  He's not finished with his answer.

19   BY MS. GRECO:

20   Q.  I'm sorry.

21   A.  What?

22   Q.  I'm asking you in your experience.  Somebody

23       could have said it and you didn't hear it.  I'm

52

1      not talking about that.  I'm asking about you in

2      your experience.

3  MR. OPPENHEIMER:  His experience what?

4  BY MS. GRECO:

5  Q.  Have you worked with anyone who you considered to

6      have a foul mouth?

7  MR. OPPENHEIMER:  Form.

8  BY MS. GRECO:

9  Q.  Foul meaning using words such as fuck, son of a

10     bitch, something like that, not just when they

11     stubbed their toe?

12 A.  I'd have to say no.

13 Q.  Okay.  Do you know what grotesque means?

14 A.  Yes.

15 Q.  Did you ever tell anyone that Darcy Black has a

16     grotesque foul mouth?

17 A.  I don't believe so.

18 Q.  Well, take a minute and think about it.  Have you

19     ever told that to anyone?

20 MR. OPPENHEIMER:  Asked and answered.

21 MS. GRECO:  He said he doesn't think so.  I'm giving

22     him a chance to think about it.

23 MR. OPPENHEIMER:  He already answered the question

68

1   Q.  Tell us specifically so we know.

2   A.  Regarding me not saying nigger or regarding the

3      paper towel dispenser?  I'm not sure.

4   Q.  Tell me exactly what you remember you said to

5      him, the words.

6   MR. OPPENHEIMER:  Form.

7   THE WITNESS:  I said basically the same thing I said

8      to Diane.

9   BY MS. GRECO:

10  Q.  Which was?

11  A.  Which was I described the incident and I said I

12     never said any of those things.

13  Q.  Okay.  But instead of saying I never said any of

14     those things, tell me specifically what you told

15     him you didn't say.

16  A.  I never used the word nigger at work.  I never

17     referred to her kids as niggers.

18  Q.  Anything else?

19  A.  Not that I recall.

20  Q.  How many conversations did you have alone with

21     Robert Seibert regarding Darcy Black after Darcy

22     Black was no longer employed at Black Angus Meat?

23  MR. OPPENHEIMER:  Form.

79

1        Darcy Black was employed there?

2    A.   There was never a set like they -- they trust us

3         to take -- you know, like to not abuse breaks.

4         Like if you want to take a break you can take a

5         break.  As long as you're working, getting your

6         work done, they don't really question on whether

7         you take a break or not.

8    Q.   Okay.  So is it fair to say that you took smoke

9         breaks outside of your -- strike that.  Did you

10        take breaks other than smoke breaks?

11   MR. OPPENHEIMER:   Form.

12   BY MS. GRECO:

13   Q.   You can answer.

14   MR. OPPENHEIMER:   Do you want to put a time frame on

15        this?

16   BY MS. GRECO:

17   Q.   The time Darcy Black was employed there.

18   A.   I'm -- I've stopped work to eat before, you know.

19   Q.   Let me ask a general question.  When you started

20        work there, did they tell you about breaks and

21        lunch break, were you told anything -- strike

22        that.  What, if anything, were you told when you

23        began employment at Black Angus Meat with taking

80

```
 1      meal breaks or rest breaks or any type of breaks?
 2   A. I was told if you want to take a lunch you have a
 3      half-hour lunch, probably a couple breaks.  I
 4      don't recall the exact, but the way they -- they
 5      let you take a break if you want it as long as
 6      you're not abusing it no one will ever question
 7      whether you -- like I don't personally.  I don't
 8      take a lunch, like I never sit down for like a
 9      half hour and just do nothing.  Like I'll eat
10      something real quick or I'll go have a smoke real
11      quick like -- and that's the way I do it.
12   Q. So you have the flexibility to be able to take
13      breaks throughout the day as you need?
14   MR. OPPENHEIMER:  Form.
15   BY MS. GRECO:
16   Q. You can answer.
17   A. Yes.
18   Q. Okay.  So if you were to have total time of --
19      well, strike that.  Is there any limit on the
20      total time you can take if you added your breaks
21      up in a day?
22   MR. OPPENHEIMER:  Form.
23   BY MS. GRECO:
```

```
 1   Q.  Or is it just as you need them?

 2   MR. OPPENHEIMER:  Form.

 3   BY MS. GRECO:

 4   Q.  You can answer.

 5   A.  Well, as long as it's not excessive.

 6   Q.  What would excessive be?

 7   A.  That depends on who you ask.  To me excessive

 8       would be -- I don't know.  I don't -- I'm not

 9       sure what you're --

10   MR. OPPENHEIMER:  If you don't understand her

11       questions make sure you tell her.  Okay?

12   THE WITNESS:  Okay.

13   BY MS. GRECO:

14   Q.  Well, some employers say you have two breaks, two

15       fifteen-minute breaks and a half-hour lunch if

16       you work so many hours.

17   A.  Okay.

18   Q.  And I asked you what did your employer say, and

19       you said your employer said if you want a lunch

20       you can take a half-hour lunch, right?  And you

21       -- I asked if he say anything specifically about

22       other breaks and you didn't give me a specific,

23       you said you could take breaks as you need them?
```

1   MR. OPPENHEIMER:  Form.

2   BY MS. GRECO:

3   Q.  If I said anything inaccurate, correct me.

4   MR. OPPENHEIMER:  His testimony is not what you just

5       described.

6   BY MS. GRECO:

7   Q.  Can you tell me specifically what you were told

8       at Black Angus Meat regarding breaks when you

9       were hired?

10  MR. OPPENHEIMER:  Form.

11  BY MS. GRECO:

12  Q.  You can answer.

13  MR. OPPENHEIMER:  He did answer.

14  BY MS. GRECO:

15  Q.  You can answer again.

16  MR. OPPENHEIMER:  Form.

17  BY MS. GRECO:

18  Q.  You can answer.  He has to say I direct you not

19      to answer.  When he says that, then you stop.

20  A.  Okay.

21  Q.  But other than that, you can answer.

22  A.  Well, I remember him saying about, you know, if

23      you want to take a lunch break you can, or you

83

```
 1        know, you get like a fifteen-minute break in the
 2        morning or in the afternoon, but they don't
 3        really -- like I never take a fifteen-minute
 4        break.  Like I would take a couple five-minute
 5        breaks and they would -- they would be okay with
 6        that.  They let everyone do that.
 7   Q.   Okay.  So there was no real restriction on how
 8        you took your breaks as long as you did your
 9        work?
10   A.   Yup.
11   Q.   Okay.  And is it fair to say that -- well, how
12        would you time your breaks?
13   MR. OPPENHEIMER:  Form.
14   BY MS. GRECO:
15   Q.   Strike that.  Did you take lunch breaks?
16   MR. OPPENHEIMER:  Form.
17   THE WITNESS:  No.
18   BY MS. GRECO:
19   Q.   Okay.
20   A.   I never took like a set time where I'm like all
21        right, I'm going to sit down for fifteen minutes
22        and not do anything.
23   Q.   Okay.  Did you ever -- if you were to take a
```

1  BY MS. GRECO:

2  Q.  You can answer.

3  A.  Well, no, it wouldn't be.  Do you mean eight a.m.

4      or eight p.m.?

5  Q.  What were your normal hours?  I mean, sometimes

6      you would work more --

7  MR. OPPENHEIMER:  Form.

8  BY MS. GRECO:

9  Q.  -- in busy season, but generally what were your

10     hours you were scheduled for?

11 MR. OPPENHEIMER:  Form.  When?

12 MS. GRECO:  When he started at seven in the morning.

13 THE WITNESS:  When I started at seven it would

14     usually be around three or four.

15 BY MS. GRECO:

16 Q.  Okay.

17 A.  I didn't work that shift very long.

18 Q.  How long did you work it?

19 A.  Occasionally I would work it if they needed me

20     to.  I believe -- I believe I probably worked

21     that shift for -- see, my -- I would normally

22     work like the twelve to close shift, but that

23     shift I worked for a little bit, but not long.  I

88

1       don't remember the exact duration.

2   Q.  Do you recall working with Darcy Black when you

3       were on the seven o'clock shift and she was --

4   A.  Occasionally.  We didn't work together that

5       often.  We do different things.

6   Q.  I understand.  But I'm talking the same shift

7       when you started working in December of 2001, is

8       that true?

9   A.  Yes.

10  Q.  So when Ms. Black started working in 2005, do you

11      recall at that time being at the seven o'clock in

12      the morning, seven to three or four shift?

13  A.  When Darcy started?

14  Q.  Yes.

15  A.  No.

16  Q.  When did you go to the seven o'clock in the

17      morning shift?

18  A.  I'm not sure of the exact date.

19  Q.  Did you do packing?

20  A.  I have.

21  Q.  When did you do packing?

22  MR. OPPENHEIMER:  Form.

23  THE WITNESS:  I filled -- I've never really

91

1   BY MS. GRECO:

2   Q.   You can answer.

3   A.   During that time period?

4   Q.   During the time that you were supposed to arrive

5        at seven o'clock in the morning.

6   A.   I couldn't give you an exact number of how many

7        times I was late.

8   Q.   Were you late weekly, meaning at least once a

9        week?

10  A.   Yes.

11  Q.   Okay.  Were you late at least twice a week?

12  A.   I'm not sure.

13  Q.   Were you late three times in a week?

14  MR. OPPENHEIMER:  Ever?

15  MS. GRECO:  Nope, during that time.

16  MR. OPPENHEIMER:  What time?

17  MS. GRECO:  During the time he worked the seven

18       o'clock shift.  We talked about this.  That's

19       what we're talking about.  Go ahead.

20  THE WITNESS:  During the time when I worked at seven

21       was I ever late more than three times?

22  BY MS. GRECO:

23  Q.   Three times in a week?

92

1   A.   I may have been.

2   Q.   Okay.  And was Diane Seibert aware that you were

3        late --

4   MR. OPPENHEIMER:  Form.

5   BY MS. GRECO:

6   Q.   -- and having difficulty with the shift?

7   MR. OPPENHEIMER:  Form.

8   BY MS. GRECO:

9   Q.   You can answer.  Seibert.  Sorry.

10  MR. OPPENHEIMER:  You're asking him?

11  MS. GRECO:  If she was aware of it.  If he knows she

12       was aware of it.

13  THE WITNESS:  She does the payroll, so I'm assuming

14       she was, because I put what time I get there on

15       my timecard.

16  BY MS. GRECO:

17  Q.   So if we were to look at the timecards it would

18       say the time you are arriving?

19  A.   Um-hum.

20  Q.   You've got to say yes or no.

21  A.   Yes.

22  Q.   And did she ever speak to you about it?

23  MR. OPPENHEIMER:  What is the --

93

```
 1   BY MS. GRECO:
 2   Q.  Okay.  Say you came in late twice in a week.
 3       Right?  Sometimes were you twenty minutes late.
 4   A.  I'm not sure of the exact how late I actually
 5       was.
 6   Q.  Okay.  Could it be ten minutes, could it be
 7       twenty minutes?
 8   MR. OPPENHEIMER:  Form.
 9   BY MS. GRECO:
10   Q.  You can answer.
11   A.  Could be.
12   Q.  Okay.  And those instances, you would write it
13       down on your timecard, you said, isn't that true?
14   A.  Yes.
15   Q.  And I asked you if you knew if Diane Seibert was
16       aware of it, and you said it was on my timecard,
17       right?
18   A.  (Indicating yes.)
19   Q.  Isn't that what you said?
20   A.  Yes.
21   Q.  So did you assume she was because she's the
22       person who got the timecard?
23   A.  Yes.
```

94

1    Q.   Okay.  Did she ever speak to you about it?

2    A.   Yes.

3    Q.   Okay.  On how many occasions did she speak to you

4         about it?

5    A.   Well, normally Keegan would handle that, but she

6         has several -- probably several times.

7    Q.   Okay.  Now, you said normally Keegan would handle

8         it.  Why would Keegan handle it?

9    A.   Because he's the manager.

10   Q.   Okay.  And on how many occasions has Keegan spoke

11        to you about it?

12   A.   Just during that time period or in general?

13   Q.   Well, okay.  When you went to the twelve o'clock

14        schedule did you have any difficulty being at

15        work on time?  If we were to look at your

16        timecards would we find you arriving every day at

17        twelve o'clock?

18   A.   No, I'm late.

19   Q.   Okay.  Fine.  So how often on a weekly basis

20        would you be late for the twelve o'clock shift?

21   MR. OPPENHEIMER:  Form.

22   BY MS. GRECO:

23   Q.   You can answer.

95

1   A.   I'm not sure exactly how many times it would be.

2   Q.   Would it be similar to when you were late on the

3        seven o'clock shift?

4   MR. OPPENHEIMER:   Form.

5   BY MS. GRECO:

6   Q.   You can answer.

7   A.   Probably.

8   Q.   Okay.  And would you put it on your time slip so

9        if you arrived at twelve-twenty or

10       twelve-fifteen?

11  A.   Yes, whatever time I arrived is what time I put

12       on my timecard.

13  Q.   Okay.  And who do you turn your timecard into?

14  A.   I put it in a slot where the timecards go.

15  Q.   And who do you assume reads it?

16  A.   Diane.

17  Q.   Okay.  Meaning Diane Seibert?

18  A.   Yes.

19  Q.   Okay.  Now, you said that both Keegan Roberts and

20       Diane Seibert talked to you about it?

21  A.   Yes.

22  Q.   Okay.  On how many occasions has Keegan Roberts

23       spoken to you about it?

96

1    A.   Several.

2    Q.   Okay.  How many occasions has Diane Seibert

3         talked to you about it?

4    A.   Over the entire time of my employment?

5    Q.   Yes.

6    A.   Several.

7    Q.   Okay.  Start with Keegan Roberts.  When is the

8         first time you recall him talking to you about

9         it?

10   A.   Probably the first time I was late.

11   Q.   Okay.  And can you tell me what you recall from

12        the conversation?

13   A.   It's basically well, get to work on time.

14   Q.   Okay.  Now, when you say he talked to you several

15        times, how many is several to you?

16   A.   Over the entire course of my employment?

17   Q.   Yes.

18   A.   Several.

19   Q.   I can't substitute --

20   A.   I can't -- I can't pick a number out of a hat.

21   Q.   More than five?

22   A.   Yes.

23   Q.   More than ten?

97

1   A.   Yes.

2   Q.   More than fifteen?

3   A.   Yes.

4   Q.   More than twenty?

5   A.   Yes.

6   Q.   More than twenty-five?

7   A.   Probably, yes.

8   Q.   More than thirty?

9   A.   Probably, yes.

10  Q.   More than thirty-five?

11  A.   Probably, yes.

12  Q.   More than forty?

13  A.   Yes.

14  Q.   More than forty-five?

15  A.   Yes.

16  Q.   More than fifty?

17  A.   Probably, yes.

18  Q.   More than fifty-five?

19  A.   Yes.

20  Q.   More than sixty?

21  A.   Yes.

22  Q.   More than sixty-five?

23  A.   Probably, yes.

98

1   Q.   More than seventy?

2   A.   I'm not sure.

3   Q.   Okay.   All right.   Do you consider this something

4        that you've been spoken to by Keegan Roberts on a

5        regular basis?

6   MR. OPPENHEIMER:   Form.

7   BY MS. GRECO:

8   Q.   You can answer.

9   A.   Yes, I've been reprimanded by being late multiple

10       times.

11  Q.   Have you ever received a written warning,

12       something in writing from them?

13  A.   No.

14  Q.   Okay.   And on these occasions when Keegan Roberts

15       met with you, did he reprimand you about it?

16  A.   Um-hum.

17  MR. OPPENHEIMER:   Form.

18  BY MS. GRECO:

19  Q.   You have to answer.

20  A.   Yes.

21  Q.   And what did he say and what did you say as you

22       best recall?

23  MR. OPPENHEIMER:   He just testified that it was

99

1        probably more than seventy times.

2    BY MS. GRECO:

3    Q.   Was it a similar conversation?

4    MR. OPPENHEIMER:   Form.

5    BY MS. GRECO:

6    Q.   During those seventy -- probably seventy times,

7         did you have similar conversations with him?

8    MR. OPPENHEIMER:   Form.

9    BY MS. GRECO:

10   Q.   You can answer.

11   A.   Yes.

12   Q.   Okay.  Can you tell me what you recall?

13   A.   Try to get to work on time, you know, be on time.

14   Q.   Do you recall anything else other than try to get

15        to work on time and be on time that Keegan

16        Roberts said?

17   A.   No.

18   Q.   Okay.  Now, you said you had conversations with

19        Diane Seibert regarding not being to work on

20        time.  Can you tell me how many conversations you

21        had with her?

22   A.   I don't know how many conversations it was over

23        the years.

100

```
 1   Q.  More than five?
 2   A.  Yes.
 3   Q.  More than ten?
 4   A.  Probably, yes.
 5   Q.  More than fifteen?
 6   A.  Yes.
 7   Q.  More than twenty?
 8   A.  I'm not sure.
 9   Q.  Okay.  And were those conversations similar
10       conversations?
11   A.  Yes.
12   MR. OPPENHEIMER:  Form.
13   BY MS. GRECO:
14   Q.  I mean, her conversations, did she say generally
15       the same thing during all those conversations?
16   A.  Yes.
17   Q.  Can you tell me what was said?
18   A.  We'd like you to get to work on time.
19   Q.  Did she ever tell you why she'd like you to get
20       to work on time?
21   A.  She'd like everyone to get to work on time.
22   Q.  Okay.  Was there any medical reason why you could
23       not get to work on time?
```

101

1   A.   No.

2   Q.   Was there any reason you could not get to work on

3        time?

4   A.   A specific reason?

5   Q.   Yes.

6   A.   Well, there were probably times when I had car

7        trouble or probably times when I woke up late,

8        probably -- I mean, there -- I'm sure there's

9        multiple reasons.

10  Q.   Do you generally just have time -- a problem

11       getting somewhere on time?

12  A.   Yeah.

13  Q.   Okay.  Is that generally the reason you were

14       late?

15  MR. OPPENHEIMER:  I didn't hear your question.

16  BY MS. GRECO:

17  Q.   Is that generally the reason you were late those

18       times, is you have difficulty getting somewhere

19       on time?

20  A.   Yeah.

21  Q.   During the time that you've worked at Black Angus

22       Meat, have you had to work on Saturdays?

23  A.   Yes.

102

```
1   Q.  Okay.  Do you work Saturday every week, is that
2       one of your normal days?
3   A.  Yes.
4   Q.  Have you ever asked for Saturdays off?
5   A.  Yes.
6   Q.  Did you have any problems getting Saturdays off?
7   A.  The rare times when I did ask for a Saturday off
8       I probably got it.
9   Q.  Okay.  So it was nothing that strikes you as
10      being denied the opportunity to work, to have
11      Saturday off?
12  A.  I never really -- I may have once or twice asked
13      for a Saturday off, but I don't generally ask for
14      that day off.
15  Q.  Who was normally off on Saturdays?
16  MR. OPPENHEIMER:  Form.
17  BY MS. GRECO:
18  Q.  During the time Darcy Black worked at Black Angus
19      Meat?
20  MR. OPPENHEIMER:  Form.
21  BY MS. GRECO:
22  Q.  So sometime 2010 to sometime --
23  A.  I don't make the schedule.  I don't know who was
```

103

```
 1        off on Saturdays.
 2   Q.   Okay.  I just meant based on your own experience
 3        was there someone routinely off on Saturdays?
 4   A.   I don't know.
 5   MR. OPPENHEIMER:  Form.
 6   BY MS. GRECO:
 7   Q.   You don't know.  Okay.  Who makes the schedule?
 8   A.   Probably usually Diane or Keegan.
 9   Q.   Do you have any understanding that there was a
10        policy at work that individuals were supposed to
11        be there on time for work?
12   MR. OPPENHEIMER:  Form.
13   THE WITNESS:  Yes.
14   BY MS. GRECO:
15   Q.   Were you ever threatened with termination from
16        your job at Black Angus Meat because of your
17        difficulties getting to work on time?
18   A.   No.
19   Q.   Do you think if they did threaten you with
20        termination that you would make a better effort
21        to get to work on time?
22   MR. OPPENHEIMER:  Form.
23   MS. GRECO:  You can answer.
```

130

1       you know, I guess some companies can train

2       individuals, but some companies have training

3       that they do to all different employees.  Were

4       you ever in a company that had training?  And I'm

5       talking about any company that you worked at,

6       including Black Angus Meat, where they had

7       training regarding discrimination and harassment,

8       retaliation or hostile environment?

9   MR. OPPENHEIMER:  Form.

10  BY MS. GRECO:

11  Q.  You can answer.

12  A.  Nothing that I recall.  Nothing like specific.

13  Q.  Were you ever given any written policies and

14      procedures at Black Angus Meat?

15  A.  Regarding?

16  Q.  Anything.

17  A.  No.

18  Q.  When you started work at Black Angus Meat, were

19      you offered any employment benefits?

20  MR. OPPENHEIMER:  Form.

21  BY MS. GRECO:

22  Q.  If you don't understand what that means I'll

23      explain that to you.  Do you want me to explain

136

1   THE WITNESS:  Not really.

2   BY MS. GRECO:

3   Q.  At Black Angus Meat, how would you get a pay

4       raise?

5   MR. OPPENHEIMER:  Form.

6   BY MS. GRECO:

7   Q.  Do you know what I'm trying to say?  Did you ever

8       get raises at Black Angus Meat?

9   A.  I have.

10  Q.  Okay.  How did they come about, if you know?

11  A.  Not sure really.

12  Q.  Would it just appear in your paycheck?

13  A.  Well, I know a couple times after I learned how

14      to do some other -- other things I got a raise.

15  Q.  Okay.  Did you ever just get a raise meaning --

16  MR. OPPENHEIMER:  Form.  Meaning what?

17  BY MS. GRECO:

18  Q.  Other than the ones he's told us about when he

19      believes he learns something new and got a raise.

20      I'm trying to --

21  A.  I may have got a cost of living raise.

22  Q.  That's what I'm saying.  Do you ever remember

23      that just one day you opened your paycheck or

137

```
 1      somebody told you you were going to have so many

 2      cents or whatever raise?

 3   MR. OPPENHEIMER:  Form.

 4   THE WITNESS:  I may have.

 5   BY MS. GRECO:

 6   Q.  But no one ever discussed with you why you got

 7      these raises?

 8   MR. OPPENHEIMER:  Form.

 9   BY MS. GRECO:

10   Q.  Just basically you decided thinking why you might

11      have gotten them?

12   A.  Explain what you mean.

13   Q.  Did anyone ever tell you why you got a raise

14      specifically?

15   MR. OPPENHEIMER:  Black Angus again?

16   MS. GRECO:  Yes.

17   MR. OPPENHEIMER:  Okay.

18   THE WITNESS:  I believe so.

19   BY MS. GRECO:

20   Q.  Okay.  Do you have any memory of that

21      recollection?

22   A.  I think like when I learned how to make sausage

23      and do a lot of processed meats I believe I got a
```

151

1     wanted steaks or wanted something cut, I was

2     trained to cut it.

3  Q.  Okay.  Who was the meat cutter?

4  MR. OPPENHEIMER:  Form.

5  BY MS. GRECO:

6  Q.  When you say the meat cutter, you mean the

7     butcher?

8  A.  Yeah.

9  Q.  Okay.  So during the time 2005 to 2010 we're

10     talking about, 2005 to 2010, who was the butcher?

11  A.  I believe it would be Tommy.

12  Q.  Is that Tommy Howells?

13  A.  Yup.

14  Q.  And do you know what time he starts work?

15  A.  No, I don't.

16  Q.  When you were on seven o'clock shift was he

17     normally there?

18  A.  I would say he was there sometimes.

19  Q.  Okay.  And when you would come in at twelve

20     o'clock, would he still be there?

21  MR. OPPENHEIMER:  Form.

22  THE WITNESS:  Some days he would be there, some days

23     he wouldn't be there.

152

```
 1   BY MS. GRECO:
 2   Q.  Okay.  And on the -- what I'm trying to find out
 3       is, when you said there was no butcher there, you
 4       would do the meat?
 5   A.  (Indicating yes.)
 6   MR. OPPENHEIMER:  Form.
 7   BY MS. GRECO:
 8   Q.  So I'm trying to say when you would start your
 9       job at twelve --
10   A.  But so would Mark Leible.
11   Q.  When you start your job at twelve, normally Tommy
12       Howells would be there?
13   MR. OPPENHEIMER:  Form.
14   THE WITNESS:  Sometimes he was.
15   BY MS. GRECO:
16   Q.  Was he there sometimes when you left?
17   MR. OPPENHEIMER:  Form.
18   THE WITNESS:  No.  He usually wasn't there when I
19       left.
20   BY MS. GRECO:
21   Q.  Okay.  Generally, when would he leave during a
22       busy time, during the first four weeks, two
23       weeks, fifteen days of the month, when would Mr.
```

153

```
 1      Howells leave?
 2  MR. OPPENHEIMER:  Form.
 3  BY MS. GRECO:
 4  Q.  If you don't know, say you don't know.
 5  A.  I don't know.
 6  MR. OPPENHEIMER:  You've said busy time, then first
 7      few days.  That's why I'm having a form
 8      objection.
 9  THE WITNESS:  I didn't handle his payroll.  I don't
10      know.
11  BY MS. GRECO:
12  Q.  Just basing on your observation, during deer
13      season it's very busy, would you agree with that?
14  A.  Yes.
15  Q.  During deer season --
16  A.  That's speaking of deer season.  That's -- some
17      other of my duties were during deer season.
18  Q.  Okay.
19  A.  Like taking in deer, checking the deer to make
20      sure they were -- they were in good enough shape
21      to handling that.  I've skinned deer --
22  Q.  Okay.  Let's go back --
23  A.  -- stuff like that.
```

1      when did the time come when they attempted to

2      train you on wrapping, if you know?

3  MR. OPPENHEIMER:   Form.

4  THE WITNESS:   I never -- I was never trained to do

5      that.

6  BY MS. GRECO:

7  Q.  Okay.

8  A.  I just -- I don't recall.

9  Q.  Is there anything that they were trying to train

10     you to do you had difficulty with and then didn't

11     do anymore?

12  A.  Not that I -- not that I know of.

13  Q.  Okay.  Do you think they gave you a good

14     opportunity by allowing you to learn these new

15     things?

16  A.  Explain what you mean.

17  Q.  Well, when you went there you didn't know how to

18     do any of these, right?

19  A.  Right.

20  Q.  These job duties, but as you were there they

21     taught you one by one how to do them, right?

22  A.  Yup.

23  Q.  Okay.  And you worked hard to learn that, right?

172

1   A.  Yup.

2   Q.  Did you ever work the front counter?

3   A.  No.

4   Q.  Did you ever see -- did you ever -- strike that.

5      Did you ever recommend anyone for employment at

6      Black Angus Meat?

7   A.  No.

8   Q.  Did you ever see anyone other than yourself come

9      in to Black Angus Meat looking for employment?

10   A.  Yes.

11   Q.  Okay.

12   A.  I don't know, just --

13   Q.  Was it on how many occasions?

14   A.  I've -- at least once I saw someone come in and

15      ask for an application and they were given one.

16   Q.  Okay.  Did -- do you remember what the person

17      looked like?

18   A.  No.

19   Q.  Do you remember if they were Caucasian or

20      African-American or --

21   A.  I don't know.

22   Q.  Do you know if the person was interviewed?

23   A.  I don't know.

209

1   A.  Would I consider it offensive?

2   Q.  Yes.

3   A.  Yeah, I wouldn't say it.

4   Q.  Okay.  Have you ever heard anyone say that --

5   A.  I haven't, no.

6   Q.  -- while at Black Angus Meat?

7   A.  No.

8   Q.  Would you agree with me that with reference to a

9      black customer someone saying how come they have

10     nice cars and get food stamps that that is

11     offensive?

12  MR. OPPENHEIMER:  Form.  Just in terms of the

13     witness' last answer when he said offensive, he

14     said I wouldn't say it, so I guess that's the way

15     I would like you to interpret the word offensive,

16     that you wouldn't say it.

17  THE WITNESS:  All right.

18  MR. OPPENHEIMER:  Does that help?

19  BY MS. GRECO:

20   Q.  Not really.  Would you --

21  MR. OPPENHEIMER:  That's how he understood the prior

22     question.

23  BY MS. GRECO:

210

```
 1   Q.  Do you know what offensive means?

 2   A.  He said what he means it means.

 3   Q.  What does it mean to you?

 4   MR. OPPENHEIMER:  That he wouldn't say it, that is

 5       what he said.

 6   BY MS. GRECO:

 7   Q.  Did you ever say the statement I said before or

 8       this statement?

 9   A.  The two statements you just said, no.

10   Q.  And did you ever hear anyone make those

11       statements?

12   MR. OPPENHEIMER:  At Black Angus?

13   THE WITNESS:  No.

14   BY MS. GRECO:

15   Q.  Yes.  And if they had been made, would you find

16       them offensive?

17   MR. OPPENHEIMER:  Form.

18   THE WITNESS:  I would.  I wouldn't say it.

19   BY MS. GRECO:

20   Q.  Okay.  And you wouldn't want somebody else to say

21       it, is that fair?

22   A.  Sure, yes.

23   Q.  Okay.  And would you ever receive -- would you
```

222

1    Q.   So it's fair to say the keys can be found for the
2         paper towel dispensers?
3    MR. OPPENHEIMER:   Form.
4    BY MS. GRECO:
5    Q.   You can answer.
6    A.   Usually.
7    Q.   Where are they kept?
8    A.   They are usually hanging on a nail by the --
9         probably by the washroom is where it usually --
10   Q.   Is that the one that is in the bathroom or is
11        that one -- is that the key for both or is it
12        just for the one near the bathroom?
13   A.   I think it --
14   MR. OPPENHEIMER:   Form.
15   BY MS. GRECO:
16   Q.   If you know.
17   A.   At that time I think it had both keys on it.
18   Q.   So how would you know which key went to which
19        dispenser?
20   A.   It would -- whichever one fit in the -- but they
21        -- see, I'm not sure about that, because it might
22        have been the same key.  I don't really recall.
23   Q.   Okay.  And you said you -- I don't want to put

223

1       words in your mouth.  On how many occasions, if

2       at all, did you have any difficulty getting in

3       the paper towel dispenser?

4   A.  I believe it was only that one time.

5   Q.  Okay.  And what was the problem getting in the

6       paper towel dispenser at that time?

7   A.  I couldn't find the key.

8   Q.  Okay.  And what did you do to locate the key?

9   A.  I looked around for it.  I couldn't find it.

10  Q.  Did you ask anyone for it?

11  A.  I don't know.  I don't think so.

12  Q.  Why not?

13  A.  I was just looking for the key, but I -- maybe I

14      did ask if someone had seen it.

15  Q.  Well, you said that's the one and only time you

16      had any problem getting into it so I assume the

17      next time you had to put paper towels in it you

18      had the key.  Is that true?

19  A.  I assume so.

20  Q.  Well, I'm trying to find out was it a broken

21      paper towel dispenser or was it just -- what was

22      it?

23  MR. OPPENHEIMER:  Form.

231

1   A.   No.

2   Q.   Did you ask Thomas Howells if he knew where the

3        key was?

4   A.   I probably did, yes.

5   Q.   Did you ask Debbie Negrych if she knew where the

6        key was?

7   A.   I probably asked everyone that was there.  I

8        didn't like specifically -- it was kind of like a

9        blanket statement, like has anyone seen the key.

10  Q.   Okay.  What was the response?

11  A.   No.

12  Q.   Okay.  So what did you decide to do next?

13  A.   Well, I tried to figure out if I could open it

14       without a key so I asked if anyone knew how to

15       open the lock without a key.

16  Q.   Did you --

17  A.   Like if anyone --

18  Q.   Go ahead.

19  A.   Like if anyone could pick the lock or open it.

20  Q.   And who was present when you said that?

21  A.   I know Darcy was present.  I'm trying to think of

22       who else might have been right in the vicinity.

23  Q.   Who was -- who did you direct that question to?

241

```
 1      particular.  I was asking everyone.
 2  BY MS. GRECO:
 3  Q.  If you needed sheer -- sheer brute force who
 4      would you have asked?
 5  MR. OPPENHEIMER:  Form.
 6  MS. GRECO:  You can answer.
 7  MR. OPPENHEIMER:  You're asking him to guess.
 8  BY MS. GRECO:
 9  Q.  I'm asking who he would have asked.  Sometimes,
10      you know, somebody is really physically superior
11      to other people.  Was there someone at Black
12      Angus Meat that would fit that role?
13  MR. OPPENHEIMER:  If you needed pure or sheer brute
14      force is your question?
15  MS. GRECO:  Yes.
16  MR. OPPENHEIMER:  About what?
17  MS. GRECO:  To break into the paper towel dispenser.
18  MR. OPPENHEIMER:  Then ask that full question.
19  BY MS. GRECO:
20  Q.  That's what this is about.  If you needed to
21      break into the paper towel dispenser because you
22      had to get in there and you didn't have the key,
23      is there someone you would ask more likely that
```

242

```
 1      you thought would be able to assist you?
 2   MR. OPPENHEIMER:  Form.
 3   BY MS. GRECO:
 4   Q.  And if you could have someone help you?
 5   MR. OPPENHEIMER:  Asked and answered now multiple
 6      times.
 7   BY MS. GRECO:
 8   Q.  Go ahead.  Go ahead.
 9   A.  Okay.  I didn't ask anyone to use brute force on
10      it.  I was asking if anyone could help pick the
11      lock.
12   Q.  Okay.
13   A.  Like --
14   Q.  Okay.
15   A.  If you use brute force on it you're just going to
16      break it.  I could have just done that myself.
17   Q.  Okay.  That's why I'm asking the questions, to
18      find out the answer.  All right.  So you were
19      trying to get someone to pick the lock?
20   A.  (Indicating yes.)
21   Q.  You need to --
22   A.  Yes.
23   Q.  And have you ever -- at that point had you ever
```

267

1  A.  Okay.

2  Q.  Did he ever ask you to speak to Ms. Black and to

3      apologize for any misunderstanding?

4  MR. OPPENHEIMER:  Asked and answered, right?

5  BY MS. GRECO:

6  Q.  He said he didn't believe so.  But do you know if

7      he or didn't?

8  A.  I'm going to say no.

9  Q.  And did Mr. Roberts advise you during that

10     conversation that you should stick to weather and

11     sports?

12 A.  He didn't, not then.

13 Q.  Okay.  At any time did he ever advise you that

14     your conversation -- in your conversations you

15     should stick to weather and sports?

16 A.  He -- well, Bob had said that to us before, but

17     years before that he said he doesn't want people

18     bringing their personal problems to work, keep --

19     you know, keep it weather and sports.

20 Q.  I'm talking about conversations that you had with

21     Mr. Roberts.

22 A.  Right after that accident?

23 Q.  After the incident when you said you saw him

278

```
 1      you learn that Darcy Black had not left for a
 2      better job?
 3   A. I'm not sure exactly.
 4   Q. Do you have any recollection at all as to how you
 5      learned it?
 6   A. Someone must have said something.  Someone must
 7      have.  I don't really remember how I heard it.
 8   Q. Okay.  Now, you said a few years before that
 9      Robert Seibert had said to you or in your
10      presence that you needed to stick to weather and
11      sports?
12   A. He said that to everyone.
13   Q. Can you tell me when that occurred, as best as
14      you can?
15   A. In relation to this incident or --
16   Q. Yes, time-wise.
17   A. Years before that.  He'd said it multiple times,
18      that he just wanted people to talk about weather
19      and sports, not to talk about their personal
20      lives.
21   Q. Okay.  Do you recall him saying it -- you started
22      in 2001.  Do you recall hearing that within the
23      first few years you worked there?
```

279

```
 1   A.   Yes.

 2   Q.   Okay.  And do you recall hearing it before the

 3        year 2004?

 4   A.   Yes.

 5   Q.   And did he tell you why he said that at that

 6        time?

 7   A.   He didn't explain why he was saying it, but it

 8        makes sense, like you don't want your employees

 9        bringing drama to the workplace, just you go

10        there to work, you have to talk, keep it light.

11        You know what I mean?

12   Q.   Okay.  And so you said he said it on other

13        occasions?

14   A.   Yup.

15   Q.   Okay.  And when he said it the first time you

16        remember hearing it, did he say it to a group of

17        people or to you directly?

18   A.   I believe it was a group of people.

19   Q.   Okay.  And I believe you said you heard this a

20        couple times more.

21   A.   Yup.

22   Q.   And in those settings was he saying it to a group

23        of people also?
```

1    A.   Yes.

2    Q.   Okay.  Did he ever single you out and say it to

3         you?

4    A.   He may have.  I don't know exactly.

5    Q.   Okay.  Did you -- how did you -- did you ever

6         learn that Ms. Black's children were biracial,

7         that their father was African-American?

8    A.   Did I know that they were biracial?

9    Q.   Yes.

10   A.   Yes.

11   Q.   Okay.  And when did you first learn that?

12   A.   When I saw them.

13   Q.   Okay.  And when did you first see them?

14   A.   I don't know the exact date.

15   Q.   And do you know the race of Raelean Rush's

16        boyfriend?

17   A.   Yes.

18   Q.   And what was his race?

19   A.   He was African-American.

20   Q.   And do you know the race of Regina Rush's

21        boyfriend?

22   A.   No, I never saw her boyfriend.

23   Q.   Okay.  Did you ever hear anyone make a comment to

```
 1      Regina Rush -- I'm sorry.  Did you ever hear
 2      anyone make a comment to Raelean Rush about her
 3      boyfriend?
 4  A.  I didn't.
 5  Q.  Did you ever hear Sean Round make a comment to
 6      Raelean Rush about her boyfriend?
 7  A.  No.
 8  Q.  Did you ever hear Sean Round tell Raelean Rush
 9      that her boyfriend was using her for her name
10      because black men always cheat and hers probably
11      has a lot of boyfriend -- a lot of girlfriends?
12  A.  I didn't hear that, no.
13  Q.  Did you ever hear Sean Round tell -- Sean Round
14      tell Raelean Rush that her boyfriend was using
15      her for her good credit score?
16  A.  I didn't, no.
17  Q.  Did you ever hear Sean Round ask Raelean Rush
18      what is wrong with the white guys?
19  A.  No.
20  Q.  Did you ever hear Sean Round tell Raelean -- tell
21      Raelean Rush she needs to meet one of her own
22      kind?
23  A.  No.
```

282

1   Q.  Did you ever hear Sean Round tell her she'd be
2       better off with a white guy?
3   A.  No.
4   Q.  Would you -- do you think it would be
5       inappropriate for Sean Round to tell Raelean Rush
6       who is dating a black man that she'd be better
7       off with a white guy?
8   A.  I wouldn't say it.
9   Q.  Do you think it would be inappropriate to be said
10      in the workplace?
11  A.  I would say so.
12  Q.  Okay.  Do you think it would be inappropriate for
13      an employee to tell Raelean Rush that she needs
14      to be with one of her own kind, knowing that she
15      had an African-American boyfriend?
16  A.  I don't know.  I never heard that, so I don't --
17      you're talking hypothetical.
18  MS. GRECO:  Can you read the question back.
19          (Whereupon, the above-requested question was
20      then read back by the reporter.)
21  THE WITNESS:  I would say so.
22  BY MS. GRECO:
23  Q.  Do you think that that comment would be racially

283

1       offensive?
2   A.  I would say so.
3   Q.  Do you think that it would be ever appropriate
4       for an employee to say to Raelean Rush who has an
5       African-American boyfriend what's wrong with a
6       white guy?
7   A.  I would say so.
8   Q.  Would you think that would be racially offensive?
9   A.  I wouldn't say it.
10  Q.  Do you think it would be racially offensive?
11  A.  Yes.
12  Q.  Okay.  Do you think it would be appropriate for
13      an employee to say to Raelean Rush relative to
14      her African-American boyfriend that her boyfriend
15      was using her for her good credit score?
16  A.  I wouldn't say it, but --
17  Q.  Do you think it's inappropriate?
18  A.  I think the whole conversation would be
19      inappropriate.
20  Q.  Is it racially offensive to be said in the
21      workplace?
22  A.  For someone to be using someone for their credit
23      score?  That's not racial, it can --

284

1   Q.   Telling her that her boyfriend who is

2        African-American who is using her for her good

3        credit store, essentially implying that he can't

4        get it on his own?

5   A.   I don't know anything about that.

6   Q.   Would you find that statement to be racially

7        offensive?

8   A.   I would say so.

9   Q.   Would it be inappropriate for an employee to tell

10       Raelean Rush with an African-American boyfriend

11       that he was using her for her names because black

12       men always cheat and hers probably has a lot of

13       girlfriends?

14  A.   I guess.

15  Q.   Do you agree that was inappropriate in the

16       workplace?

17  A.   Yeah, I wouldn't say it.

18  Q.   Do you agree it's inappropriate in the workplace?

19  A.   I don't know that it happened, but --

20  Q.   If it did happen would that be inappropriate in

21       the workplace?

22  A.   I would say so.

23  Q.   And would you find that statement to be racially

1      offensive?

2   A.   What was the statement again?

3   Q.   That her African-American boyfriend was using her

4        for her names because Black men always cheat and

5        hers probably has a lot of girlfriends?

6   A.   I would say -- I would say that would be

7        offensive, yes.

8   Q.   Did you ever hear Bob Seibert tell Darcy Black

9        that she'd have to get used to the idea that her

10       children were black, there was no changing that?

11  A.   No, absolutely not.

12  Q.   Would that ever be appropriate to be said by a

13       manager to an employee in a work setting?

14  A.   I wouldn't think so.

15  Q.   And would that be racially offensive?

16  A.   Yes.

17  Q.   Did Mr. Roberts ever tell you he was doing an

18       investigation regarding Darcy Black's complaints?

19  MR. OPPENHEIMER:   Form.

20  BY MS. GRECO:

21  Q.   You can answer.

22  MR. OPPENHEIMER:   Are you asking if he used those

23       words?

286

1  BY MS. GRECO:

2  Q.  Yes.  Did he ever say he was doing an

3      investigation regarding Darcy Black's complaints?

4  A.  No, he never said investigation.

5  MS. GRECO:  Okay.  Just give me five minutes.

6          (Whereupon, a short recess was then taken.)

7  BY MS. GRECO:

8  Q.  Would it ever be ever appropriate for an employee

9      to say to a female employee that she's got a nice

10     ass?

11 A.  I would say that's inappropriate.

12 Q.  Would you say it was sexually offensive?

13 A.  I would say so.

14 Q.  Did you ever hear anyone at Black Angus Meat say

15     to a female that she's got a nice ass?

16 A.  No.

17 Q.  Do you think it would be ever appropriate in the

18     workplace for a male employee to say to a female

19     employee, quote, unquote, your headlights are on?

20 A.  No.

21 Q.  And what would it mean to you, the statement your

22     headlights are on said to a woman?

23 A.  I don't understand that statement.

1   Q.   Do you have any understanding that it's relating

2        to her breasts?

3   A.   No.

4   Q.   No.  Okay.  Would it ever be appropriate for a

5        male employee to say to a female employee oh,

6        look at that cleavage in the workplace?

7   A.   That would be inappropriate.

8   Q.   And would that be sexually offensive?

9   A.   I would say so.

10  Q.   Would it ever be appropriate for a male employee

11       to say to a female employee does the carpet match

12       the drapes?

13  A.   I would say so.

14  Q.   It would -- would it ever be appropriate?

15  A.   Oh, no, that would not be appropriate.

16  Q.   And what does it mean to you does the carpet

17       match the drapes?

18  A.   I would assume -- and I don't know, I've never

19       really heard that one, but I would assume is your

20       the hair on the top of the head the same color as

21       the hair on your lady parts.

22  Q.   Okay.  And would -- would you consider that

23       statement if it was said to a female employee by

288

1      a male to be sexually offensive?

2   A.   I would.

3   Q.   Did Debbie Negrych ever tell you that your

4        actions relative to the paper towel incident --

5        paper towel holder incident with Darcy Brown were

6        inappropriate?

7   A.   No.

8   MR. OPPENHEIMER:   Form.

9   BY MS. GRECO:

10  Q.   Did Thoms Howells ever say to you that your

11       actions relative to Darcy Brown and the paper

12       towel incident were inappropriate?

13  A.   No.  You keep saying her name wrong too.

14  Q.   I'm sorry.  Black.  Every time I say Brown it's

15       Black.  I'm sorry.  Did you ever say to Darcy

16       Brown in --

17  MR. OPPENHEIMER:   Black.

18  BY MS. GRECO:

19  Q.   Black.  Black in these or similar words after the

20       paper towel holder incident, that she'd have to

21       get over it?

22  A.   No.

23  Q.   Did anyone ever tell you that Darcy Black