**EX. 16**

T  Nov 20th (21st, 4-9) 15 - 20 HRS.

# APPLICATION FOR EMPLOYMENT

PRE-EMPLOYMENT QUESTIONNAIRE
EQUAL OPPORTUNITY EMPLOYER

DATE 10/24/08

## PERSONAL INFORMATION

- **NAME (LAST NAME FIRST):** ROBERT KEEGAN
- **SOCIAL SECURITY NO.:** [redacted]
- **PRESENT ADDRESS:** 201-A CLEMENT HALL Univ at Buffalo
- **CITY:** BUFFALO
- **STATE:** NY
- **ZIP CODE:** 14214
- **PERMANENT ADDRESS:**
- **CITY:**
- **STATE:**
- **ZIP CODE:**
- **PHONE NO.:** (716) 829-4036
- **REFERRED BY:** JILIANN HARRIS

## EMPLOYMENT DESIRED

- **POSITION:** POSITION AVAILABLE
- **DATE YOU CAN START:** ASAP
- **SALARY DESIRED:**
- **ARE YOU EMPLOYED?** No
- **IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER?** No
- **EVER APPLIED TO THIS COMPANY BEFORE?** No
- **WHERE?**
- **WHEN?**

| NAME AND LOCATION OF SCHOOL | | YEARS ATTENDED | DID YOU GRADUATE | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | POLAND CENTRAL | 12 | YES | |
| HIGH SCHOOL | | | | |
| COLLEGE | UNIVERSITY AT BUFFALO | 1½ | | ARCHITECTURE |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL

**SUBJECTS OF SPECIAL STUDY/RESEARCH WORK OR SPECIAL TRAINING/SKILLS:** MON - NO

TUES - Out 11:30     THURS 6-10
WED Out 4:30         FRI - 6-10
                     SAT ⟩ OPEN
                     SUN ⟩

**U.S. MILITARY OR NAVAL SERVICE:**
**RANK:**

## FORMER EMPLOYERS

(LIST BELOW LAST FOUR EMPLOYERS, STARTING WITH LAST ONE FIRST)

| DATE MONTH AND YEAR | NAME AND ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM spring 99 TO fall 00 | BSA. CAMP RUSSELL | | HIGH ADVENTURE GUIDE LIFEGUARD | SEASONAL POSITION |
| FROM TO | | | | |
| FROM TO | | | | |
| FROM TO | | | | |

(CONTINUED ON OTHER SIDE)
Application for Employment

Adams 9881

DEF 0163    MAR 1994

## REFERENCES

GIVE BELOW THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| # | NAME | ADDRESS | BUSINESS | YEARS KNOWN |
|---|------|---------|----------|-------------|
| 1 | JILLIANN HARRIS | 370 DEXTER TERR. | ALLIANCE IMAGING PATIENT COORDINATOR | 1 ½ |
| 2 | ORIN LINDQUIST | WILLOW ST. LOCKPORT | | 19 |
| 3 | MARK DOMSER | 47 DOVER RD REMSEN NY | DENTIST | 14 |

## AUTHORIZATION

"I CERTIFY THAT THE FACTS CONTAINED IN THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND UNDERSTAND THAT, IF EMPLOYED, FALSIFIED STATEMENTS ON THIS APPLICATION SHALL BE GROUNDS FOR DISMISSAL. I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED HEREIN AND THE REFERENCES AND EMPLOYERS LISTED ABOVE TO GIVE YOU ANY AND ALL INFORMATION CONCERNING MY PREVIOUS EMPLOYMENT AND ANY PERTINENT INFORMATION THEY MAY HAVE, PERSONAL OR OTHERWISE, AND RELEASE THE COMPANY FROM ALL LIABILITY FOR ANY DAMAGE THAT MAY RESULT FROM UTILIZATION OF SUCH INFORMATION.

I ALSO UNDERSTAND AND AGREE THAT NO REPRESENTATIVE OF THE COMPANY HAS ANY AUTHORITY TO ENTER INTO ANY AGREEMENT FOR EMPLOYMENT FOR ANY SPECIFIED PERIOD OF TIME, OR TO MAKE ANY AGREEMENT CONTRARY TO THE FOREGOING, UNLESS IT IS IN WRITING AND SIGNED BY AN AUTHORIZED COMPANY REPRESENTATIVE."

DATE  10/24/00     SIGNATURE  _[signature]_

INTERVIEWED BY _____ DATE _____

---DO NOT WRITE BELOW THIS LINE---

## REMARKS

| NEATNESS | | CHARACTER | |
|----------|---|-----------|---|
| PERSONALITY | | ABILITY | |

| HIRED | FOR DEPT. | POSITION | WILL REPORT | SALARY WAGES |
|-------|-----------|----------|-------------|--------------|

APPROVED: 1. _____  2. _____  3. _____
         EMPLOYMENT MANAGER    DEPT. HEAD          GENERAL MANAGER

THIS APPLICATION FOR EMPLOYMENT IS SOLD ONLY FOR GENERAL USE THROUGHOUT THE UNITED STATES. ADAMS ASSUMES NO RESPONSIBILITY AND HEREBY DISCLAIMS ANY LIABILITY FOR THE INCLUSION IN THIS FORM OF ANY QUESTIONS OR REQUESTS FOR INFORMATION UPON WHICH A VIOLATION OF LOCAL, STATE AND/OR FEDERAL LAW MAY BE BASED. IT IS THE USER'S RESPONSIBILITY TO ENSURE THAT THIS FORM'S USE COMPLIES WITH APPLICABLE LAWS, WHICH CHANGE FROM TIME TO TIME.

DEF 0164

# Form W-4 (1998)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 1998 expires February 16, 1999.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $700 and includes unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances.

**New—Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see Pub. 919, Is My Withholding Correct for 1998?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one W-4. Your withholding will usually be most accurate when all allowances are claimed on the W-4 filed for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your estimated total annual tax. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married). To order Pub. 919, call 1-800-829-3676. Check your telephone directory for the IRS assistance number for further help.

**Sign this form.** Form W-4 is not valid unless you sign it.

## Personal Allowances Worksheet

A  Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . . . A __0__

B  Enter "1" if: 
  - You are single and have only one job; or
  - You are married, have only one job, and your spouse does not work; or
  - Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.
  . . . . . . B __1__

C  Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse, or more than one job. (This may help you avoid having too little tax withheld.) . . . . . . C __0__

D  Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . . D __0__

E  Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . . . E __0__

F  Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . . F __0__

G  **New—Child Tax Credit:** • If your total income will be between $16,500 and $47,000 ($21,000 and $60,000 if married), enter "1" for each eligible child. • If your total income will be between $47,000 and $80,000 ($60,000 and $115,000 if married), enter "1" if you have two or three eligible children, or enter "2" if you have four or more . . . G __0__

H  Add lines A through G and enter total here. Note: This amount may be different from the number of exemptions you claim on your return. ▶ H __1__

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are single, have more than one job, and your combined earnings from all jobs exceed $32,000 OR if you are married and have a working spouse or more than one job, and the combined earnings from all jobs exceed $55,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

---

Cut here and give the certificate to your employer. Keep the top part for your records.

---

**Form W-4**
Department of the Treasury
Internal Revenue Service

**Employee's Withholding Allowance Certificate**

▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010

**1998**

1  Type or print your first name and middle initial: **LEEGAN W**   Last name: **ROBERTS**   2 Your social security number: [redacted]

Home address (number and street or rural route): **P.O. Box 70 ~~Cold Brook~~**

3 ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.

City or town, state, and ZIP code: **Cold Brook NY 13324**

4  If your last name differs from that on your social security card, check here and call 1-800-772-1213 for a new card ☐

5  Total number of allowances you are claiming (from line H above or from the worksheets on page 2 if they apply) . . . 5 __1__

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . . 6 $ __0.00__

7  I claim exemption from withholding for 1998, and I certify that I meet BOTH of the following conditions for exemption:
  • Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND
  • This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.
  If you meet both conditions, enter "EXEMPT" here ▶ 7 __—__

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature ▶ *[signature]*   Date ▶ **1/16/01**, 19___

8  Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS)    9 Office code (optional)    10 Employer identification number

Cat. No. 10220Q

DEF 0197

### Deductions and Adjustments Worksheet

**Note:** Use this worksheet only if you plan to itemize deductions or claim adjustments to income on your 1998 tax return.

1. Enter an estimate of your 1998 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes (but not sales taxes), medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 1998, you may have to reduce your itemized deductions if your income is over $124,500 ($62,250 if married filing separately). Get Pub. 919 for details.) ... 1 $ _____

2. Enter:
   - $7,100 if married filing jointly or qualifying widow(er)
   - $6,250 if head of household
   - $4,250 if single
   - $3,550 if married filing separately
   ... 2 $ _____

3. Subtract line 2 from line 1. If line 2 is greater than line 1, enter -0- ... 3 $ _____
4. Enter an estimate of your 1998 adjustments to income, including alimony, deductible IRA contributions, and education loan interest ... 4 $ _____
5. Add lines 3 and 4 and enter the total ... 5 $ _____
6. Enter an estimate of your 1998 nonwage income (such as dividends or interest) ... 6 $ _____
7. Subtract line 6 from line 5. Enter the result, but not less than -0- ... 7 $ _____
8. Divide the amount on line 7 by $2,500 and enter the result here. Drop any fraction ... 8 _____
9. Enter the number from Personal Allowances Worksheet, line H, on page 1 ... 9 _____
10. Add lines 8 and 9 and enter the total here. If you plan to use the Two-Earner/Two-Job Worksheet, also enter this total on line 1 below. Otherwise, stop here and enter this total on Form W-4, line 5, on page 1 ... 10 _____

### Two-Earner/Two-Job Worksheet

**Note:** Use this worksheet only if the instructions for line H on page 1 direct you here.

1. Enter the number from line H on page 1 (or from line 10 above if you used the Deductions and Adjustments Worksheet) ... 1 _____
2. Find the number in Table 1 below that applies to the LOWEST paying job and enter it here ... 2 _____
3. If line 1 is GREATER THAN OR EQUAL TO line 2, subtract line 2 from line 1. Enter the result here (if zero, enter -0-) and on Form W-4, line 5, on page 1. DO NOT use the rest of this worksheet ... 3 _____

**Note:** If line 1 is LESS THAN line 2, enter -0- on Form W-4, line 5, on page 1. Complete lines 4-9 to calculate the additional withholding amount necessary to avoid a year-end tax bill.

4. Enter the number from line 2 of this worksheet ... 4 _____
5. Enter the number from line 1 of this worksheet ... 5 _____
6. Subtract line 5 from line 4 ... 6 _____
7. Find the amount in Table 2 below that applies to the HIGHEST paying job and enter it here ... 7 $ _____
8. Multiply line 7 by line 6 and enter the result here. This is the additional annual withholding amount needed ... 8 $ _____
9. Divide line 8 by the number of pay periods remaining in 1998. (For example, divide by 26 if you are paid every other week and you complete this form in December 1997.) Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck ... 9 $ _____

### Table 1: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | | All Others | | | |
|---|---|---|---|---|---|---|---|
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| 0 - $4,000 | 0 | 38,001 - 43,000 | 8 | 0 - $5,000 | 0 | 70,001 - 85,000 | 8 |
| 4,001 - 7,000 | 1 | 43,001 - 54,000 | 9 | 5,001 - 11,000 | 1 | 85,001 - 100,000 | 9 |
| 7,001 - 12,000 | 2 | 54,001 - 62,000 | 10 | 11,001 - 16,000 | 2 | 100,001 and over | 10 |
| 12,001 - 18,000 | 3 | 62,001 - 70,000 | 11 | 16,001 - 21,000 | 3 | | |
| 18,001 - 24,000 | 4 | 70,001 - 85,000 | 12 | 21,001 - 25,000 | 4 | | |
| 24,001 - 28,000 | 5 | 85,001 - 100,000 | 13 | 25,001 - 42,000 | 5 | | |
| 28,001 - 33,000 | 6 | 100,001 - 110,000 | 14 | 42,001 - 55,000 | 6 | | |
| 33,001 - 38,000 | 7 | 110,001 and over | 15 | 55,001 - 70,000 | 7 | | |

### Table 2: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| 0 - $50,000 | $400 | 0 - $30,000 | $400 |
| 50,001 - 100,000 | 760 | 30,001 - 60,000 | 760 |
| 100,001 - 130,000 | 840 | 60,001 - 120,000 | 840 |
| 130,001 - 240,000 | 970 | 120,001 - 250,000 | 970 |
| 240,001 and over | 1,070 | 250,001 and over | 1,070 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. Failure to provide a completed form will result in your being treated as a single person who claims no withholding allowances. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, and the District of Columbia for use in administering their tax laws.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping 46 min., Learning about the law or the form 10 min., Preparing the form 1 hr., 10 min. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send the tax form to this address. Instead, give it to your employer.