**EX. 17**

06/02/2005     **Black Angus Meats**     09:43:44 AM
**PAYROLL PRE-CHECKWRITING REPORT**


EXHIBIT 178 1/4/15 mm

Pay Period: 5/23/05 - 5/29/05
Check Date: 6/3/05
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 30.61 |
| | TOTAL WITHHOLDINGS: | | 114.38 |
| | Medical | | 62.00 |
| | TOTAL DEDUCTIONS: | | 62.00 |
| | NET PAY: | | 317.37 |
| ROBERTS, KEAGAN | Regular Hourly Pay | 18.25 | 155.13 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 18.25 | 155.13 |
| | Federal-Single | | 15.63 |
| | Medicare | | 2.25 |
| | New York-Single | | 0.84 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 9.62 |
| | TOTAL WITHHOLDINGS: | | 28.94 |
| | NET PAY: | | 126.19 |
| Frank, Daniel | Regular Hourly Pay | 30.75 | 276.75 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 30.75 | 276.75 |
| | Federal-Single | | 0.00 |
| | Medicare | | 4.01 |
| | New York-Single | | 1.09 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 17.16 |
| | TOTAL WITHHOLDINGS: | | 22.86 |
| | NET PAY: | | 253.89 |

DEF0661

06/10/2005                            Black Angus Meats                          09:57:34 AM

## PAYROLL PRE-CHECKWRITING REPORT

*2146.64* (handwritten)

**Pay Period:** 6/ 5/05 - 6/12/05
**Check Date:** 6/17/05
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| ROBERTS, KEAGAN | Regular Hourly Pay | 40.00 | 600.00 |
|  | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 600.00 |
|  | Federal-Single |  | 94.98 |
|  | Medicare |  | 8.70 |
|  | New York-Single |  | 24.28 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 37.20 |
|  | TOTAL WITHHOLDINGS: |  | 165.76 |
|  | NET PAY: |  | 434.24 |

Beginning Balance:      -1,158,128.26
Amount of Payments:      434.24
Ending Balance:      -1,158,562.50

1

DEF0673