**EX. 18**

EXHIBIT 242
10 1/10/18 ecc





# Black Angus Meats & Seafood DEER PROCESSING

## Expert Deer & Wild Game Butcher Services

Cut • Labled • Wrapped • Ready to Eat or Freeze

Black Angus has processed venison and other wild game for more than 40 years. Processing is done in a separate clean refrigerated facility. Complete cutting instructions are taken at the time of drop off. We cut and freezer wrap all boneless cuts in convenient size packages. We guarantee to return to you your own cuts (steaks, roasts, chops, and grind). Any processed meats (sausage and jerky) are done communally. An approximate pick-up day will be given when your deer is dropped off. We will call when we have the order complete. Please bring your copy of the order for pick up.



## Venison Main Cuts

Round or hind leg, Rump roast, Tenderloins, Loin or back strap, Neck, Shoulder roast, Arm roast, Shank, Sirloin tip, Flank, Side of rib, Shank

### Primal Breakdown

**Tenderloins-** the most tender piece of meat, usually kept whole

**Back strap (loin)** - boneless chops, butterfly chops, bone in chops, rack of venison, boneless loin roast, or jerky meat

**Hind leg (round)** - venison steaks, chip steaks, boneless roasts, jerky meat or stew meat

**Sirloin Tip-** steaks, roasts, stew meat, or jerky meat

**Rump-** boneless roasts, stew meat or ground meat

**Shoulder-** roasts, stew meat, or ground meat

**Neck-** roasts, stew meat, or ground meat

**Shanks-** ground meat or whole shanks

**Rib & Flank-** not used

**Do you want to process your own deer?** Bring us your trim and we will grind and package it, or turn it into sausage. Hours vary from archery to shot gun season, but we will be open evenings and weekends. **Please call for further details 691-4554**

# DEER PROCESSING STEPS

**Black Angus Deer Processing • 2519 Niagara Falls Boulevard, Amherst, NY 14228**

Deer Processing Business Hours: 9am – 8pm

- When you plan to drop off your deer, **please call us at (716) 691-4554** so we can be ready for you.
- When you arrive please pull to the back of the store. Someone should be there for you.
- Print and Fill out the Order Form. CLICK TO DOWNLOAD PDF
- Turn Around time may vary during Archery Season for processed foods.
- We will call you when your food is ready.
- Payment is due upon pickup.

Thank You for choosing Black Angus, and best of luck for safe hunting season.



CLICK HERE FOR NYS HUNTING SCHEDULE AND INFORMATION

