**EX. 19**

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

---

DARCY M. BLACK,

                Complainant,

v.

BLACK ANGUS MEATS,

                Respondent.

NOTICE OF APPEARANCE

Charge No. 525-2010-55217

---

To:    U.S. Equal Employment Opportunity Commission
       6 Fountain Plaza
       Suite 350
       Buffalo, New York 14202

**PLEASE TAKE NOTICE** that Randolph C. Oppenheimer and Stacey L. Moar, of the Damon Morey LLP law firm, hereby appear in this action for Respondent, **BLACK ANGUS MEATS**. Mr. Oppenheimer and Ms. Moar request that copies of all papers and pleadings served or filed in this case be served upon them at the address, telephone and e-mail address below:

                Randolph C. Oppenheimer, Esq.
                Stacey L Moar, Esq.
                Damon Morey LLP
                The Avant Building – Suite 1200
                200 Delaware Avenue
                Buffalo, New York 14202

                716/856-5500 - Telephone
                716/856-5510 – Facsimile

                roppenheimer@damonmorey.com
                smoar@damonmorey.com

Dated: December 12, 2012

_____
Stacey L. Moar, Esq.

**DAMON MOREY LLP**
Randolph C. Oppenheimer, Esq.
Stacey L. Moar, Esq.
*Attorneys for Respondent*
The Avant Building – Suite 1200
200 Delaware Avenue
Buffalo, New York 14202-2150

716/856-5500 - Telephone
716/856-5510 – Facsimile

roppenheimer@damonmorey.com
smoar@damonmorey.com

## CERTIFICATE OF SERVICE

I, Stacey L. Moar, Esq., certify that on the December 12, 2012, a true copy of the Notice of Appearance was served via facsimile and U.S. mail upon the U.S. Equal Employment Opportunity Commission, 6 Fountain Plaza, Suite 350, Buffalo, New York 14202.

Dated: December 12, 2012

_____
Stacey L. Moar, Esq.

Doc #1763283.1

3