**EX. 20**

EXHIBIT B

| Name | Race | Gender | Date of Hire | Current Status | Starting Pay Rate | Current Pay Rate | Job Title | Supervisor |
|---|---|---|---|---|---|---|---|---|
| Franklin Bennett | African American | Male | 11/20/2010 | Active | $8.50 | $10.00 | Clean-up & Hands Out Fliers; Maintenance | Keegan Roberts; Diane Seibert |
| Katie Biddell | Caucasian | Female | 11/20/2009 | Seasonal | $10.00 | $10.00 | Wrapper (Deer Meat) | Debbie Negrych; Nicole Seibert |
| Darcy Black | Caucasian | Female | 5/10/2005 | Abandoned Job; 5/19/2010 | $7.50 | $10.00 | Front Counter | Debbie Negrych; Nicole Seibert |
| Derek Elinski | Caucasian | Male | 5/4/2009 | 6/6/2009; No Call/No Show | $8.00 | $8.00 | Clean-up | Keegan Roberts; Diane Seibert |
| Brad Follendorf | Caucasian | Male | 9/2/2008 | 7/10/2010; Left to Pursue Other Opportunity | $8.00 | $9.00 | Clean-up | Keegan Roberts; Diane Seibert |
| William Fraze | Caucasian | Male | 7/6/2009 | Active | Unknown | $15.00 | Maintenance | Keegan Roberts |
| Anthony Galante | Caucasian | Male | 8/1/2008 | 4/21/2009 No Call/No Show | $8.00 | $8.00 | Clean-up | Keegan Roberts; Diane Seibert |

EXHIBIT 209 1/4/18 mo PENGAD 800-631-6989

| Name | Race | Gender | Date of Hire | Current Status | Starting Pay Rate | Current Pay Rate | Job Title | Supervisor |
|---|---|---|---|---|---|---|---|---|
| Brandon Gerhardt | Caucasian | Male | 2/9/2009 | 7/11/2009; Left to Pursue Other Opportunity | $8.50 | $8.50 | Front Counter | Debbie Negrych; Nicole Seibert |
| Lyn Grady | Caucasian | Female | 10/20/2010 | Seasonal | $10.00 | $10.00 | Wrapper (Deer Meat) | Keegan Roberts |
| Brittany Hill | Caucasian | Female | 5/4/2009 | 5/18/2009; Child Care Issues | $8.00 | $8.00 | Front Counter | Debbie Negrych; Nicole Seibert |
| Christopher Howells | Caucasian | Male | 2/1/2008 | Active | $11.00 | $13.00 | Front Counter; Venison Grinder; Meat Cutter | Debbie Negrych; Nicole Seibert |
| Thomas Howells | Caucasian | Male | 8/15/1999 | Active | $15.00 | $15.00 | Meat Cutter | Robert Seibert; Keegan Roberts |
| Gregory Kiel | Caucasian | Male | 7/27/2010 (rehire date; initial hire date unknown) | 10/23/2010; Retired | $10.00 | $10.00 | Front Counter | Debbie Negrych; Nicole Seibert |
| Taylor Kunzelman | Caucasian | Male | 5/29/2007 | 11/3/2009; Foul Language & Conduct | $8.00 | $8.75 | Packer | Keegan Roberts; Diane Seibert |
| Mark Leible | Caucasian | Male | 3/20/2009 | Active | $8.00 | $13.00 | Packer; Sausage Maker | Keegan Roberts; Diane Seibert |

2

DEF0050

| Name | Race | Gender | Date of Hire | Current Status | Starting Pay Rate | Current Pay Rate | Job Title | Supervisor |
|---|---|---|---|---|---|---|---|---|
| Jamie LaPress | Caucasian | Male | 12/24/2001 | Active | $7.00 | $10.50 | Clean-up; Sausage Maker; Meat Cutter | Keegan Roberts; Diane Seibert; Thomas Howells |
| Robert Lasky | Caucasian | Male | 6/15/2005 | 5/12/2009; Left to Pursue Other Opportunity | $7.50 | $9.00 | Front Counter; Clean-up | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |
| Ashley Lichtenberger | Caucasian | Female | 6/10/2009 | 8/20/2009; Left to Pursue Other Opportunity | $8.00 | $8.00 | Front Counter | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |
| Matthew Marshall | Caucasian | Male | 8/4/2009 | 9/9/2010; Left to Pursue Other Opportunity | $8.50 | $10.50 | Front Counter; Flier Distributor | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |
| Brett Meyer | Caucasian | Male | 2/10/10 | Active | $8.50 | $8.50 | Front Counter; Flier Distributor; Deer Processor | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |

3

DEF0051

| Name | Race | Gender | Date of Hire | Current Status | Starting Pay Rate | Current Pay Rate | Job Title | Supervisor |
|---|---|---|---|---|---|---|---|---|
| Brandon Murray | Caucasian | Male | 11/27/2009 | 1/9/2010; Left to Pursue Other Opportunity | $8.50 | $8.50 | Front Counter | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |
| Debbie Negrych | Caucasian | Female | 10/01/1988 | Active | Unknown | $11.00 | Front Counter Manager | Keegan Roberts; Diane Seibert |
| Taylor Olmstead | Caucasian | Male | 1/31/2009 | 4/23/2009; Performance & Attendance Problems | $8.00 | $8.00 | Front Counter | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |
| Steven Patricola | Caucasian | Male | 8/1/2008 | 1/1/2009; No Call/No Show | $8.00 | $8.00 | Front Counter | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |
| Darlene Pawlow | Caucasian | Female | 12/1/2009 | 2/27/2010; Left to Pursue Other Opportunity | $8.50 | $8.50 | Front Counter | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |

4

| Name | Race | Gender | Date of Hire | Current Status | Starting Pay Rate | Current Pay Rate | Job Title | Supervisor |
|---|---|---|---|---|---|---|---|---|
| James Pelligrino | Caucasian | Male | 10/29/2010 | Active | $8.50 | $8.50 | Front Counter; Packer; Flier Distributor; Deer Processor; Deliveries | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |
| Shirley Raub | Caucasian | Female | 2/9/2009 | Active | Unknown | $10.00 | Office Staff | Diane Seibert; Keegan Roberts |
| Sean Round | Caucasian | Male | 2/12/2007 | Active | $11.00 | $13.00 | Flier Distributor; Deliveries; Deer Processor | Keegan Roberts; Diane Seibert |
| Raelean Rush | Caucasian | Female | 7/5/2005 | 4/11/2009; Left to Pursue Other Opportunity | $7.50 | $9.00 | Front Counter | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |
| Regina Rush | Caucasian | Female | 7/5/2005 | 8/20/2010; Left to Pursue Other Opportunity | $7.50 | $9.50 | Front Counter | Keegan Roberts; Diane Seibert; Nicole Seibert; Debbie Negrych |

5

| Name | Race | Gender | Date of Hire | Current Status | Starting Pay Rate | Current Pay Rate | Job Title | Supervisor |
|---|---|---|---|---|---|---|---|---|
| Nicole Seibert | Caucasian | Female | 10/20/2008 | Active | $700/week | $700/week | Front Counter Manager; Purchasing; Closing; Customer Service; Price Changes | Keegan Roberts; Diane Seibert |
| Nicholas Shand | Caucasian | Male | 9/21/2010 | Active | $8.50 | $9.00 | Front Counter; Packer; Flier Distributor | Nicole Seibert; Debbie Negrych; Diane Seibert; Keegan Roberts |
| Aaron Sprow | Caucasian | Male | 8/24/2008 | 4/11/2009; Left to Pursue Other Opportunity | $8.50 | $8.50 | Front Counter; Packer | Nicole Seibert; Debbie Negrych; Diane Seibert; Keegan Roberts |
| Eric Seneca | Native American | Male | 9/5/2010 | 11/27/2010; No Call/ No Show | $8.00 | $8.00 | Front Counter | Nicole Seibert; Debbie Negrych |
| Colleen Vesperman | Caucasian | Female | 8/9/2008 | 6/12/2009; Left to Pursue Other Opportunity | $8.00 | $8.00 | Front Counter | Nicole Seibert; Debbie Negrych |

6

| Name | Race | Gender | Date of Hire | Current Status | Starting Pay Rate | Current Pay Rate | Job Title | Supervisor |
|---|---|---|---|---|---|---|---|---|
| John Vogt | Caucasian | Male | 12/1/2009 (rehire date; initial hire date unknown) | 6/12/2010; Left to Pursue Other Opportunity | Unknown | $10.00 | Front Counter | Nicole Seibert; Debbie Negrych |
| Jordan Zimmerman | Caucasian | Male | 8/2/10 | 8/7/2010; No Call/No Show | $8.00 | $8.00 | Cleanup | Keegan Roberts |

7

Doc #1767925.1

DEF0055