**EX. 21**

| ITEM | EMPLOYEE | SOC SEC # | INSURANCE PLAN | AMOUNT |
|---|---|---|---|---|
| IH-#15021F... | Robert Seibert | ▬▬▬ | Flex Fit Select- Family - F | 1,792.59 |
| IH-#15021F... | Linda DeLisle | | Flex Fit Select- Active - Single | 676.44 |
| IH-#15021F... | Deborah Negrych | ▬▬▬ | Flex Fit Select- Family - F | 1,792.59 |
| IH-#15021F... | Nicole Seibert | | Flex Fit Select- Active - Single | 676.44 |
| 1 PROC | | | Processing Fees | 68.00 |

Payments not received by the due date are subject to cancellation.

BILLING PERIOD:
10/1 - 12/31/05

Total    $5,006.06

Chamber of Commerce of the Tonawandas
15 Webster Street, North Tonawanda, NY 14120 (716) 692-5120

DEF3830

| ITEM | EMPLOYEE | SOC SEC # | INSURANCE PLAN | AMOUNT |
|---|---|---|---|---|
| IH-#15021F... | Robert Seibert | ▉ | Flex Fit Select- Family - F | 1,937.70 |
| IH-#15021F... | Linda DeLisle |  | Flex Fit Select- Active - Single | 731.22 |
| IH-#15021F... | Deborah Negrych | ▉ | Flex Fit Select- Family - F | 1,937.70 |
| IH-#15021F... | Nicole Seibert |  | Flex Fit Select- Active - Single | 731.22 |
| IH-#15021F... | Mark Leible | ▉ | Flex Fit Select- Active - Single | 731.22 |
| IH-#15021F... | Kimberly Putnam | ▉ | Flex Fit Select- Active - Single | 731.22 |
|  |  |  | Processing Fees | 120.00 |

PROC

Payments not received by the due date are subject to cancellation.
Billing period
7/1 - 9/30/06

**Total**    $6,920.28

Chamber of Commerce of the Tonawandas
15 Webster Street, North Tonawanda, NY 14120 (716) 692-5120

DEF3831

# Invoice



**CHAMBER of COMMERCE of the TONAWANDAS**
*Your Bridge to Success*

15 Webster Street
North Tonawanda, NY 14120
(716) 692-5120
Fax: (716) 692-1867

| | |
|---|---|
| DATE | INVOICE # |
| 9/1/2007 | 10867 |

MEMBERSHIP DUES MUST BE CURRENT TO MAINTAIN HEALTH INSURANCE ELEGIBILITY

**BILL TO**
Black Angus Meats
Robert L. Seibert
2519 Niagara Falls Blvd.
Amherst, NY  14228

| Balance Due | DUE DATE |
|---|---|
| $7,124.92 | 9/30/2007 |

*Please Detach And Return This Portion*

| EMPLOYEE | INSURANCE PLAN | AMOUNT |
|---|---|---|
| Robert Seibert | Flex Fit Select- Family - F | 2,418.78 |
| Deborah Negrych | Flex Fit Select- Family - F | 2,418.78 |
| Nicole Seibert | Encompass Essential Single Plan T076 | 729.12 |
| ~~Mark Leible~~ | ~~Encompass Essential Single Plan T076~~ | ~~729.12~~ |
| Keegan Roberts | Encompass Essential Single Plan T076 | 729.12 |
| | Processing Fees | 100.00 |

Please send a check or money order.

Payments not received by the due date are subject to cancellation.

Billing Period:   10/1 – 12/31/07

*Chamber of Commerce of the Tonawandas*
15 Webster Street, North Tonawanda, NY 14120 (716) 692-5120

*\*found credit*

Total   $7,124.92
        – 40.
        $7084.92
        – 729.12

DEF3832



**BlueCross BlueShield of Western New York**
A Division of HealthNow New York Inc.
An Independent Licensee of the BlueCross BlueShield Association
P.O. Box 80 Buffalo, NY 14240-0080

June 12, 2008

Group ID: 00403344
Account Specialist: 27
Invoice ID: 081640007263
Payment Due Date: 07/01/2008

Buffalo Meat Service, Inc. dba Black Angus Meats
2519 Niagara Falls Blvd.
Amherst NY 14228-3527

Bill Period From: 07/01/2008 To: 07/31/2008

For Enrollment Inquiries, call 1-800-430-7984 ext 8488     For Billing Inquiries, call 1-800-430-7984 ext 8488

| SOC. SEC NO | ID NUMBER | NAME | TIER | COV | PLAN | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|
| Subgroup 0001 | Active | | | | | | |
| Class 0001 | | Community Blue HMO 102 Plus | | | | | |
| 113469009 | 881053318 | Negrych Deborah A | FMLY | M | 100+Y000 | 780.79 | 780.79 |
| 072740123 | 881053312 | Roberts Keegan W | SNGL | M | 100+Y000 | 279.75 | 279.75 |
| 053742744 | 881053313 | Seibert Nicole M | SNGL | M | 100+Y000 | 279.75 | 279.75 |
| 482689945 | 881053309 | Seibert Robert L | FMLY | M | 100+Y000 | 780.79 | 780.79 |
| Regular Charges | | Totals By Coverage | | M | | 2,121.08 | 2,121.0 |
| Class 0001 | | Totals By Coverage Regular | | M | | 2,121.08 | 2,121.0 |
| | | Totals By Coverage Adjustment | | M | | 0.00 | 0.0 |
| | | Totals By Coverage | | M | | 2,121.08 | 2,121.0 |

\* Coverage Category   Subscriber Count    Dependent Count    Total Member Count \*
\* M - Medical                  4                  4                  8              \*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Subgroup 0001 | | Totals By Coverage Regular | | M | | 2,121.08 | 2,12 |
| | | Totals By Coverage Adjustment | | M | | 0.00 | |
| | | Totals By Coverage | | M | | 2,121.08 | 2,12 |

\* Coverage Category   Subscriber Count    Dependent Count    Total Member Count \*
\* M - Medical                  4                  4                  8              \*

DEF3833                                                                   Page 1