**EX. 22**

12/14/2006      Black Angus Meats      09:52:41 AM

PAYROLL PRE-CHECKWRITING REPORT

Pay Period: 12/ 5/06 - 12/10/06
Check Date: 12/15/06
Cycles(s): 1
Bank Account: M & T Bank


EXHIBIT 227 1/8/19

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | New York-Single | | 7.86 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 20.21 |
| | TOTAL WITHHOLDINGS: | | 51.72 |
| | NET PAY: | | 274.28 |
| SCHULTZ, NELSON SR. | Regular Hourly Pay | 9.75 | 117.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 9.75 | 117.00 |
| | Federal-Married | | 0.00 |
| | Medicare | | 1.70 |
| | New York-Married | | 0.00 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 7.25 |
| | TOTAL WITHHOLDINGS: | | 9.55 |
| | NET PAY: | | 107.45 |
| NEGRYCH, DEBORAH | Regular Hourly Pay | 40.00 | 420.00 |
| | Regular Overtime | 3.60 | 56.70 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 43.60 | 476.70 |
| | Federal-Married | | 52.90 |
| | Medicare | | 6.91 |
| | New York-Married | | 15.66 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 29.56 |
| | TOTAL WITHHOLDINGS: | | 105.63 |
| | NET PAY: | | 371.07 |
| Leible, Mark | Regular Hourly Pay | 40.00 | 450.00 |
| | Regular Overtime | 12.40 | 209.19 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 52.40 | 659.19 |

DEF1240

Black Angus Meats
PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 12/11/06 - 12/11/06
**Check Date:** 12/22/06
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | New York-Single | | 7.59 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 19.84 |
| | TOTAL WITHHOLDINGS: | | 50.09 |
| | NET PAY: | | 269.91 |
| SCHULTZ, NELSON SR. | Regular Hourly Pay | 10.25 | 123.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 10.25 | 123.00 |
| | Federal-Married | | 0.00 |
| | Medicare | | 1.78 |
| | New York-Married | | 0.00 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 7.63 |
| | TOTAL WITHHOLDINGS: | | 10.01 |
| | NET PAY: | | 112.99 |
| NEGRYCH, DEBORAH | Regular Hourly Pay | 40.00 | 420.00 |
| | Regular Overtime | 1.25 | 19.69 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 41.25 | 439.69 |
| | Federal-Married | | 47.35 |
| | Medicare | | 6.38 |
| | New York-Married | | 13.48 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 27.26 |
| | TOTAL WITHHOLDINGS: | | 95.07 |
| | Medical | | 50.00 |
| | TOTAL DEDUCTIONS: | | 50.00 |
| | NET PAY: | | 294.62 |

*Handwritten notes in margins:*
1.78
7.63
—
9.41

27.26
6.38
—
33.64

4

DEF1247