**EX. 23**

12/17/2010                                                                                                                    07:46:54 AM

# Black Angus Meats
## PAYROLL PRE-CHECKWRITING REPORT

Pay Period:     12/13/2010 - 12/13/2010
Check Date:     12/17/2010
Cycles(s):      1
Bank Account:   Default Bank



EXHIBIT 247 11/4/18 mm

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Bennett, Franklin | Regular Hourly Pay | 8.50 | 85.00 |
|  | TOTAL EARNINGS: | 8.50 | 85.00 |
| Pay Frequency: Weekly |  |  |  |
|  | Federal-Single |  | 5.11 |
|  | Medicare |  | 1.23 |
|  | New York-Single |  | 0.00 |
|  | NY State Disability Withholdin |  | 0.60 |
|  | Social Security |  | 5.27 |
|  | TOTAL WITHHOLDINGS: |  | 12.21 |
|  | NET PAY: |  | 72.79 |

Beginning Balance:     -572,925.00
Amount of Payments:         72.79
Ending Balance:        -572,997.79

1

DEF2676