**EX. 24**

02/22/2007     **Black Angus Meats**     10:01:00 AM

## PAYROLL PRE-CHECKWRITING REPORT


EXHIBIT 2

Pay Period:    2/19/07 - 2/19/07
Check Date:    2/23/07
Cycles(s):     1
Bank Account:  M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rounds, Sean | Regular Hourly Pay | 36.50 | 346.75 |
|  | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 36.50 | 346.75 |
|  | Federal-Single |  | 44.37 |
|  | Medicare |  | 5.03 |
|  | New York-Single |  | 8.81 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 21.50 |
|  | TOTAL WITHHOLDINGS: |  | 80.31 |
|  | NET PAY: |  | 266.44 |
| Putnam, Kimberly | Regular Hourly Pay | 40.00 | 460.00 |
|  | Regular Overtime | 4.00 | 69.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 44.00 | 529.00 |
|  | Federal-Single |  | 75.16 |
|  | Medicare |  | 7.67 |
|  | New York-Single |  | 19.47 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 32.80 |
|  | TOTAL WITHHOLDINGS: |  | 135.70 |
|  | Medical |  | 76.00 |
|  | TOTAL DEDUCTIONS: |  | 76.00 |
|  | NET PAY: |  | 317.30 |
| Hoefert, Darcy | Regular Hourly Pay | 40.00 | 340.00 |
|  | Regular Overtime | 3.05 | 38.89 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 43.05 | 378.89 |
|  | Federal-Single |  | 26.26 |
|  | Medicare |  | 5.49 |
|  | New York-Single |  | 10.49 |

DEF1307