**EX. 25**



**Pay Period:** 12/26/05 - 1/1/06
**Check Date:** 1/6/06
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Lapress, Jamie | Regular Hourly Pay | 35.95 | 305.58 |
|  | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 35.95 | 305.58 |
|  | Federal-Single |  | 7.62 |
|  | Medicare |  | 4.43 |
|  | New York-Single |  | 6.95 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 18.95 |
|  | TOTAL WITHHOLDINGS: |  | 38.55 |
|  | NET PAY: |  | 267.03 |
| Hoefert, Darcy | Regular Hourly Pay | 34.60 | 259.50 |
|  | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 34.60 | 259.50 |
|  | Federal-Single |  | 8.35 |
|  | Medicare |  | 3.76 |
|  | New York-Single |  | 5.01 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 16.09 |
|  | TOTAL WITHHOLDINGS: |  | 33.81 |
|  | NET PAY: |  | 225.69 |
| SCHULTZ, NELSON SR. | Regular Hourly Pay | 15.75 | 173.25 |
|  | TOTAL EARNINGS: | 15.75 | 173.25 |
| Pay Frequency: Weekly |  |  |  |
|  | Federal-Married |  | 7.38 |
|  | Medicare |  | 2.51 |
|  | New York-Married |  | 1.18 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 10.74 |
|  | TOTAL WITHHOLDINGS: |  | 22.41 |
|  | NET PAY: |  | 150.84 |

## PAYROLL PRE-CHECKWRITING REPORT

Pay Period: 1/2/06 - 1/8/06
Check Date: 1/13/06
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Lapress, Jamie | Regular Hourly Pay | 40.00 | 340.00 |
| | Regular Overtime | 13.50 | 172.13 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 53.50 | 512.13 |
| | Federal-Single | | 38.60 |
| | Medicare | | 7.43 |
| | New York-Single | | 18.32 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 31.75 |
| | TOTAL WITHHOLDINGS: | | 96.70 |
| | NET PAY: | | 415.43 |
| Hoefert, Darcy | Regular Hourly Pay | 40.00 | 320.00 |
| | Regular Overtime | 2.50 | 30.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 42.50 | 350.00 |
| | Federal-Single | | 21.92 |
| | Medicare | | 5.08 |
| | New York-Single | | 8.98 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 21.70 |
| | TOTAL WITHHOLDINGS: | | 58.28 |
| | NET PAY: | | 291.72 |
| SCHULTZ, NELSON SR. | Regular Hourly Pay | 9.20 | 101.20 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 9.20 | 101.20 |
| | Federal-Married | | 0.00 |
| | Medicare | | 1.47 |
| | New York-Married | | 0.00 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 6.27 |
| | TOTAL WITHHOLDINGS: | | 8.34 |
| | NET PAY: | | 92.86 |

DEF0890