**EX. 26**

12/28/2006  Black Angus Meats  09:21:51 AM
PAYROLL PRE-CHECK WRITING REPORT



Pay Period: 12/18/06 - 12/24/06
Check Date: 12/29/06
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Lapress, Jamie | Regular Hourly Pay | 40.00 | 340.00 |
| | Regular Overtime | 4.15 | 52.91 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 44.15 | 392.91 |
| | Federal-Single | | 20.72 |
| | Medicare | | 5.70 |
| | New York-Single | | 11.29 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 24.36 |
| | TOTAL WITHHOLDINGS: | | 62.67 |
| | NET PAY: | | 330.24 |
| Putnam, Kimberly | Regular Hourly Pay | 40.00 | 440.00 |
| | Regular Overtime | 3.75 | 61.88 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 43.75 | 501.88 |
| | Federal-Single | | 67.70 |
| | Medicare | | 7.28 |
| | New York-Single | | 17.77 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 31.12 |
| | TOTAL WITHHOLDINGS: | | 124.47 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 316.41 |
| Hoefert, Darcy | Regular Hourly Pay | 40.00 | 320.00 |
| | Regular Overtime | 2.85 | 34.20 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 42.85 | 354.20 |
| | Federal-Single | | 22.55 |
| | Medicare | | 5.14 |

3

DEF1253

Black Angus Meats
PAYROLL PRE-CHECK WRITING REPORT

09:21:51 AM

Pay Period:    12/18/06 - 12/24/06
Check Date:    12/29/06
Cycles(s):     1
Bank Account:  M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | New York-Single | | 9.20 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 21.96 |
| | TOTAL WITHHOLDINGS: | | 59.45 |
| | NET PAY: | | 294.75 |
| SCHULTZ, NELSON SR. | Regular Hourly Pay | 20.50 | 246.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 20.50 | 246.00 |
| | Federal-Married | | 18.29 |
| | Medicare | | 3.57 |
| | New York-Married | | 4.09 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 15.25 |
| | TOTAL WITHHOLDINGS: | | 41.80 |
| | NET PAY: | | 204.20 |
| NEGRYCH, DEBORAH | Regular Hourly Pay | 40.00 | 420.00 |
| | Regular Overtime | 5.25 | 82.69 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 45.25 | 502.69 |
| | Federal-Married | | 56.80 |
| | Medicare | | 7.29 |
| | New York-Married | | 17.20 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 31.17 |
| | TOTAL WITHHOLDINGS: | | 113.06 |
| | Medical | | 50.00 |
| | TOTAL DEDUCTIONS: | | 50.00 |
| | NET PAY: | | 339.63 |

4

**Black Angus Meats**
**PAYROLL PRE-CHECKWRITING REPORT**

Pay Period: 12/25/06 - 12/31/06
Check Date: 1/ 5/07
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/WITHHOLDINGS/DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Putnam, Kimberly | Regular Hourly Pay | 40.00 | 440.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 440.00 |
| | Federal-Single | | 58.41 |
| | Medicare | | 6.38 |
| | New York-Single | | 14.12 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 27.28 |
| | TOTAL WITHHOLDINGS: | | 106.79 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 272.21 |
| Hoefert, Darcy | Regular Hourly Pay | 34.00 | 289.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 34.00 | 289.00 |
| | Federal-Single | | 12.77 |
| | Medicare | | 4.19 |
| | New York-Single | | 6.20 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 17.92 |
| | TOTAL WITHHOLDINGS: | | 41.68 |
| | NET PAY: | | 247.32 |
| SCHULTZ, NELSON SR. | Regular Hourly Pay | 16.00 | 192.00 |
| | TOTAL EARNINGS: | 16.00 | 192.00 |
| Pay Frequency: Weekly | | | |
| | Federal-Married | | 10.19 |
| | Medicare | | 2.78 |
| | New York-Married | | 1.93 |

3

DEF1260