**EX. 27**

## Black Angus Meats
## PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 3/ 5/07 - 3/12/07
**Check Date:** 3/16/07
**Cycles(s):** 1
**Bank Account:** M & T Bank



EXHIBIT

3

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rounds, Sean | Regular Hourly Pay | 40.00 | 380.00 |
| | Regular Overtime | 16.90 | 240.83 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 56.90 | 620.83 |
| | Federal-Single | | 100.81 |
| | Medicare | | 9.00 |
| | New York-Single | | 25.70 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 38.49 |
| | TOTAL WITHHOLDINGS: | | 174.60 |
| | NET PAY: | | 446.23 |
| | | | |
| Barnes, Roseann | Regular Hourly Pay | 40.00 | 320.00 |
| | Regular Overtime | 4.90 | 58.80 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 44.90 | 378.80 |
| | Federal-Married | | 38.21 |
| | Medicare | | 5.49 |
| | New York-Married | | 9.98 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 23.49 |
| | TOTAL WITHHOLDINGS: | | 77.77 |
| | NET PAY: | | 301.03 |
| | | | |
| Putnam, Kimberly | Regular Hourly Pay | 40.00 | 460.00 |
| | Regular Overtime | 18.50 | 319.13 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 58.50 | 779.13 |
| | Federal-Single | | 145.19 |
| | Medicare | | 11.30 |
| | New York-Single | | 36.61 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 48.31 |
| | TOTAL WITHHOLDINGS: | | 242.01 |

DEF1331

## Black Angus Meats
### PAYROLL PRE-CHECKWRITING REPORT

Pay Period:    3/13/07 - 3/19/07
Check Date:    3/23/07
Cycles(s):    1
Bank Account:    M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rounds, Sean | Regular Hourly Pay | 40.00 | 400.00 |
| | Regular Overtime | 2.55 | 38.25 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 42.55 | 438.25 |
| | Federal-Single | | 58.09 |
| | Medicare | | 6.35 |
| | New York-Single | | 13.96 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 27.17 |
| | TOTAL WITHHOLDINGS: | | 106.17 |
| | NET PAY: | | 332.08 |
| Barnes, Roseann | Regular Hourly Pay | 40.00 | 320.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 320.00 |
| | Federal-Married | | 29.39 |
| | Medicare | | 4.64 |
| | New York-Married | | 7.16 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 19.84 |
| | TOTAL WITHHOLDINGS: | | 61.63 |
| | NET PAY: | | 258.37 |
| Putnam, Kimberly | Regular Hourly Pay | 40.00 | 460.00 |
| | Regular Overtime | 3.20 | 55.20 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 43.20 | 515.20 |
| | Federal-Single | | 71.29 |
| | Medicare | | 7.47 |
| | New York-Single | | 18.56 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 31.94 |
| | TOTAL WITHHOLDINGS: | | 129.86 |

DEF1339