**EX. 28**

**Black Angus Meats**
PAYROLL PRE-CHECKWRITING REPORT

Pay Period:     5/27/07 - 6/ 3/07
Check Date:     6/ 8/07
Cycles(s):      1
Bank Account:   M & T Bank



| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 37.20 |
| | TOTAL WITHHOLDINGS: | | 165.76 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 373.24 |
| Lapress, Jamie | Regular Hourly Pay | 40.00 | 360.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 360.00 |
| | Federal-Single | | 15.78 |
| | Medicare | | 5.22 |
| | New York-Single | | 9.50 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 22.32 |
| | TOTAL WITHHOLDINGS: | | 53.42 |
| | NET PAY: | | 306.58 |
| Rounds, Sean | Regular Hourly Pay | 40.00 | 400.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 400.00 |
| | Federal-Single | | 52.36 |
| | Medicare | | 5.80 |
| | New York-Single | | 11.71 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 24.80 |
| | TOTAL WITHHOLDINGS: | | 95.27 |
| | NET PAY: | | 304.73 |

DEF1418

# PAYROLL PRE-CHECKWRITING REPORT

Pay Period: 6/ 4/07 - 6/10/07
Check Date: 6/15/07
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 37.20 |
| | TOTAL WITHHOLDINGS: | | 165.76 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 373.24 |
| Lapress, Jamie | Regular Hourly Pay | 40.00 | 360.00 |
| | Regular Overtime | 0.00 | -0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 360.00 |
| | Federal-Single | | 15.78 |
| | Medicare | | 5.22 |
| | New York-Single | | 9.50 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 22.32 |
| | TOTAL WITHHOLDINGS: | | 53.42 |
| | NET PAY: | | 306.58 |
| Rounds, Sean | Regular Hourly Pay | 40.00 | 440.00 |
| | Regular Overtime | 13.00 | 214.50 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 53.00 | 654.50 |
| | Federal-Single | | 110.24 |
| | Medicare | | 9.49 |
| | New York-Single | | 28.01 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 40.58 |
| | TOTAL WITHHOLDINGS: | | 188.92 |
| | NET PAY: | | 465.58 |

DEF1425