**EX. 29**

09/13/2007　　　　　　　　　BLACK ANGUS MEATS　　　　　　　　　10:02:54 AM
## PAYROLL PRE-CHECKWRITING REPORT

Pay Period:    9/ 3/07 - 9/ 9/07
Check Date:    9/14/07
Cycles(s):     1
Bank Account:  M & T Bank


EXHIBIT 5

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 37.20 |
| | TOTAL WITHHOLDINGS: | | 165.76 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 373.24 |
| Lapress, Jamie | Regular Hourly Pay | 40.00 | 360.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 360.00 |
| | Federal-Single | | 15.78 |
| | Medicare | | 5.22 |
| | New York-Single | | 9.50 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 22.32 |
| | TOTAL WITHHOLDINGS: | | 53.42 |
| | NET PAY: | | 306.58 |
| Rounds, Sean | Regular Hourly Pay | 40.00 | 440.00 |
| | Regular Overtime | 14.65 | 241.73 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 54.65 | 681.73 |
| | Federal-Single | | 117.87 |
| | Medicare | | 9.89 |
| | New York-Single | | 29.88 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 42.27 |
| | TOTAL WITHHOLDINGS: | | 200.51 |
| | NET PAY: | | 481.22 |

DEF1523

09/20/2007                      Black Angus Meats                           09:53:38 AM
                          PAYROLL PRE-CHECKWRITING REPORT

Pay Period:    9/10/07 - 9/17/07
Check Date:    9/21/07
Cycles(s):     1
Bank Account:  M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 40.30 |
| | TOTAL WITHHOLDINGS: | | 187.01 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 401.99 |
| Lapress, Jamie | Regular Hourly Pay | 40.00 | 360.00 |
| | Regular Overtime | 0.45 | 6.08 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.45 | 366.08 |
| | Federal-Single | | 16.69 |
| | Medicare | | 5.31 |
| | New York-Single | | 9.82 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 22.70 |
| | TOTAL WITHHOLDINGS: | | 55.12 |
| | NET PAY: | | 310.96 |
| Rounds, Sean | Regular Hourly Pay | 40.00 | 480.00 |
| | Regular Overtime | 14.00 | 252.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 54.00 | 732.00 |
| | Federal-Single | | 131.94 |
| | Medicare | | 10.61 |
| | New York-Single | | 33.32 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 45.38 |
| | TOTAL WITHHOLDINGS: | | 221.85 |
| | NET PAY: | | 510.15 |