**EX. 30**

Black Angus Meats
PAYROLL PRE-CHECKWRITING REPORT

EXHIBIT
196
1/4/18 mm

**Pay Period:** 5/ 9/05 - 5/15/05
**Check Date:** 5/20/05
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 3.87 |
|  | TOTAL WITHHOLDINGS: |  | 5.37 |
|  | NET PAY: |  | 57.03 |
| Lapress, Jamie | Regular Hourly Pay | 38.90 | 330.65 |
|  | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 38.90 | 330.65 |
|  | Federal-Single |  | 11.38 |
|  | Medicare |  | 4.79 |
|  | New York-Single |  | 8.07 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 20.50 |
|  | TOTAL WITHHOLDINGS: |  | 45.34 |
|  | NET PAY: |  | 285.31 |
| Putnam, Kimberly | Regular Hourly Pay | 40.00 | 420.00 |
|  | Regular Overtime | 10.50 | 165.38 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 50.50 | 585.38 |
|  | Federal-Single |  | 90.94 |
|  | Medicare |  | 8.49 |
|  | New York-Single |  | 23.33 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 36.29 |
|  | TOTAL WITHHOLDINGS: |  | 159.65 |
|  | NET PAY: |  | 425.73 |
| Hoefert, Darcy | Regular Hourly Pay | 40.00 | 300.00 |
|  | Regular Overtime | 0.25 | 2.81 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.25 | 302.81 |

4

## PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 5/ 9/05 - 5/15/05
**Check Date:** 5/20/05
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Federal-Single | | 14.84 |
| | Medicare | | 4.39 |
| | New York-Single | | 6.82 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 18.77 |
| | TOTAL WITHHOLDINGS: | | 45.42 |
| | NET PAY: | | 257.39 |
| Martinez, Jason | Regular Hourly Pay | 17.30 | 129.75 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 17.30 | 129.75 |
| | Federal-Married | | 0.86 |
| | Medicare | | 1.88 |
| | New York-Married | | 0.10 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 8.04 |
| | TOTAL WITHHOLDINGS: | | 11.48 |
| | Medical | | 5.00 |
| | TOTAL DEDUCTIONS: | | 5.00 |
| | NET PAY: | | 113.27 |
| NEGRYCH, DEBORAH | Regular Hourly Pay | 29.40 | 308.70 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 29.40 | 308.70 |
| | Federal-Married | | 27.70 |
| | Medicare | | 4.48 |
| | New York-Married | | 6.65 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 19.14 |
| | TOTAL WITHHOLDINGS: | | 58.57 |
| | NET PAY: | | 250.13 |

DEF0649