**EX. 31**

# Black Angus Meats
## PAYROLL PRE-CHECKWRITING REPORT



EXHIBIT
201
1/4/18 mm

Pay Period:    4/30/07 – 4/30/07
Check Date:    5/ 4/07
Cycles(s):    1
Bank Account:  M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| **Hoefert, Darcy** | Regular Hourly Pay | 40.00 | 340.00 |
| | Regular Overtime | 0.85 | 10.84 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.85 | 350.84 |
| | Federal-Single | | 22.05 |
| | Medicare | | 5.09 |
| | New York-Single | | 9.02 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 21.75 |
| | TOTAL WITHHOLDINGS: | | 58.51 |
| | NET PAY: | | 292.33 |
| **Hoock, Brian** | Regular Hourly Pay | 29.40 | 235.20 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 29.40 | 235.20 |
| | Federal-Single | | 27.64 |
| | Medicare | | 3.41 |
| | New York-Single | | 4.04 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 14.58 |
| | TOTAL WITHHOLDINGS: | | 50.27 |
| | NET PAY: | | 184.93 |
| **SCHULTZ, NELSON SR.** | Regular Hourly Pay | 9.00 | 117.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 9.00 | 117.00 |
| | Federal-Married | | 0.00 |
| | Medicare | | 1.70 |
| | New York-Married | | 0.00 |
| | NY State Disability Witholding | | 0.60 |

DEF1383

Blank Angus Meats

# PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 5/ 1/07 - 5/ 6/07
**Check Date:** 5/11/07
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Hoefert, Darcy | Regular Hourly Pay | 40.00 | 360.00 |
| | Regular Overtime | 13.75 | 185.63 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 53.75 | 545.63 |
| | Federal-Single | | 51.27 |
| | Medicare | | 7.91 |
| | New York-Single | | 20.55 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 33.83 |
| | TOTAL WITHHOLDINGS: | | 114.16 |
| | NET PAY: | | 431.47 |
| Hoock, Brian | Regular Hourly Pay | 28.50 | 228.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 28.50 | 228.00 |
| | Federal-Single | | 26.56 |
| | Medicare | | 3.31 |
| | New York-Single | | 3.75 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 14.14 |
| | TOTAL WITHHOLDINGS: | | 48.36 |
| | NET PAY: | | 179.64 |
| NEGRYCH, DEBORAH | Regular Hourly Pay | 40.00 | 420.00 |
| | Regular Overtime | 8.90 | 140.18 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 48.90 | 560.18 |
| | Federal-Married | | 65.42 |
| | Medicare | | 8.12 |
| | New York-Married | | 20.89 |
| | NY State Disability Witholding | | 0.60 |

4

DEF1397