**EX. 32**

## Black Angus Meats
### PAYROLL PRE-CHECKWRITING REPORT


EXHIBIT
263
1/4/18 mm

**Pay Period:** 7/21/08 - 7/28/08
**Check Date:** 8/ 1/08
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rounds, Sean | Regular Hourly Pay | 40.00 | 480.00 |
|  | Regular Overtime | 2.00 | 36.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 42.00 | 516.00 |
|  | Federal-Single |  | 71.46 |
|  | Medicare |  | 7.48 |
|  | New York-Single |  | 18.55 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 31.99 |
|  | TOTAL WITHHOLDINGS: |  | 130.08 |
|  | NET PAY: |  | 385.92 |
| Barnes, Roseann | Regular Hourly Pay | 17.50 | 157.50 |
|  | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 17.50 | 157.50 |
|  | Federal-Married |  | 5.02 |
|  | Medicare |  | 2.28 |
|  | New York-Married |  | 0.55 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 9.77 |
|  | TOTAL WITHHOLDINGS: |  | 18.22 |
|  | NET PAY: |  | 139.28 |
| Hoefert, Darcy | Regular Hourly Pay | 40.00 | 360.00 |
|  | Regular Overtime | 0.25 | 3.38 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.25 | 363.38 |
|  | Federal-Single |  | 23.93 |
|  | Medicare |  | 5.27 |
|  | New York-Single |  | 9.68 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 22.53 |
|  | TOTAL WITHHOLDINGS: |  | 62.01 |
|  | NET PAY: |  | 301.37 |

DEF1795

**Black Angus Meats**
**PAYROLL PRE-CHECKWRITING REPORT**

Pay Period: 7/29/08 - 8/3/08
Check Date: 8/8/08
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Galante, Anthony | Regular Hourly Pay | 34.75 | 278.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 34.75 | 278.00 |
| | Federal-Single | | 26.41 |
| | Medicare | | 4.03 |
| | New York-Single | | 4.99 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 17.24 |
| | TOTAL WITHHOLDINGS: | | 53.27 |
| | NET PAY: | | 224.73 |
| Hoefert, Darcy | Regular Hourly Pay | 40.00 | 380.00 |
| | Regular Overtime | 1.00 | 14.25 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 41.00 | 394.25 |
| | Federal-Single | | 28.56 |
| | Medicare | | 5.72 |
| | New York-Single | | 11.37 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 24.44 |
| | TOTAL WITHHOLDINGS: | | 70.69 |
| | NET PAY: | | 323.56 |
| NEGRYCH, DEBORAH | Regular Hourly Pay | 40.00 | 420.00 |
| | Regular Overtime | 1.00 | 15.75 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 41.00 | 435.75 |
| | Federal-Married | | 46.76 |
| | Medicare | | 6.32 |
| | New York-Married | | 13.25 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 27.02 |
| | TOTAL WITHHOLDINGS: | | 93.95 |

4

DEF1802