**EX. 33**

## PAYROLL PRE-CHECKWRITING REPORT



**Pay Period:** 5/25/2009 - 5/31/2009
**Check Date:** 6/5/2009
**Cycles(s):** 1
**Bank Account:** Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Federal-Single | | 44.67 |
| | Medicare | | 5.06 |
| | New York-Single | | 8.91 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 21.62 |
| | TOTAL WITHHOLDINGS: | | 80.86 |
| | NET PAY: | | 267.89 |
| Elinski, Derek | Regular Hourly Pay | 38.30 | 306.40 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 38.30 | 306.40 |
| | Federal-Single | | 38.32 |
| | Medicare | | 4.44 |
| | New York-Single | | 6.98 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 19.00 |
| | TOTAL WITHHOLDINGS: | | 69.34 |
| | NET PAY: | | 237.06 |
| Black, Darcy | Regular Hourly Pay | 30.20 | 286.90 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 30.20 | 286.90 |
| | Federal-Single | | 35.39 |
| | Medicare | | 4.16 |
| | New York-Single | | 6.11 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 17.79 |
| | TOTAL WITHHOLDINGS: | | 64.05 |
| | NET PAY: | | 222.85 |
| Negrych, Deborah | Regular Hourly Pay | 31.85 | 334.43 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 31.85 | 334.43 |

DEF2127

## PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 6/ 1/2009 - 6/ 7/2009
**Check Date:** 6/12/2009
**Cycles(s):** 1
**Bank Account:** Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Federal-Single | | 59.29 |
| | Medicare | | 6.47 |
| | New York-Single | | 14.43 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 27.67 |
| | TOTAL WITHHOLDINGS: | | 108.46 |
| | NET PAY: | | 337.79 |
| Elinski, Derek | Regular Hourly Pay | 22.15 | 177.20 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 22.15 | 177.20 |
| | Federal-Single | | 18.94 |
| | Medicare | | 2.57 |
| | New York-Single | | 1.72 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 10.99 |
| | TOTAL WITHHOLDINGS: | | 34.82 |
| | NET PAY: | | 142.38 |
| Black, Darcy | Regular Hourly Pay | 40.00 | 400.00 |
| | Regular Overtime | 5.10 | 76.50 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 45.10 | 476.50 |
| | Federal-Single | | 63.83 |
| | Medicare | | 6.91 |
| | New York-Single | | 16.22 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 29.54 |
| | TOTAL WITHHOLDINGS: | | 117.10 |
| | NET PAY: | | 359.40 |
| Negrych, Deborah | Regular Hourly Pay | 40.00 | 440.00 |
| | Regular Overtime | 10.40 | 171.60 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 50.40 | 611.60 |

DEF2133