**EX. 34**

01/27/2010          **Black Angus Meats**          09:27:29 PM
**PAYROLL PRE-CHECKWRITING REPORT**


EXHIBIT 9

Pay Period: 1/18/2010 - 1/24/2010
Check Date: 1/29/2010
Cycles(s): 1
Bank Account: Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Social Security | | 23.92 |
| | TOTAL WITHHOLDINGS: | | 91.23 |
| | NET PAY: | | 294.65 |
| Round, Sean<br>Pay Frequency: Weekly | Regular Hourly Pay | 29.50 | 354.00 |
| | Regular Overtime | 0.00 | 0.00 |
| | TOTAL EARNINGS: | 29.50 | 354.00 |
| | Federal-Single | | 45.46 |
| | Medicare | | 5.13 |
| | New York-Single | | 9.19 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 21.95 |
| | TOTAL WITHHOLDINGS: | | 82.33 |
| | Medical | | 13.00 |
| | TOTAL DEDUCTIONS: | | 13.00 |
| | NET PAY: | | 258.67 |
| Howells, Thomas<br>Pay Frequency: Weekly | Regular Hourly Pay | 24.00 | 360.00 |
| | TOTAL EARNINGS: | 24.00 | 360.00 |
| | Federal-Single | | 46.36 |
| | Medicare | | 5.22 |
| | New York-Single | | 9.50 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 22.32 |
| | TOTAL WITHHOLDINGS: | | 84.00 |
| | NET PAY: | | 276.00 |
| Pawlow, Darlene<br>Pay Frequency: Weekly | Regular Hourly Pay | 10.00 | 85.00 |
| | TOTAL EARNINGS: | 10.00 | 85.00 |

DEF2355

3

02/04/2010             **Black Angus Meats**             08:44:00 AM
**PAYROLL PRE-CHECKWRITING REPORT**

Pay Period: 1/25/2010 – 1/31/2010
Check Date: 2/ 5/2010
Cycles(s): 1
Bank Account: Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Social Security | | 25.23 |
| | TOTAL WITHHOLDINGS: | | 97.23 |
| | NET PAY: | | 309.65 |
| Round, Sean | Regular Hourly Pay | 38.75 | 503.75 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 38.75 | 503.75 |
| | Federal-Single | | 67.92 |
| | Medicare | | 7.30 |
| | New York-Single | | 17.83 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 31.23 |
| | TOTAL WITHHOLDINGS: | | 124.88 |
| | Medical | | 13.00 |
| | TOTAL DEDUCTIONS: | | 13.00 |
| | NET PAY: | | 365.87 |
| Howells, Thomas | Regular Hourly Pay | 23.25 | 348.75 |
| | TOTAL EARNINGS: | 23.25 | 348.75 |
| Pay Frequency: Weekly | | | |
| | Federal-Single | | 44.67 |
| | Medicare | | 5.06 |
| | New York-Single | | 8.91 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 21.62 |
| | TOTAL WITHHOLDINGS: | | 80.86 |
| | NET PAY: | | 267.89 |
| Pawlow, Darlene | Regular Hourly Pay | 5.75 | 48.88 |
| | TOTAL EARNINGS: | 5.75 | 48.88 |
| Pay Frequency: Weekly | | | |

DEF2361

3