**EX. 35**

**Black Angus Meats**
**PAYROLL PRE-CHECKWRITING REPORT**

EXHIBIT 142

Pay Period:   1/24/05 - 1/30/05
Check Date:   2/ 4/05
Cycles(s):    1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Social Security | | 43.40 |
| | TOTAL WITHHOLDINGS: | | 171.01 |
| | NET PAY: | | 528.99 |
| SEIBERT, ROBERT | Regular Hourly Pay | 40.00 | 900.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 900.00 |
| | Federal-Married | | 119.77 |
| | Medicare | | 13.05 |
| | New York-Married | | 44.17 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 55.80 |
| | TOTAL WITHHOLDINGS: | | 233.39 |
| | NET PAY: | | 666.61 |
| HOWELLS, THOMAS C. | Regular Hourly Pay | 16.00 | 192.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 16.00 | 192.00 |
| | Federal-Married | | 10.19 |
| | Medicare | | 2.78 |
| | New York-Married | | 1.93 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 11.90 |
| | TOTAL WITHHOLDINGS: | | 27.40 |
| | NET PAY: | | 164.60 |

Beginning Balance:   -1,059,919.29
Amount of Payments:       4,453.85
Ending Balance:      -1,064,373.14