**EX. 36**

01/10/2007                     **Black Angus Meats**                            10:17:45 AM
                        PAYROLL PRE-CHECKWRITING REPORT


EXHIBIT 145
1/4/18 mp 10

Pay Period:     1/ 1/07 - 1/ 7/07
Check Date:     1/12/07
Cycles(s):      1
Bank Account:   M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | NET PAY: | | 113.09 |
| Seibert, Diane | Regular Hourly Pay | 35.00 | 700.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 35.00 | 700.00 |
| | Federal-Married | | 86.39 |
| | Medicare | | 10.15 |
| | New York-Married | | 30.47 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 43.40 |
| | TOTAL WITHHOLDINGS: | | 171.01 |
| | NET PAY: | | 528.99 |
| SEIBERT, ROBERT | Regular Hourly Pay | 40.00 | 900.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 900.00 |
| | Federal-Married | | 119.77 |
| | Medicare | | 13.05 |
| | New York-Married | | 44.17 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 55.80 |
| | TOTAL WITHHOLDINGS: | | 233.39 |
| | NET PAY: | | 666.61 |
| HOWELLS, THOMAS C. | Regular Hourly Pay | 9.50 | 114.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 9.50 | 114.00 |
| | Federal-Married | | 0.00 |
| | Medicare | | 1.65 |
| | New York-Married | | 0.00 |

6

DEF1270

Pay Period: 1/ 1/07 - 1/ 7/07
Check Date: 1/12/07
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 7.07 |
| | TOTAL WITHHOLDINGS: | | 9.32 |
| | NET PAY: | | 104.68 |

Beginning Balance: -1,552,586.35
Amount of Payments: 4,801.40
Ending Balance: -1,557,387.75

01/18/2007          Black Angus Meats          10:22:10 AM

## PAYROLL PRE-CHECKWRITING REPORT

Pay Period:     1/8/07 - 1/14/07
Check Date:     1/19/07
Cycles(s):      1
Bank Account:   M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | NET PAY: | | 528.99 |
| SEIBERT, ROBERT | Regular Hourly Pay | 40.00 | 900.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 900.00 |
| | Federal-Married | | 119.77 |
| | Medicare | | 13.05 |
| | New York-Married | | 44.17 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 55.80 |
| | TOTAL WITHHOLDINGS: | | 233.39 |
| | NET PAY: | | 666.61 |
| HOWELLS, THOMAS C. | Regular Hourly Pay | 9.00 | 117.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 9.00 | 117.00 |
| | Federal-Married | | 0.00 |
| | Medicare | | 1.70 |
| | New York-Married | | 0.00 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 7.25 |
| | TOTAL WITHHOLDINGS: | | 9.55 |
| | NET PAY: | | 107.45 |

Beginning Balance:  -1,557,387.75
Amount of Payments:     4,408.42
Ending Balance:     -1,561,796.17

DEF1277