**EX. 37**

01/31/2008          Black Angus Meats          09:58:22 AM

## PAYROLL PRE-CHECKWRITING REPORT

Pay Period: 1/21/08 - 1/27/08
Check Date: 2/1/08
Cycles(s): 1
Bank Account: M & T Bank

EXHIBIT 147
1/4/18 mm

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Seibert, Diane | Regular Hourly Pay | 35.00 | 700.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 35.00 | 700.00 |
| | Federal-Married | | 86.39 |
| | Medicare | | 10.15 |
| | New York-Married | | 30.47 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 43.40 |
| | TOTAL WITHHOLDINGS: | | 171.01 |
| | NET PAY: | | 528.99 |
| SEIBERT, ROBERT | Regular Hourly Pay | 40.00 | 900.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 900.00 |
| | Federal-Married | | 119.77 |
| | Medicare | | 13.05 |
| | New York-Married | | 44.17 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 55.80 |
| | TOTAL WITHHOLDINGS: | | 233.39 |
| | NET PAY: | | 666.61 |
| HOWELLS, THOMAS C. | Regular Hourly Pay | 18.25 | 237.25 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 18.25 | 237.25 |
| | Federal-Married | | 16.98 |
| | Medicare | | 3.44 |
| | New York-Married | | 3.74 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 14.71 |
| | TOTAL WITHHOLDINGS: | | 39.47 |
| | NET PAY: | | 197.78 |

02/07/2008            Black Angus Meats            09:12:15 AM

## PAYROLL PRE-CHECKWRITING REPORT

Pay Period: 1/28/08 - 2/3/08
Check Date: 2/8/08
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Kunzelman, Taylor | Regular Hourly Pay | 11.50 | 100.63 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 11.50 | 100.63 |
| | Federal-Single | | 7.45 |
| | Medicare | | 1.46 |
| | New York-Single | | 0.00 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 6.24 |
| | TOTAL WITHHOLDINGS: | | 15.75 |
| | NET PAY: | | 84.88 |
| HOWELLS, THOMAS C. | Regular Hourly Pay | 10.50 | 147.00 |
| | TOTAL EARNINGS: | 10.50 | 147.00 |
| Pay Frequency: Weekly | | | |
| | Federal-Married | | 3.44 |
| | Medicare | | 2.13 |
| | New York-Married | | 0.13 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 9.11 |
| | TOTAL WITHHOLDINGS: | | 15.41 |
| | NET PAY: | | 131.59 |

Beginning Balance:    -1,838,499.03
Amount of Payments:    5,002.21
Ending Balance:    -1,843,501.24

7

DEF1616