**EX. 38**

10/17/2008             **Black Angus Meats**             06:32:01 PM
**PAYROLL PRE-CHECKWRITING REPORT**

EXHIBIT 148 1/4/18 mm 10

Pay Period: 10/12/08 - 10/19/08
Check Date: 10/24/08
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| SEIBERT, ROBERT | Regular Hourly Pay | 40.00 | 900.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 900.00 |
| | Federal-Married | | 119.77 |
| | Medicare | | 13.05 |
| | New York-Married | | 44.17 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 55.80 |
| | TOTAL WITHHOLDINGS: | | 233.39 |
| | NET PAY: | | 666.61 |
| HOWELLS, THOMAS C. | Regular Hourly Pay | 18.25 | 255.50 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 18.25 | 255.50 |
| | Federal-Married | | 19.72 |
| | Medicare | | 3.70 |
| | New York-Married | | 4.47 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 15.84 |
| | TOTAL WITHHOLDINGS: | | 44.33 |
| | NET PAY: | | 211.17 |

Beginning Balance:     -2,030,164.65
Amount of Payments:     4,879.62
Ending Balance:     -2,035,044.27

10/29/2008                        **Black Angus Meats**                        09:44:10 AM

**PAYROLL PRE-CHECKWRITING REPORT**

Pay Period: 10/20/08 - 10/26/08
Check Date: 10/31/08
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| SEIBERT, ROBERT | Regular Hourly Pay | 40.00 | 900.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 900.00 |
| | Federal-Married | | 119.77 |
| | Medicare | | 13.05 |
| | New York-Married | | 44.17 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 55.80 |
| | TOTAL WITHHOLDINGS: | | 233.39 |
| | NET PAY: | | 666.61 |
| HOWELLS, THOMAS C. | Regular Hourly Pay | 25.50 | 382.50 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 25.50 | 382.50 |
| | Federal-Married | | 38.77 |
| | Medicare | | 5.55 |
| | New York-Married | | 10.18 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 23.72 |
| | TOTAL WITHHOLDINGS: | | 78.82 |
| | NET PAY: | | 303.68 |

Beginning Balance:      -2,035,044.27
Amount of Payments:      5,294.38
Ending Balance:      -2,040,338.65

DEF1896