**EX.41**

# APPLICATION FOR EMPLOYMENT

PART TIME — DAY OK (SO-40 HRS)

PRE-EMPLOYMENT QUESTIONNAIRE
EQUAL OPPORTUNITY EMPLOYER

**PERSONAL INFORMATION** ANY TIME   **DATE** 5-5-05

| NAME (LAST NAME FIRST) | | | SOCIAL SECURITY NO. | |
|---|---|---|---|---|
| HOEFERT, DARCY | | | | |
| PRESENT ADDRESS | CITY | STATE | | ZIP CODE |
| 580 Oliver ST #2 | N.Tona. | NY | | 14120 |
| PERMANENT ADDRESS | CITY | STATE | | ZIP CODE |
| SAME | | | | |
| PHONE NO. | | REFERRED BY | | |
| (716) 694-4423 | | Tona News AD | | |

## EMPLOYMENT DESIRED

| POSITION | DATE YOU CAN START | SALARY DESIRED |
|---|---|---|
| Any | ASAP | OPEN |

ARE YOU EMPLOYED? [ ] YES [X] NO

IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? [ ] YES [ ] NO

EVER APPLIED TO THIS COMPANY BEFORE? [ ] YES [X] NO   WHERE?   WHEN?

## EDUCATION HISTORY

| | NAME & LOCATION OF SCHOOL | YEARS ATTENDED | DID YOU GRADUATE | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | Meadow School, N.Tona | 8 | Yes | General |
| HIGH SCHOOL | NTHS, Meadow Dr. NT | 4 | Yes | Business Science |
| COLLEGE | | | | |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | | | | |

## GENERAL INFORMATION

SUBJECTS OF SPECIAL STUDY/RESEARCH WORK OR SPECIAL TRAINING/SKILLS

U.S. MILITARY OR NAVAL SERVICE: no   RANK:

## FORMER EMPLOYERS (LIST BELOW LAST FOUR EMPLOYERS, STARTING WITH LAST ONE FIRST)

| DATE MONTH AND YEAR | NAME & ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 9-2004 TO 5-2005 | Chartwells, 195 Spruce St. | 6.00 hr | Lunch aid | Will explain |
| FROM 1-2004 TO 9-2004 | Mobile, Division St. | 5.25 hr | Cashier | Will explain |
| FROM 7-2003 TO 2-2004 | Able Medical, 11 Grove St. Tona. | 7.50 hr | Driver CDL | Terminal closed up |
| FROM 6-2001 TO 3-2003 | Laidlaw, Wheatfield St NT | 8.52 hr | Driver CDL | Had no babysitter to start before 6am |

9561
APPLICATION FOR EMPLOYMENT
CONTINUED ON OTHER SIDE.
DEF0041

REFERENCES

| NAME | ADDRESS | BUSINESS | YEARS KNOWN |
|---|---|---|---|
| Dianne Bixby | 692-5441 71 Sprug St NT | Babysitter | 4 |
| Joanna Hemmerling | 695-9693 584 Oliver St Lover | Day Care Owner | 3 |
| Nancy Neal | 990-8280 198 Central Ln NT | Factory Worker | 4 |

AUTHORIZATION

"I certify that the facts contained in this application are true and complete to the best of my knowledge and understand that if employed falsified statements on this application shall be grounds for dismissal

I authorize investigation of all statements contained herein and the references and employers listed above to give you any and all information concerning my previous employment and any pertinent information they may have, personal or otherwise, and release the company from all liability for any damage that may result from utilization of such information.

I also understand and agree that no representative of the company has any authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the foregoing, unless it is in writing and signed by an authorized company representative.

This waiver does not permit the release or use of disability-related or medical information in a manner prohibited by the Americans with Disabilities Act (ADA) and other relevant federal and state laws."

DATE 5-5-05   SIGNATURE Darcy Hoefert

INTERVIEWED BY _____   DATE _____

---DO NOT WRITE BELOW THIS LINE---

REMARKS

Worked at Subway Deli
not working now
Available anytime

| NEATNESS | | | CHARACTER | | |
|---|---|---|---|---|---|
| PERSONALITY | | | ABILITY | | |
| HIRED | FOR DEPT. | POSITION | WILL REPORT | | SALARY WAGES |

APPROVED: 1 _____   2. _____   3. _____
EMPLOYMENT MANAGER       DEPARTMENT HEAD       GENERAL MANAGER

This application for employment is sold only for general use throughout the United States. Adams assumes no responsibility and hereby disclaims any liability for the inclusion in this form of any questions or requests for information upon which a violation of local, state, and/or federal law may be based. It is the user's responsibility to ensure that this form's use complies with applicable laws, which change from time to time.

DEF0042





DEF0045

DEF0048

Bob & Diane,                                5-19-2010

   I am writting you this because I have a hard time talking about what happened at work. I can deal with issues that have to do with me, I get emotional, then I get over it, but when someone can look at me and call my kids "niggers", I can not deal with that. My kids might be a handful but they are mine, and don't desurve to be called that by one of my co-workers. So, I am giving you my 2 week notice.

   Thank you for all you have done for me.

                        Darcy Black