**EX. 42**

01/06/2005                                              Black Angus Meats                                          08:42:11 AM
                                                 PAYROLL PRE-CHECKWRITING REPORT

**EXHIBIT** 36  1/4/13 mm 10

Pay Period:     12/27/04 - 1/2/05
Check Date:     1/ 7/05
Cycles(s):      1
Bank Account:   M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| NEGRYCH, DEBORAH | Regular Hourly Pay | 39.75 | 417.38 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 39.75 | 417.38 |
| | Federal-Married | | 44.00 |
| | Medicare | | 6.05 |
| | New York-Married | | 12.16 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 25.88 |
| | TOTAL WITHHOLDINGS: | | 88.69 |
| | NET PAY: | | 328.69 |
| Romannowski, Dennis | Regular Hourly Pay | 15.70 | 117.75 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 15.70 | 117.75 |
| | Federal-Single | | 10.02 |
| | Medicare | | 1.71 |
| | New York-Single | | 0.06 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 7.30 |
| | TOTAL WITHHOLDINGS: | | 19.69 |
| | NET PAY: | | 98.06 |
| Leible, Mark | Regular Hourly Pay | 30.10 | 308.53 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 30.10 | 308.53 |
| | Federal-Single | | 38.64 |
| | Medicare | | 4.47 |
| | New York-Single | | 7.08 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 19.13 |
| | TOTAL WITHHOLDINGS: | | 69.92 |
| | NET PAY: | | 238.61 |

DEF0514