**EX. 43**

## Black Angus Meats
### PAYROLL PRE-CHECKWRITING REPORT

Pay Period: 11/20/06 - 11/26/06
Check Date: 12/1/06
Cycles(s): 1
Bank Account: M & T Bank


EXHIBIT 38 1/4/18 mm

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | New York-Single | | 8.03 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 20.44 |
| | TOTAL WITHHOLDINGS: | | 52.71 |
| | NET PAY: | | 276.89 |
| SCHULTZ, NELSON SR. | Regular Hourly Pay | 15.50 | 186.00 |
| | TOTAL EARNINGS: | 15.50 | 186.00 |
| Pay Frequency: Weekly | | | |
| | Federal-Married | | 9.29 |
| | Medicare | | 2.70 |
| | New York-Married | | 1.69 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 11.53 |
| | TOTAL WITHHOLDINGS: | | 25.81 |
| | NET PAY: | | 160.19 |
| NEGRYCH, DEBORAH | Regular Hourly Pay | 40.00 | 420.00 |
| | Regular Overtime | 11.60 | 182.70 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 51.60 | 602.70 |
| | Federal-Married | | 71.80 |
| | Medicare | | 8.74 |
| | New York-Married | | 23.80 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 37.37 |
| | TOTAL WITHHOLDINGS: | | 142.31 |
| | NET PAY: | | 460.39 |
| Leible, Mark | Regular Hourly Pay | 40.00 | 410.00 |
| | Regular Overtime | 10.25 | 157.54 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 50.25 | 567.54 |

4

11/29/2006                  Black Angus Meats                 09:57:33 AM

PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 11/20/06 - 11/26/06
**Check Date:** 12/1/06
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Federal-Single | | 85.89 |
| | Medicare | | 8.23 |
| | New York-Single | | 22.05 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 35.19 |
| | TOTAL WITHHOLDINGS: | | 151.96 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 354.58 |
| Rush, Regina | Regular Hourly Pay | 40.00 | 320.00 |
| | Regular Overtime | 6.70 | 80.40 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 46.70 | 400.40 |
| | Federal-Single | | 52.42 |
| | Medicare | | 5.81 |
| | New York-Single | | 11.73 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 24.82 |
| | TOTAL WITHHOLDINGS: | | 95.38 |
| | NET PAY: | | 305.02 |
| Putnam, James | Regular Hourly Pay | 40.00 | 340.00 |
| | Regular Overtime | 2.25 | 28.69 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 42.25 | 368.69 |
| | Federal-Single | | 47.66 |
| | Medicare | | 5.35 |
| | New York-Single | | 9.96 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 22.86 |
| | TOTAL WITHHOLDINGS: | | 86.43 |
| | NET PAY: | | 282.26 |

DEF1227

## Black Angus Meats
## PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 11/27/06 - 12/4/06
**Check Date:** 12/8/06
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | New York-Single | | 6.33 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 18.10 |
| | TOTAL WITHHOLDINGS: | | 42.48 |
| | NET PAY: | | 249.52 |
| SCHULTZ, NELSON SR.<br>Pay Frequency: Weekly | Regular Hourly Pay | 17.50 | 210.00 |
| | TOTAL EARNINGS: | 17.50 | 210.00 |
| | Federal-Married | | 12.89 |
| | Medicare | | 3.05 |
| | New York-Married | | 2.65 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 13.02 |
| | TOTAL WITHHOLDINGS: | | 32.21 |
| | NET PAY: | | 177.79 |
| NEGRYCH, DEBORAH<br>Pay Frequency: Weekly | Regular Hourly Pay | 39.65 | 416.33 |
| | Regular Overtime | 0.00 | 0.00 |
| | TOTAL EARNINGS: | 39.65 | 416.33 |
| | Federal-Married | | 43.84 |
| | Medicare | | 6.04 |
| | New York-Married | | 12.10 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 25.81 |
| | TOTAL WITHHOLDINGS: | | 88.39 |
| | NET PAY: | | 327.94 |
| Leible, Mark<br>Pay Frequency: Weekly | Regular Hourly Pay | 40.00 | 450.00 |
| | Regular Overtime | 8.90 | 150.14 |
| | TOTAL EARNINGS: | 48.90 | 600.14 |

DEF1233

# Black Angus Meats
## PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 11/27/06 - 12/ 4/06  
**Check Date:** 12/ 8/06  
**Cycles(s):** 1  
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Federal-Single | | 95.02 |
| | Medicare | | 8.70 |
| | New York-Single | | 24.29 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 37.21 |
| | TOTAL WITHHOLDINGS: | | 165.82 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 373.32 |
| Rush, Raelean | Regular Hourly Pay | 22.40 | 179.20 |
| Pay Frequency: Weekly | Regular Overtime | 0.00 | 0.00 |
| | TOTAL EARNINGS: | 22.40 | 179.20 |
| | Federal-Single | | 19.24 |
| | Medicare | | 2.60 |
| | New York-Single | | 1.80 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 11.11 |
| | TOTAL WITHHOLDINGS: | | 35.35 |
| | NET PAY: | | 143.85 |
| Rush, Regina | Regular Hourly Pay | 33.50 | 268.00 |
| Pay Frequency: Weekly | Regular Overtime | 0.00 | 0.00 |
| | TOTAL EARNINGS: | 33.50 | 268.00 |
| | Federal-Single | | 32.56 |
| | Medicare | | 3.89 |
| | New York-Single | | 5.35 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 16.62 |
| | TOTAL WITHHOLDINGS: | | 59.02 |
| | NET PAY: | | 208.98 |

DEF1234