**EX. 44**

06/06/2007            Black Angus Meats            09:27:21 AM
PAYROLL PRE-CHECKWRITING REPORT

Pay Period: 5/27/07 - 6/3/07
Check Date: 6/8/07
Cycles(s): 1
Bank Account: M & T Bank



EXHIBIT
40
1/4/18 mm

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| SCHULTZ, NELSON SR. | Regular Hourly Pay | 8.75 | 113.75 |
| | TOTAL EARNINGS: | 8.75 | 113.75 |
| Pay Frequency: Weekly | | | |
| | Federal-Married | | 0.00 |
| | Medicare | | 1.65 |
| | New York-Married | | 0.00 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 7.05 |
| | TOTAL WITHHOLDINGS: | | 9.30 |
| | NET PAY: | | 104.45 |
| NEGRYCH, DEBORAH | Regular Hourly Pay | 39.45 | 414.23 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 39.45 | 414.23 |
| | Federal-Married | | 43.53 |
| | Medicare | | 6.01 |
| | New York-Married | | 11.98 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 25.68 |
| | TOTAL WITHHOLDINGS: | | 87.80 |
| | Medical | | 50.00 |
| | TOTAL DEDUCTIONS: | | 50.00 |
| | NET PAY: | | 276.43 |
| Leible, Mark | Regular Hourly Pay | 21.45 | 241.31 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 21.45 | 241.31 |
| | Federal-Single | | 28.55 |

DEF1420

**Pay Period:** 5/27/07 - 6/ 3/07
**Check Date:** 6/ 8/07
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Medicare | | 3.50 |
| | New York-Single | | 4.29 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 14.96 |
| | TOTAL WITHHOLDINGS: | | 51.90 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 128.41 |
| Putnam, James | Regular Hourly Pay | 19.25 | 173.25 |
| Pay Frequency: Weekly | Regular Overtime | 0.00 | 0.00 |
| | TOTAL EARNINGS: | 19.25 | 173.25 |
| | Federal-Single | | 18.34 |
| | Medicare | | 2.51 |
| | New York-Single | | 1.56 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 10.74 |
| | TOTAL WITHHOLDINGS: | | 33.75 |
| | NET PAY: | | 139.50 |
| Seibert, Diane | Regular Hourly Pay | 35.00 | 700.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 35.00 | 700.00 |
| | Federal-Married | | 86.39 |
| | Medicare | | 10.15 |
| | New York-Married | | 30.47 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 43.40 |
| | TOTAL WITHHOLDINGS: | | 171.01 |
| | NET PAY: | | 528.99 |

DEF1421

3/10/2009  
**Black Angus Meats**  
PAYROLL PRE-CHECKWRITING REPORT  
08:17:18 PM

Pay Period:     3/ 2/2009 - 3/ 8/2009  
Check Date:     3/13/2009  
Cycles(s):      1  
Bank Account:   Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Negrych, Deborah | Regular Hourly Pay | 40.00 | 420.00 |
| | Regular Overtime | 7.45 | 117.34 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 47.45 | 537.34 |
| | Federal-Married | | 62.00 |
| | Medicare | | 7.79 |
| | New York-Married | | 19.33 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 33.32 |
| | TOTAL WITHHOLDINGS: | | 123.04 |
| | Medical | | 50.00 |
| | TOTAL DEDUCTIONS: | | 50.00 |
| | NET PAY: | | 364.30 |
| Leible, Mark | Regular Hourly Pay | 40.00 | 480.00 |
| | Regular Overtime | 5.00 | 90.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 45.00 | 570.00 |
| | Federal-Single | | 84.71 |
| | Medicare | | 8.27 |
| | New York-Single | | 22.22 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 35.34 |
| | TOTAL WITHHOLDINGS: | | 151.14 |
| | NET PAY: | | 418.86 |
| Rush, Raelean | Regular Hourly Pay | 40.00 | 380.00 |
| | Regular Overtime | 0.50 | 6.88 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.50 | 386.88 |
| | Federal-Single | | 50.39 |
| | Medicare | | 5.61 |
| | New York-Single | | 10.93 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 23.99 |
| | TOTAL WITHHOLDINGS: | | 91.52 |
| | NET PAY: | | 295.36 |

DEF2043