**EX. 45**

CLIENT NO 583    BUFFALO MEAT SERVICE INC    Payroll Journal

| JOB NO. | EMP#/EMPLOYEE NAME | HOURS REGULAR | HOURS O.T. | REGULAR | OVERTIME | OTHER 1 | OTHER 2 | GROSS | SOCIAL SECURITY | MEDICARE | FEDERAL W/H | STATE W/H | DBL | TITLE | AMOUNT | TITLE | AMOUNT | TITLE | AMOUNT | NET EARNINGS | CHECK NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-1 | WILLIAM PRASE | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | 6875.00 | 280.62 | 113.1 | 818.89 | 268.02 | 3.9 | | | | | | | 1473 |
| 7-8 | CHRISTOPHER HOWELLS | 650.0 | | 7800.00 | | | | 7800.00 | 32.8 | 113.1 | 37.6 | | 3.9 | | | | | | | 1473 |
| 9-4 | THOMAS HOWELLS | 2300 | | | | | | | | | | | | | | | | | | | |
| 15000 | | | | 34500 | | | | 34500 | 1449 | 500 | 3752 | 872 | 60 | | | | | | 278.67 | 1474 |
| 6-0 | MARK LEIBLE | 4000 | | 42000 | | | | 42000 | 1764 | 609 | 1675 | 962 | 60 | | | | | | 35930 | 1475 |
| | VACATIO 4000 | 4000 | 14000 | | | | 56000 | | | | | | | | | | | | | |
| 8-6 | BRETT MEYER 4000 340 | | | 34000 | 4335 | | | 38335 | 1610 | 556 | 4327 | 1373 | 60 | | | | | | 30409 | 1477 |
| 10-7 | DEBORAH NEGRYCH 3635 | | | 38168 | | | | 38168 | 1603 | 553 | 2298 | 1014 | 60 | | | | | | 32640 | 1478 |
| 10500 | | | | | | | | | | | | | | | | | | | | | |
| 20-3 | SEAN RIGLER 3600 | | | 32400 | | | | 32400 | 1361 | 470 | 3437 | 777 | 60 | | | | | | 26295 | 1479 |
| 9080 | | | | | | | | | | | | | | | | | | | | | |
| 15-8 | KEEGAN ROBERTS | | | 90000 | | | | 90000 | 3780 | 1305 | 14038 | 4483 | 60 | MEDIC | 6500 | BANK2 | 20000 | | 59834 | 1481 |
| 16-6 | SEAN ROUND 3925 | | | 51025 | | | | 51025 | 2143 | 740 | 6231 | 2321 | 60 | MEDIC | 1300 | | | | 38230 DEP. | |
| 13000 | | | | | | | | | | | | | | | | | | | | | |
| | NICOLE | | | 70000 | | | | 70000 | 2940 | 1015 | 9077 | 3923 | 60 | MEDIC | 6500 | | | | 26495 DEP. | |

WK ENDING 8:28:2011
CHECK DATE 9:22:2011
PAGE NO. 2

EXHIBIT 325 18/19 m 10

DEF2961

# Payroll Journal

**CLIENT NO 583 — BUFFALO MEAT SERVICE INC**

| RATE | EMP #/EMPLOYEE NAME / JOB NO. | HOURS REGULAR | O.T. | EARNINGS REGULAR | OVERTIME | OTHER 1 | OTHER 2 | GROSS | SOCIAL SECURITY | MEDICARE | FEDERAL W/H | STATE W/H | DBL | TITLE | AMOUNT | NET EARNINGS | CHECK NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *** DEPT | 000020.0 | | | | | | | | | | | | | | | | |
| 17-4 | FRANKLIN BENNETT JR | | | | | | | 16860 | 1045 | 244 | 1577 | 2426 | 60 | SOMBDIC | 6500 | 14524 | 1487 |
| 5-1 | WILLIAM FRASE 4000 | | | 60000 | | | | 60000 | 2520 | 870 | 7577 | 2428 | 60 | SOMBDIC | 6500 | 40045 | 1487 |
| 7-8 | CHRISTOPHER HOMBLLE 975 | | | 12675 | | | | 12675 | 532 | 184 | 864 | | | | | 11035 | 1488 |
| 15000 | THOMAS 1425 | | | 21375 | | | | 21375 | 858 | 310 | 1783 | 318 | 60 | | | 18006 | 1489 |
| 4-3 | JANIE LAPRESS | | 2450 | | 3500 | | | 64810 | 3293 | 940 | 15101 | 2236 | 60 | | | 43780 | 1890 |
| 6-0 | MARK LEIBLE 4000 | 455 | | 56000 | 9555 | | | 65555 | 2753 | 951 | 8410 | 3308 | 60 | SOMBDIC | 6500 | 43573 | 1491 |
| 8-6 | BRETT MEYER 3915 | | | 33278 | | | | 33278 | 1398 | 483 | 3569 | 1117 | 60 | | | 26651 | 1492 |
| 10500 | GEORGE MECONTON 4050 | 720 | | 42060 | 11340 | | | 53400 | 2240 | 773 | 4088 | 1906 | 60 | | | 44273 | 1493 |
| 11-5 | JAMES PHILEGORINO 4000 | | | 35915 | 6515 | | | 35915 | | | | 1448 | 80 | | | 35807 | 1494 |
| 13-1 | SHIRLEY RAUB 600 | | | 6600 | | | | 6000 | 252 | 87 | 516 | | | | | 5601 | 1495 |
| 20-3 | SEAN RIGLER 1150 | | | 9200 | | | | 9200 | 386 | 133 | | | | | | 8119 | 1496 |
| 8000 | MEGAN ROBERTS | | | 9000 | | | | 90000 | 3780 | 1305 | 14028 | 4493 | 60 | SOMBDIC | 6500 | 59834 | 1497 |