**EX. 46**



**BlueCross BlueShield of Western New York**
A Division of HealthNow New York Inc.
An Independent Licensee of the BlueCross BlueShield Association
P.O. Box 80 Buffalo, NY 14240-0080

July 10, 2011

Group ID: 00403344
Account Specialist: 27
Invoice ID: T11900026210
Payment Due Date: 08/01/2011

Buffalo Meat Service, Inc. dba Black Angus Meats
2519 Niagara Falls Blvd
Amherst NY 14228-3527

Bill Period From: 08/01/2011 To: 08/31/2011

For Enrollment Inquiries, call 1-800-430-7984 ext 8488    For Billing Inquiries, call 1-800-430-7984 ext 8488

| ID NUMBER | NAME | TIER | COV | PLAN | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| Subgroup 0001  Active | | | | | | |
| Class 0001  Traditional Blue POS Aqua | | | | | | |
| 881053318 | Negrych Deborah A | SNGL | M | AQ11YQQF | 803.00 | |
| | | SNGM | M | AQ11YMQF | 0.00 | 803.00 |
| 881053312 | Roberts Keegan W | SNGL | M | AQ11YQQS | 285.21 | 285.21 |
| 881053313 | Seibert Nicole M | SNGL | M | AQ11YQQS | 285.21 | 285.21 |
| 881053309 | Seibert Robert L | FMLY | M | AQ11YQQF | 803.00 | 803.00 |
| Regular Charges | Totals By Coverage | | M | | 2,176.42 | 2,176.42 |
| Class 0001 | Totals By Coverage  Regular | | M | | 2,176.42 | 2,176.42 |
| | Totals By Coverage  Adjustment | | M | | 0.00 | 0.00 |
| | Totals By Coverage | | M | | 2,176.42 | 2,176.42 |

```
****************************************************************
* Coverage Category   Subscriber Count   Dependent Count   Total Member Count *
* M - Medical              4                   3                  7           *
****************************************************************
```

| | | | | | | |
|---|---|---|---|---|---|---|
| Subgroup 0001 | Totals By Coverage  Regular | | M | | 2,176.42 | 2,176.42 |
| | Totals By Coverage  Adjustment | | M | | 0.00 | 0.00 |
| | Totals By Coverage | | M | | 2,176.42 | 2,176.42 |

```
****************************************************************
* Coverage Category   Subscriber Count   Dependent Count   Total Member Count *
* M - Medical              4                   3                  7           *
****************************************************************
```

XCOP02 Rev 12/9/02

DEF38871