**EX. 47**

09/02/2010                      **Black Angus Meats**                      08:02:52 AM

## PAYROLL PRE-CHECKWRITING REPORT


EXHIBIT 43
1/4/18 'lo mm

**Pay Period:** 8/23/2010 - 8/29/2010
**Check Date:** 9/3/2010
**Cycles(s):** 1
**Bank Account:** Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---:|---:|
| Leible, Mark | Regular Hourly Pay | 40.00 | 480.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 480.00 |
| | Federal-Single | | 64.36 |
| | Medicare | | 6.96 |
| | New York-Single | | 16.43 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 29.76 |
| | TOTAL WITHHOLDINGS: | | 118.11 |
| | NET PAY: | | 361.89 |
| Kiel, Gregory | Regular Hourly Pay | 23.00 | 230.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 23.00 | 230.00 |
| | Federal-Single | | 26.86 |
| | Medicare | | 3.34 |
| | New York-Single | | 3.83 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 14.26 |
| | TOTAL WITHHOLDINGS: | | 48.89 |
| | NET PAY: | | 181.11 |
| Seibert, Diane | Regular Hourly Pay | 35.00 | 700.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 35.00 | 700.00 |
| | Federal-Married | | 86.39 |
| | Medicare | | 10.15 |
| | New York-Married | | 30.47 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 43.40 |
| | TOTAL WITHHOLDINGS: | | 171.01 |
| | NET PAY: | | 528.99 |

DEF2563

09/08/2010                                                                                            09:00:55 PM

## Black Angus Meats
### PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 8/30/2010 - 9/5/2010
**Check Date:** 9/10/2010
**Cycles(s):** 1
**Bank Account:** Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Leible, Mark | Regular Hourly Pay | 40.00 | 520.00 |
| | Regular Overtime | 3.45 | 67.28 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 43.45 | 587.28 |
| | Federal-Single | | 89.54 |
| | Medicare | | 8.52 |
| | New York-Single | | 23.41 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 36.41 |
| | TOTAL WITHHOLDINGS: | | 158.48 |
| | NET PAY: | | 428.80 |
| Kiel, Gregory | Regular Hourly Pay | 40.00 | 400.00 |
| | Regular Overtime | 3.70 | 55.50 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 43.70 | 455.50 |
| | Federal-Single | | 60.68 |
| | Medicare | | 6.60 |
| | New York-Single | | 14.98 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 28.24 |
| | TOTAL WITHHOLDINGS: | | 111.10 |
| | NET PAY: | | 344.40 |
| Raub, Shirley | Regular Hourly Pay | 3.75 | 37.50 |
| | TOTAL EARNINGS: | 3.75 | 37.50 |
| Pay Frequency: Weekly | | | |
| | Federal-Married | | 0.00 |
| | Medicare | | 0.54 |
| | New York-Married | | 0.00 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 2.33 |
| | TOTAL WITHHOLDINGS: | | 3.47 |
| | NET PAY: | | 34.03 |

DEF2569

5