**EX. 48**

DEF3116

# Payroll Journal

**BUFFALO MEAT SERVICE INC**

**CLIENT NO 583**

| EMP.# EMPLOYEE NAME | JOB NO. | HOURS REGULAR | HOURS O.T. | RATE | EARNINGS REGULAR | OVERTIME | OTHER 1 | OTHER 2 | GROSS | SOCIAL SECURITY | MEDICARE | FEDERAL W/H | STATE W/H | DBL | TITLE | AMOUNT | TITLE | AMOUNT | TITLE | AMOUNT | NET EARNINGS | CHECK NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-6 REEGAN ROBERTS | | | | | | | | | | | | | | | | | | | | | | |
| 16-6 SEAN ROUND | | | | | 900 00 | | | | 900 00 | 37 80 | 13 05 | 138 92 | 43 30 | | MEDIC | 65 00 | | | | | 601 93 | 2214 |
| 13-040 | | | | | | | | | | | | | | | | MEDIC | 13 00 | | | | | | DEP |
| 12-3 NICOLE SEIBERT | | | | | 700 00 | | | | 700 00 | 29 40 | 10 15 | 90 43 | 38 40 | | MEDIC | 65 00 | BANK2 | 200 00 | | | 266 92 | DEP. |

| | REGULAR HRS | | PAY TYPE | AMOUNT | PAY TYPE | AMOUNT | PAY TYPE | AMOUNT | # DESCRIPT | AMOUNT | # DESCRIPT | AMOUNT | # DESCRIPT | AMOUNT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 38 95 0 | 19 80 | REGULAR | 591 21 | | 349 99 | | | 526 22 0 | 1 MEDIC | 273 00 | | 263 01 | 90 81 | | 65 58 | 241 00 | 88 4 | 452 9/8 |
| | AMOUNT | | | | | | | | | 8 BANK2 | 200 00 | | | | | | | | |
| | 626 22 0 | | | | | | | | | | | | | | | | | | WK ENDING 9/2 2012 |
| | | | | | | | | | | | | | | | | | FUTA TAX | 5.51 | CHECK DATE 9/7 2012 |
| | | | | | | | | | | | | | | | | | SUI TAX | 17.17 | # ENTRIES 15 |
| | | | | | | | | | | | | | | | | | | | PAGE NO. 3 |

**JOURNAL**

DEF3122

Payroll Journal

CLIENT NO 583          BUFFALO MEAT SERVICE INC

| EMP.#/EMPLOYEE NAME | HOURS | | EARNINGS | | | | GROSS | TAXES | | | | DEDUCTIONS | | | | | NET EARNINGS | CHECK NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RATE / JOB NO. | REGULAR | O.T. | REGULAR | OVERTIME | OTHER 1 | OTHER 2 | | SOCIAL SECURITY | MEDICARE | FEDERAL W/H | STATE W/H | DBL | TITLE | AMOUNT | TITLE | AMOUNT | TITLE | AMOUNT | | |
| 15-8 MORGAN ROBERTS | | | 900 00 | | | | 900 00 | 37 80 | 13 05 | 138 32 | 43 30 | | MEDIC | 6 50 | | | | | 601 53 | 2241 |
| 16-6 SEAN ROUND | | | | | | | | | | | | | MEDIC | | BANK | | | | | DEP |
| 12-3 NICOLE SEIBERT | | | 700 00 | | | | 700 00 | 29 40 | 10 15 | 90 43 | 38 40 | | MEDIC | 6 50 | BANK2 | 200 00 | | | 266 02 | DBP |

| | AMOUNT | # | PAY TYPE | AMOUNT | # | PAY TYPE | AMOUNT | # | DESCRPT | AMOUNT | # | DESCRPT | AMOUNT | # | DESCRPT | AMOUNT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39610 | 10 55 | | REGULAR | 6130 48 | | | 1671 4 | | MEDIC | 273 00 | | MEDIC | 19 32 | | BANK | 66 85 0 | 238 67 | 455270 |
| | 6297 62 | | | | | | | | BANK2 | 200 00 | | | | | | | | 6297 62 |

WK ENDING 9162012
CHECKDATE 9212012
#ENTRIES 15
PAGE NO. 3

FUTA TAX 6.06
SUI TAX 15.15