**EX. 49**