**EX. 50**

07/29/2009                                **Black Angus Meats**                                09:20:18 PM
                                   PAYROLL PRE-CHECKWRITING REPORT

        **Pay Period:** 7/20/2009 - 7/26/2009    *shtdl*        1849.06
        **Check Date:** 7/31/2009        40.65
        **Cycles(s):** 1        842.43
        **Bank Account:** Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---:|---:|
| Howells, Christopher | Regular Hourly Pay | 15.50 | 186.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 15.50 | 186.00 |
| | Federal-Single | | 20.26 |
| | Medicare | | 2.70 |
| | New York-Single | | 2.07 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 11.53 |
| | TOTAL WITHHOLDINGS: | | 37.16 |
| | NET PAY: | | 148.84 |
| Seibert, Nicole | Regular Hourly Pay | 40.00 | 700.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 700.00 |
| | Federal-Single | | 121.11 |
| | Medicare | | 10.15 |
| | New York-Single | | 31.28 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 43.40 |
| | TOTAL WITHHOLDINGS: | | 206.54 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 432.46 |
| Frase, William | Regular Hourly Pay | 40.00 | 600.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 600.00 |
| | Federal-Single | | 93.11 |
| | Medicare | | 8.70 |
| | New York-Single | | 24.28 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 37.20 |
| | TOTAL WITHHOLDINGS: | | 163.89 |
| | NET PAY: | | 436.11 |

EXHIBIT 245

1

DEF2175