**EX. 51**



## GRACE FRASE OBITUARY

View More Obituaries (/obituary/)

### *Grace M. Frase*

January 23, 1935 - February 4, 2009
Born in Cheektowaga, New York
Resided in (A) Tonawanda, NY

**SHARE**

f   y   G+   in   ✉



Guestbook   Services   Flowers

## Obituary

FRASE, Grace M. (nee Hrusa)
February 4, 2009, age 74; wife of the late Cyril Frase; mother of Nicholas, Susan (Jeffrey) Hoffmann, Nancy (Donald) Neff, William, Francine (Fred) Brown, Daniel (Deborah), Eric (Kristin) and Roseanne (James) Pernick; grandmother of 14 grandchildren and four great-grandchildren; sister Helene Smith, Denny (Jeannie) and Jerry (Karen) Hrusa; also survived by nieces and nephews. Family will be present Friday 4-9 PM at (Amherst Chapel) AMIGONE FUNERAL HOME, INC., 5200 Sheridan Dr. (at Hopkins) where funeral services will be held Saturday at 8:15 AM followed by a Mass of Christian Burial at 9 AM at St. Leo the Great RC Church. Share your condolences at www.AMIGONE.com

⋀ back to top

## Guestbook



Privacy - Terms

Leave your condolence.

Enter your name

Enter your email

Post Message

Miss you Grandma!

Maryanne Frase - 4 years ago (Thursday, December 12 2013 08:18 AM)

Sending our sympathy and prayers to Nancy, Don and your entire family. I remember coming to your house many times and your Mom was always there with a welcome. We feel so bad we are unable to come friday or saturday but know that you are in thought and prayer!!!! June and Steve

Steve and June Haas - 9 years ago (Monday, April 06 2009 02:00 AM)

Nick, I'm thinking of you and your family members today with sadness in my heart, but thankfulness in my head. Your mom is pain-free, free to breathe deeply again, and watch over all of you every day!! Fondly, Michelle's mom.

Ginny Wilmot - 9 years ago (Monday, April 06 2009 02:00 AM)

Dan, Debrah and Family; We are sorry for your loss. Our thoughts and prayers are with you. May you find comfort in the fact that your mom is no longer in discomfort. Your mom is never far away as she lives forever in your hearts. Jeff & Jo Jarvis

Jeffrey Jarvis - 9 years ago (Monday, April 06 2009 02:00 AM)

Nick,Bill,And Family, We are so sorry for your loss and sending our deepest sympathy and prayers to you both and your family. May God Bless you all.

Bill Hitzges & Lisa Marie Finiki - 9 years ago (Monday, April 06 2009 02:00 AM)

▲ back to top

## Services

