**EX. 52**

# Black Angus Meats
## PAYROLL PRE-CHECKWRITING REPORT



EXHIBIT 120  1/4/18 mm

**Pay Period:** 12/27/04 - 1/ 2/05
**Check Date:** 1/ 7/05
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| NEGRYCH, DEBORAH | Regular Hourly Pay | 39.75 | 417.38 |
|  | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 39.75 | 417.38 |
|  | Federal-Married |  | 44.00 |
|  | Medicare |  | 6.05 |
|  | New York-Married |  | 12.16 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 25.88 |
|  | TOTAL WITHHOLDINGS: |  | 88.69 |
|  | NET PAY: |  | 328.69 |
| Romannowski, Dennis | Regular Hourly Pay | 15.70 | 117.75 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 15.70 | 117.75 |
|  | Federal-Single |  | 10.02 |
|  | Medicare |  | 1.71 |
|  | New York-Single |  | 0.06 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 7.30 |
|  | TOTAL WITHHOLDINGS: |  | 19.69 |
|  | NET PAY: |  | 98.06 |
| Leible, Mark | Regular Hourly Pay | 30.10 | 308.53 |
|  | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 30.10 | 308.53 |
|  | Federal-Single |  | 38.64 |
|  | Medicare |  | 4.47 |
|  | New York-Single |  | 7.08 |
|  | NY State Disability Witholding |  | 0.60 |
|  | Social Security |  | 19.13 |
|  | TOTAL WITHHOLDINGS: |  | 69.92 |
|  | NET PAY: |  | 238.61 |

DEF0514