**EX. 53**

05/03/2009

**Black Angus Meats**
**PAYROLL PRE-CHECKWRITING REPORT**

07:07:08 PM



**EXHIBIT**
127
11/4/18

Pay Period:     5/25/2009 - 5/31/2009
Check Date:     6/5/2009
Cycle(s):       1
Bank Account:   Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|----------|-----------------------------------|-------|--------|
| | Federal-Single | | 44.67 |
| | Medicare | | 5.06 |
| | New York-Single | | 8.91 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 21.62 |
| | TOTAL WITHHOLDINGS: | | 80.86 |
| | NET PAY: | | 267.89 |
| Elinski, Derek | Regular Hourly Pay | 38.30 | 306.40 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 38.30 | 306.40 |
| | Federal-Single | | 38.32 |
| | Medicare | | 4.44 |
| | New York-Single | | 6.98 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 19.00 |
| | TOTAL WITHHOLDINGS: | | 69.34 |
| | NET PAY: | | 237.06 |
| Black, Darcy | Regular Hourly Pay | 30.20 | 286.90 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 30.20 | 286.90 |
| | Federal-Single | | 35.39 |
| | Medicare | | 4.16 |
| | New York-Single | | 6.11 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 17.79 |
| | TOTAL WITHHOLDINGS: | | 64.05 |
| | NET PAY: | | 222.85 |
| Negrych, Deborah | Regular Hourly Pay | 31.85 | 334.43 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 31.85 | 334.43 |

DEF2127

3

06/03/2009

**Black Angus Meats**
**PAYROLL PRE-CHECKWRITING REPORT**

07:07:08 PM

| | |
|---|---|
| **Pay Period:** | 5/25/2009 – 5/31/2009 |
| **Check Date:** | 6/ 5/2009 |
| **Cycles(s):** | 1 |
| **Bank Account:** | Default Bank |

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Federal-Married | | 31.56 |
| | Medicare | | 4.85 |
| | New York-Married | | 7.81 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 20.73 |
| | TOTAL WITHHOLDINGS: | | 65.55 |
| | | | |
| | Medical | | 50.00 |
| | TOTAL DEDUCTIONS: | | 50.00 |
| | | | |
| | NET PAY: | | 218.88 |
| | | | |
| Leible, Mark | Regular Hourly Pay | 40.00 | 480.00 |
| ▮ | Regular Overtime | 2.15 | 38.70 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 42.15 | 518.70 |
| | | | |
| | Federal-Single | | 70.34 |
| | Medicare | | 7.52 |
| | New York-Single | | 18.71 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 32.16 |
| | TOTAL WITHHOLDINGS: | | 129.33 |
| | | | |
| | NET PAY: | | 389.37 |
| | | | |
| Rush, Regina | Regular Hourly Pay | 32.55 | 276.68 |
| ▮ | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 32.55 | 276.68 |
| | | | |
| | Federal-Single | | 33.86 |
| | Medicare | | 4.01 |
| | New York-Single | | 5.70 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 17.15 |
| | TOTAL WITHHOLDINGS: | | 61.32 |
| | | | |
| | NET PAY: | | 215.36 |

DEF2128

06/10/2009

10:29:46 PM

**Black Angus Meats**
**PAYROLL PRE-CHECKWRITING REPORT**

| | |
|---|---|
| **Pay Period:** | **6/ 1/2009 - 6/ 7/2009** |
| **Check Date:** | **6/12/2009** |
| **Cycles(s):** | **1** |
| **Bank Account:** | **Default Bank** |

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Federal-Single | | 59.29 |
| | Medicare | | 6.47 |
| | New York-Single | | 14.43 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 27.67 |
| | TOTAL WITHHOLDINGS: | | 108.46 |
| | NET PAY: | | 337.79 |
| Elinski, Derek | Regular Hourly Pay | 22.15 | 177.20 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 22.15 | 177.20 |
| | Federal-Single | | 18.94 |
| | Medicare | | 2.57 |
| | New York-Single | | 1.72 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 10.99 |
| | TOTAL WITHHOLDINGS: | | 34.82 |
| | NET PAY: | | 142.38 |
| Black, Darcy | Regular Hourly Pay | 40.00 | 400.00 |
| | Regular Overtime | 5.10 | 76.50 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 45.10 | 476.50 |
| | Federal-Single | | 63.83 |
| | Medicare | | 6.91 |
| | New York-Single | | 16.22 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 29.54 |
| | TOTAL WITHHOLDINGS: | | 117.10 |
| | NET PAY: | | 359.40 |
| Negrych, Deborah | Regular Hourly Pay | 40.00 | 440.00 |
| | Regular Overtime | 10.40 | 171.60 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 50.40 | 611.60 |

DEF2133

**Black Angus Meats**
## PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 6/1/2009 - 6/7/2009
**Check Date:** 6/12/2009
**Cycles(s):** 1
**Bank Account: Default Bank**

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Federal-Married | | 73.13 |
| | Medicare | | 8.87 |
| | New York-Married | | 24.41 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 37.92 |
| | TOTAL WITHHOLDINGS: | | 144.93 |
| | Medical | | 50.00 |
| | TOTAL DEDUCTIONS: | | 50.00 |
| | NET PAY: | | 416.67 |
| Leible, Mark | Regular Hourly Pay | 40.00 | 480.00 |
| | Regular Overtime | 8.50 | 153.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 48.50 | 633.00 |
| | Federal-Single | | 102.35 |
| | Medicare | | 9.18 |
| | New York-Single | | 26.54 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 39.25 |
| | TOTAL WITHHOLDINGS: | | 177.92 |
| | NET PAY: | | 455.08 |
| Rush, Regina | Regular Hourly Pay | 40.00 | 360.00 |
| | Regular Overtime | 1.75 | 23.63 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 41.75 | 383.63 |
| | Federal-Single | | 49.90 |
| | Medicare | | 5.56 |
| | New York-Single | | 10.74 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 23.79 |
| | TOTAL WITHHOLDINGS: | | 90.59 |
| | NET PAY: | | 293.04 |

DEF2134