**EX. 54**

02/14/2008    Black Angus Meats    10:08:53 AM

## PAYROLL PRE-CHECKWRITING REPORT

Pay Period: 2/ 4/08 - 2/10/08
Check Date: 2/15/08
Cycles(s): 1
Bank Account: M & T Bank



EXHIBIT 15
278
2-9-18- mw

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Lasky, Robert | Regular Hourly Pay | 40.00 | 360.00 |
| | Regular Overtime | 6.65 | 89.78 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 46.65 | 449.78 |
| | Federal-Single | | 59.82 |
| | Medicare | | 6.52 |
| | New York-Single | | 14.64 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 27.89 |
| | TOTAL WITHHOLDINGS: | | 109.47 |
| | NET PAY: | | 340.31 |
| HOWELLS, Christopher | Regular Hourly Pay | 20.50 | 246.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 20.50 | 246.00 |
| | Federal-Single | | 21.61 |
| | Medicare | | 3.57 |
| | New York-Single | | 4.47 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 15.25 |
| | TOTAL WITHHOLDINGS: | | 45.50 |
| | NET PAY: | | 200.50 |
| Seibert, Nicole | Regular Hourly Pay | 25.00 | 225.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 25.00 | 225.00 |
| | Federal-Single | | 26.11 |
| | Medicare | | 3.26 |
| | New York-Single | | 3.73 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 13.95 |
| | TOTAL WITHHOLDINGS: | | 47.65 |

1

DEF1617