**EX. 55**

12/28/2006   Black Angus Meats   09:21:51 AM

## PAYROLL PRE-CHECK WRITING REPORT

Pay Period: 12/18/06 - 12/24/06
Check Date: 12/29/06
Cycles(s): 1
Bank Account: M & T Bank


EXHIBIT 111 1/4/18 mm

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Leible, Mark | Regular Hourly Pay | 37.00 | 416.25 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 37.00 | 416.25 |
| | Federal-Single | | 54.79 |
| | Medicare | | 6.04 |
| | New York-Single | | 12.66 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 25.81 |
| | TOTAL WITHHOLDINGS: | | 99.90 |
| | Medical | | 61.00 |
| | TOTAL DEDUCTIONS: | | 61.00 |
| | NET PAY: | | 255.35 |
| Rush, Raelean | Regular Hourly Pay | 40.00 | 320.00 |
| | Regular Overtime | 3.20 | 38.40 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 43.20 | 358.40 |
| | Federal-Single | | 46.12 |
| | Medicare | | 5.20 |
| | New York-Single | | 9.42 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 22.22 |
| | TOTAL WITHHOLDINGS: | | 83.56 |
| | NET PAY: | | 274.84 |
| Rush, Regina | Regular Hourly Pay | 26.75 | 214.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 26.75 | 214.00 |
| | Federal-Single | | 24.46 |
| | Medicare | | 3.10 |
| | New York-Single | | 3.19 |

5

DEF1255

# Black Angus Meats
## PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 12/25/06 - 12/31/06  
**Check Date:** 1/ 5/07  
**Cycles(s):** 1  
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rush, Raelean | Regular Hourly Pay | 34.25 | 291.13 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 34.25 | 291.13 |
| | Federal-Single | | 36.03 |
| | Medicare | | 4.22 |
| | New York-Single | | 6.30 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 18.05 |
| | TOTAL WITHHOLDINGS: | | 65.20 |
| | NET PAY: | | 225.93 |
| Rush, Regina | Regular Hourly Pay | 33.95 | 288.58 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 33.95 | 288.58 |
| | Federal-Single | | 35.64 |
| | Medicare | | 4.18 |
| | New York-Single | | 6.18 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 17.89 |
| | TOTAL WITHHOLDINGS: | | 64.49 |
| | NET PAY: | | 224.09 |
| Putnam, James | Regular Hourly Pay | 13.00 | 117.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 13.00 | 117.00 |
| | Federal-Single | | 9.91 |
| | Medicare | | 1.70 |
| | New York-Single | | 0.00 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 7.25 |
| | TOTAL WITHHOLDINGS: | | 19.46 |