**EX. 56**

## Black Angus Meats
## PAYROLL PRE-CHECK WRITING REPORT

Pay Period:   12/25/06 - 12/31/06
Check Date:   1/ 5/07
Cycles(s):    1
Bank Account: M & T Bank



EXHIBIT
95
1/4/18 mh

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rush, Raelean | Regular Hourly Pay | 34.25 | 291.13 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 34.25 | 291.13 |
| | Federal-Single | | 36.03 |
| | Medicare | | 4.22 |
| | New York-Single | | 6.30 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 18.05 |
| | TOTAL WITHHOLDINGS: | | 65.20 |
| | NET PAY: | | 225.93 |
| Rush, Regina | Regular Hourly Pay | 33.95 | 288.58 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 33.95 | 288.58 |
| | Federal-Single | | 35.64 |
| | Medicare | | 4.18 |
| | New York-Single | | 6.18 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 17.89 |
| | TOTAL WITHHOLDINGS: | | 64.49 |
| | NET PAY: | | 224.09 |
| Putnam, James | Regular Hourly Pay | 13.00 | 117.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 13.00 | 117.00 |
| | Federal-Single | | 9.91 |
| | Medicare | | 1.70 |
| | New York-Single | | 0.00 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 7.25 |
| | TOTAL WITHHOLDINGS: | | 19.46 |

DEF1262

01/10/2007     10:17:45 AM

## Black Angus Meats
### PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 1/ 1/07 - 1/ 7/07
**Check Date:** 1/12/07
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rush, Raelean | Regular Hourly Pay | 40.00 | 340.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 40.00 | 340.00 |
| | Federal-Single | | 43.36 |
| | Medicare | | 4.93 |
| | New York-Single | | 8.49 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 21.08 |
| | TOTAL WITHHOLDINGS: | | 78.46 |
| | NET PAY: | | 261.54 |
| Rush, Regina | Regular Hourly Pay | 36.70 | 311.95 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 36.70 | 311.95 |
| | Federal-Single | | 39.15 |
| | Medicare | | 4.52 |
| | New York-Single | | 7.23 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 19.34 |
| | TOTAL WITHHOLDINGS: | | 70.84 |
| | NET PAY: | | 241.11 |
| Putnam, James | Regular Hourly Pay | 15.25 | 137.25 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 15.25 | 137.25 |
| | Federal-Single | | 12.94 |
| | Medicare | | 1.99 |
| | New York-Single | | 0.12 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 8.51 |
| | TOTAL WITHHOLDINGS: | | 24.16 |

DEF1269