**EX. 57**

12/13/2005      Black Angus Meats      09:57:13 AM

## PAYROLL PRE-CHECKWRITING REPORT

Pay Period: 12/ 5/05 - 12/11/05  
Check Date: 12/16/05  
Cycles(s): 1  
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rush, Regina <br> Pay Frequency: Weekly | Regular Hourly Pay | 28.00 | 210.00 |
| | Regular Overtime | 0.00 | 0.00 |
| | TOTAL EARNINGS: | 28.00 | 210.00 |
| | Federal-Single | | 23.86 |
| | Medicare | | 3.05 |
| | New York-Single | | 3.03 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 13.02 |
| | TOTAL WITHHOLDINGS: | | 43.56 |
| | NET PAY: | | 166.44 |
| Putnam, James <br> Pay Frequency: Weekly | Regular Hourly Pay | 37.00 | 314.50 |
| | Regular Overtime | 0.00 | 0.00 |
| | TOTAL EARNINGS: | 37.00 | 314.50 |
| | Federal-Single | | 39.53 |
| | Medicare | | 4.56 |
| | New York-Single | | 7.35 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 19.50 |
| | TOTAL WITHHOLDINGS: | | 71.54 |
| | NET PAY: | | 242.96 |
| Monolopolus, David <br> Pay Frequency: Weekly | Regular Hourly Pay | 14.00 | 168.00 |
| | TOTAL EARNINGS: | 14.00 | 168.00 |
| | Federal-Married | | 6.59 |
| | Medicare | | 2.44 |
| | New York-Married | | 0.97 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 10.42 |
| | TOTAL WITHHOLDINGS: | | 21.02 |

6



DEF0878

# Black Angus Meats
## PAYROLL PRE-CHECKWRITING REPORT

**Pay Period:** 12/12/05 - 12/18/05
**Check Date:** 12/23/05
**Cycles(s):** 1
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rush, Regina<br>Pay Frequency: Weekly | Regular Hourly Pay | 25.00 | 187.50 |
| | Regular Overtime | 0.00 | 0.00 |
| | TOTAL EARNINGS: | 25.00 | 187.50 |
| | Federal-Single | | 20.48 |
| | Medicare | | 2.72 |
| | New York-Single | | 2.13 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 11.63 |
| | TOTAL WITHHOLDINGS: | | 37.56 |
| | NET PAY: | | 149.94 |
| Monolopolus, David<br>Pay Frequency: Weekly | Regular Hourly Pay | 11.50 | 138.00 |
| | TOTAL EARNINGS: | 11.50 | 138.00 |
| | Federal-Married | | 2.09 |
| | Medicare | | 2.00 |
| | New York-Married | | 0.00 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 8.56 |
| | TOTAL WITHHOLDINGS: | | 13.25 |
| | NET PAY: | | 124.75 |
| Carr, Jason<br>Pay Frequency: Weekly | Regular Hourly Pay | 40.00 | 360.00 |
| | Regular Overtime | 4.25 | 57.38 |
| | TOTAL EARNINGS: | 44.25 | 417.38 |
| | Federal-Single | | 47.32 |
| | Medicare | | 6.05 |
| | New York-Single | | 12.73 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 25.88 |
| | TOTAL WITHHOLDINGS: | | 92.58 |

DEF0863