**EX. 58**



## Black Angus Meats
## W-2 REPORT
## 2005

**Employer:** Black Angus Meats
2519 Niagara Falls Boulevard
Amherst, NY 14228

**Company Tax ID:**

| EMPLOYEE / SS# | BOX | NAME | AMOUNT |
|---|---|---|---|
| | 4 | Social Security tax withheld | 534.02 |
| | 5 | Medicare wages and tips | 8,613.25 |
| | 6 | Medicare tax withheld | 124.92 |
| THOMAS C. HOWELLS | | | |
| | 1 | Wages,tips,other compensation | 4,470.00 |
| | 2 | Federal income tax withheld | 294.44 |
| | 3 | Social Security wages | 4,470.00 |
| | 4 | Social Security tax withheld | 277.14 |
| | 5 | Medicare wages and tips | 4,470.00 |
| | 6 | Medicare tax withheld | 64.82 |
| Jamie Lapress | | | |
| | 1 | Wages,tips,other compensation | 17,882.81 |
| | 2 | Federal income tax withheld | 694.95 |
| | 3 | Social Security wages | 17,882.81 |
| | 4 | Social Security tax withheld | 1,108.73 |
| | 5 | Medicare wages and tips | 17,882.81 |
| | 6 | Medicare tax withheld | 259.31 |
| Robert Lasky | | | |
| | 1 | Wages,tips,other compensation | 9,390.29 |
| | 2 | Federal income tax withheld | 1,194.56 |
| | 3 | Social Security wages | 9,390.29 |
| | 4 | Social Security tax withheld | 582.18 |
| | 5 | Medicare wages and tips | 9,390.29 |

DEF2702