**EX. 59**



## Black Angus Meats
## W-2 REPORT
## 2006

**Employer:** Black Angus Meats
2519 Niagara Falls Boulevard
Amherst, NY 14228

**Company Tax ID:** ███

| EMPLOYEE / SS# | BOX | NAME | AMOUNT |
|---|---|---|---|
| Jason Carr ███ | | | |
| | 1 | Wages,tips,other compensation | 7,878.17 |
| | 2 | Federal income tax withheld | 896.73 |
| | 3 | Social Security wages | 7,878.17 |
| | 4 | Social Security tax withheld | 488.43 |
| | 5 | Medicare wages and tips | 7,878.17 |
| | 6 | Medicare tax withheld | 114.24 |
| Linda DeLisle ███ | | | |
| | 1 | Wages,tips,other compensation | 17,916.50 |
| | 2 | Federal income tax withheld | 1,892.48 |
| | 3 | Social Security wages | 17,916.50 |
| | 4 | Social Security tax withheld | 1,110.86 |
| | 5 | Medicare wages and tips | 17,916.50 |
| | 6 | Medicare tax withheld | 259.78 |
| Darcy Hoefert ███ | | | |
| | 1 | Wages,tips,other compensation | 14,933.50 |
| | 2 | Federal income tax withheld | 659.83 |
| | 3 | Social Security wages | 14,933.50 |
| | 4 | Social Security tax withheld | 925.86 |
| | 5 | Medicare wages and tips | 14,933.50 |
| | 6 | Medicare tax withheld | 216.56 |

THOMAS C. HOWELLS



DEF2712

1

**Black Angus Meats**
**W-2 REPORT**
**2006**

**Employer:** Black Angus Meats
2519 Niagara Falls Boulevard
Amherst, NY 14228

**Company Tax ID:** ███

| EMPLOYEE / SS# | BOX | NAME | AMOUNT |
|---|---|---|---|
| ███ | 1 | Wages, tips, other compensation | 6,471.00 |
| | 2 | Federal income tax withheld | 180.36 |
| | 3 | Social Security wages | 6,471.00 |
| | 4 | Social Security tax withheld | 401.20 |
| | 5 | Medicare wages and tips | 6,471.00 |
| | 6 | Medicare tax withheld | 93.87 |
| Jamie Lapress ███ | 1 | Wages, tips, other compensation | 17,151.62 |
| | 2 | Federal income tax withheld | 592.88 |
| | 3 | Social Security wages | 17,151.62 |
| | 4 | Social Security tax withheld | 1,063.38 |
| | 5 | Medicare wages and tips | 17,151.62 |
| | 6 | Medicare tax withheld | 248.71 |
| Robert Lasky ███ | 1 | Wages, tips, other compensation | 16,047.68 |
| | 2 | Federal income tax withheld | 2,017.51 |
| | 3 | Social Security wages | 16,047.68 |
| | 4 | Social Security tax withheld | 994.94 |
| | 5 | Medicare wages and tips | 16,047.68 |
| | 6 | Medicare tax withheld | 232.72 |
| Mark Leible ███ | 1 | Wages, tips, other compensation | 22,767.00 |
| | 2 | Federal income tax withheld | 3,130.62 |

DEF2713