**EX. 60**



## Black Angus Meats
## W-2 REPORT
## 2007

**Employer:** Black Angus Meats
2519 Niagara Falls Boulevard
Amherst, NY 14228

**Company Tax ID:** 

| EMPLOYEE / SS# | BOX | NAME | AMOUNT |
|---|---|---|---|
| Brian Hoock | | | |
| | 1 | Wages, tips, other compensation | 9,527.00 |
| | 2 | Federal income tax withheld | 1,154.01 |
| | 3 | Social Security wages | 9,527.00 |
| | 4 | Social Security tax withheld | 590.69 |
| | 5 | Medicare wages and tips | 9,527.00 |
| | 6 | Medicare tax withheld | 138.14 |
| THOMAS C. HOWELLS | | | |
| | 1 | Wages, tips, other compensation | 9,012.25 |
| | 2 | Federal income tax withheld | 412.64 |
| | 3 | Social Security wages | 9,012.25 |
| | 4 | Social Security tax withheld | 558.76 |
| | 5 | Medicare wages and tips | 9,012.25 |
| | 6 | Medicare tax withheld | 130.71 |
| Andrea Jacobs | | | |
| | 1 | Wages, tips, other compensation | 4,153.14 |
| | 2 | Federal income tax withheld | 500.69 |
| | 3 | Social Security wages | 4,153.14 |
| | 4 | Social Security tax withheld | 257.49 |
| | 5 | Medicare wages and tips | 4,153.14 |
| | 6 | Medicare tax withheld | 60.22 |
| Tanya Kane | | | |

DEF2722