**EX. 61**



## Black Angus Meats
## W-2 REPORT
## 2008

**Employer:** Black Angus Meats
2519 Niagara Falls Boulevard
Amherst, NY 14228

**Company Tax ID:**

| EMPLOYEE / SS# | BOX | NAME | AMOUNT |
|---|---|---|---|
| | 1 | Wages, tips, other compensation | 4,948.22 |
| | 2 | Federal income tax withheld | 597.05 |
| | 3 | Social Security wages | 4,948.22 |
| | 4 | Social Security tax withheld | 306.79 |
| | 5 | Medicare wages and tips | 4,948.22 |
| | 6 | Medicare tax withheld | 71.75 |

Douglas Hoopsick

| | 1 | Wages, tips, other compensation | 470.00 |
|---|---|---|---|
| | 2 | Federal income tax withheld | 47.58 |
| | 3 | Social Security wages | 470.00 |
| | 4 | Social Security tax withheld | 29.15 |
| | 5 | Medicare wages and tips | 470.00 |
| | 6 | Medicare tax withheld | 6.82 |

Christopher HOWELLS

| | 1 | Wages, tips, other compensation | 9,169.20 |
|---|---|---|---|
| | 2 | Federal income tax withheld | 699.49 |
| | 3 | Social Security wages | 9,169.20 |
| | 4 | Social Security tax withheld | 568.44 |
| | 5 | Medicare wages and tips | 9,169.20 |
| | 6 | Medicare tax withheld | 132.94 |

THOMAS C. HOWELLS

| | 1 | Wages, tips, other compensation | 13,646.30 |
|---|---|---|---|
| | 2 | Federal income tax withheld | 1,154.04 |

DEF2735

## Black Angus Meats
## W-2 REPORT
## 2008

**Employer:** Black Angus Meats
2519 Niagara Falls Boulevard
Amherst, NY 14228

**Company Tax ID:** 

| EMPLOYEE / SS# | BOX | NAME | AMOUNT |
|---|---|---|---|
| | 3 | Social Security wages | 13,646.30 |
| | 4 | Social Security tax withheld | 846.11 |
| | 5 | Medicare wages and tips | 13,646.30 |
| | 6 | Medicare tax withheld | 197.86 |
| Kenneth Jarmusz | | | |
| | 1 | Wages, tips, other compensation | 1,587.60 |
| | 2 | Federal income tax withheld | 169.38 |
| | 3 | Social Security wages | 1,587.60 |
| | 4 | Social Security tax withheld | 98.44 |
| | 5 | Medicare wages and tips | 1,587.60 |
| | 6 | Medicare tax withheld | 23.02 |
| Tanya Kane | | | |
| | 1 | Wages, tips, other compensation | 3,666.94 |
| | 2 | Federal income tax withheld | 353.59 |
| | 3 | Social Security wages | 3,666.94 |
| | 4 | Social Security tax withheld | 227.36 |
| | 5 | Medicare wages and tips | 3,666.94 |
| | 6 | Medicare tax withheld | 53.18 |
| Gregory Kiel | | | |
| | 1 | Wages, tips, other compensation | 2,854.75 |
| | 2 | Federal income tax withheld | 359.43 |
| | 3 | Social Security wages | 2,854.75 |
| | 4 | Social Security tax withheld | 177.01 |

DEF2736