**EX. 62**



## Black Angus Meats
## W-2 REPORT
## 2009

**Employer:** Black Angus Meats
2519 Niagara Falls Blvd.
Amherst, NY 14228

**Company Tax ID:** 

| EMPLOYEE / SS# | BOX | NAME | AMOUNT |
|---|---|---|---|
| [redacted] | 1 | Wages,tips,other compensation | 22,886.30 |
| | 2 | Federal income tax withheld | 2,963.80 |
| | 3 | Social Security wages | 22,886.30 |
| | 4 | Social Security tax withheld | 1,418.99 |
| | 5 | Medicare wages and tips | 22,886.30 |
| | 6 | Medicare tax withheld | 331.87 |
| | 16 | State/Employer's State ID | NY |
| | 17 | State wage | 22,886.30 |
| | 18 | State income tax | 741.03 |
| | 20 | Local wages, tips, etc. | 22,886.30 |
| | 21 | Local income tax | 31.20 |
| Sean Round [redacted] | 1 | Wages,tips,other compensation | 33,018.30 |
| | 2 | Federal income tax withheld | 5,406.28 |
| | 3 | Social Security wages | 33,018.30 |
| | 4 | Social Security tax withheld | 2,047.15 |
| | 5 | Medicare wages and tips | 33,018.30 |
| | 6 | Medicare tax withheld | 478.03 |
| | 14 | Medical | 611.00 |
| | 16 | State/Employer's State ID | NY |
| | 17 | State wage | 33,018.30 |
| | 18 | State income tax | 1,379.85 |
| | 20 | Local wages, tips, etc. | 33,018.30 |
| | 21 | Local income tax | 31.80 |
| Thomas Howells [redacted] | 1 | Wages,tips,other compensation | 21,282.75 |
| | 2 | Federal income tax withheld | 2,786.82 |
| | 3 | Social Security wages | 21,282.75 |
| | 4 | Social Security tax withheld | 1,319.59 |
| | 5 | Medicare wages and tips | 21,282.75 |
| | 6 | Medicare tax withheld | 308.66 |
| | 16 | State/Employer's State ID | NY |
| | 17 | State wage | 21,282.75 |
| | 18 | State income tax | 648.68 |

DEF2750

**Black Angus Meats**
**W-2 REPORT**
**2009**

**Employer:** Black Angus Meats
2519 Niagara Falls Blvd.
Amherst, NY 14228

**Company Tax ID:** 

| EMPLOYEE / SS# | BOX | NAME | AMOUNT |
|---|---|---|---|
| | 20 | Local wages, tips, etc. | 21,282.75 |
| | 21 | Local income tax | 31.20 |

Derek Elinski

| | 1 | Wages,tips,other compensation | 1,304.00 |
|---|---|---|---|
| | 2 | Federal income tax withheld | 157.40 |
| | 3 | Social Security wages | 1,304.00 |
| | 4 | Social Security tax withheld | 80.86 |
| | 5 | Medicare wages and tips | 1,304.00 |
| | 6 | Medicare tax withheld | 18.91 |
| | 16 | State/Employer's State ID | NY |
| | 17 | State wage | 1,304.00 |
| | 18 | State income tax | 25.51 |
| | 20 | Local wages, tips, etc. | 1,304.00 |
| | 21 | Local income tax | 3.00 |

Darlene Pawlow

| | 1 | Wages,tips,other compensation | 384.20 |
|---|---|---|---|
| | 3 | Social Security wages | 384.20 |
| | 4 | Social Security tax withheld | 23.82 |
| | 5 | Medicare wages and tips | 384.20 |
| | 6 | Medicare tax withheld | 5.57 |
| | 16 | State/Employer's State ID | NY |
| | 17 | State wage | 384.20 |
| | 20 | Local wages, tips, etc. | 384.20 |
| | 21 | Local income tax | 1.80 |

Anthony Galante

| | 1 | Wages,tips,other compensation | 4,895.80 |
|---|---|---|---|
| | 2 | Federal income tax withheld | 581.53 |

DEF2751