**EX. 63**




## Black Angus Meats
## W-2 REPORT
## 2010

Employer: Black Angus Meats
2519 Niagara Falls Blvd.
Amherst, NY 14228

Company Tax ID:

| EMPLOYEE / SS# | BOX | NAME | AMOUNT |
|---|---|---|---|
| Sean Round | | | |
| | 1 | Wages,tips,other compensation | 35,345.21 |
| | 2 | Federal income tax withheld | 5,772.66 |
| | 3 | Social Security wages | 35,345.21 |
| | 4 | Social Security tax withheld | 2,191.41 |
| | 5 | Medicare wages and tips | 35,345.21 |
| | 6 | Medicare tax withheld | 512.50 |
| | 14 | Medical | 780.00 |
| | 16 | State/Employer's State ID | NY |
| | 17 | State wage | 35,345.21 |
| | 18 | State income tax | 1,458.96 |
| | 20 | Local wages, tips, etc. | 35,345.21 |
| | 21 | Local income tax | 36.00 |
| Thomas Howells | | | |
| | 1 | Wages,tips,other compensation | 20,947.50 |
| | 2 | Federal income tax withheld | 2,776.24 |
| | 3 | Social Security wages | 20,947.50 |
| | 4 | Social Security tax withheld | 1,298.79 |
| | 5 | Medicare wages and tips | 20,947.50 |
| | 6 | Medicare tax withheld | 303.74 |
| | 16 | State/Employer's State ID | NY |
| | 17 | State wage | 20,947.50 |
| | 18 | State income tax | 637.58 |
| | 20 | Local wages, tips, etc. | 20,947.50 |
| | 21 | Local income tax | 31.80 |
| Darlene Pawlow | | | |
| | 1 | Wages,tips,other compensation | 1,061.23 |
| | 3 | Social Security wages | 1,061.23 |
| | 4 | Social Security tax withheld | 65.81 |
| | 5 | Medicare wages and tips | 1,061.23 |
| | 6 | Medicare tax withheld | 15.39 |

DEF2763