**EX. 64**

05/26/2010                 **Black Angus Meats**              09:11:17 PM
**PAYROLL PRE-CHECKWRITING REPORT**

EXHIBIT 207 1/4/18 mu

**Pay Period:** 5/17/2010 - 5/23/2010
**Check Date:** 5/28/2010
**Cycles(s):** 1
**Bank Account:** Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Federal-Single | | 55.36 |
| | Medicare | | 6.09 |
| | New York-Single | | 12.89 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 26.04 |
| | TOTAL WITHHOLDINGS: | | 100.98 |
| | NET PAY: | | 319.02 |
| Black, Darcy | Regular Hourly Pay | 28.40 | 284.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 28.40 | 284.00 |
| | Federal-Single | | 34.96 |
| | Medicare | | 4.12 |
| | New York-Single | | 5.99 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 17.61 |
| | TOTAL WITHHOLDINGS: | | 63.28 |
| | NET PAY: | | 220.72 |
| Negrych, Deborah | Regular Hourly Pay | 36.90 | 405.90 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 36.90 | 405.90 |
| | Federal-Married | | 42.28 |
| | Medicare | | 5.89 |
| | New York-Married | | 11.49 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 25.17 |
| | TOTAL WITHHOLDINGS: | | 85.43 |
| | Medical | | 50.00 |
| | TOTAL DEDUCTIONS: | | 50.00 |
| | NET PAY: | | 270.47 |

DEF2465

4