**EX. 66**

## PAYROLL PRE-CHECKWRITING REPORT



EXHIBIT
117
1/4/19 mm

Pay Period:     4/ 6/2009 - 4/12/2009
Check Date:     4/15/2009
Cycles(s):      1
Bank Account:   Default Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rush, Raelean | Regular Hourly Pay | 5.75 | 54.63 |
|  | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 5.75 | 54.63 |
|  | Federal-Single |  | 0.55 |
|  | Medicare |  | 0.79 |
|  | New York-Single |  | 0.00 |
|  | NY State Disability Withholdin |  | 0.60 |
|  | Social Security |  | 3.39 |
|  | TOTAL WITHHOLDINGS: |  | 5.33 |
|  | NET PAY: |  | 49.30 |

Beginning Balance:    -84,165.47
Amount of Payments:       49.30
Ending Balance:       -84,214.77

DEF2086