**EX. 67**

07/14/2005    10:31:40 AM

# Black Angus Meats
## PAYROLL PRE-CHECKWRITING REPORT

Pay Period:     7/ 4/05 - 7/10/05
Check Date:     7/15/05
Cycles(s):      1
Bank Account:   M & T Bank



EXHIBIT
92
14/8 mm

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Rush, Raelean | Regular Hourly Pay | 36.00 | 270.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 36.00 | 270.00 |
| | Federal-Single | | 32.86 |
| | Medicare | | 3.92 |
| | New York-Single | | 5.43 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 16.74 |
| | TOTAL WITHHOLDINGS: | | 59.55 |
| | NET PAY: | | 210.45 |
| Rush, Regina | Regular Hourly Pay | 32.00 | 240.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 32.00 | 240.00 |
| | Federal-Single | | 28.36 |
| | Medicare | | 3.48 |
| | New York-Single | | 4.23 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 14.88 |
| | TOTAL WITHHOLDINGS: | | 51.55 |
| | NET PAY: | | 188.45 |
| Seibert, Diane | Regular Hourly Pay | 35.00 | 700.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 35.00 | 700.00 |
| | Federal-Married | | 86.39 |
| | Medicare | | 10.15 |
| | New York-Married | | 30.47 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 43.40 |
| | TOTAL WITHHOLDINGS: | | 171.01 |
| | NET PAY: | | 528.99 |

6

DEF0708