**EX. 68**

02/23/2010            **Black Angus Meats**            08:46:51 PM
**PAYROLL PRE-CHECKWRITING REPORT**

Pay Period:    2/15/2010 - 2/21/2010
Check Date:    2/26/2010
Cycles(s):    1
Bank Account:    Default Bank



*taxes:*
*$2,184.62*

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| Leible, Mark | Regular Hourly Pay | 34.65 | 415.80 |
| Pay Frequency: Weekly | Regular Overtime | 0.00 | 0.00 |
| | TOTAL EARNINGS: | 34.65 | 415.80 |
| | Federal-Single | | 54.73 |
| | Medicare | | 6.03 |
| | New York-Single | | 12.64 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 25.78 |
| | TOTAL WITHHOLDINGS: | | 99.78 |
| | NET PAY: | | 316.02 |
| Rush, Regina | Regular Hourly Pay | 22.00 | 198.00 |
| Pay Frequency: Weekly | Regular Overtime | 0.00 | 0.00 |
| | TOTAL EARNINGS: | 22.00 | 198.00 |
| | Federal-Single | | 22.06 |
| | Medicare | | 2.87 |
| | New York-Single | | 2.55 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 12.28 |
| | TOTAL WITHHOLDINGS: | | 40.36 |
| | NET PAY: | | 157.64 |
| Follendorf, Brad | Regular Hourly Pay | 18.20 | 154.70 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 18.20 | 154.70 |
| | Federal-Single | | 15.56 |
| | Medicare | | 2.24 |
| | New York-Single | | 0.82 |
| | NY State Disability Withholdin | | 0.60 |
| | Social Security | | 9.59 |
| | TOTAL WITHHOLDINGS: | | 28.81 |
| | NET PAY: | | 125.89 |

DEF2384