**EX. 69**

01/06/2005                                                                                                                                      08:42:11 AM

# Black Angus Meats
## PAYROLL PRE-CHECKWRITING REPORT



EXHIBIT 58  
1/4/13 mm

**Pay Period:** 12/27/04 - 1/2/05  
**Check Date:** 1/7/05  
**Cycles(s):** 1  
**Bank Account:** M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Medical | | 57.00 |
| | TOTAL DEDUCTIONS: | | 57.00 |
| | NET PAY: | | 218.35 |
| Putnam, Jennifer | Regular Hourly Pay | 21.30 | 170.40 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 21.30 | 170.40 |
| | Federal-Married | | 6.95 |
| | Medicare | | 2.47 |
| | New York-Married | | 1.07 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 10.56 |
| | TOTAL WITHHOLDINGS: | | 21.65 |
| | NET PAY: | | 148.75 |
| Frank, Daniel | Regular Hourly Pay | 28.05 | 252.45 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 28.05 | 252.45 |
| | Federal-Single | | 0.00 |
| | Medicare | | 3.66 |
| | New York-Single | | 0.12 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 15.65 |
| | TOTAL WITHHOLDINGS: | | 20.03 |
| | NET PAY: | | 232.42 |
| Lapress, Jamie | Regular Hourly Pay | 38.50 | 327.25 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 38.50 | 327.25 |

DEF0512

01/06/2005 08:42:11 AM

**Black Angus Meats**
**PAYROLL PRE-CHECKWRITING REPORT**

Pay Period: 12/27/04 - 1/ 2/05
Check Date: 1/ 7/05
Cycles(s): 1
Bank Account: M & T Bank

| EMPLOYEE | EARNINGS/ WITHHOLDINGS/ DEDUCTIONS | HOURS | AMOUNT |
|---|---|---|---|
| | Federal-Single | | 10.87 |
| | Medicare | | 4.75 |
| | New York-Single | | 7.92 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 20.29 |
| | TOTAL WITHHOLDINGS: | | 44.43 |
| | NET PAY: | | 282.82 |
| Putnam, Kimberly | Regular Hourly Pay | 36.00 | 378.00 |
| | Regular Overtime | 0.00 | 0.00 |
| Pay Frequency: Weekly | TOTAL EARNINGS: | 36.00 | 378.00 |
| | Federal-Single | | 49.11 |
| | Medicare | | 5.48 |
| | New York-Single | | 10.50 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 23.44 |
| | TOTAL WITHHOLDINGS: | | 89.13 |
| | NET PAY: | | 288.87 |
| SCHULTZ, NELSON SR. | Regular Hourly Pay | 7.80 | 85.80 |
| | TOTAL EARNINGS: | 7.80 | 85.80 |
| Pay Frequency: Weekly | | | |
| | Federal-Married | | 0.00 |
| | Medicare | | 1.24 |
| | New York-Married | | 0.00 |
| | NY State Disability Witholding | | 0.60 |
| | Social Security | | 5.32 |
| | TOTAL WITHHOLDINGS: | | 7.16 |
| | NET PAY: | | 78.64 |

DEF0513