**EX. 71**



**EXHIBIT**
PENGAD 800-631-6989
221
11/14/18 mm

Black Angus has processed venison and other wild game for more than 40 years.  Processing is done in a separate clean refrigerated facility.  Complete cutting instructions are taken at the time of drop off.  We cut and freezer wrap all boneless cuts in convenient size packages.  We guarantee to return to you your own cuts (steaks, roasts, chops, and grind).  Any processed meats (sausage and jerky) are done communally.  An approximate pick-up day will be given when your deer is dropped off.  We will call when we have the order complete.  Please bring your copy of the order for pick up.

# Venison Main Cuts



### Primal Breakdown

**Tenderloins**- the most tender piece of meat, usually kept whole

**Back strap** (loin) - boneless chops, butterfly chops, bone in chops, rack of venison, boneless loin roast, or jerky meat

**Hind leg** (round) - venison steaks, chip steaks, boneless roasts, jerky meat or stew meat

**Sirloin Tip**- steaks, roasts, stew meat, or jerky meat

**Rump**- boneless roasts, stew meat or ground meat

**Shoulder**-roasts, stew meat, or ground meat

**Neck**-roasts, stew meat, or ground meat

**Shanks**- ground meat or whole shanks

**Rib & Flank**- not used

11/17/2017                                        Deer Processing and Butcher Service

**Do you want to process your own deer?** Bring us your trim and we will grind and package it, or turn it into sausage. Hours vary from archery to shot gun season, but we will be open evenings and weekends. **Please call for further details 691-4554**

# ⸻ DEER PROCESSING STEPS ⸻

**Black Angus Deer Processing • 2519 Niagara Falls Boulevard, Amherst, NY 14228**
Deer Processing Business Hours: 9am – 8pm



- When you plan to drop off your deer, **please call us at (716) 691-4554** so we can be ready for you.
- When you arrive please pull to the back of the store. Someone should be there for you.
- Print and Fill out the Order Form. CLICK TO DOWNLOAD PDF
- Turn Around time may vary during Archery Season for processed foods.
- We will call you when your food is ready.
- Payment is due upon pickup.

Thank You for choosing Black Angus, and best of luck for safe hunting season.

CAPE   Horns   Hide                                    0361

☐     ☐      ☐     Date _____

**Black Angus Meats** · 2519 Niagara Falls Blvd. Amherst, NY 14228 · **691-4554**

Name _____

Address _____

Town _____ Zip _____ Phone _____

☐ Doe    ☐ Buck    ☐ Point   _____

**SHOT:** ☐ Neck    ☐ Shoulder   ☐ Rib    ☐ Back    ☐ Rounds

*Special Instructions:*

| New All Boneless Cuts Unless Otherwise Specified | YES | NO |
|---|---|---|
| Steaks ................................................................. | ☐ | ☐ |
| Roasts ................................................................. | ☐ | ☐ |
| Boneless Butterfly Backstraps.......................................... | ☐ | ☐ |
| Leave Backstrap Whole ................................................. | ☐ | ☐ |
| Ground 1/3 Pork ...................................................... | ☐ | ☐ |

| Pepper Sticks | Hot Dogs | Jalapeno & Cheddar Hot Dogs | Summer Sausage 4-5 lb Stk. | Jerky 1 lb. bag | Mild Italian | Hot Italian | Cheese & Parsley Italian | Smoked Polish | Bulk Breakfast |
|---|---|---|---|---|---|---|---|---|---|
| lb. | lb. | lb. | Sticks | Bags | lb. | lb. | lb. | lb. | lb. |

### ITEMIZED CHARGES

| | | |
|---|---|---|
| Cutting & Wrapping............................................................ | $69.00 | $69.00 |
| Cape Skinning................................................................... | $25.00 | |
| Save Hide........................................................................ | $10.00 | |
| Casing & Seasonal Fresh Sausage...............$1.75/lb Total Wt. _____ | | |
| Breakfast Sausage Seasoning........................$.75/lb Total Wt. _____ | | |
| Boneless Pork.............................................$1.99/lb Total Wt. _____ | | |
| Hot Dogs....................................................$3.00/lb Total Wt. _____ | | |
| Jalapeno & Cheddar Hot Dogs ....................$3.50/lb Total Wt. _____ | | |
| Pepper Sticks..............................................$6.50/lb Total Wt. _____ | | |
| Summer Sausage 4-5 lb. Stick...............$9.00/Stick Total Wt. _____ | | |
| Add Cheddar or Jalapeno $1.00 each........................... | | |
| Venison Jerky 1 lb.......................................$9.00/bag Total Wt. | | |

**ATTENTION CUSTOMERS:** *Make sure you understand all charges before signing this cutting sheet. Must have receipt for deer pick-up. Charges for all services- CASH ONLY-No Checks or Charges. No Phone Changes after Drop-Off.*

| | |
|---|---|
| **Sub Total** | |
| NYS Sales Tax | |
| **Total Price** | |

Signature X_____