UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DARCY M. BLACK

                                         Plaintiff,

v.                                                              **15-CV-00049 WMS-HBS**

BUFFALO MEAT SERVICE, INC., doing business
as BOULEVARD BLACK ANGUS, also known as
BLACK ANGUS MEATS, also known as
BLACK ANGUS MEATS & SEAFOOD,
ROBERT SEIBERT,
DIANE SEIBERT,
KEEGAN ROBERTS,

                                         Defendants.
_____

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on September 19, 2019, I electronically filed the Declaration of Josephine A. Greco, Esq., dated September 19, 2019, Plaintiff's Counter-Statement of Contested Material Facts in Opposition to Defendant's Motion for Summary Judgment, the Exhibits listed in and attached to Appendix to Plaintiff's Counter-Statement of Contested Material Facts, the Declaration of Darcy M. Black dated September 18, 2019, and the Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant on this case:

                        Randolph C. Oppenheimer, Esq.
                        Megan M. Bahas, Esq.
                        BARCLAY DAMON, LLP
                        Attorneys for Defendants
                        The Avant Building - Suite 1200
                        200 Delaware Avenue
                        Buffalo, New York 14202-2150
                        E-mail: roppenheimer@barclaydamon.com
                        E-mail: mbahas@barclaydamon.com

Dated: Buffalo, New York
         September 19, 2019                    s/ Josephine A. Greco
                                                     Josephine A. Greco, Esq.
                                                     GRECO TRAPP, PLLC
                                                   Attorneys for Plaintiff
                                                   1700 Rand Building
                                                   14 Lafayette Square
                                                   Buffalo, New York 14203
                                                   Telephone: (716) 856-5800
                                                   E-mail address: jgreco@grecolawyers.com