PATRICK HOWELLS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------

DARCY M. BLACK,

                              Plaintiff,

     -vs-


BUFFALO MEAT SERVICE, INC., doing business
as BOULEVARD BLACK ANGUS, also known as
BLACK ANGUS MEATS, also known as
BLACK ANGUS MEATS & SEAFOOD,
ROBERT SEIBERT,
DIANE SEIBERT,
KEEGAN ROBERTS,

                              Defendants.
-------------------------------------------------
                         Examination Before Trial of

PATRICK HOWELLS, taken pursuant to the Federal Rules of

Civil Procedure, in the law offices of GRECO TRAPP, PLLC,

1700 Rand Building, 14 Lafayette Square, Buffalo, New York,

taken on February 19, 2018, commencing at 9:26 A.M., before

MARY ANN MORETTA, Notary Public.

2

<u>INDEX TO EXHIBITS</u>

Exhibits                                                    For Identification

294        Subpoena to Testify at a                    5
           Deposition in a Civil Action,
           Plaintiff's Amended Notice to
           Take Deposition of Patrick
           Howells on February 19, 2018,
           dated and signed by Josephine A.
           Greco, Esq. on February 2, 2018
           and Certificate of Service by
           U.S. Mail sworn to and signed by
           Daylyn T. Blackman on February 2,
           2018, and Amended Certificate of
           Service by U.S. Mail sworn to and
           signed by Daylyn T. Blackman on
           February 16, 2018 (7pp.) (Not
           Bates)

264(1)     Remarked Exhibit 264                        9

3

1       APPEARANCES:

2       GRECO TRAPP, PLLC,
        By JOSEPHINE A. GRECO, ESQ.,
3       1700 Rand Building,
        14 Lafayette Square,
4       Buffalo, New York 14203,
        Appearing for the Plaintiff.
5
        BARCLAY DAMON LLP,
6       By MEGAN E. BAHAS, ESQ.,
        The Avant Building, Suite 1200,
7       200 Delaware Avenue,
        Buffalo, New York 14202,
8       Appearing for the Defendants.

9       PRESENT:  Darcy Black
                  Keegan Roberts
10                Kaitlyn Lauber

11

12          (The following stipulations were entered

13      into by both parties.)

14          It is hereby stipulated by and between counsel

15      for the respective parties that the oath of the

16      Referee is waived, that signing, filing and

17      certification of the transcript are waived, and

18      that all objections, except as to the form of the

19      questions, are reserved until the time of trial.

20

21

22          P A T R I C K   H O W E L L S,

23      3444 Murphy Road, Newfane, New York 14108,

4

1              after being duly called and sworn,

2                   testified as follows:

3

4    EXAMINATION BY MS. GRECO:

5

6    Q.   Hi, Mr. Howells.  I'm Josephine Greco and I

7         represent Darcy Black with an action she has

8         brought against Black Angus Meat and several

9         principals.  Okay.

10             Today we are going to take your deposition.

11        Have you ever given a deposition before?

12   A.   No.

13   Q.   All right.  Some of the basic rules.  We have a

14        court reporter.  She types everything that we

15        say.  The reason is, when this case goes to trial

16        and we are in Federal Court and the witness goes

17        on the stand, whoever gave a deposition, either

18        attorney can use that deposition relative to

19        questioning that witness.  So it's important that

20        it's accurate.  It can be used for other reasons,

21        like in different motions, but it's your sworn

22        testimony, so it will be used throughout this

23        case in different ways.  So we want to make sure

5

1       the court reporter can hear the question, type

2       it, that you understand the question and then you

3       answer it to the best of your ability.

4            The court reporter can't take down nonverbal

5       responses.  What that means is nodding your head

6       or uh-huh.  So you have to articulate your answer

7       by saying either yes or no or whatever the answer

8       is, so that she can type it.  All right?

9            The other thing is we have to not interrupt

10      each other.  It's very hard for her to type two

11      people talking at the same time.  So what I would

12      ask you is to wait until I finish my question and

13      I will wait until you finish your answer.  All

14      right?

15  A.  Okay.

16  MS. GRECO:  And can you mark this as Exhibit 294.

17

18           (Whereupon, a Subpoena to Testify at a

19      Deposition in a Civil Action, Plaintiff's Amended

20      Notice to Take Deposition of Patrick Howells on

21      February 19, 2018, dated and signed by Josephine

22      A. Greco, Esq. on February 2, 2018, and

23      Certificate of Service by U.S. Mail sworn to and

6

1       signed by Daylyn T. Blackman on February 2, 2018,

2       and Amended Certificate of Service by U.S. Mail

3       sworn to and signed by Daylyn T. Blackman on

4       February 16, 2018 (7pp.) (Not Bates), were then

5       received and marked as Exhibit 294, for

6       identification.)

7

8  BY MS. GRECO:

9       Let me show you what's been marked as Exhibit

10      294, which, for the record, is a Subpoena to

11      Testify at a Deposition in the Civil Action;

12      Plaintiff's Amended Notice to Take the Deposition

13      of Patrick Howells on February 19th, 2018, dated

14      and signed by Josephine Greco on February 2,

15      2018; and an Amended Certificate of Service

16      relative to sending to opposing counsel.

17           So, Mr. Howells, my question is, were you

18      served with this Subpoena and Notice to Take a

19      Deposition?

20  A.  It was in my mailbox.

21  Q.  Okay.  You received it by mail.  Was it also

22      tacked to your door?

23  A.  No.  It was attached to my mailbox.

7

1    Q.   And you received it?

2    A.   Correct.

3    Q.   Did you read it?

4    A.   Yes.

5    Q.   Okay.  And in the Subpoena it states -- if you go

6         to the fourth page, it says Exhibit A -- before

7         we get to that.  Are you being represented by

8         counsel today?

9    A.   No.

10   Q.   Okay.  And on Exhibit A it states, please bring

11        to the deposition the following documents.  Do

12        you see that then it defines documents pursuant

13        to 34(a) of the Federal Rules of Civil Procedure

14        are defined as documents --

15   MS. BAHAS:  He's not on Exhibit A.

16   MS. GRECO:  It says Exhibit A at the top.

17   THE WITNESS:  Okay.

18   BY MS. GRECO:

19   Q.   And when you received the Subpoena, did you read

20        this?

21   A.   Yes.

22   Q.   Okay.  And do you have any W-2's, 1099 or any

23        other form of tax documentation from Black Angus

8

1      Meat or anyone who owns Black Angus Meat?

2  A.  No.

3  Q.  Okay.  And do you have any documentation

4      reflecting any type of compensation, wages,

5      benefits, any type of money received in any

6      manner or in kind things -- you know what in kind

7      means?

8  A.  Yes.

9  Q.  From anyone at Black Angus Meat, meaning any of

10     the named Defendants you see on the top, that

11     would be Keegan Roberts, Diane Seibert, Robert

12     Seibert or Black Angus Meat?

13 A.  No.

14 Q.  And did you have in your possession any job

15     application, work schedule, time cards,

16     performances, notice of pay increases, any of the

17     things listed there?

18 A.  No.

19 Q.  And do you have any documents or anything in your

20     possession relative to Darcy Black?

21 A.  No.

22 Q.  Do you have anything in your possession regarding

23     Robert Seibert, Diane Seibert, Keegan Roberts or

9

1      Black Angus Meats?

2   A.   No.

3   MS. GRECO:   Okay.   Before we go on, for the record,

4        counsel, Defendants and I have agreed to remark

5        original Exhibit 264 -- strike that.

6        Inadvertently, we have marked two exhibits as

7        Exhibit 264.   So counsel for defense and I have

8        agreed to remark one of those exhibits.   So for

9        the record, we are remarking Exhibit 264, which

10       is the W-2 report for 2010 for Eric Seneca from

11       Black Angus Meat as Exhibit 246 -- or, I'm sorry,

12       264 paren, 1, paren.

13

14          (Whereupon, Exhibit 264 was then received

15       and remarked as Exhibit 264(1), for

16       identification.)

17

18   BY MS. GRECO:

19   Q.   Thank you.   Mr. Howells, where do you reside now?

20   A.   Newfane, New York.

21   Q.   What's your address?

22   A.   3444 Murphy Road.

23   Q.   Your present telephone number?

10

1    A.   423-0178.

2    Q.   How long have you resided there?

3    A.   Nine years.

4    Q.   So that would be approximately 2009 or 2008?

5    A.   Yeah.

6    Q.   Is that your only residence?

7    A.   Yes.

8    Q.   Prior to residing at 3444 Murphy Road, where did

9         you reside?

10   A.   42 Parkwood.

11   Q.   Is that Avenue or Street?

12   A.   Avenue.

13   Q.   Where is that?

14   A.   Kenmore.

15   Q.   How long did you reside there?

16   A.   Say twelve years.

17   Q.   Is that approximately 1996?

18   A.   Yes.

19   Q.   To approximately 2000 -- where did you reside

20        before then?

21   A.   36 Parkwood.

22   Q.   How long did you reside there?

23   A.   That's where I grew up.  That's where I was born.

11

1    Q.   So since birth?

2    A.   Since '67.

3    Q.   What is your date of birth?

4    A.   11/3/67.

5    Q.   How old are you now?

6    A.   I'm fifty.

7    Q.   And for the record, are you a Caucasian male?

8    A.   Yes.

9    Q.   Are you married?

10   A.   No.

11   Q.   Were you ever married?

12   A.   Pardon?

13   Q.   Were you ever married?

14   A.   Yes.

15   Q.   What years were you married?

16   A.   I got divorced nine years ago.

17   Q.   Approximately 2008 to 2009?

18   A.   Married eight years.

19   Q.   So did you get married in 1999 or 2000?

20   A.   Yeah.

21   Q.   To whom were you married?

22   A.   Pardon?

23   Q.   To whom were you married?

12

1    A.   Lynn Strusa.

2    Q.   Can you spell that.

3    A.   S-T-R-U-S-A.

4    Q.   And where does she reside?

5    A.   I don't know.

6    Q.   Is she still in Western New York?

7    A.   I believe so, yes.

8    Q.   After you were married, did she take her maiden

9         name back?

10   A.   I don't know.

11   Q.   Do you have any children?

12   A.   None that I know of.

13   Q.   And during your marriage, where was Lynn Strusa

14        employed?

15   A.   Frontier Science.

16   Q.   What is Frontier Science?

17   A.   It's an AIDS research foundation.

18   Q.   What position does she hold?

19   A.   I really don't know the title.

20   Q.   Do you know what she did?

21   A.   She worked on a computer and people -- their

22        names wouldn't come in, it would be like in a

23        letter code and update, whatever that is.

13

1   Q.   Did she work there the whole time you were

2        married?

3   A.   Yes.

4   Q.   Okay.  Where is Frontier Science located?

5   A.   I believe on Maple Road.

6   Q.   Is that Amherst or Williamsville?

7   A.   I think Amherst.

8   Q.   Did she ever work at Black Angus Meat?

9   A.   No.

10  Q.   Are you from Western New York?

11  A.   Yes.

12  Q.   And where did you go to high school?

13  A.   Kenmore West.

14  Q.   Did you graduate?

15  A.   Yes.

16  Q.   What year?

17  A.   '86.

18  Q.   Were you working before graduation anywhere?

19  A.   No.

20  Q.   So no part-time work or anything before you

21       graduated?

22  A.   No.

23  Q.   What did you do after you graduated?

14

1  A.  I went to Daemen College, one year.

2  Q.  What did you major in?

3  A.  Physical therapy.

4  Q.  Did you complete that program?

5  A.  No.

6  Q.  Why did you leave school?

7  A.  Pardon?

8  Q.  Why did you leave school?

9  A.  Lack of funds.

10 Q.  How were you performing in the physical therapy

11     program?

12 A.  Pardon?

13 Q.  How were you performing in the physical therapy

14     program?  I mean, were you successful in

15     completing your courses or were you having

16     difficulties?

17 A.  I had no problem.

18 Q.  Okay.  What did you do when you left Daemen

19     College?

20 A.  Started working construction.

21 Q.  Where did you work construction?

22 A.  Profile Concrete.

23 Q.  Okay.  How long did you work there?

15

1   A.   Fifteen years.

2   Q.   Help me out.  From when to when?  Like when did

3        you last work there?

4   A.   Maybe '90 to 2005.

5   Q.   You said you graduated high school in 1986, June

6        of '86, then you did a year of college, that

7        would be June of '87.  Did you do anything

8        between June of '87 and 1990 when you started at

9        Profile Concrete?

10  A.   Before that?

11  Q.   Yes.

12  A.   I worked at Sher-Del Foods.

13  Q.   And what did you do there?

14  A.   Just clean up.

15  Q.   And --

16  A.   I would come in after classes and just do

17       cleanup.

18  Q.   Once you finished school -- you said you stopped

19       going to college in approximately June of '87.

20       So from the time you stopped going to college in

21       June of '87 until you started construction at

22       Profile Concrete in 1990, what did you do?

23  A.   Working at Sher-Del Foods.

16

1    Q.    So you were full-time there?

2    A.    Not in the beginning.

3    Q.    You were part-time?

4    A.    Not when I was going to college.

5    Q.    Okay.  So during that year you went to college

6          for physical therapy, you also worked at Sher-Del

7          Foods?

8    A.    It was always part-time.

9    Q.    Did you ever get a full-time position there?

10   A.    No.

11   Q.    How did you get your position at Sher-Del Foods?

12   A.    My father worked there.

13   Q.    Why did you leave Sher-Del Foods?

14   A.    To get in the construction business, to make more

15         money.

16   Q.    Do you remember what you were making at Sher-Del

17         Foods?

18   A.    No.

19   Q.    In construction for Profile Concrete, what was

20         your position?

21   A.    Laborer.

22   Q.    Was it a union or non-union shop?

23   A.    Non-union.

17

1    Q.   And was that a job that -- tell me what you did

2         as a laborer.

3    A.   Rake stone, rake concrete, set forms.

4    Q.   What was the address of Profile Concrete?

5    A.   I don't know.  They are out of Lockport.

6    Q.   Is it an ongoing business today?

7    A.   I have no idea.

8    Q.   And when did -- why did you leave Profile

9         Concrete?

10   A.   They were going in a different direction and

11        getting out of the concrete field.

12   Q.   What do you mean by going in a different

13        direction?

14   A.   They were more doing site work.

15   Q.   Did they get rid of all their laborers -- strike

16        that.  Did you resign or did they terminate you?

17   A.   They didn't bring me back for the next season, so

18        termination.

19   Q.   Can you tell me how that would work when you say

20        didn't bring you back for the next season?

21   A.   Never got a callback.

22   Q.   And starting when you first started in 1990 -- I

23        believe you said you were there about fifteen

18

1     years?

2   A.   Yeah.

3   Q.   How would it work?  What would be the regular

4        season that you would work?

5   A.   It would all depend on the weather.

6   Q.   Give me an idea how it worked.

7   A.   Beginning of April, ending late November, early

8        December.

9   MS. GRECO:  I'm sorry.  Can you read when he said it

10       ended?

11            (Whereupon, the above-requested answer was

12       then read back by the reporter.)

13  THE WITNESS:  Starting in April, then finishing in

14       late November, early December.

15  BY MS. GRECO:

16  Q.   Was that dependent on the weather?

17  A.   Yes.

18  Q.   When we had the October storm, for example, was

19       that an early winter?

20  A.   No.  It would be a week off, whatever, until we

21       got going again.

22  Q.   And what would happen in late November or early

23       December -- strike that.  What would happen at

19

1     the end of the season each year?

2  A.  We would stop working.

3  Q.  Okay.  And how did that happen?

4  A.  Lack of work.

5  Q.  Would you get a notice?  How would you know that

6     you were not going to be working any longer for

7     that season?

8  A.  Due to the weather.

9  Q.  So would --

10 A.  We wouldn't pour concrete under thirty-two

11    degrees.

12 MS. BAHAS:  Do all these questions relate to Profile?

13 MS. GRECO:  Yes.

14 BY MS. GRECO:

15 Q.  And let's look in particular to the years 2004,

16    2005.  During the -- when the season would end,

17    what would you do?

18 A.  Collect Unemployment.

19 Q.  Okay.  How long would Unemployment --

20 A.  Pardon?

21 Q.  Is there a time period that Unemployment would

22    cover?  Would it go from season to season or how

23    does that work?

1   A.   I believe it's twenty-four weeks.

2   Q.   Were there some years when there were extensions

3       given?

4   A.   Yes, but I never had them.

5   Q.   And so what did you do after you were not called

6       back for work in 2005 at Profile Concrete?

7   A.   I went to HyTech Concrete.

8   Q.   Can you spell that.  H-I-G-H?

9   A.   H-Y, dash, T-E-C-H.

10  Q.   Where is that located?

11  A.   Newfane, New York.

12  Q.   And how long did you work there?

13  A.   Started the year I ended with Profile and worked

14      there seven, eight years.

15  Q.   So that would be approximately 2012 or 2013?

16  A.   I would say 2013.

17  Q.   Okay.  And what position did you hold there?

18  A.   Concrete foreman.

19  Q.   Was that the first time you were in a foreman

20      position?

21  A.   No.

22  Q.   Okay.  Did there come a time when you were at

23      Profile Concrete that you became a foreman?

21

1    A.   Yes.

2    Q.   When was that?

3    A.   I would say the last three years I was there.

4    Q.   Okay.  And what were you doing as a foreman at

5         Profile Concrete?

6    A.   Laid out blueprint work.

7    Q.   Would you also pour concrete?

8    A.   Yes.

9    Q.   So you would do the labor plus the foreman job?

10   A.   And the finishing.

11   Q.   There's something that's called like a working

12        foreman versus someone --

13   A.   Correct.

14   Q.   -- that just does supervision, so to speak.

15        Would you consider yourself to be a working

16        foreman?

17   A.   Yes.

18   Q.   At Hy-Tech Concrete, were you also a working

19        foreman?

20   A.   Yes.

21   Q.   And at Hy-Tech Concrete, was your job also --

22        strike that.  At Hy-Tech Concrete, were you also

23        laid off during the -- strike that.  What do you

22

```
 1        call the season when you were laid off?  Was
 2        there a name for it?
 3   A.   Just seasonal work.
 4   Q.   So what season do you call it when you are laid
 5        off?  Is there a way that someone in the concrete
 6        business would refer to it?
 7   A.   It just varies on the weather pretty much.
 8   Q.   Would they call it winter layoff?  What do you
 9        call it?  Do you just say --
10   A.   Laid off.
11   Q.   So during the -- was there a time period on an
12        annual basis when you would be laid off from
13        Hy-Tech Concrete?
14   A.   It varied every year.
15   Q.   Okay.  But there would be a period of time?
16   A.   Yes.
17   Q.   And would that period of time be the same period
18        of time as at Profile Concrete?  By that, I mean
19        you said April -- approximately April to late
20        November, early December.
21   MS. BAHAS:  Objection to form.
22   BY MS. GRECO:
23   Q.  If you know.  Strike that.  When would you be
```

23

1          laid off at Hy-Tech Concrete?

2     A.   Varied on the weather.

3     Q.   And generally, when would it be then?

4     A.   Beginning two weeks or so in April, finishing

5          late November, early December.

6     Q.   And what were your hours of work at Hy-Tech

7          Concrete?

8     A.   It varied every week.

9     Q.   Would you work a minimum of forty hours or --

10         strike that.

11    A.   I mean, it could rain for two, three days, you

12         wouldn't get forty hours, or it would be nice and

13         you would get fifty hours.

14    Q.   So it would depend on the weather?

15    A.   Yes.

16    Q.   Did you have any benefits associated with Hy-Tech

17         Concrete?

18    MS. BAHAS:  Objection to form.

19    BY MS. GRECO:

20    Q.   Did you have any employment benefits while

21         employed at Hy-Tech Concrete?

22    A.   I had medical for the first three years, then

23         they took it away.

24

1    Q.   Anything else?

2    A.   Pardon?

3    Q.   Anything else?   Any other benefits besides

4         medical?

5    A.   No.

6    Q.   Vacation, did you have vacation benefits?

7    A.   No.

8    Q.   Did you have sick time benefits?

9    A.   No.

10   Q.   Did you have personal time benefits?

11   A.   No.

12   Q.   Did you have something call PTO?

13   A.   No.

14   Q.   Did you have any other form of insurance?

15   A.   No.

16   Q.   Did you have any benefits at Profile Concrete?

17   A.   No.

18   Q.   Why did you leave Hy-Tech Concrete?

19   A.   They brought back the old foreman.

20   Q.   Just so I understand, so you were there for

21        approximately eight years and they brought back

22        the person that was the foreman before you?

23   A.   Correct.

25

```
 1  Q.  Do you know why they brought the old foreman
 2      back?
 3  A.  What I was told, he had better knowledge of
 4      commercial jobs that they were leaning to.
 5  Q.  So what did you do after that?
 6  A.  I still worked there.
 7  Q.  Okay.  So you are still at Hy-Tech Concrete?
 8  A.  No.
 9  Q.  Let's backtrack.  You were at Hy-Tech Concrete
10      from 2005 to 2013, approximately?
11  A.  Yes.
12  Q.  You were a foreman and they replaced you with the
13      old foreman who had been the foreman prior to you
14      becoming a foreman, is that true?
15  A.  Yes.
16  Q.  So what did you do after working for Hy-Tech
17      Concrete?
18  A.  I worked for Faery Concrete.
19  Q.  Can you spell that.
20  A.  F-A-E-R-Y.
21  Q.  Where is that located?
22  A.  Ransomville.
23  Q.  What -- when did you start working there?
```

26

1  A.  At the end of Hy-Tech.

2  Q.  Okay.  Was it right after Hy-Tech?

3  A.  Yes.

4  Q.  What position -- what position or positions have

5      you held at Faery Concrete?

6  A.  Concrete foreman.

7  Q.  Are you still employed there now?

8  A.  Yes.

9  Q.  What is your rate of pay right now -- strike

10     that.  Are you on layoff now?

11 A.  Yes.

12 Q.  How long have you been laid off?

13 A.  Say, beginning of December.

14 Q.  Are you the last one to be laid off, so to speak,

15     because you are the foreman?

16 A.  No.

17 Q.  So they can have laborers working without you as

18     a foreman?

19 A.  No.  We would all be laid off pretty much the

20     same time.

21 Q.  I ask questions.  I don't know the answers.  Are

22     you on Unemployment now?

23 A.  Yes.

27

1    Q.  Who's your supervisor now?

2    MS. BAHAS:  Form.

3    BY MS. GRECO:

4    Q.  Who was your supervisor at Faery Concrete?

5    A.  Bill Faery.  He's the owner.

6    Q.  Okay.  And when you worked at Hy-Tech Concrete,

7        who was your supervisor?

8    A.  Bubby Pollack.

9    Q.  P-O-L-L-A-C-K.  Was it Bubby?

10   A.  B-U-B-B-Y.

11   Q.  Okay.  Was he an owner?

12   A.  Yes.

13   Q.  Have you ever been convicted of a crime?

14   A.  No.

15   Q.  Are you related to anyone -- strike that.  Are

16       you related to Diane Seibert?

17   A.  No.

18   Q.  Robert Seibert?

19   A.  No.

20   Q.  Keegan Roberts?

21   A.  No.

22   Q.  Thomas Howells?

23   A.  Yes.

28

1    Q.   And what is he?

2    A.   He's my father.

3    Q.   Christopher Howells?

4    A.   Yes.

5    Q.   What is he?

6    A.   My brother.

7    Q.   In your employment -- any of the employment

8         you've described to us, how were you paid?

9    A.   By check.

10   Q.   By check?

11   A.   Yes.

12   Q.   That would be a check from the company?

13   A.   Yes.

14   Q.   And at the end of the year would you receive any

15        documents -- strike that.  Would you receive an

16        annual document relative to the work you had

17        performed, your wages for tax purposes?

18   A.   Yes.

19   Q.   What was that?

20   A.   1099.

21   Q.   Did you get a 1099 or W-2?

22   A.   W-2.  I'm sorry.

23   Q.   Have you ever received a 1099 from anyone you did

29

```
 1        work for?
 2   A.   No.
 3   Q.   You would use a W-2 relative to filing your
 4        taxes?
 5   A.   Yes.
 6   Q.   You would file your taxes annually?
 7   A.   Yes.
 8   Q.   As a foreman, would you have to maintain time
 9        records or approve time records for the employees
10        you supervise?
11   A.   No.
12   Q.   Who would do the time records?
13   A.   Bill Faery.
14   Q.   At Faery, it would be Bill Faery.  And how about
15        at your other company?
16   A.   They had a time clock.
17   Q.   Hy-Tech -- I'm sorry.  Profile Concrete -- no --
18        strike that.  At Faery Concrete, the records you
19        said would be maintained by Bill Faery?
20   A.   Yes.
21   Q.   At Hy-Tech Concrete, who would the records be
22        maintained by?
23   A.   We had a time clock.  The secretary would.
```

30

1    Q.   Okay.  At Profile Concrete?

2    A.   The owner.

3    Q.   Okay.  And how would you get paid each week?

4    A.   Company check.

5    Q.   Would it be handed to you, mailed to you?

6    A.   Handed.

7    Q.   At any of the companies that you have told us you

8         worked for -- strike that.  Did you ever work

9         during the non-season at any time -- strike that.

10        Did you ever work during your non-season at any

11        time you were employed at Faery Concrete, Hy-Tech

12        Concrete or Profile Concrete?

13   MS. BAHAS:  Objection to form.

14   BY MS. GRECO:

15   Q.   Strike that.  Did you ever work -- strike that.

16        Do you understand what the non-season means?

17   A.   Yes.

18   Q.   Okay.  What does that mean to you?

19   A.   The time I was laid off.

20   Q.   Right.  Did you ever work anywhere during the

21        time you were laid off from Profile Concrete?

22   A.   No.

23   Q.   Did you ever work anywhere during the time you

31

1     were laid off from Hy-Tech Concrete?

2  A.  No.

3  Q.  Did you ever work anywhere during the time you

4     were laid off from Faery Concrete?

5  A.  No.

6  Q.  Why did you not work?

7  A.  Because I had a job.  It's a seasonal job.

8  Q.  And is it also because you were receiving

9     Unemployment benefits?

10  A.  Yes.

11  Q.  What is your understanding when receiving

12     Unemployment benefits about your ability to work?

13  A.  I don't understand.

14  Q.  When you receive Unemployment benefits, did you

15     have to verify on a regular basis that you were

16     not working anywhere else?

17  A.  No.

18  Q.  Is it your understanding that in order to receive

19     Unemployment benefits you had to not be working

20     somewhere else during the time you were getting

21     the benefits?

22  A.  Correct.

23  Q.  Okay.  Do you know Robert Seibert?

32

1    A.   Yes.

2    Q.   When did you first meet him?

3    A.   I can't give you a specific date.

4    Q.   Can you tell me what year you met him?

5    A.   No.

6    Q.   Can you tell me approximately how long you've

7         known him?

8    A.   I would say maybe ten years.

9    Q.   Do you know -- is your father employed by Robert

10        Seibert?

11   A.   Yes.

12   Q.   Do you know when your father began employment

13        there?

14   A.   No.

15   Q.   Have you known Robert Seibert since your father

16        began employment there?

17   A.   That's what I meant.

18   Q.   How long after your father started working there

19        did you meet him?

20   A.   I don't know.

21   Q.   Would you have met Robert Seibert soon after your

22        father started working there?

23   MS. BAHAS:   Objection to form.

1   THE WITNESS:  I don't know.

2   BY MS. GRECO:

3   Q.  How did it come about you met Robert Seibert?

4   A.  Through my dad.

5   Q.  How through your dad -- strike that.  Can you

6       tell us, to the best of your recollection, what

7       you recall from the first time you met Robert

8       Seibert?

9   A.  Stopped in to see my dad and being introduced to

10      him.

11  Q.  Did you ever become personal friends with Robert

12      Seibert?

13  MS. BAHAS:  Objection to form.

14  THE WITNESS:  We were friends.

15  BY MS. GRECO:

16  Q.  When you say friends, did you socialize together?

17  A.  No.

18  Q.  Did you --

19  A.  By socialize, go out and hang out?

20  Q.  Yes.  I'm trying to find out if he was a personal

21      friend or just someone you knew through Black

22      Angus Meat.

23  A.  Someone I knew.

34

1   Q.  That was someone you knew through Black Angus

2      Meat?

3   A.  Yes.

4   Q.  And I forgot to ask this.  Did you speak to

5      counsel for Black Angus Meat at any time before

6      you started testifying today?

7   A.  No.

8   Q.  Did you speak to anyone from Black Angus Meat --

9   A.  No.

10   Q.  Wait.  Let me finish.  Did you speak to anyone

11      after you received the Subpoena in this case?

12   A.  No.

13   Q.  I meant, did you speak to anyone regarding your

14      testimony?

15   A.  No.

16   Q.  Did you speak to -- at any time from May of 2010

17      to the present, have you spoken to anyone at

18      Black Angus Meat regarding Darcy Black?

19   A.  My father.

20   Q.  Okay.  And when did you speak to him?

21   A.  Couple weeks ago, said I might be getting

22      subpoenaed.

23   Q.  How many times did you speak to him regarding --

1   A.   Once.

2   Q.   Do you recall where you spoke to him?

3   A.   His house.

4   Q.   Can you tell me, as best you can recall, what was

5        said?

6   A.   Might be getting subpoenaed.

7   Q.   Did he tell you why?

8   A.   No.

9   Q.   Did you ask him why?

10  A.   Yes.

11  Q.   What did he say?

12  A.   About Darcy having a case against Black Angus.

13  Q.   What did he tell you specifically about Darcy

14       having a case against Black Angus?

15  A.   That was it.

16  Q.   Did you ask him why you were being subpoenaed?

17  A.   He didn't have an answer.

18  Q.   What do you mean by he didn't have an answer?

19       What was your question and what was his response?

20  A.   My question was why and he said he didn't know.

21  Q.   Can you tell me anything else you remember from

22       your conversation with your father regarding

23       Darcy Black and Black Angus Meat?

36

```
 1   A.   That was it.
 2   Q.   Did you call anyone at Black Angus Meat to find
 3        out how you were involved in this lawsuit?
 4   A.   No.
 5   Q.   You didn't call our firm, right?
 6   A.   Correct.
 7   Q.   Why do you think you are here?
 8   A.   Something that she is claiming happened at Black
 9        Angus Meat.
10   Q.   Do you have any idea what it is --
11   A.   No.
12   Q.   -- that Darcy Black is claiming that happened at
13        Black Angus Meat?
14   A.   No.
15   Q.   Going back to Robert Seibert -- is that the only
16        conversation you had with anyone regarding Darcy
17        Black?
18   A.   Yes.
19   Q.   Did you have any conversation with your brother,
20        Christopher Howells, regarding Black Angus Meat?
21   A.   No.
22   Q.   Did you have any conversation with Keegan
23        Roberts --
```

37

1    A.   No.

2    Q.   -- regarding Black Angus Meat?

3    A.   No.

4    Q.   Did you have any conversation with Diane Seibert

5         regarding Black Angus Meat?

6    A.   No.

7    Q.   Did you have any conversations with Debbie

8         Negrych regarding Black Angus Meat?

9    A.   No.

10   Q.   Okay.  So in regard to Robert Seibert, you said

11        you knew him through Black Angus Meat?

12   A.   Yes.

13   Q.   Okay.  And on how many occasions have you been at

14        Black Angus Meat -- strike that.  Have you ever

15        met Darcy Black before today?

16   A.   Yes.

17   Q.   Where did you meet her?

18   A.   Black Angus.

19   Q.   When did you first meet her?

20   A.   I don't recall.

21   Q.   Do you recall Darcy Black working in the pack

22        room at Black Angus Meat?

23   MS. BAHAS:  Objection to form.

38

```
 1   BY MS. GRECO:
 2   Q.  You can answer.
 3   A.  Pardon?
 4   Q.  You can answer.
 5   A.  I don't know her title or --
 6   Q.  I'm just asking, do you recall Darcy Black
 7       working in the pack room at Black Angus Meat at
 8       any time?
 9   MS. BAHAS:  Objection to form.
10   BY MS. GRECO:
11   Q.  You can answer.
12   A.  I'm not sure about pack room.
13   Q.  Or what --
14   A.  She was in the building.
15   Q.  Where in the building?
16   A.  There were front rooms and back rooms.
17   Q.  I'm going to show you what's been marked as
18       Exhibit 236.  Do you recognize that building?
19   A.  Yes.
20   Q.  What is it?
21   A.  Black Angus Meats.
22   Q.  And did you ever see a help-wanted sign on the
23       building of Black Angus Meat?
```

```
1    A.   No.

2    Q.   At any time that you ever went to Black Angus

3         Meat, did you see a help-wanted sign?

4    A.   No.

5    Q.   And let me show you Exhibit 237.  Do you

6         recognize that document?

7    A.   Yes.

8    Q.   What is it?

9    A.   The front of the store.

10   Q.   Okay.  And how many times since your father

11        started working at Black Angus Meat do you think

12        you've been at the front of the store at Black

13        Angus Meat -- strike that.  How many times have

14        you been at Black Angus Meat anywhere on the

15        property, the business property that I showed

16        you, meaning in the building, anywhere in the

17        building on the Boulevard?  Have you been there

18        from the time your father started working there

19        through the present?

20   MS. BAHAS:   Objection to form.

21   MS. GRECO:   I'll rephrase it.

22   BY MS. GRECO:

23   Q.   On how many occasions have you physically been in
```

40

```
 1      Black Angus Meats' business property which would
 2      include Exhibit 236 -- strike that.  I'll give
 3      you a better picture.  Let me show you what's
 4      been marked as Exhibit 241.  Do you recognize
 5      that document?
 6   A. Yes.
 7   Q. Okay.  Do you recognize that as Black Angus Meat
 8      located at 2519 Niagara Falls Boulevard?
 9   A. Yes.
10   Q. Okay.  On how many occasions have you been at
11      Black Angus Meats, any of the buildings that it
12      has on 2519 Niagara Falls Boulevard, from the
13      time your father started working there to the
14      present?
15   A. I can't give you a specific answer.
16   Q. Okay.  More than once?
17   A. Yes.
18   Q. More than ten times?
19   A. Yes.
20   Q. More than a hundred times?
21   A. I don't think so, no.
22   Q. Okay.  So let's go during the time my client was
23      at Black Angus Meat.  When did you first meet
```

41

1       her?

2   MS. BAHAS:   Objection to form.

3   BY MS. GRECO:

4   Q.   You said you met Darcy Black at Black Angus Meat.

5        Okay.  When you met her, how was it that you met

6        her?

7   A.   By visiting my dad.

8   Q.   And what was your father doing at that time?

9   A.   Cutting meat.

10  Q.   Where was he cutting meat?

11  A.   In the front of the store.

12  Q.   Okay.  Is that where the butcher block is, in the

13       front of the store?

14  A.   Yes.

15  Q.   Where was Darcy Black?

16  A.   Working in the store.

17  Q.   Was she working in the front of the store?

18  A.   I've seen her in the front of the store.  I've

19       seen her in the back of the store.

20  Q.   I would like to concentrate now in the year 2007,

21       2008, 2009 and up to May of 2010.  Do you recall

22       seeing Darcy Black at Black Angus Meat during the

23       year 2007?

42

1   A.   If she worked there and I stopped in, I wouldn't

2        always see her or see some people there.

3   Q.   Do you have a recollection of how often you saw

4        Darcy Black at Black Angus Meat in the year 2007?

5   A.   No.

6   Q.   More than once?

7   A.   Yes.

8   Q.   More than ten times?

9   A.   No.

10  Q.   Okay.  In the year 2008, on how many occasions

11       did you see Darcy Black at Black Angus Meat?

12  A.   I don't have an answer.

13  Q.   More than one occasion?

14  A.   Yes.

15  Q.   More than ten occasions?

16  A.   No.

17  Q.   In the year 2009, on how many occasions did you

18       see Darcy Black at Black Angus Meat?

19  A.   More than once, less than ten.

20  Q.   Okay.  And up to May of 2010 -- during the year

21       2010, January 1st through May 25th, 2010, on how

22       many occasions did you see Darcy Black at Black

23       Angus Meat?

43

1    A.   More than once, less than ten.

2    Q.   Okay.  In the year 2007, on how many occasions

3         did you see Keegan Roberts at Black Angus Meat?

4    A.   I don't know.

5    Q.   More than once?

6    A.   Yes.

7    Q.   More than ten times?

8    A.   No.

9    Q.   In 2008, how many times did you see Keegan

10        Roberts at Black Angus Meat?

11   A.   More than once, less than ten.

12   Q.   In the year 2009, how many times did you see

13        Keegan Roberts at Black Angus Meat?

14   A.   More than once, less than ten.

15   Q.   From January 1st, 2010 to May 25th, 2010, on how

16        many occasions did you see Keegan Roberts at

17        Black Angus Meat?

18   A.   More than once, less than ten.

19   Q.   In the year 2007, on how many occasions did you

20        see your father, Thomas Howells, at Black Angus

21        Meat?

22   A.   More than once, less than ten.

23   Q.   In the year 2008, on how many occasions did you

44

```
 1       see your father, Thomas Howells, at Black Angus
 2       Meat?
 3   A.  More than once, less than ten.
 4   Q.  In the year 2009, how many times did you see your
 5       father, Thomas Howells, at Black Angus Meat?
 6   A.  More than once, less than ten.
 7   Q.  From January 1st, 2010 to May 25th, 2010, on how
 8       many occasions did you see your father, Thomas
 9       Howells, at Black Angus Meat?
10   A.  More than once, less than ten.
11   Q.  Okay.  In the year 2007, on how many occasions
12       did you see Robert Seibert at Black Angus Meat?
13   A.  More than once, less than ten.
14   Q.  In the year 2008, on how many occasions did you
15       see Robert Seibert at Black Angus Meat?
16   A.  More than once, less than ten.
17   Q.  In the year 2009, on how many occasions did you
18       see Robert Seibert at Black Angus Meat?
19   A.  More than once, less than ten.
20   Q.  From January 1st, 2010 to May 25th, 2010, on how
21       many occasions did you see Robert Seibert at
22       Black Angus Meat?
23   A.  More than once, less than ten.
```

45

1  Q.  Do you know an individual by the name of William

2      Frase, also called Turtle?

3  A.  Yes.

4  Q.  In the year 2007, on how many occasions, if any,

5      did you see William Frase at Black Angus Meat?

6  A.  More than once, less than ten.

7  Q.  In the year 2008, on how many occasions did you

8      see William Frase at Black Angus Meat?

9  A.  More than once, less than ten.

10  Q.  In the year 2009, on how many occasions did you

11      see William Frase at Black Angus Meat?

12  A.  More than once, less than ten.

13  Q.  From January 1st, 2010 to May 25th, 2010, on how

14      many occasions did you see William Frase at Black

15      Angus Meat?

16  A.  More than once, less than ten.

17  Q.  Okay.  Do you know an individual named David

18      Monolopolus, M-O-N-O-L-O-P-O-L-U-S?

19  A.  Yes.

20  Q.  And who is he?

21  A.  A friend of my father's.

22  Q.  And in the year 2007, on how many occasions, if

23      at all, did you see David Monolopolus at Black

46

1       Angus Meat?

2   A.  None.

3   Q.  In 2008, on how many occasions did you see David

4       Monololopolus at Black Angus Meat?

5   A.  None.

6   Q.  In 2005, on how many occasions did you see David

7       Monolopolus at Black Angus Meat?

8   A.  None.

9   Q.  In 2006, on how many occasions did you see David

10      Monolopolus at Black Angus Meat?

11  A.  None.

12  Q.  In 2008, on how many occasions, if any, did you

13      see David Monolopolus at Black Angus Meat?

14  A.  None.

15  Q.  In 2009, on how many occasions, if any, did you

16      see David Monolopolus at Black Angus Meat?

17  A.  None.

18  Q.  In 2010, on how many occasions did you see David

19      Monolopolus at Black Angus Meat?

20  A.  None.

21  Q.  To your knowledge, is David Monolopolus a

22      butcher?

23  A.  Yes.

47

1  Q.  In the year 2007, on how many occasions, if at

2      all, did you see Debbie Negrych at Black Angus

3      Meat?

4  A.  More than once, less than ten.

5  Q.  In the year 2008, on how many occasions did you

6      see Debbie Negrych at Black Angus Meat?

7  A.  More than once, less than ten.

8  Q.  In 2009, on how many occasions did you see Debbie

9      Negrych at Black Angus Meat?

10 A.  More than once, less than ten.

11 Q.  From January 1st, 2010 to May 25th, 2010, on how

12     many occasions did you see Debbie Negrych at

13     Black Angus Meat?

14 A.  More than once, less than ten.

15 Q.  In the year 2007, on how many occasions did you

16     see Sean Round at Black Angus Meat, if at all?

17 A.  I mean, I don't know the time he worked there.

18     Did he work there?

19 Q.  Assuming that he was working there in 2007.

20     Don't guess on that.  How many times did you

21     see --

22 A.  I don't know.

23 Q.  -- strike that.  Let me ask.  On how many

48

1     occasions did you see Sean Round at Black Angus

2     Meat in the year 2007?

3  A.  I don't know.

4  Q.  On how many occasions did you see Sean Round at

5     Black Angus Meat during the year 2008?

6  A.  I don't know.

7  Q.  On how many occasions did you see Sean Round in

8     the year 2009 at Black Angus Meat?

9  A.  I do not know.

10  Q.  On how many occasions between January 1st, 2010

11     and May 25th, 2010 did you see Sean Round at

12     Black Angus Meat?

13  A.  Do not know.

14  Q.  If I told you Sean Round was employed there

15     during 2007 through May of 2010, would that in

16     any way change your testimony?

17  MS. BAHAS:  Objection to form.

18  THE WITNESS:  If he worked there during those times,

19     it would be all more than once, less than ten.

20  BY MS. GRECO:

21  Q.  Okay.  So if he worked there, he would have been

22     there greater than once, less than ten?

23  A.  Correct.

49

1   Q.   Okay.  Do you know who Nicole Seibert is?

2   A.   Yes.

3   Q.   In the year 2007, on how many occasions did you

4        see Nicole Seibert at Black Angus Meat?

5   A.   More than once, less than ten.

6   Q.   In the year 2008, on how many occasions did you

7        see Nicole Seibert at Black Angus Meat?

8   A.   More than once, less than ten.

9   Q.   In the year 2009, on how many occasions did you

10       see Nicole Seibert at Black Angus Meat, if at

11       all?

12  A.   More than once, less than ten.

13  Q.   From January 21st of 2010 to May 25th of 2010, on

14       how many occasions did you see Nicole Seibert at

15       Black Angus Meat?

16  A.   More than once, less than ten.

17  Q.   Are you personal friends with Nicole Seibert?

18  A.   No.

19  Q.   Okay.  By that, I mean have you ever gone out

20       with her, been to her house or she been to yours?

21  A.   No.

22  MS. BAHAS:  Objection to form.

23  BY MS. GRECO:

1   Q.   And the only time you would have seen Nicole

2        Seibert would have been at Black Angus Meat?

3   A.   Yes.

4   Q.   Is the only time you would have seen Keegan

5        Roberts, would that have been at Black Angus

6        Meat?

7   A.   Yes.

8   Q.   The only time you would have seen -- well, Thomas

9        Howells is your father.  You would have seen him

10       other than at Black Angus Meat, correct?

11  A.   Correct.

12  Q.   Robert Seibert, the only time you would have seen

13       him, would that have been at Black Angus Meat?

14  A.   No.

15  Q.   When else would you have seen Robert Seibert?

16  A.   I've seen all them people at Darcy's wedding.

17  Q.   Other than Darcy's wedding, would you have seen

18       -- other than Darcy's wedding, would you have

19       seen Robert Seibert anywhere other than at Black

20       Angus Meat?

21  A.   Yes.

22  Q.   Where?

23  A.   His house.

51

1   Q.   Okay.  And on how many occasions were you at his

2        house?

3   A.   More than once, less than ten.

4   Q.   When you were there, were you performing any type

5        of work?

6   A.   Yes.

7   Q.   What were you doing?

8   A.   We did some concrete work at his house.

9   Q.   Okay.  Who is we?

10  A.   Me, Bob.  Keegan was there.  And I don't know the

11       other guys' names that came to help.

12  Q.   Was that pouring a concrete basement floor?

13  A.   Driveway.

14  Q.   It was a driveway?

15  A.   Yes.

16  Q.   Is that a heated driveway?

17  A.   No.

18  Q.   Okay.  And so the concrete driveway.  Were you

19       there on any other occasions, other than to do

20       the concrete driveway?

21  A.   Yes.

22  Q.   When was that?

23  A.   He would have a party beginning of September.

1    Q.   Okay.  What kind of party?

2    A.   Friends and family.

3    Q.   Okay.  And do you recall attending that in the

4         year 2007?

5    A.   I don't know when I was there.  I wasn't there

6         every year.

7    Q.   How many times have you been there, would you

8         say?

9    A.   Three.

10   Q.   Three.  And for how many years -- when you say

11        three times, when were they, do you recall?

12   A.   No, I don't.

13   Q.   Was it in 2017?

14   A.   I do not know -- no.

15   Q.   Was it in 2016?

16   A.   No.

17   Q.   Was it in 2015?

18   A.   After that, I don't know.

19   Q.   Okay.  Do you ever recall seeing Darcy Black at

20        the friends and family party?

21   A.   I believe, yes.

22   Q.   Okay.  And do you recall on how many occasions

23        you saw Darcy Black at the friends and family

53

1       party?

2    A.   I would say at least once.

3    Q.   And was that the invitation that he would post at

4        the store?

5    MS. BAHAS:  Objection to form.

6    BY MS. GRECO:

7    Q.   Strike that.  Did you get a formal invitation?

8    A.   No.

9    Q.   How did you know it was happening?

10   A.   Through my dad.

11   Q.   And did you consider yourself a friend of Robert

12       Seibert?

13   MS. BAHAS:  Objection.  Asked and answered.

14   BY MS. GRECO:

15   Q.   You can answer -- strike that.  How did you get

16       invited to this event?

17   A.   Through my dad.

18   Q.   So your dad said -- how did you get invited?

19       What did your father tell you?

20   A.   Said Bob's having his party and wanted me to tell

21       you that you are invited.

22   Q.   Would all the employees be invited to the party,

23       if you know?

54

1    A.  I do not know.

2    Q.  When you were there, did you see employees at the

3        party --

4    MS. BAHAS:  Objection to form.

5    BY MS. GRECO:

6    Q.  -- other than Darcy Black and your father?

7    A.  Yes.

8    Q.  Okay.  Who would you see -- who did you

9        personally observe at these parties, at one or

10       more of these parties?

11   A.  I recall Debbie, Keegan.  I don't know his last

12       name.  William, Turtle, my brother.

13   Q.  Christopher?

14   A.  That's all.  Nicole.

15   Q.  You said you saw Darcy Black there?

16   A.  Yes.

17   Q.  Did you see Regina Rush there?

18   A.  I can't recall.

19   Q.  Did you see Raelean Rush there?

20   A.  I can't recall.

21   Q.  Did you see David Monolopolus there?

22   A.  I believe so, one time, yes.

23   Q.  Okay.  Did you see Mark Leible there?

55

1   A.   No.

2   Q.   Did you see Jamie Lapress there?

3   A.   Yes.

4   Q.   Did you see -- and was this an annual party?  Do

5        you recall -- strike that.  Do you recall being

6        invited there every year from the time your

7        father started working there?

8   A.   No.

9   Q.   How many times do you recall being invited to

10       this party?

11  A.   Two or three times.

12  Q.   Okay.  I think you said you remember attending

13       three times.  So my question to you is, how many

14       times were you invited?

15  MS. BAHAS:  Objection to form.

16  BY MS. GRECO:

17  Q.   Strike that.  Did you attend every time you were

18       invited?

19  A.   No.

20  Q.   So my question is then, on how many occasions

21       were you invited to attend, that includes even if

22       you didn't attend?

23  A.   Approximately four or five times.

56

1    Q.   Now, looking at Exhibit 241, you said that --
2         strike that.  On how many occasions in the year
3         2007 did you see Jamie Lapress at Black Angus
4         Meat?
5    A.   More than once, less than ten.
6    Q.   In the year 2008, on how many occasions, if at
7         all, did you see Jamie Lapress?
8    A.   More than once, less than ten.
9    Q.   In the year 2009, on how many occasions, if at
10        all, did you see Jamie Lapress at Black Angus
11        Meat?
12   A.   More than once, less than ten.
13   Q.   From January 1st, 2010 to May 25th, 2010, on how
14        many occasions, if at all, did you see Jamie
15        Lapress at Black Angus Meat?
16   A.   More than once, less than ten.
17   Q.   In the year 2007, on how many occasions did you
18        see Mark Leible at Black Angus Meat, if at all?
19   A.   More than once, less than ten.
20   Q.   In the year 2008, on how many occasions did you
21        see Mark Leible at Black Angus Meat?
22   A.   More than once, less than ten.
23   Q.   In the year 2009, on how many occasions did you

57

```
 1        see Mark Leible at Black Angus Meat, if at all?
 2   A.   More than once, less than ten.
 3   Q.   In the year -- January 1st, 2010 until May 25th,
 4        2010, on how many occasions did you see Mark
 5        Leible at Black Angus Meat?
 6   A.   More than once, less than ten.
 7   Q.   In the year 2007, on how many occasions, if at
 8        all, did you see Christopher Howells at Black
 9        Angus Meat?
10   A.   More than once, less than ten.
11   Q.   In the year 2008, on how many occasions did you
12        see Christopher Howells at Black Angus Meat, if
13        at all?
14   A.   More than once, less than ten.
15   Q.   In the year 2009, on how many occasions did you
16        see Christopher Howells at Black Angus Meat?
17   A.   More than once, less than ten.
18   Q.   From January 1st, 2010 to May 25th, 2010, on how
19        many occasions did you see Christopher Howells at
20        Black Angus Meat?
21   A.   More than once, less than ten.
22   Q.   Do you know an individual by the name of Taylor
23        Kunzelman?
```

58

1   A.   No.

2   Q.   Do you know an individual by the name of Brett

3        Myer?

4   A.   Yes.

5   Q.   On how many occasions from January 1st, 2010 to

6        May 25th, 2010 did you see Brett Myer, if at all,

7        at Black Angus Meat?

8   A.   I'm not sure the time he worked there.

9   Q.   Assume he started work on February 10th, 2010.

10  MS. BAHAS:   Objection to form.

11  BY MS. GRECO:

12  Q.   You can answer.

13  MS. BAHAS:   Is that a question?

14  BY MS. GRECO:

15  Q.   Yes.  He asked me -- he's not sure when he

16       started.  Okay.  Assuming, according to Black

17       Angus Meat documents they gave us, that Brett

18       Myer started working at Black Angus Meat on

19       February 10th, 2010.  On how many occasions, if

20       at all, did you see him at Black Angus Meat from

21       January 1, 2010 to May 25th, 2010?

22  A.   More than once, less than ten.

23  Q.   Do you know who Raelean Rush is?  Raelean Rush,

do you know who she is?
A. Yes.
Q. On how many occasions in 2007 did you see Raelean Rush at Black Angus Meat, if at all?
A. I don't know the period that she worked there.
Q. Okay. Assume that she started there May 5th, 2005 and she stopped working there on April 11th, 2009. In the year 2007, on how many occasions, if at all, did you see Raelean Rush at Black Angus Meat?
MS. BAHAS: Objection to form.
BY MS. GRECO:
Q. You can answer.
A. More than once, less than ten.
Q. In the year 2008, on how many occasions would you see Raelean Rush at Black Angus Meat?
A. More than once, less than ten.
Q. In 2009, how many occasions did you see Raelean Rush at Black Angus Meat?
A. More than once, less than ten.
Q. Okay. Regina, do you know who Regina Rush is?
A. Yes.
Q. Assuming, according to Black Angus Meat, she

60

1       started working there on July 5th, 2005 and

2       stopped working August 20th, 2010.  On how many

3       occasions did you see Raelean Rush in the year

4       2007 at Black Angus Meat?

5   MS. BAHAS:  Objection to form.

6   BY MS. GRECO:

7   Q.  You can answer.

8   A.  More than once, less than ten.

9   Q.  In the year 2008, on how many occasions did you

10      see Regina Rush at Black Angus Meat?

11  A.  More than once, less than ten.

12  Q.  In the year 2009, how many occasions did you see

13      Regina Rush at Black Angus Meat, if at all?

14  A.  More than once, less than ten.

15  Q.  From January 1st, 2010 to May 25th, 2010, on how

16      many occasions did you see Regina Rush at Black

17      Angus Meat?

18  A.  More than once, less than ten.

19  Q.  Did you ever meet an individual by the name of

20      Franklin Bennett?

21  A.  No.

22  Q.  Looking now at Exhibit 241 -- before that, look

23      at Exhibit 237.  Do you see on this exhibit that

61

1       there's a circled area where it says butcher

2       block as part of the description?

3   A.  Yes.

4   Q.  Okay.  Do you recognize that as one of the areas

5       where your father worked, at a butcher block?

6   A.  Yes.

7   Q.  And looking at this document, do you see where it

8       shows counter areas?

9   MS. BAHAS:  Objection to form.

10  THE WITNESS:  Do I see the counter areas?

11  BY MS. GRECO:

12  Q.  Yes.

13  A.  Yes.

14  Q.  And do you see where the wrapping tables are?

15  A.  I believe they are right here.

16  Q.  Okay.  Is that -- looking here where there's an

17      arrow that says wrapping table.  Do you see that

18      as a wrapping table?  Here's another one.

19  MS. BAHAS:  Objection to form.

20  BY MS. GRECO:

21  Q.  You can answer that.

22  A.  There's the wrapper bin there and a wrapper bin

23      right there.

62

1    Q.   Okay.   Looking now at -- in looking at Exhibit
2         237, can you see the office window -- the window
3         where the office is?
4    MS. BAHAS:   Objection to form.
5    THE WITNESS:   No -- yes.
6    BY MS. GRECO:
7    Q.   Do you see that?
8    A.   Yes.
9    Q.   And that area is visible when your father is at
10        the butcher blocks?
11   MS. BAHAS:   Objection to form.
12   BY MS. GRECO:
13   Q.   You can answer.
14   A.   Can my father see the window?
15   Q.   No.   You said you would go to Black Angus Meat to
16        see your father.
17   A.   Correct.
18   Q.   Is that the only reason you ever went to Black
19        Angus Meat?
20   A.   He was teaching me how to cut some deer.
21   Q.   What year was that?
22   A.   I have no idea.
23   Q.   Was it during a one-year period?

1  A.  I believe so, yes.

2  Q.  Okay.  And was he successful in teaching you how

3      to cut deer?

4  A.  He's a little impatient.

5  Q.  Did you cut deer after he taught you?

6  A.  I never cut deer, but I learned the minimal

7      process to do it.

8  Q.  Why did you want to learn how to cut deer?

9  A.  Because I live in the country and I got friends

10     that hunt.

11 Q.  Okay.  So after you learned how to cut deer, did

12     you ever --

13 A.  No.

14 Q.  Let me finish.  After you learned how to cut

15     deer, did you ever cut deer anywhere?

16 A.  No.

17 Q.  Okay.  And do your friends cut deer in the

18     country?

19 A.  Yes.

20 Q.  And is there one person that does it more than

21     another?

22 MS. BAHAS:  Objection to form.

23 BY MS. GRECO:

64

1    Q.   Strike that.  Do you hunt?

2    A.   No.

3    Q.   Do your friends hunt?

4    A.   Yes.

5    Q.   Okay.  And is there someplace near where you live

6         where your friends that hunt bring their deer --

7    MS. BAHAS:  Objection to form.

8    BY MS. GRECO:

9    Q.   -- to be processed?

10   A.   Some do, some don't.

11   Q.   Where do they bring it?

12   A.   There's places out there in Newfane.

13   Q.   Okay.  What places would those be?

14   A.   I don't know the names of them.

15   Q.   I'm trying to figure out why you would want to

16        learn how to cut deer --

17   MS. BAHAS:  Objection.  Asked and answered.

18   BY MS. GRECO:

19   Q.   -- if you weren't going to do it.

20   A.   I wasn't saying I wasn't going to do it.

21   Q.   Where were you going to cut deer?  That's my

22        question.

23   A.   At my house.

65

1   Q.   Do you have equipment at your house to cut deer?

2   A.   I have knives.

3   Q.   Okay.  Is that all you need to cut deer?

4   A.   Yes.

5   Q.   Okay.  So you do have the proper -- at the time

6        your father taught you, did you have the proper

7        knives at your house to cut deer?

8   A.   I just had regular kitchen knives.  Never got

9        into it.

10  Q.   You said you had the knives at your house.  So

11       you were thinking of cutting deer at your house?

12  MS. BAHAS:  Objection to form.

13  THE WITNESS:  Yes.

14  BY MS. GRECO:

15  Q.   And my question is, after you learned, do you

16       think your father trained you sufficiently that

17       you would be able to do it on your own?

18  A.   The basics.

19  Q.   Okay.  And then did you ever put those basics

20       into practice anywhere to help your friend or

21       anything else?

22  A.   No.

23  Q.   Okay.  Let's look at -- going back to when you

1        learned how to, you said, cut -- is it cut deer

2        at Black Angus Meat -- strike that.  What

3        specifically did your father teach you at Black

4        Angus Meat?

5   A.   How to take the meat off the bone.

6   Q.   Okay.  And when was that that he taught you that?

7   A.   I don't recall.

8   Q.   Was it during a one-year period?

9   A.   I believe so, yes.  I don't recall.

10  Q.   Well, did it take several years to teach you

11       that?

12  A.   No.  It was only a couple times is all.

13  Q.   That's what I'm trying to figure out.  How many

14       -- you said a couple times.  Would it be -- as

15       specifically as you can recall, can you tell us

16       how many hours -- if you can't describe hours,

17       how many days it took your father to teach you

18       how to cut deer?

19  A.   There was no scheduled time.  It was the

20       occasions I would stop there to see him because I

21       know he worked late.  I would bring him lunch or

22       dinner and it would be twenty minutes one time,

23       might be fifteen minutes another time.  Just

```
 1        depended how busy he was.
 2   Q.   Was that during one period of time?
 3   A.   One year.
 4   Q.   In one year.  During one year, whatever it was --
 5   A.   That I recall, yes.
 6   Q.   -- he would teach you, on how many occasions was
 7        it fifteen or twenty minutes?
 8   A.   Three, four.
 9   Q.   Okay.  Is it fair to say -- strike that.  Did you
10        ever at any time do work with any deer meat or
11        deer byproduct at Black Angus Meat other than
12        those two or three times you just described for
13        us when your father was teaching you how to cut
14        deer?
15   A.   No.
16   Q.   Okay.  I know you said your father worked long
17        hours.
18   MS. BAHAS:  Objection to form.
19   THE WITNESS:  It varied.
20   BY MS. GRECO:
21   Q.   I'm sorry?
22   A.   It varied.
23   Q.   Well, you said you would bring him lunch because
```

you knew he was working late.
A. Correct.
Q. And did your father work late at Black Angus Meat during deer season?
MS. BAHAS: Objection to form.
THE WITNESS: I don't know his schedule. If I drive in, I would see his vehicle there, I would stop there. If not, I would go to his house.
BY MS. GRECO:
Q. Why would you drive in and see his vehicle?
MS. BAHAS: Objection to form.
THE WITNESS: I don't understand.
BY MS. GRECO:
Q. Well, you live in --
A. Because he's my father.
Q. I understand. But you would just take a chance to see if he was there as opposed to calling and finding out?
A. If he wasn't there, he would be at home.
Q. Okay. And --
A. I do have friends there too.
Q. Okay. Who are your friends at Black Angus Meat?
A. In Kenmore. I'm not saying them. I'm saying

69

1      other friends that I would come visit.

2  Q.  In Kenmore, in general?

3  A.  Correct.

4  Q.  Okay.  And do you know if any photographs were

5      taken in the pack room at Black Angus Meat?

6  MS. BAHAS:  Objection to form.

7  THE WITNESS:  No.

8  BY MS. GRECO:

9  Q.  Okay.  Did you ever take any photographs of the

10      pack room at Black Angus Meat?

11 A.  No.

12 Q.  Okay.  Let's look at Exhibit 241.  Do you see

13      where there's -- which is an aerial view of Black

14      Angus Meat as printed from Google Maps on 1/9/18.

15      Do you see where building one is?  There's a

16      number one on that building.

17 A.  Yes.

18 Q.  Have you been in that building?

19 A.  Yes.

20 Q.  Okay.  And have you seen deer meat being

21      processed in that building?

22 A.  No.

23 Q.  Did you see deer meat being packed in that

70

1     building?

2  A.  No.

3  Q.  Did you ever see paper being put on the floor

4     after the regular meat was done so that deer

5     cutting could be utilized in that building?

6  MS. BAHAS:  Objection to form.

7  BY MS. GRECO:

8  Q.  You can answer.

9  A.  No.

10 Q.  Do you know what a meat grinder is?

11 A.  No.

12 Q.  Did you ever see any meat grinder at Black Angus

13    Meat?

14 A.  Yes.

15 Q.  Where did you see a meat grinder?

16 A.  In building number one.

17 Q.  Where in building number one?

18 A.  It's here.

19 Q.  It's in the front room?

20 A.  Yes.

21 Q.  Okay.  Where the front counter is?

22 A.  Yes.

23 Q.  Okay.  Did you ever see any other grinder, other

71

1       than the one where the front counter is?

2   A.   Yes.

3   Q.   Where was that?

4   A.   In three.

5   Q.   Okay.  Do you know what year it was in building

6       three?

7   A.   No.

8   Q.   Do you recall when there was only one meat

9       grinder there and not two?

10  A.   No.

11  Q.   So the whole time you've been going there, there

12      were two meat grinders?  If you know.  If you

13      don't know, don't guess.

14  MS. BAHAS:  Objection to form.

15  THE WITNESS:  I don't know.

16  BY MS. GRECO:

17  Q.   You don't know.  Okay.  And with regard to

18      building one, is the pack room in building one,

19      during the time you were there?

20  A.   I did see regular meat being -- like pork chops

21      and chicken wrapped in building one.

22  Q.   Do you know what packing means?

23  A.   Wrapping food.

72

```
1    Q.   Did you ever see any food being boxed for
2         customers at Black Angus Meat?
3    A.   Yes.
4    Q.   Okay.  In looking at Exhibit 241, can you tell us
5         in what building you saw regular meat being
6         packed for customers?
7    A.   I believe it's building one.
8    Q.   And in looking at this picture, was it the area
9         in building one closest to building two?
10   MS. BAHAS:  Objection to form.
11   THE WITNESS:  Yes.
12   BY MS. GRECO:
13   Q.   Is it the area in building one closest to
14        building two where the packing of meat was done
15        at Black Angus Meat?
16   MS. BAHAS:  Objection to form.
17   BY MS. GRECO:
18   Q.   You can answer.
19   A.   It was either in the back of building one or in
20        building two.
21   Q.   Do you know?
22   A.   No.
23   Q.   Were you ever in the packing area in building
```

73

1       one?

2   MS. BAHAS:  Objection to form.

3   BY MS. GRECO:

4   Q.  You can answer.

5   A.  If that's where they were -- I can't recall if it

6       was in here or that building.

7   Q.  Okay.  So assume -- well, wherever the packing

8       was done -- we are not talking about venison,

9       we're talking about meat other than venison.  Not

10      game, so to speak.  Wherever that was packed,

11      were you ever present?

12  MS. BAHAS:  Objection to form.

13  THE WITNESS:  Yes.

14  BY MS. GRECO:

15  Q.  And would your father be in that area as the

16      butcher?

17  MS. BAHAS:  Objection to form.

18  THE WITNESS:  The times I've seen him, it was by the

19      meat cutting block.

20  BY MS. GRECO:

21  Q.  So you were seeing your father in the front of

22      the building where the counters are by the meat

23      product?

74

1    A.   Yes.

2    Q.   And you said -- just so we're clear, were you

3         ever in the areas of Black Angus Meat where the

4         packing was done of the non-venison, the

5         non-game?

6    MS. BAHAS:   Objection to form.

7    BY MS. GRECO:

8    Q.   You can answer.

9    A.   When you walk in, there's a doorway right there

10        where the pack room, I believe, is and I would

11        walk by it.

12   Q.   Were you ever in the pack room assisting anyone

13        doing anything?

14   A.   Not that I recall.

15   Q.   Is there anything that we could give you that

16        would help you remember?

17   A.   No.

18   Q.   Okay.  Can you describe for me what the pack room

19        looked like?

20   A.   No.

21   Q.   You have no recollection at all.

22   A.   I know they have done maintenance there and

23        construction.

75

1   Q.   Okay.  Did you ever see Darcy Black in the pack

2        room?

3   A.   Yes.

4   Q.   Picture during the time you saw Darcy Black in

5        the pack room.  What did the pack room look like?

6   A.   Tables.

7   Q.   And were those tables -- were there two tables

8        were utilized?

9   A.   I don't recall how many tables.

10  Q.   Strike that.  Were there two tables utilized to

11       pack the meat?

12  MS. BAHAS:  Objection.  Form.

13  THE WITNESS:  I can't tell how many tables were in

14       there.

15  BY MS. GRECO:

16  Q.   In the middle of the floor, was there anything

17       utilized to place the frozen meat so the packers

18       could retrieve it from there and use it to pack?

19  MS. BAHAS:  Objection to form.

20  MS. GRECO:  Can you repeat the question.

21            (Whereupon, the above-requested question was

22       then read back by the reporter.)

23  THE WITNESS:  I don't recall.  In the middle of the

76

1      floor, I know there were coolers on the wall.

2  BY MS. GRECO:

3  Q.  Why don't you tell us what you recall.  How many

4      coolers were in there?

5  A.  I have no idea.

6  Q.  Are the coolers that you are talking about

7      freezers?

8  MS. BAHAS:  Objection to form.

9  THE WITNESS:  I don't know if they were freezers or

10     coolers.

11  BY MS. GRECO:

12  Q.  Did you ever enter a freezer at Black Angus Meat

13     in the pack room?

14  A.  Not in the pack room.

15  Q.  Did you ever enter a freezer at Black Angus Meat?

16  A.  Yes.

17  Q.  Where?

18  A.  In the front of the store.

19  Q.  Did you ever refill the area with product, the

20     products that are used to make packs at Black

21     Angus Meat?

22  MS. BAHAS:  Objection.  Form.

23  THE WITNESS:  No.

77

1    BY MS. GRECO:

2    Q.   Do you know what frozen foods they have at Black

3         Angus Meat that are utilized in packs?

4    A.   No.

5    Q.   No idea?

6    MS. BAHAS:   Objection to form.

7    BY MS. GRECO:

8    Q.   You can answer.

9    A.   No.

10   Q.   What's the earliest you ever arrived at Black

11        Angus Meat -- is it fair to say you've only been

12        -- strike that.   On how many occasions were you

13        on the premises of Black Angus Meat in the year

14        2007?

15   A.   More than once, less than ten.

16   Q.   In the year 2008, on how many occasions were you

17        on the premises of Black Angus Meat?

18   A.   More than once, less than ten.

19   Q.   In the year 2009, on how many occasions were you

20        on the premises of Black Angus Meat?

21   A.   More than once, less than ten.

22   Q.   In the year 2010 -- between January 1, 2010 and

23        May 25, 2010, on how many occasions were you on

78

```
 1        the premises of Black Angus Meat?
 2   A.   More than once, less than ten.
 3   Q.   What is the earliest you were ever at Black Angus
 4        Meat?  I mean, earliest time-wise in a day.
 5   A.   I believe between eleven and twelve, twelve and
 6        one.
 7   Q.   Were you ever at Black Angus Meat at eight
 8        o'clock in the morning on any occasion?
 9   A.   No.
10   Q.   Do you know who arrived to work at Black Angus
11        Meat during the year 2007 at seven o'clock in the
12        morning?
13   MS. BAHAS:  Objection.  Form.
14   THE WITNESS:  No.
15   BY MS. GRECO:
16   Q.   Do you recall arriving at Black Angus Meat around
17        seven-thirty in the morning on multiple occasions
18        while my client was working in the pack room?
19   MS. BAHAS:  Objection to form.
20   BY MS. GRECO:
21   Q.   You can answer.
22   A.   No.
23   Q.   Okay.  Are you denying you did it or you don't
```

79

1    remember doing it?  There's two differences.
2    Denying means it never happened, you are swearing
3    under oath you were not there.  Not recall means
4    you don't remember.  So I want to be clear.  Did
5    you ever arrive at Black Angus Meat on one or
6    more occasions at approximately seven-thirty in
7    the morning --
8  A.  No.
9  Q.  -- where my client was working in the pack room?
10  MS. BAHAS:  Objection.  Form.
11  THE WITNESS:  No.
12  BY MS. GRECO:
13  Q.  Did you ever, at any time, give any type of
14    product to anyone who was packing the packs at
15    Black Angus Meat?
16  MS. BAHAS:  Objection.  Form.
17  BY MS. GRECO:
18  Q.  You can answer.
19  A.  Not that I recall, no.
20  Q.  And what do you mean by you don't recall?
21  A.  My father's asked me to grab a box here and
22    there.
23  Q.  That would be when you were there between eleven

80

1      and twelve or twelve and one o'clock?

2  A.  Correct.

3  Q.  So that would not be in the morning?

4  A.  Correct.

5  Q.  Okay.  And so when Darcy Black was packing packs,

6      are you saying you were never present?

7  MS. BAHAS:  Objection.  Form.

8  THE WITNESS:  When I would come in to see my dad, I

9      would walk through the hallway with the door

10     there and there was some people in there.  I

11     would say hello and keep going.

12  BY MS. GRECO:

13  Q.  Okay.  So on the occasions you were at Black

14     Angus Meat, which is greater than one and less

15     than ten during those years, what would you do?

16  A.  Talk to my father.

17  Q.  Okay.  You would come in between eleven and

18     twelve or twelve and one.  You would come into

19     the premises.  And would you have anything with

20     you?

21  A.  Some lunch.

22  Q.  Okay.  By some lunch, what do you mean?

23  A.  Some hot dogs from Ted's.

81

```
 1   Q.   Then what would you do with the hot dogs from
 2        Ted's?
 3   A.   He would take a break and we would go into the
 4        wash room there, eat the hot dogs, talk a little
 5        bit, see if he's getting out early.  And that was
 6        it.
 7   Q.   Okay.  When you say getting out early, what do
 8        you mean?
 9   A.   If he was getting out around twelve o'clock, one
10        o'clock.
11   Q.   If he wasn't, what would you do?
12   A.   Visit my brother, visit my friends, go home.
13   Q.   When you say visit your brother, visit your
14        friends, what do you mean?
15   A.   I don't understand the question.
16   Q.   You would leave Black Angus Meat and go visit
17        your friends or would you visit people that were
18        working there?  I'm trying to be clear.
19   A.   Visit my friends that did not work at Black Angus
20        Meat.
21   Q.   So if your father was going to work late, then
22        you would leave?
23   A.   Yeah.
```

82

1    Q.   Okay.  You would no longer be at Black Angus Meat
2         for the rest of that day?
3    A.   Correct.
4    Q.   Do you know if Black Angus Meat sells frozen
5         chicken breasts?
6    A.   I don't recall.  I bought food from the counter
7         before.
8    Q.   Do you know if Black Angus Meat sells frozen
9         chicken breasts?
10   A.   I do not know.
11   Q.   Do you know if Black Angus Meat sells frozen pork
12        chops?
13   A.   I would assume.
14   Q.   I'm asking if you know.
15   A.   No.
16   Q.   Do you know if Black Angus Meat sells frozen
17        sirloin steaks?
18   A.   No.
19   Q.   Do you know if Black Angus Meat sells frozen pork
20        roast?
21   A.   No.
22   Q.   Do you know anything about the process of how
23        packs are packed at Black Angus Meat for

83

| 1 | | customers? |
|---|---|---|
| 2 | A. | No. |
| 3 | Q. | Did you ever see a pack packed at Black Angus |
| 4 | | Meat for customers? |
| 5 | A. | I've seen people work in the pack room. |
| 6 | Q. | Did you ever participate in any way in anything |
| 7 | | being packed for a customer at Black Angus Meat? |
| 8 | | By that, I mean getting items that were going to |
| 9 | | be packed into the pack from somewhere, filling |
| 10 | | up, an area which is specifically utilized for |
| 11 | | the packers to go and get the product that's |
| 12 | | supposed to be packed in the packs? |
| 13 | A. | No. |
| 14 | Q. | Okay.  Do you know why my client would say that |
| 15 | | when she worked in the pack room, you were |
| 16 | | there -- |
| 17 | | MS. BAHAS:  Objection to form. |
| 18 | | BY MS. GRECO: |
| 19 | Q. | -- during the time that you were not working at |
| 20 | | -- doing concrete, meaning during the off season? |
| 21 | | MS. BAHAS:  Objection.  Form. |
| 22 | | THE WITNESS:  No. |
| 23 | | BY MS. GRECO: |

84

1    Q.   Did you go to my client's wedding?

2    A.   Yes.

3    Q.   Are you personal friends of hers?

4    A.   I wouldn't say personal friends, no.

5    Q.   Did you ever do anything with her outside of

6         work, other than go to her wedding?

7    A.   No.

8    Q.   Strike that.  Did you ever do anything with her

9         outside of Black Angus Meat, other than go to her

10        wedding?

11   A.   No.

12   MS. BAHAS:  Objection.  Form.

13   BY MS. GRECO:

14   Q.   Did you get an invitation to her wedding?

15   A.   I don't recall.

16   Q.   Did you ever go to a wedding you didn't get an

17        invitation to?

18   A.   Yes.

19   Q.   Whose wedding did you go to that you didn't get

20        an invitation to?

21   A.   I was like a date, so --

22   Q.   Okay.  Were you a date at Darcy Black's wedding?

23   A.   Not with Darcy, no.

85

1   Q.   So I asked did you ever go to a wedding where you

2        were the person that was being invited without an

3        invitation?

4   MS. BAHAS:  Objection.  Form.

5   BY MS. GRECO:

6   Q.   You can answer.

7   A.   I believe the way I was invited to Darcy's

8        wedding, my dad said Darcy wanted you to come to

9        the wedding.  I can't recall getting an

10       invitation.

11  Q.   Do you recall Darcy Black handing you an

12       invitation face to face?

13  A.   No.

14  Q.   Do you know how Darcy Black handed out the

15       invitations for her wedding?

16  A.   No.

17  Q.   Do you know if she invited all the individuals

18       who worked with her at Black Angus Meat?

19  A.   No.

20  Q.   Did you go to the wedding?

21  A.   Yes.

22  Q.   Who did you go with?

23  A.   Myself, my brother and my father.

86

1   Q.   Who did you drive with?

2   A.   I don't recall how I got there.

3   Q.   Okay.  And is there anything that would refresh

4        your recollection as to how you were invited to

5        Darcy Black's wedding?

6   A.   No.

7   Q.   On how many occasions had you met her before you

8        were invited to her wedding?

9   A.   I don't know.

10  Q.   Give me your best estimate.

11  A.   More than once, less than ten.

12  Q.   Okay.  Have you ever gone to the wedding of

13       someone where you were the person invited, where

14       you have met them less than ten times?

15  MS. BAHAS:  Objection to form.

16  BY MS. GRECO:

17  Q.   You can answer.

18  A.   I don't recall.

19  Q.   Do you know how many individuals were employed at

20       Black Angus Meat during the time that you've been

21       going there?

22  A.   No.

23  Q.   Did you ever help setting up the pack room?

87

1    MS. BAHAS:  Objection.  Asked and answered.

2    BY MS. GRECO:

3    Q.  You can answer.

4    A.  Pardon?

5    Q.  Did you ever set up the pack room?

6    A.  No.

7    Q.  Do you know who Roseanne Barnes is?

8    A.  Who?

9    Q.  Roseanne Barnes.

10   A.  No.

11   Q.  Did you ever see Bill Frase work in the pack

12       room?

13   A.  Yes.

14   Q.  Did you ever see Keegan Roberts work in the pack

15       room?

16   A.  I don't recall.

17   Q.  Did you ever see Darcy Black work in the pack

18       room?

19   A.  Yes.

20   Q.  Did you ever see Sean Round work in the pack

21       room?

22   A.  I don't recall.

23   Q.  Did you know where the tall freezer is located in

88

1      the pack room?

2  A.   No.

3  Q.   Do you know what a dumb freezer is?

4  A.   No.

5  Q.   Have you ever been aware of any freezers that

6      don't have tops?

7  MS. BAHAS:  Objection.  Form.

8  THE WITNESS:  I don't know what you mean by tops.

9  BY MS. GRECO:

10 Q.   Were you aware of there being two dumb freezers

11     in the pack room that didn't have tops, but you

12     had to fill them up to be used to pack the packs?

13 MS. BAHAS:  Objection to form.

14 THE WITNESS:  No.

15 BY MS. GRECO:

16 Q.   So is it your testimony, other than bringing hot

17     dogs to your father at Black Angus Meat for lunch

18     during the twelve to one or one -- I think you

19     said eleven to twelve or twelve to one was the

20     only time you were at Black Angus Meat?

21 A.   Yes.

22 MS. BAHAS:  Objection.

23 BY MS. GRECO:

89

1    Q.   Do you know where the venison room is?

2    A.   I know where they did the cutting.

3    Q.   Were you ever in there?

4    A.   Yes.

5    Q.   On how many occasions during those greater than

6         one, less than ten in those years, how many of

7         those occasions were you in the deer room -- or,

8         strike that.  The areas where deer was processed?

9    A.   More than once, less than ten.

10   Q.   They counted in the greater than one, less than

11        ten times, right?

12   A.   Yes.

13   Q.   And did you ever do anything relative to venison

14        or any type of game at Black Angus Meat?

15   MS. BAHAS:  Objection.  Asked and answered.

16   BY MS. GRECO:

17   Q.   Other than the two or three times you testified,

18        that one year when your father showed you, for

19        the period of time you told us about, how to cut

20        venison?

21   A.   Can you repeat that?

22   MS. GRECO:  Can you read it.

23             (Whereupon, the above-requested question was

1      then read back by the reporter.)

2    THE WITNESS:  Yes.  That's the only time.

3    BY MS. GRECO:

4    Q.  Okay.  Do you know if Black Angus Meat sold

5        frozen chicken fingers?

6    A.  No, I don't.

7    Q.  Did you ever bring frozen chicken fingers from a

8        freezer to the pack room for the packs to be

9        filled?

10   A.  No.

11   Q.  Did you ever bring any frozen products, including

12       but not limited to pork chops, boneless breasts,

13       sirloin steak, pork roasts that was previously

14       wrapped and frozen, did you ever take them from

15       the freezer to the pack room so they could be

16       used to fill packs?

17   A.  No.

18   Q.  Did you ever do anything physically in the deer

19       room?

20   A.  No.

21   MS. BAHAS:  Objection.

22   BY MS. GRECO:

23   Q.  Did you ever do anything physically in the pack

91

1      room?

2   MS. BAHAS:  Objection to form.

3   THE WITNESS:  No.

4   BY MS. GRECO:

5   Q.  Did you ever grind venison?

6   A.  No.

7   Q.  In the year 2011, in any of the years that I've

8       mentioned -- well, strike that.  At any time have

9       you ever ground venison at Black Angus Meat?

10  MS. BAHAS:  Objection.  Asked and answered.

11  THE WITNESS:  No.

12  BY MS. GRECO:

13  Q.  Did you ever clean up the pack room?

14  A.  No.

15  Q.  Did you ever take cardboard off the floor after

16      it had been placed down so deer meat could be

17      done?

18  A.  No.

19  MS. BAHAS:  Objection to form.

20  BY MS. GRECO:

21  Q.  Are you aware if Black Angus Meat ever sold

22      frozen fish?

23  A.  No.

92

1 Q. Were you aware if Black Angus Meat ever sold

2   chicken nuggets?

3 A. No.

4 Q. Did you ever get frozen fish or chicken nuggets

5   that's been frozen to fill packs in the pack

6   room?

7 MS. BAHAS:  Objection to form.

8 BY MS. GRECO:

9 Q. You can answer.

10 A. No.

11 Q. Did you ever see a box being made up to be used

12   for deliveries to customers?

13 MS. BAHAS:  Objection to form.

14 BY MS. GRECO:

15 Q. You can answer.

16 A. No.

17 Q. Did you ever do a driveway at Keegan Roberts'

18   house?

19 MS. BAHAS:  Objection.  Form.

20 THE WITNESS:  No.

21 BY MS. GRECO:

22 Q. Did you ever do any work at Keegan Roberts'

23   house?

93

1    A.   Yes.

2    Q.   What?

3    A.   Concrete patio.

4    Q.   When was that?

5    A.   I don't recall what year it was.

6    Q.   Was that part -- is that something you were paid

7         for?

8    A.   No.

9    Q.   Did Keegan Roberts ever do anything at your

10        house?

11   A.   No.

12   Q.   Did Robert Seibert ever do anything at your

13        house?

14   A.   Yes.

15   Q.   What did he do?

16   A.   He helped me exchange a sump pump.

17   Q.   What do you mean exchange a sump pump?

18   A.   I took water in in my basement.  I called my

19        father and just asked him referring to what type

20        of new pump I should get.  And I think I talked

21        to him when he was at Black Angus Meat and Bob

22        overheard the conversation, and Bob came with him

23        to help switch out the pump.

94

```
 1   Q.   So your father -- Robert Seibert went with your
 2        father to help him switch the pump at your house?
 3   A.   Yes.
 4   Q.   Okay.  And was that a pump that you had
 5        purchased?
 6   A.   I don't recall.
 7   Q.   Would Robert Seibert have purchased it for you?
 8   A.   No.
 9   Q.   Okay.  So I'm clear, when you said you saw those
10        individuals less than one -- greater than one,
11        less than ten, but you said you were only at
12        Black Angus Meat during those years greater than
13        one, but less than ten, you were not at Black
14        Angus Meat more than ten times during the years
15        we talked about?
16   MS. BAHAS:  Objection.  Form.
17   BY MS. GRECO:
18   Q.   Based on your testimony, is that accurate?
19   MS. BAHAS:  Objection.  Form.
20   THE WITNESS:  The only time I would go there was the
21        times I was laid off.  So within that three,
22        three and a half months, I would ride in, have
23        lunch with my father.
```

95

```
 1   BY MS. GRECO:
 2   Q.   That's why you were only there greater than one
 3        time and less than ten times?
 4   A.   Correct.
 5   Q.   When you saw your brother at Black Angus Meat,
 6        Chris, what type of work was he doing?
 7   A.   He was working the front of the store, I think,
 8        waiting on people.
 9   Q.   On the counter?
10   A.   Yes.
11   Q.   Okay.  Did you ever speak to Darcy Black
12        regarding Raelean Rush?
13   A.   I'm sorry?
14   Q.   Did you ever speak to Darcy Black regarding
15        Raelean Rush?
16   A.   No.
17   Q.   Were you ever interested in dating Raelean Rush?
18   A.   No.
19   Q.   Do you know if Raelean Rush was dating anyone?
20   A.   No.
21   Q.   Did anyone ever -- strike that.  Did you ever eat
22        lunch at Black Angus Meat -- strike that.  Other
23        than food you or your father would have brought
```

96

1      to work, did you ever eat lunch at Black Angus

2      Meat with the employees?

3  A.  No.

4  Q.  Were you ever aware of anyone at Black Angus Meat

5      making lunch for the employees?

6  A.  No.

7  Q.  Do you know an individual by the name of Kim

8      Putnam?

9  A.  No.

10 Q.  Did you ever help anyone at Black Angus Meat in

11     the morning putting product away?

12 MS. BAHAS:  Objection.  Asked and answered.

13 THE WITNESS:  No.

14 BY MS. GRECO:

15 Q.  Do you know what's called being paid under the

16     table, do you know what that means?

17 A.  Yes.

18 Q.  What does that mean to you?

19 A.  Getting paid by cash if you have another job.

20 Q.  Okay.  Being paid by cash, why?

21 A.  Assuming that you are working for someone.

22 Q.  If they pay you cash, then you are not reporting

23     for tax purposes or for Unemployment purposes,

```
 1       isn't that true?
 2   MS. BAHAS:  Objection to form.
 3   THE WITNESS:  For me?
 4   BY MS. GRECO:
 5   Q.  I'm asking -- I want to make sure we understand.
 6       Were you ever paid anything in cash from anyone
 7       at Black Angus Meat?
 8   MS. BAHAS:  Objection to form.
 9   THE WITNESS:  No.
10   BY MS. GRECO:
11   Q.  And prior to -- strike that.  During the time for
12       the periods I told you, 2007, '8, '9 and '10,
13       during that time, did you recognize that if you
14       were paid cash and did not get a W-2 or a 1099,
15       that there would be no taxes on that, that would
16       be a violation of law?  Were you aware of that?
17   MS. BAHAS:  Objection.  Form.
18   BY MS. GRECO:
19   Q.  You can answer.
20   A.  I never got paid cash because I never worked
21       there.
22   Q.  Okay.  Would you agree with me, though, that if
23       an individual worked there and was paid cash and
```

1       it was not recorded as an employee, meaning they
2       weren't given a W-2 or independent contractor, a
3       1099, that that would be a violation of law?
4  MS. BAHAS:  Objection to form.
5  BY MS. GRECO:
6  Q.  You can answer.
7  A.  Yes.
8  Q.  What did you do during the off season -- strike
9       that.  In the years 2007, '8, '9 and 2010, what
10      did you do during the off season?
11 A.  Wake up early, watch the eleven o'clock Sports
12      Center, maintenance around my house.
13 Q.  Do you know an individual by the name of Robert
14      Lasky?
15 A.  No.
16 MS. GRECO:  Off the record.
17      (Whereupon, a short recess was then taken.)
18 BY MS. GRECO:
19 Q.  Do you recall asking Darcy Black to see if she
20      could get Raelean Rush to dance with you at her
21      wedding?
22 A.  No.
23 Q.  Let me show you what's been previously marked as

1      Exhibit 264.  Can you identify anyone in that

2      picture?

3   A.  That's myself.  I don't recall who that other

4      lady is.

5   Q.  Do you know if that was Darcy Black's mother?

6   MS. BAHAS:  Form.  Asked and answered.

7   BY MS. GRECO:

8   Q.  Did you ever dance at Darcy Black's wedding?

9   A.  Yes.

10  Q.  Do you recognize that as you?

11  A.  Yes.

12  Q.  Do you recognize that photograph as being taken

13     at Darcy Black's wedding?

14  A.  I don't recall any pictures being taken of me

15     so --

16  Q.  At her wedding?

17  A.  Yes.

18  Q.  I'm going to show you what's been marked as

19     Exhibit 264A.  Do you recognize anyone in that

20     picture?

21  A.  Yes, myself.

22  Q.  Were you dancing?

23  A.  Yes.

100

1    Q.   And do you know who you are dancing with?

2    A.   One of the Rush girls.

3    Q.   Do you know if that's Raelean Rush?

4    A.   I forget their names.

5    Q.   Okay.  And do you know who is dancing next to

6         you?

7    A.   That's Bob.

8    Q.   Is that Robert Seibert?

9    A.   Yes.

10   Q.   Do you know if that's his wife he's dancing with?

11   A.   I believe so, yes.

12   Q.   Okay.  And do you recognize that as being -- that

13        photograph as being taken at Darcy Black's

14        wedding?

15   A.   I believe so, yes.

16   Q.   Let me show you what's been marked as Exhibit

17        264B.  Do you recognize anyone in that

18        photograph?

19   A.   Me and Darcy.

20   Q.   And is that a photograph taken at Darcy Black's

21        wedding?

22   A.   Yes.

23   Q.   Let me show you Exhibit 264C.  Do you recognize

101

1      that photograph?

2   A.  Yes.

3   Q.  Do you recognize anyone in it?

4   A.  Darcy and myself.

5   Q.  And when was that photograph taken?

6   A.  I do not recall the wedding date.

7   Q.  Was it taken at Darcy Black's wedding?

8   A.  Yes.

9   Q.  Okay.  Let me show you what's been marked as

10      264D.  Do you recognize that photo -- any

11      individual in that photo?

12  A.  Yes.  Darcy and myself.

13  Q.  Is that also taken on Darcy Black's wedding day?

14  A.  Yes.

15  Q.  Let me show you what has been marked as Exhibit

16      264E.  Do you recognize any individuals in that

17      photograph?

18  A.  Yes.  Keegan and his wife.

19  Q.  Keegan, meaning Keegan Roberts?

20  A.  Yes.

21  Q.  And that's his wife?

22  A.  Yes.

23  Q.  Is that a photograph taken at Darcy Black's

102

1      wedding?

2  A.  Yes.

3  Q.  Let me show you what's been marked as Exhibit

4      264F.  Do you recognize anyone in that

5      photograph?

6  A.  Keegan and his wife.

7  Q.  And Keegan, meaning Keegan Roberts, and his wife?

8  A.  Yes.

9  Q.  Do you recognize the two other gentlemen in the

10      photograph?

11  A.  No.

12  Q.  Do you recognize that picture as being taken at

13      Darcy Black's wedding?

14  A.  If it's her wedding.

15  Q.  If it's -- if you don't know, you can say you

16      don't know.

17  A.  I don't know.

18  Q.  Let me show you what's been marked as Exhibit

19      264G.  Do you recognize who is in that

20      photograph?

21  A.  My father.

22  Q.  Okay.  And who is your father dancing with?

23  A.  I can't see the face.

1  Q.  Do you know if that photograph was taken at Darcy

2      Black's wedding?

3  A.  No, I don't.

4  Q.  Let me show you what's been marked as 264H.  Do

5      you recognize anyone in that photograph?

6  A.  Bob, his wife, and is it Raelean Rush?

7  Q.  You tell me.

8  A.  One of the Rush girls.

9  Q.  Do you know -- there are two women on the

10     right-hand side of the picture.  Do you know who

11     they are?

12  A.  No.

13  Q.  Okay.  Do you -- was that picture taken at Darcy

14     Black's wedding, if you know?

15  A.  I do not know.

16  Q.  I'm going to show you what's been marked as 264K.

17     Do you recognize any individual in that picture?

18  A.  There's Darcy, Bob and Debbie and one of the Rush

19     girls.

20  Q.  Okay.  And Debbie, being Negrych?

21  A.  Yes.

22  Q.  The Rush girl, being the multi-colored dress and

23     blonde hair?

104

1    A.   Correct.

2    Q.   Let me show you what's been marked as Exhibit

3         264J.  Do you recognize anyone in that

4         photograph?

5    A.   The Rush girl and Debbie.  I believe that's

6         Keegan, his wife and Darcy.

7    Q.   Was this photograph taken at Darcy Black's

8         wedding?

9    A.   I don't know.  I assume so.

10   Q.   Again, when you said the Rush girls, the woman in

11        the multi-colored dress with the black hat and

12        the blonde hair?

13   A.   Yes.

14   Q.   Do you recognize her as Raelean Rush?

15   A.   I don't know if it was Raelean or Regina.

16   Q.   Okay.  Let me show you what's been marked as

17        Exhibit 264I.  Do you recognize anyone in that

18        photograph?

19   A.   The Rush girl and Debbie.

20   Q.   By the Rush girl, you mean the woman in the

21        multi-colored dress with the blonde hair?

22   A.   Yes.

23   Q.   And do you recognize that as --

105

1    A.   Bob's wife.

2    Q.   -- Diane Seibert?

3    A.   Correct.

4    Q.   Okay.  And the woman in the black dress, do you

5         recognize that as Debbie Negrych?

6    A.   Yes.

7    Q.   And all these individuals that you recognize,

8         were they all employed at Black Angus Meat?

9    A.   I believe so, yes.

10   Q.   Do you recall a time when instead of parking in

11        the parking lot at Black Angus Meat, Robert

12        Seibert requested that people could also park

13        across the street?

14   MS. BAHAS:  Objection to form.

15   BY MS. GRECO:

16   Q.   I'm sorry.  They could park next door at ABC

17        Rental?

18   MS. BAHAS:  Objection to form.

19   BY MS. GRECO:

20   Q.   You can answer.

21   A.   No.

22   Q.   Were you ever at Black Angus Meat on a Sunday or

23        Monday?

1    A.   No.

2    Q.   Were you aware of Black Angus Meat not being open

3         to the public, but individuals work there on

4         Sundays and Mondays during deer season?

5    MS. BAHAS:  Objection.  Form.

6    THE WITNESS:  No.

7    BY MS. GRECO:

8    Q.   Did you ever -- did your father ever work on a

9         Sunday or Monday at Black Angus Meat, to your

10        knowledge?

11   A.   Never knew his schedule.

12   Q.   So you don't know?

13   A.   Correct.

14   Q.   Did you ever bring him a hot dog or lunch at

15        Black Angus Meat on a Sunday or Monday?

16   A.   I believe not, no.

17   Q.   Did you ever bring him dinner at Black Angus Meat

18        as opposed to lunch?

19   A.   Just around the lunch times I would bring him

20        something to eat.

21   Q.   So during the greater than one and less than ten

22        times that you were at Black Angus Meat during

23        each of the years I referred you to, 2007, '8, '9

1     and part of '10, you would only have been there
2     between eleven and twelve and twelve and one, is
3     that accurate?
4  A.  I don't have a specific time that I was there.
5  Q.  But it would have been the lunch hour?
6  MS. BAHAS:  Objection.  Asked and answered.
7  BY MS. GRECO:
8  Q.  You could answer.
9  A.  It could have been at four o'clock.  But what I
10    remember, it was during the afternoon, around
11    lunchtime.
12 Q.  Why would you bring him lunch at four o'clock?
13 A.  It's a time I could get there.  I know he's not a
14    big eater.  He's a worker.
15 Q.  So he could have been there at four o'clock at
16    night still working?
17 A.  Yes.
18 Q.  Okay.  During the year 2008, how many -- what
19    days did your father work at Black Angus Meat?
20 MS. BAHAS:  Objection.  Asked and answered.
21 THE WITNESS:  No idea.
22 BY MS. GRECO:
23 Q.  Do you know how many days he worked at Black

1      Angus Meat?

2  MS. BAHAS:  Objection.  Asked and answered.

3  BY MS. GRECO:

4  Q.  You can answer.

5  A.  No.

6  Q.  Could he have worked full-time at Black Angus

7      Meat?

8  A.  I don't know his schedule.

9  Q.  Did he ever offer you the opportunity to work at

10     Black Angus Meat?

11 MS. BAHAS:  Objection to form.

12 BY MS. GRECO:

13 Q.  You can answer.

14 A.  No.

15 Q.  Did he ever discuss with you the opportunity to

16     work at Black Angus Meat?

17 MS. BAHAS:  Objection to form.  Who is he?

18 BY MS. GRECO:

19 Q.  You can answer.

20 A.  No.

21 Q.  Do you smoke?

22 A.  No.

23 Q.  Have you ever done roofing with any of the

109

1       Seiberts?

2    A.   No.

3    Q.   Have you ever done roofing with Keegan Roberts?

4    A.   No.  I'm scared of heights.

5    Q.   Have you ever done ceramic tile?

6    A.   At my house.

7    Q.   Have you ever done ceramic tile for Robert

8        Seibert?

9    A.   No.

10   Q.   Have you ever done ceramic tile for Keegan

11       Roberts?

12   A.   No.

13   Q.   Have you ever done -- have you helped Robert

14       Seibert move anything?  I mean, outside of the

15       store, meaning moving furniture or anything?

16   A.   No.

17   Q.   Have you ever helped Keegan Roberts move

18       anything?

19   A.   No.

20   Q.   Has Keegan Roberts ever done ceramic tile at your

21       house?

22   A.   Yes.

23   Q.   What has he done for you?

110

1    A.   Him and I did a room in my basement.

2    Q.   Was he compensated for that?

3    A.   No.

4    Q.   And did Keegan Roberts ever do roofing for you?

5    A.   No.

6    Q.   Did Keegan Roberts ever help you move anywhere?

7    A.   No.

8    Q.   To the best of your knowledge, has any

9         African-Americans been employed at Black Angus

10        Meat?

11   A.   I don't know.

12   Q.   Did you ever observe, during the time you were at

13        Black Angus Meat, any African-American employee

14        working there?

15   A.   No.

16   Q.   Were you ever aware of any policies and

17        procedures at Black Angus Meat regarding

18        discrimination?

19   MS. BAHAS:   Objection to form.

20   THE WITNESS:   No.

21   BY MS. GRECO:

22   Q.   Were you ever aware of any policies or procedures

23        at Black Angus Meat regarding retaliation?

1    MS. BAHAS:  Objection to form.

2    THE WITNESS:  No.

3    BY MS. GRECO:

4    Q.  Were you ever aware of any policies or procedures

5        at Black Angus Meat regarding harassment?

6    MS. BAHAS:  Objection.  Form.

7    THE WITNESS:  No.

8    BY MS. GRECO:

9    Q.  Were you ever aware of any policies and

10       procedures at Black Angus Meat regarding hostile

11       environment?

12   MS. BAHAS:  Objection to form.

13   BY MS. GRECO:

14   Q.  You can answer.

15   A.  No.

16   Q.  Were you ever present when anyone requested an

17       application for employment at Black Angus Meat?

18   A.  No.

19   Q.  Were you present when anyone submitted an

20       application for employment at Black Angus Meat?

21   A.  No.

22   Q.  Were you ever present when anyone was interviewed

23       for a position at Black Angus Meat?

112

1    A.   No.

2    Q.   Were you ever -- did you ever apply for a

3         position at Black Angus Meat?

4    A.   No.

5    Q.   Did you ever interview for a position at Black

6         Angus Meat?

7    A.   No.

8    Q.   When you worked at Black Angus Meat, were there

9         any minority employees?

10   MS. BAHAS:  Objection to form.

11   BY MS. GRECO:

12   Q.   Do you know what I mean by that?

13   A.   No.

14   Q.   Were there any employees that were Middle

15        Eastern?

16   A.   Were what?

17   Q.   During the times that you were at Black Angus

18        Meat, as you indicated, during those time periods

19        that you indicated, were there any Middle Eastern

20        employees?

21   MS. BAHAS:  Objection.  Form.

22   THE WITNESS:  I don't know the background of anyone

23        that worked there.

113

```
 1   BY MS. GRECO:
 2   Q.  Were there any Asian employees?
 3   MS. BAHAS:  Objection.  Form.
 4   THE WITNESS:  I don't recall.
 5   BY MS. GRECO:
 6   Q.  Is there anything that would help you refresh
 7       your recollection?
 8   A.  No.
 9   Q.  In other words, would anything help you remember?
10   A.  No.
11   Q.  Would it ever be appropriate for anyone -- strike
12       that.  Would it ever be appropriate for an
13       employee at Black Angus Meat to say the following
14       while working -- to refer to Black Angus Meat
15       customers as nigs?
16   MS. BAHAS:  Objection.  Form.
17   BY MS. GRECO:
18   Q.  You can answer.
19   A.  Did I ever hear that?
20   Q.  I said, would it ever be appropriate for an
21       employee at Black Angus Meat while working to
22       refer to Black Angus Meat black customers as
23       nigs?
```

114

1   MS. BAHAS:  Are you asking him for his opinion?

2   MS. GRECO:  I'm asking if it's appropriate.  He's

3       been at Black Angus Meat.

4   MS. BAHAS:  Objection.  You can answer.

5   THE WITNESS:  Would it be appropriate?

6   BY MS. GRECO:

7   Q.  Yes.

8   A.  No.

9   Q.  Did you ever hear anyone at Black Angus Meat,

10      while you were there during the times you were

11      there, use the word nigs?

12  A.  No.

13  Q.  Did you ever hear anyone refer to

14      African-American employees by stating -- strike

15      that.  Did you ever hear anyone at Black Angus

16      Meat, an employee, state relative to black

17      customers, how can they have nice cars and get

18      food stamps?

19  A.  No.

20  Q.  Would it ever be appropriate for an employee at

21      Black Angus Meat to make such a statement

22      regarding a customer?

23  MS. BAHAS:  Objection to form.

1  BY MS. GRECO:

2  Q.  You can answer.

3  A.  I believe not.

4  Q.  At any time while you were at Black Angus Meat,

5      did you ever hear an employee of Black Angus Meat

6      say the following regarding a black customer or

7      customers, in these or similar words, how can

8      they have nice cars and get food stamps?

9  A.  Never heard that.

10 Q.  Would it ever be appropriate for an employee at

11     Black Angus Meat to say relative to customers --

12     black customers of Black Angus Meat that Bob's

13     nigs are dirtying up the parking lot?

14 MS. BAHAS:  Objection.  Form.

15 BY MS. GRECO:

16 Q.  You can answer.

17 A.  Never heard that.

18 Q.  Would it be appropriate?

19 A.  No.

20 MS. BAHAS:  Objection to form.

21 BY MS. GRECO:

22 Q.  Would it ever be appropriate to use the word

23     nigger at work at Black Angus Meat?

1    MS. BAHAS:  Objection to form.

2    BY MS. GRECO:

3    Q.  Did you ever hear your father refer to any of

4        Black Angus Meat customers as inner-city

5        customers?

6    A.  No.

7    Q.  Did you ever wrap meat at Black Angus Meat?

8    A.  No.

9    Q.  Did you ever perform any cleaning at Black Angus

10        Meat?

11    A.  No.

12    Q.  Did you ever do any concrete work at Black Angus

13        Meat?

14    A.  No.

15    Q.  Were you ever present when deer was processed at

16        Black Angus Meat?

17    MS. BAHAS:  Objection.  Asked and answered.

18    THE WITNESS:  By being processed, I don't know what

19        you mean.

20    BY MS. GRECO:

21    Q.  Anything from beginning to end when a deer is

22        taken in, when it's skinned?

23    A.  Just when my dad taught me.

1  Q.  Okay.  Did he teach you how to skin a deer?

2  A.  No.  They were already skinned when he got them.

3  Q.  So when you went on those specific few occasions

4      you told us about, the deer was already skinned?

5  A.  Correct.

6  Q.  And what were you doing?

7  MS. BAHAS:  Objection to form.

8  THE WITNESS:  Standing watching.

9  BY MS. GRECO:

10  Q.  Did you, yourself, ever cut it up?

11  A.  No.

12  Q.  You just watched?

13  A.  Yes.

14  Q.  That's how he trained you, by watching?

15  A.  Yes.

16  Q.  Okay.  Do you know if that's how he trains other

17      individuals?

18  A.  No, I don't.

19  MS. BAHAS:  Objection to form.

20  BY MS. GRECO:

21  Q.  Did you ever see venison sausage being made at

22      Black Angus Meat?

23  A.  Yes.

118

1   Q.   Okay.  And how did you see that?

2   A.   It was in the back room where they were cutting

3        up the deer.

4   Q.   Okay.  And were you ever involved in any of the

5        process dealing with venison sausage?

6   A.   No.

7   MS. BAHAS:  Objection to form.

8   BY MS. GRECO:

9   Q.   Have you ever traveled with the Seiberts

10       anywhere?

11  A.   No.

12  Q.   Has your father ever traveled with the Seiberts,

13       gone on vacation with them, anything of that

14       nature?

15  A.   No.

16  Q.   Have you ever traveled with Keegan Roberts?

17  A.   No.

18  Q.   Have you ever gone on vacation with Keegan

19       Roberts?

20  A.   No.

21  Q.   Did you ever volunteer -- do any volunteer work

22       at Black Angus Meat?

23  A.   No.

119

1    Q.   When you would go and your father would take a

2         dinner break, would he have to clock out at Black

3         Angus Meat?

4    MS. BAHAS:  Objection.  Form.

5    BY MS. GRECO:

6    Q.   You can answer.

7    A.   I don't know.

8    Q.   Do you know what clock out means?

9    A.   I never seen that.

10   Q.   Okay.  So you've never seen him clock out.  Do

11        you know if your father had a time card at Black

12        Angus Meat?

13   A.   No, I don't.

14   Q.   Did you ever see anyone utilize a time card at

15        Black Angus Meat?

16   A.   No, I did not.

17   Q.   Did you ever become aware that Keegan Roberts

18        became a partner at Black Angus Meat?

19   MS. BAHAS:  Objection to form.

20   THE WITNESS:  No.

21   BY MS. GRECO:

22   Q.   Sitting here today, you are unaware that he's a

23        partner at Black Angus Meat or owner?

1    MS. BAHAS:  Objection to form.

2    THE WITNESS:  No.

3    BY MS. GRECO:

4    Q.  Sitting here today, do you have any knowledge

5        whether Keegan Roberts is an owner of Black Angus

6        Meat?

7    A.  No.

8    Q.  At any time were you ever aware of Black Angus

9        Meat employing a Native American?

10   A.  No.

11   Q.  At any time were you aware of Black Angus Meat

12       employing someone who is Middle Eastern?

13   MS. BAHAS:  Objection.  Asked and answered.

14   BY MS. GRECO:

15   Q.  I don't recall your answer.

16   A.  I don't remember that, no.

17   Q.  Do you know what the retail store hours were for

18       Black Angus Meat during the years 2007, '8, '9

19       and '10?

20   A.  No.

21   Q.  Are you personal friends outside of work with

22       Mark Leible?

23   A.  Who?

121

1    Q.  Mark Leible.

2    A.  No.

3    Q.  Were you personal friends outside of work at

4        Black Angus Meat with Jamie Lapress?

5    MS. BAHAS:  Objection.  Form.

6    BY MS. GRECO:

7    Q.  You can answer.

8    A.  No.

9    Q.  Were you personal friends outside of work with

10       Sean Round?

11   A.  No.

12   MS. BAHAS:  Objection.  Form.

13   BY MS. GRECO:

14   Q.  Were you personal friends outside of work with

15       Debbie Negrych?

16   A.  No.

17   MS. BAHAS:  Objection.  Form.

18   BY MS. GRECO:

19   Q.  Did you ever refer to Debbie Negrych as the face

20       of the Angus?

21   A.  No.

22   Q.  What was your understanding of what position

23       Debbie Negrych held at Black Angus Meat?

122

1    MS. BAHAS:  Objection to form.

2    BY MS. GRECO:

3    Q.  You can answer.

4    A.  I do not know.

5    Q.  Do you know if she worked on the counter?

6    A.  That's where I've seen her when she was there.

7    Q.  During the year 2007, do you know if Nicole

8        Seibert was employed at Black Angus Meat?

9    A.  I know she worked there.  I don't know her

10       specific dates.

11   Q.  Okay.  Did you ever observe anyone taking a break

12       at Black Angus Meat, other than your father?

13   MS. BAHAS:  Objection.  Form.

14   THE WITNESS:  I was never there that long.

15   BY MS. GRECO:

16   Q.  So you know your father did because you went on a

17       lunch break with him, right?

18   MS. BAHAS:  Objection.  Form.

19   BY MS. GRECO:

20   Q.  Strike that.  When you said you came and brought

21       your father a hot dog for lunch, you said he

22       would take a break at that time.

23   MS. BAHAS:  Objection.  Form.

1    BY MS. GRECO:

2    Q.   Is that true?  I don't want to misstate.

3    A.   Yes.  He would stop for about ten minutes, eat

4         his hot dog and go back to work.

5    Q.   I don't want to misstate that.  I thought you

6         said he would leave his workstation and go

7         somewhere and spend time, whether it's ten

8         minutes or whatever, having lunch or eat with

9         you.  Is that true?

10   A.   Correct.

11   Q.   Did you ever observe anyone else taking any kind

12        of break at Black Angus Meat when you were there?

13   MS. BAHAS:  Objection.  Form.

14   THE WITNESS:  No.

15   BY MS. GRECO:

16   Q.   Do you know a person by the name of Taylor

17        Kunzelman?

18   MS. BAHAS:  Objection.  Asked and answered.

19   THE WITNESS:  No.

20   BY MS. GRECO:

21   Q.   Did you ever observe Darcy Black on the telephone

22        at Black Angus Meat?

23   A.   No.

124

1  Q.  Did you ever observe Darcy Black using a cell
2      phone at Black Angus Meat?
3  A.  I don't recall, no.
4  Q.  Did you ever observe anyone using a cell phone
5      during working hours at Black Angus Meat?
6  A.  No.
7  Q.  Did you ever observe Darcy Black in tears at
8      Black Angus Meat?
9  MS. BAHAS:  Objection to form.
10 THE WITNESS:  No.
11 BY MS. GRECO:
12 Q.  Did you ever learn from anyone that Darcy Black
13     received phone calls from anyone during working
14     hours at Black Angus Meat?
15 MS. BAHAS:  Objection to form.
16 THE WITNESS:  No.
17 BY MS. GRECO:
18 Q.  Did you ever observe Darcy Black ever having
19     taken a break at Black Angus Meat?
20 MS. BAHAS:  Objection.  Asked and answered.
21 BY MS. GRECO:
22 Q.  You can answer.
23 A.  There's been times when I would show up, she

125

```
 1        would be outside smoking.
 2   Q.   How would you know that?
 3   A.   Vision.
 4   Q.   Who, if anyone, would be smoking with her?
 5   A.   Just Darcy.
 6   Q.   Did you ever observe anybody else smoking when
 7        you arrived at Black Angus Meat?
 8   A.   No.
 9   Q.   Do you know if anyone else smokes at Black Angus
10        Meat?
11   A.   No, I don't.
12   Q.   Did you ever observe Mark Leible smoking at Black
13        Angus Meat?  By that, I mean outside.
14   A.   No.
15   Q.   Did you ever observe Jamie Lapress smoking
16        anywhere at Black Angus Meat at any time?
17   A.   Who?
18   Q.   Jamie Lapress.
19   A.   I believe so, yes.
20   Q.   Did you ever observe Roseanne Barnes smoking at
21        Black Angus Meat?
22   A.   I don't know her.
23   Q.   Okay.  Did you ever hear of someone by the name
```

126

1      of Aunt Roe that worked at Black Angus Meat?

2  A.  No.

3  Q.  Did you ever observe Keegan Roberts -- strike

4      that.  Did you ever observe Jamie Lapress come to

5      work late?

6  MS. BAHAS:  Objection.  Form.

7  BY MS. GRECO:

8  Q.  You can answer.

9  A.  No.

10 Q.  Did you ever observe Sean Round come to work

11     late?

12 MS. BAHAS:  Objection.  Form.

13 BY MS. GRECO:

14 Q.  You can answer.

15 A.  I never knew anyone's start time.

16 Q.  You have no knowledge of when anyone started

17     work?

18 A.  Correct.

19 Q.  Do you have any familiarity with food stamps?

20 MS. BAHAS:  Objection.  Form.

21 THE WITNESS:  Do I?

22 BY MS. GRECO:

23 Q.  Yes.

1   A.   No.

2   Q.   Did you ever observe what time of the month Black

3        Angus Meat was more busy?

4   A.   No.

5   MS. BAHAS:   Objection to form.

6   BY MS. GRECO:

7   Q.   Were you ever aware of anyone smoking marijuana

8        at Black Angus Meat?

9   A.   No.

10  Q.   Do you know who Sean Round's girlfriend was --

11  A.   No.

12  MS. BAHAS:   Objection to form.

13  BY MS. GRECO:

14  Q.   Let me finish.  Do you know who Sean Round's

15       girlfriend was while he was employed at Black

16       Angus Meat and before he married her?

17  MS. BAHAS:   Objection to form.

18  THE WITNESS:   No.

19  BY MS. GRECO:

20  Q.   Did you ever observe Darcy Black's husband at

21       Black Angus Meat?

22  A.   No.

23  Q.   Did you ever meet Darcy Black's children?

128

1   A.   No.

2   Q.   Did you meet them at her wedding?

3   A.   No.

4   Q.   When you would see Robert Seibert, would he say

5        hello to you?

6   MS. BAHAS:   Objection.   Form.

7   THE WITNESS:   Yes.

8   BY MS. GRECO:

9   Q.   Did you ever observe him say hello or greet Darcy

10       Black in any way?

11  A.   No.

12  Q.   Did your father ever work on Saturdays at Black

13       Angus Meat?

14  MS. BAHAS:   Objection.   Asked and answered.

15  MS. GRECO:   I asked Sundays and Mondays.

16  BY MS. GRECO:

17  Q.   Did your father work on Saturdays at Black Angus

18       Meat?

19  MS. BAHAS:   Objection.   Asked and answered.

20  THE WITNESS:   I believe so.   I don't think every

21       Saturday.

22  BY MS. GRECO:

23  Q.   Okay.   Did you ever bring him lunch on Saturday

129

```
 1        at Black Angus Meat?
 2   A.   I don't recall.
 3   Q.   Did you ever observe anyone packing boxes or
 4        packs for customers at Black Angus Meat?
 5   MS. BAHAS:  Objection.  Asked and answered multiple
 6        times.
 7   BY MS. GRECO:
 8   Q.   You can answer.
 9   A.   I don't recall.
10   Q.   Again, you don't recall.  You could have observed
11        it?
12   A.   People are working.  I don't stop and they point
13        out what they are doing.
14   Q.   But I'm saying based on your observation, did you
15        ever see anyone who was packing a box or carton
16        or something for a customer?
17   MS. BAHAS:  Objection.  Asked and answered multiple
18        times.
19   BY MS. GRECO:
20   Q.   If you don't know, say you don't know.
21   A.   I don't recall.
22   Q.   Did you ever see anyone packing a car, truck or
23        van for delivery at Black Angus Meat?
```

1    A.  Yes.

2    Q.  Who?

3    A.  It varied.  Whoever was working.

4    Q.  Okay.  And how would you observe that?

5    A.  When I would visit my dad, I would walk through

6        and they were outside loading a van.

7    Q.  Were you ever in the packing room, not just

8        walking through, but in the packing room when the

9        packs were done and ready to be loaded?

10   MS. BAHAS:  Objection to form.

11   THE WITNESS:  Can you repeat that?

12   BY MS. GRECO:

13   Q.  Were you ever in the packing room when the packs

14       were done and ready to be loaded?

15   MS. BAHAS:  Objection to form.

16   BY MS. GRECO:

17   Q.  You can answer.

18   A.  No.

19   Q.  Does the pack room have any windows at Black

20       Angus Meat?

21   A.  I don't know.

22   Q.  Did you ever hear Jamie Lapress make a joke

23       regarding Darcy Black or her children?

131

1   A.  No.

2   Q.  Did you ever hear any jokes at Black Angus Meat?

3   A.  No.

4   Q.  Did you ever say any jokes at Black Angus Meat?

5   A.  No.

6   Q.  Did you ever hear anybody say anything derogatory

7       at Black Angus Meat while you were there?

8   MS. BAHAS:  Objection.  Form.

9   BY MS. GRECO:

10  Q.  You can answer.

11  A.  No.

12  Q.  Did you ever see Darcy Black engage in any kind

13      of conduct which was deemed inappropriate

14      behavior at work?

15  MS. BAHAS:  Objection.  Form.

16  BY MS. GRECO:

17  Q.  You can answer.

18  A.  No.

19  Q.  Do you know how Darcy Black's work ended at Black

20      Angus Meat?

21  A.  No.

22  Q.  Do you know if she ever complained regarding how

23      she was treated at Black Angus Meat?

```
 1   A.   No.
 2   Q.   Do you know if Darcy Black ever complained of
 3        discrimination at Black Angus Meat?
 4   A.   I do not.
 5   Q.   Do you know if Darcy Black ever complained of a
 6        hostile environment at Black Angus Meat?
 7   MS. BAHAS:  Objection to form.
 8   BY MS. GRECO:
 9   Q.   Do you know if Darcy Black ever complained of a
10        hostile environment at Black Angus Meat?
11   MS. BAHAS:  Objection to form.
12   BY MS. GRECO:
13   Q.   You can answer.
14   A.   No.
15   Q.   Do you know of anyone at any time ever making any
16        complaint at Black Angus Meat?
17   MS. BAHAS:  Objection.  Form.
18   THE WITNESS:  No.
19   BY MS. GRECO:
20   Q.   You can answer.
21            Did your father have any complaint, ever,
22        relative to his employment at Black Angus Meat?
23   MS. BAHAS:  Objection.  Form.
```

1    THE WITNESS:  No.

2    BY MS. GRECO:

3    Q.   Did your brother, Christopher, ever have any

4         complaint at any time relative to his employment

5         at Black Angus Meat?

6    MS. BAHAS:  Objection.  Form.

7    THE WITNESS:  No.

8    BY MS. GRECO:

9    Q.   Did you ever hear Sean Round say to Raelean Rush

10        and/or Regina Rush that she would be better off

11        with a white guy?

12   A.   No.

13   Q.   Were you aware of Raelean Rush dating an

14        African-American male while she was employed at

15        Black Angus Meat?

16   A.   No.

17   Q.   Were you aware of Regina Rush dating an

18        African-American male while she was employed at

19        Black Angus Meat?

20   A.   No.

21   Q.   Would it ever be appropriate for a white employee

22        to tell a female white employee -- or, strike

23        that.  Would it ever be appropriate for a male

134

1     white employee to tell a female white employee

2     that was dating an African-American that she

3     would be better off with a white guy?

4  MS. BAHAS:  Objection to form.

5  BY MS. GRECO:

6  Q.  You can answer.

7  A.  Say that again.

8  Q.  Would it ever be appropriate for a white male

9     employee at Black Angus Meat to tell a white

10    female at Black Angus Meat who was dating a black

11    man that she would be better off with a white

12    guy?

13  MS. BAHAS:  Objection to form.

14  THE WITNESS:  Do you want my opinion?

15  BY MS. GRECO:

16  Q.  Yes.

17  A.  No.

18  Q.  Would it ever be appropriate for a Caucasian,

19    white male employee at Black Angus Meat to tell a

20    white female employee at Black Angus Meat who is

21    dating a black male that she needs to be with one

22    of her own kind?

23  MS. BAHAS:  Objection.  Form.

135

1    BY MS. GRECO:

2    Q.  You can answer.

3    A.  No.

4    Q.  Would it ever be appropriate for a white male

5        employee at Black Angus Meat to tell a white

6        female employee at Black Angus Meat who is dating

7        a black man, what is wrong with white guys?

8    MS. BAHAS:  Objection.  Form.

9    THE WITNESS:  No.

10   BY MS. GRECO:

11   Q.  Would it ever be appropriate for a white male

12       employee at Black Angus Meat to tell a white

13       female employee at Black Angus Meat who was

14       dating a black man that her boyfriend was using

15       her for her good credit score?

16   MS. BAHAS:  Objection.  Form.

17   THE WITNESS:  No.

18   BY MS. GRECO:

19   Q.  Any of the comments that I just asked you, did

20       you ever hear them said at Black Angus Meat?

21   MS. BAHAS:  Objection.  Form.

22   THE WITNESS:  No.

23   BY MS. GRECO:

136

1   Q.   Would it ever be appropriate for a Caucasian male

2        at Black Angus Meat to tell a Caucasian female at

3        Black Angus Meat who was dating a black male that

4        he was using her for her name because black men

5        always cheat and he probably has a lot of

6        girlfriends?

7   MS. BAHAS:  Objection to form.

8   THE WITNESS:  No.

9   BY MS. GRECO:

10  Q.   Did you ever hear that said at Black Angus Meat?

11  A.   No.

12  Q.   Did you ever hear anyone at Black Angus Meat ever

13       say you can talk about the weather and sports,

14       but leave your personal dramas at home?

15  A.   No.

16  Q.   Would it ever be appropriate for an owner at

17       Black Angus Meat to tell Darcy Black, who has two

18       biracial children, that she would have -- in

19       these or similar words, that she would have to

20       get used to the idea her children were black,

21       there was no changing that, school kids are cruel

22       and racial remarks from kids is not unusual?

23  MS. BAHAS:  Objection to form.

1    THE WITNESS:  No.

2    BY MS. GRECO:

3    Q.  Would that ever be appropriate?

4    MS. BAHAS:  Objection to form.

5    THE WITNESS:  No.

6    BY MS. GRECO:

7    Q.  Did you ever hear Robert Seibert tell that to

8        Darcy Black?

9    A.  No.

10   Q.  Would it ever be appropriate for a male employee

11       of Black Angus Meat to say, relative to a female

12       employee, that she's got a nice ass?

13   MS. BAHAS:  Objection to form.

14   THE WITNESS:  No.

15   BY MS. GRECO:

16   Q.  Would it ever be appropriate for a male employee

17       of Black Angus Meat to say, regarding a female

18       employee or customer, that her headlights are on?

19   MS. BAHAS:  Objection to form.

20   THE WITNESS:  No.

21   BY MS. GRECO:

22   Q.  Would it ever be appropriate for a male employee

23       at Black Angus Meat to say, regarding a female

138

1       employee or female customer, look at that

2       cleavage?

3   MS. BAHAS:  Objection to form.

4   THE WITNESS:  No.

5   BY MS. GRECO:

6   Q.   Would it ever be appropriate for a male employee

7       at Black Angus Meat, for a male employee to say

8       relative to a female employee or customer, does

9       the carpet match the drapes?

10  MS. BAHAS:  Objection to form.

11  THE WITNESS:  No.

12  BY MS. GRECO:

13  Q.   And those comments I just told you, she's got a

14      nice ass, her headlights are on, look at the

15      cleavage, does the carpet match the drapes, would

16      you agree with me that if those comments were

17      made, they were sexually offensive?

18  MS. BAHAS:  Objection.  Form.

19  THE WITNESS:  Yes.

20  BY MS. GRECO:

21  Q.   Okay.  And would you agree with me there is no

22      place for those in a work environment?

23  MS. BAHAS:  Objection to form.

139

1    THE WITNESS:  Yes.

2    BY MS. GRECO:

3    Q.  Would you agree with me that the comment --

4        strike that.  Would you agree with me that if

5        Robert Seibert ever told Darcy Black that she

6        would have to get used to the idea her children

7        were black, there's no changing that, school kids

8        are cruel and racial remarks from kids are not

9        unusual, that that would be racially offensive --

10   MS. BAHAS:  Objection.  Form.

11   BY MS. GRECO:

12   Q.  -- to Darcy Black?

13   MS. BAHAS:  Objection.  Form.

14   THE WITNESS:  Yes.

15   BY MS. GRECO:

16   Q.  Were you aware of an incident where Jamie Lapress

17       needed a key for a paper towel holder that he

18       could not open?

19   MS. BAHAS:  Objection to form.

20   THE WITNESS:  No.

21   BY MS. GRECO:

22   Q.  Would it ever be appropriate for a white employee

23       at Black Angus Meat to tell a female employee

140

1      whose children's father is African-American that

2      she has two black kids, so she must know how to

3      break into a paper towel holder?

4  MS. BAHAS:  Objection.  Form.

5  THE WITNESS:  Could you repeat that?

6  MS. GRECO:  Could you repeat it.

7          (Whereupon, the above-requested question was

8      then read back by the reporter.)

9  THE WITNESS:  No.

10  BY MS. GRECO:

11  Q.  Would you agree with me that's racially

12      offensive?

13  MS. BAHAS:  Objection to form.

14  THE WITNESS:  Yes.

15  BY MS. GRECO:

16  Q.  Did anyone ever indicate to you that an

17      investigation was being done regarding anyone's

18      complaints of discrimination, harassment,

19      retaliation or hostile environment at Black Angus

20      Meat?

21  MS. BAHAS:  Objection to form.

22  BY MS. GRECO:

23  Q.  You can answer.

141

1   A.   No.

2   Q.   Specifically, were you aware of any investigation

3        being done by Keegan Roberts relative to Darcy

4        Black's complaints of discrimination, harassment,

5        hostile environment, retaliation?

6   MS. BAHAS:  Objection to form.  Asked and answered.

7   BY MS. GRECO:

8   Q.   You can answer.

9   A.   No.

10  Q.   Do you know an individual by the name of Kim

11       Putnam?

12  A.   No.

13  Q.   Do you know an individual by the name of Jim

14       Putnam?

15  A.   No.

16  Q.   Do you know an individual by the name of

17       Spartacus Town?

18  A.   No.

19  Q.   Do you know an individual by the name of Leo

20       Cumberland Junior?

21  A.   No.

22  Q.   Do you know a customer at Black Angus Meat by the

23       name of Mr. John?

142

1    A.   No.

2    Q.   Did you ever distribute Black Angus Meat flyers?

3    A.   Did I what?

4    Q.   Ever distribute Black Angus Meat flyers, pass

5         them out?

6    A.   No.

7    Q.   Did you ever do any delivery of any Black Angus

8         Meat product to anyone?

9    A.   No.

10   Q.   Did you ever borrow money from Robert Seibert?

11   A.   No.

12   Q.   Did you ever borrow any money from Diane Seibert?

13   A.   No.

14   Q.   Did you ever borrow money from Keegan Roberts?

15   A.   No.

16   Q.   Did anyone ever indicate to you that Darcy Black

17        left work because she accepted a job somewhere

18        else?

19   A.   No.

20   Q.   Were you aware of Sean Round wanting to date

21        Raelean Rush?

22   MS. BAHAS:  Objection to form.

23   THE WITNESS:  No.

143

```
 1   BY MS. GRECO:
 2   Q.   When I talk about the cooler, do you understand
 3        what I'm talking about at Black Angus Meat?
 4   A.   Yes.
 5   Q.   Where was the cooler located in relation to the
 6        bathroom?
 7   MS. BAHAS:   Objection to form.
 8   THE WITNESS:   I believe there was a door right next
 9        to the bathroom.
10   BY MS. GRECO:
11   Q.   Were you ever in the cooler at Black Angus Meat?
12   A.   Yes.
13   Q.   For what reason?
14   A.   My dad would ask me to lift a heavy box for him.
15   Q.   And where would you bring the box, to your dad?
16   A.   From the cooler out to his table.
17   Q.   Okay.  On how many occasions -- do you remember
18        the years I asked you about where you said it was
19        greater than one, less than ten?  On how many of
20        those occasions on an annual basis, more than
21        one, less than ten, did you bring something out
22        for your father from the cooler?
23   A.   I guess twice a year.
```

1    Q.  Do you know an individual by the name of Matthew

2        Marshall?

3    A.  No.

4    Q.  Do you know where the finished packs would be put

5        in the packing room prior to being loaded for

6        delivery?

7    MS. BAHAS:  Objection to form.

8    THE WITNESS:  I seen some in the hallway there.

9    BY MS. GRECO:

10   Q.  When you say the hallway, is that relative to --

11       what would be next to it?

12   MS. BAHAS:  Objection to form.

13   THE WITNESS:  What would be next to what?

14   BY MS. GRECO:

15   Q.  When you say the hallway, are you talking about

16       the hallway, like when you enter the doorway from

17       the outside to the pack room?

18   A.  Correct.

19   Q.  So there's an employee door to come in.  Do you

20       know where I'm talking about?

21   A.  Yes.

22   Q.  Then there's the area where they would have the

23       packs ready to be loaded.  On the other side of

145

1      that, was there a doorway to the outside?

2   MS. BAHAS:  Objection to form.

3   THE WITNESS:  Into the pack room?

4   BY MS. GRECO:

5   Q.  Out of the pack room.  There would be packs to be

6       loaded.  And then would you walk past them, you

7       could go outside?

8   A.  Correct.

9   MS. BAHAS:  Objection to form.

10  BY MS. GRECO:

11  Q.  Where would they be parked?  Do you know what

12      they loaded?  Did they have vans or trucks or

13      what?

14  A.  Vans.

15  Q.  So was it just one van or more?

16  A.  A white van.

17  Q.  Okay.  Then it would be loaded then from that

18      waiting area into the white van?

19  A.  Yes.

20  Q.  Okay.  And that area that you would walk to the

21      outside, where on one side you had the finished

22      packs waiting for -- to be loaded.  On the other

23      side of that, was that where Darcy Black would

146

1      have worked at the packing table?

2   MS. BAHAS:  Objection.  Form.

3   THE WITNESS:  On the other side of that wall?

4   BY MS. GRECO:

5   Q.  Yes.  One side would be the finished packs, then

6       you walk outside.  On the other side of that, is

7       that where the packing table was where Darcy

8       Black worked at?

9   MS. BAHAS:  Objection to form.

10  THE WITNESS:  That's where I seen people working in

11      there.

12  BY MS. GRECO:

13  Q.  Packing product, right?  I'm saying if you walk

14      straight in from that doorway where the packs are

15      packed into the white van, if you walk in, was

16      there a room for canned goods to be stored?

17  MS. BAHAS:  Objection.  Form.

18  BY MS. GRECO:

19  Q.  You can answer.

20  A.  I believe so, yes.

21  Q.  And if you were to walk straight in, on the

22      right-hand side there was a cooler with product

23      in it?

147

1    MS. BAHAS:  Objection to form.

2    BY MS. GRECO:

3    Q.  You can answer.

4    A.  I never went in that cooler.

5    Q.  Okay.  If you go further up, there's a stand-up

6        freezer with product in it.  Are you familiar

7        with that?

8    MS. BAHAS:  Objection to form.

9    THE WITNESS:  I've seen coolers in the one room as

10       soon as you walk in.

11   BY MS. GRECO:

12   Q.  Do you recall seeing a freezer?

13   A.  In that hallway there was one door next to the

14       bathroom.  No.  That was a cooler, I think.

15   Q.  I'm talking about the pack room.

16   A.  No.

17   Q.  When you are in the pack room on the left-hand

18       side, when you walk in from where the loading

19       area is, on the left-hand side is where the

20       finished packs would be, right?

21   MS. BAHAS:  Objection.  Form.

22   THE WITNESS:  In the hallway.

23   BY MS. GRECO:

148

1    Q.   Yes.   If you keep going straight, further on is

2         that room for the canned goods, right?

3    MS. BAHAS:   Objection to form.

4    BY MS. GRECO:

5    Q.   We are walking from outside where the truck is

6         being loaded.   You walk in.   On the left-hand

7         side is where the finished packs are to be packed

8         into the truck, right?

9    MS. BAHAS:   Objection to form.

10   THE WITNESS:   Correct.

11   BY MS. GRECO:

12   Q.   If you keep walking in, there's that room for

13        canned goods to be stored on your left-hand side,

14        right?

15   MS. BAHAS:   Objection to form.

16   THE WITNESS:   When you walk in, it's on your

17        right-hand side.

18   BY MS. GRECO:

19   Q.   Not from the employee door.   From the other door

20        where they are packing the packs -- where they

21        are loading the packs.

22   MS. BAHAS:   Objection to form.

23   THE WITNESS:   I don't understand.

149

1   BY MS. GRECO:

2   Q.   Did you ever come in any door other than the

3        employee door?

4   A.   Yes.  The front door.

5   Q.   So where would you more often come in, the

6        employee door or the front door?

7   A.   The employee door.

8   Q.   So you come in in the employee door.  I'm trying

9        to figure this out.  You would walk in and you

10       could take a right into the pack room?

11  A.   I think it was actually the can room.  I don't

12       recall.

13  Q.   Well, there's a can room.  Then after that, can

14       you enter and go into the room where the packing

15       is done?

16  A.   I believe so.

17  Q.   And do you recall in the center of that room or

18       somewhere around the center of the room there

19       being freezers with product in it?

20  A.   No.

21  Q.   Do you recall anything being in the center of the

22       room?

23  A.   There are a bunch of tables in there.

150

1    Q.  Do you recall individuals going to those tables

2        to retrieve product to pack?

3    MS. BAHAS:  Objection to form.

4    BY MS. GRECO:

5    Q.  If you know.

6    A.  I don't know.

7    Q.  If you look straight ahead -- after you turn into

8        the pack room, if you were to look to your right

9        and see where Darcy was.  If you look to the

10       left, was there another table where Keegan

11       Roberts or Sean Round or others would be packing?

12   MS. BAHAS:  Objection to form.

13   THE WITNESS:  I don't know.

14   BY MS. GRECO:

15   Q.  Do you know where the deer was skinned?

16   A.  One of the back rooms.

17   Q.  Do you know where deer are waiting to be skinned?

18   MS. BAHAS:  Objection to form.

19   THE WITNESS:  One of the back rooms.

20   BY MS. GRECO:

21   Q.  There's an area where they wait, one of the back

22       rooms where they wait.  Then they have a room

23       where they skin them.  And then after they skin

151

1    them, they come in to the packing room to be cut

2    up?

3  MS. BAHAS:  Objection.  Form.

4  BY MS. GRECO:

5  Q.  After the regular meat is done and cleaned away,

6      when it's deer season and they are working with

7      deer, is that where the deer meat comes in?

8  MS. BAHAS:  Objection to form.

9  THE WITNESS:  I never seen where they pack the meat.

10 BY MS. GRECO:

11 Q.  Did you see where they cut the meat up?

12 A.  Yes.

13 Q.  Where is that?

14 A.  Last building.

15 Q.  You never saw where they packed the meat, the

16     venison?

17 A.  Correct.

18 Q.  Did you ever see them have a bear brought in?

19 A.  A bear?  No.

20 Q.  Did you ever see them bring in geese?

21 A.  Geese?

22 Q.  Yes.

23 A.  No.

152

1    Q.  Did you ever see them bring in elk?

2    A.  No.

3    Q.  Did you ever see them bring in caribou?

4    A.  No.

5    Q.  Do you know what caribou is?

6    A.  Yes, I do.

7    Q.  Okay.  What is it?

8    A.  It's a big deer.

9    Q.  Were you personal friends with William Frase?

10   MS. BAHAS:  Objection to form.

11   THE WITNESS:  Who?

12   BY MS. GRECO:

13   Q.  William Frase, Turtle, also known as Turtle.

14   A.  Not really, no.

15   Q.  Did you ever talk to him anywhere other than at

16        Black Angus Meat?

17   A.  I believe at Bob's party.

18   Q.  Okay.  And were you aware of him purchasing a

19        house?

20   MS. BAHAS:  Objection to form.

21   THE WITNESS:  No.  First time I heard Turtle's name.

22   BY MS. GRECO:

23   Q.  Do you know Darcy Black's husband?

153

1    A.  No.

2    Q.  Did you ever see Darcy Black's husband at Black

3        Angus Meat?

4    MS. BAHAS:  Objection.  Asked and answer.

5    MS. GRECO:  I don't think I asked that.  I asked if

6        he knew him, then I asked if he ever saw him at

7        Black Angus Meat.

8    MS. BAHAS:  Objection.  Asked and answered.

9    BY MS. GRECO:

10   Q.  You can answer.

11   A.  No.

12   Q.  Were you ever aware of anyone being counseled at

13       Black Angus Meat regarding any of their

14       performance?

15   MS. BAHAS:  Objection.  Form.

16   THE WITNESS:  Being counseled?

17   BY MS. GRECO:

18   Q.  Yes, regarding their performance.

19   MS. BAHAS:  Objection.  Form.

20   THE WITNESS:  No.

21   BY MS. GRECO:

22   Q.  No.  What, if anything, did you observe Jamie

23       Lapress doing at Black Angus Meat?

154

1   A.   Jamie?

2   Q.   Yes.

3   A.   I seen him work in the wash room.

4   Q.   Anywhere else other than the wash room?

5   A.   That's it.

6   Q.   Okay.  What, if anything, did you observe Mark

7        Leible do at Black Angus Meat?

8   A.   I think I seen him pack sausage.

9   Q.   What, if anything, did you observe Darcy Black

10       doing at Black Angus Meat?

11  A.   Working the counter.

12  Q.   Did you ever observe her packing packs?

13  A.   I've seen her in the pack room.

14  Q.   What did you observe her doing in the pack room?

15  A.   I was walking by saying hello.  That was it.  I

16       never really observed what anyone was doing there

17       but --

18  Q.   You walked by while she was in the pack room?

19  A.   Correct.

20  Q.   Okay.  I just wasn't sure whether she walked by

21       you or you walked by her.  So we're clear, you

22       walked by her while she was in the pack room?

23  A.   Yes.  If this was the pack room, that's the

1    hallway, that's the door.  And I would walk past

2    the door and I would say hi.

3  Q.  She would be in the pack room?

4  A.  She would be in that room.

5  Q.  Okay.  Did you ever observe her packing packs?

6  MS. BAHAS:  Objection.  Asked and answered.

7  THE WITNESS:  No.

8  BY MS. GRECO:

9  Q.  No?

10 A.  No.

11 Q.  Did you ever observe anyone packing packs at

12   Black Angus Meat?

13 MS. BAHAS:  Objection.  Asked and answered.

14 BY MS. GRECO:

15 Q.  You can answer.

16 A.  I don't understand what you mean by packing.

17 Q.  Did you ever observe anyone packing boxes or

18   cartons for customers at Black Angus Meat?

19 MS. BAHAS:  Objection.  Asked and answered multiple

20   times.

21 THE WITNESS:  No.

22 BY MS. GRECO:

23 Q.  Did you ever observe anybody making sausage at

156

1        Black Angus Meat?

2    MS. BAHAS:  Objection.  Asked and answered.

3    BY MS. GRECO:

4    Q.  You can answer.

5    A.  Making sausage?

6    Q.  Yes.

7    A.  Yes.  Mark.

8    Q.  Mark who?  Mark Leible?

9    A.  Yes.  I don't know people's last names there.

10       Just first-name basis.

11   Q.  I'll say the name.  If that refreshes your

12       recollection, you can say it's okay, just so the

13       record is clear.

14           Did you ever observe anyone doing inventory

15       rotation at Black Angus Meat?

16   A.  No.

17   Q.  Did you ever observe anyone cleaning equipment at

18       Black Angus Meat?

19   A.  No.

20   Q.  Did you ever observe anyone setting up equipment

21       at Black Angus Meat?

22   A.  No.

23   Q.  Did you ever observe anyone cutting meat at Black

1        Angus Meat?

2   MS. BAHAS:  Objection.  Asked and answered.

3   THE WITNESS:  My father.

4   BY MS. GRECO:

5   Q.   Do you know who did the deliveries -- strike

6        that.  Do you know who actually delivered the

7        products to the customers using the van?

8   A.   I believe Bob.

9   Q.   For the record, that's Bob Seibert?

10  A.   Yes.

11  Q.   When is the last time you talked to Raelean Rush?

12  A.   No idea.

13  Q.   Was it this year?

14  A.   No.

15  Q.   Was it last year?

16  A.   No.

17  Q.   Was it the year before?

18  A.   I would say the last, maybe, year she worked

19       there.  I don't know when that is.

20  Q.   And do you know an individual by the name of

21       Nelson Schultz Senior?

22  A.   Nelson?

23  Q.   Schultz Senior.

158

1    A.   No.

2    Q.   Were you aware of Diane or Robert Seibert or

3         Keegan Roberts loaning any employees money at

4         Black Angus Meat?

5    A.   Can you repeat it?

6    MS. GRECO:   Can you repeat it, please.

7              (Whereupon, the above-requested question was

8         then read back by the reporter.)

9    THE WITNESS:   No.

10   BY MS. GRECO:

11   Q.   Would it ever be appropriate for Robert Seibert

12        to tell Darcy Black when she complained that her

13        children were referred to as niggers by Jamie

14        Lapress that, quote, unquote, stuff like that

15        happens all the time?

16   MS. BAHAS:   Objection to form.

17   THE WITNESS:   Are you asking my opinion if that's

18        appropriate?

19   BY MS. GRECO:

20   Q.   Yes.   In a work environment.

21   A.   No, I don't think that's appropriate.

22   Q.   Okay.   Would it ever be appropriate for him to

23        tell her when she complained her children were

1       referred to as niggers by an employee, that it

2       happens in sports and politics and she would have

3       to deal with it?

4   MS. BAHAS:  Objection.  Form.

5   BY MS. GRECO:

6   Q.  You can answer.

7   A.  No.

8   Q.  Were you ever offered any employment benefit at

9       Black Angus Meat?

10  MS. BAHAS:  Objection.  Form.

11  THE WITNESS:  No.

12  BY MS. GRECO:

13  Q.  To the best of your knowledge, who were the

14      supervisors at Black Angus Meat?

15  MS. BAHAS:  Objection.  Form.

16  BY MS. GRECO:

17  Q.  If you know.

18  A.  Bob.

19  Q.  Robert Seibert?

20  A.  And Diane.

21  Q.  Diane Seibert.  Did you recognize Keegan Roberts

22      as a supervisor?

23  MS. BAHAS:  Objection.  Form.

1    THE WITNESS:  He worked there.

2    BY MS. GRECO:

3    Q.  How about Debbie Negrych, did you recognize her

4        as a supervisor?

5    A.  No.

6    Q.  How about your father?

7    A.  No.

8    Q.  Was he ever left in charge?

9    A.  He's an employee.

10   Q.  Did you ever ask him if he was ever left in

11       charge at Black Angus Meat?

12   A.  No.

13   Q.  Okay.  Did you ever notice that Black Angus Meat

14       had two separate registers?

15   A.  No.

16   Q.  Did you ever see money being taken in relative to

17       deer processing?

18   MS. BAHAS:  Objection to form.

19   BY MS. GRECO:

20   Q.  You can answer.

21   A.  No.

22   Q.  Were you ever aware of an incident when Amherst

23       police were called relative to the conduct of

1      Robert Seibert?

2   MS. BAHAS:  Objection.  Form.

3   BY MS. GRECO:

4   Q.  You can answer.

5   A.  No.

6   Q.  Were you ever there when paychecks or monies were

7       distributed to individuals that perform services

8       at Black Angus Meat?

9   MS. BAHAS:  Objection to form.

10  THE WITNESS:  No.

11  BY MS. GRECO:

12  Q.  Sorry?

13  A.  No.

14  Q.  Did you ever answer the telephone at Black Angus

15      Meat?

16  A.  No.

17  MS. GRECO:  Why don't we take a ten-minute break.

18          (Whereupon, a short recess was then taken.)

19  BY MS. GRECO:

20  Q.  In the year 2007, what type of automobile did you

21      drive?  Was it a truck?

22  A.  I believe so, yes.

23  Q.  Do you know?

162

1    A.   I don't know what vehicle I had at that time.

2    Q.   What vehicle do you have now?

3    A.   2000 pickup truck.

4    Q.   A 2000?

5    A.   Yes.

6    Q.   When did you purchase it?

7    A.   Six, seven years ago.

8    Q.   So 2010 or '11?

9    A.   Yes.

10   Q.   What vehicle did you have before that?

11   A.   An S10.

12   Q.   What's an S10?

13   A.   A small pickup truck.

14   Q.   What color was it?

15   A.   Black.

16   Q.   What was the make of it?

17   A.   I believe a Ford.

18   Q.   Do you know what year it was?

19   A.   No.

20   Q.   And the 2000 pickup truck, what color was that?

21   A.   Maroon.

22   Q.   And is that a Ford also?

23   A.   Yes.

163

1    Q.   The 2000 Ford pickup truck that's maroon, is that

2         the only automobile you owned between 2010 or '11

3         and the present?

4    A.   Before the S10, I had another Ford pickup truck.

5    Q.   How long did you have the S10 for?

6    A.   A year.

7    Q.   And then what did you have before that?

8    A.   I don't know the year, but another Ford pickup

9         truck.

10   Q.   What color was that?

11   A.   Green.

12   Q.   How many years did you have that one?

13   A.   Three, four years.

14   Q.   Have you had the same license plate for all those

15        years?

16   A.   I believe so.

17   Q.   What is your license plate number?

18   A.   Pardon?

19   Q.   What is your license plate number?

20   A.   I don't know.

21   Q.   It's been the same all that time?

22   A.   I believe so, yes.

23   Q.   When you would go to Black Angus Meat, where

164

1    would you park?

2  A.   In the parking lot.

3  Q.   Would you park where the employees park or would

4       you park --

5  A.   Wherever there was a spot.

6  Q.   How about your father, what does your father

7       drive?

8  A.   He just got a new vehicle, so I'm not sure.

9  Q.   Let's go backwards.  What vehicle did he have

10      before the new one?

11 A.   He had a white, I believe, Chevy.  Some type of

12      family vehicle.

13 Q.   Did he have anything else?

14 A.   That he drove?

15 Q.   Yes, that he would drive to work.

16 A.   A blue pickup truck.

17 Q.   For how many years did he have the blue pickup

18      truck?

19 A.   He's had that, say, thirty years.

20 Q.   Three?

21 A.   Thirty.

22 Q.   Years?

23 A.   Thirty.

165

1    Q.   Three zero?

2    A.   That's correct.

3    Q.   What's the make of that truck?

4    A.   It's a 1976 Ford.

5    Q.   I want to buy that truck.  1976 Ford he's had for

6         thirty years.  That's the truck he uses to go

7         back and forth to work?

8    A.   No.  That's a summer vehicle.

9    Q.   What's his winter vehicle?

10   A.   The one before that.

11   Q.   The white Chevy family vehicle?

12   A.   Yes.  Expedition or something like that.

13   Q.   How long has he had that?

14   A.   I would say three years.

15   Q.   How about before that, what did he use during the

16        winter?  Did your father ever drive a light-blue

17        car?

18   A.   Light-blue, yes.

19   Q.   Was that his girlfriend's car, if you know?

20   A.   It was her car.  She passed away, so he took over

21        the vehicle.

22   Q.   What kind of car was the light-blue car?

23   A.   Same thing, like an Expedition.

166

1   Q.   Do you know for how many years he drove that

2        vehicle?

3   A.   I would say at least five.

4   Q.   Do you know if that was during the years 2008, '9

5        and '10?

6   A.   No, I don't.

7   Q.   When you would go to Black Angus Meat, how would

8        you know if your dad was there?

9   A.   He parked in the same spot.

10  Q.   Okay.  During the years of 2007, '8, '9 and '10,

11       during those years, do you recall if he had the

12       light-blue car that you said you believe was an

13       Expedition?

14  A.   I would say the light-blue car.

15  Q.   Do you know your father's license plate number?

16  A.   No.

17  Q.   Does he have a middle name?

18  A.   His middle --

19  Q.   Name.

20  A.   Charles.

21  Q.   What's your middle name?

22  A.   I have two.

23  Q.   Okay.

167

1    A.   Thomas Andrew.

2    Q.   Now, when you went to Black Angus Meat, did you

3         ever park anywhere other than in their parking

4         lot?

5    A.   No.

6    MS. GRECO:   I have no further questions.

7    MS. BAHAS:   Okay.

8    MS. GRECO:   Would you like to read and sign, which

9         means you get to read it and then if there's

10        something you think she typed inaccurately, you

11        can write it on an errata sheet and she will send

12        it to you, as opposed to saying it is what it is

13        and letting it go.

14   THE WITNESS:   I'm fine with that.

15   MS. GRECO:   Leaving it the way it is?

16   THE WITNESS:   Correct.

17   MS. GRECO:   So he does not want to read and sign.  He

18        waives it.

19

20                    *     *     *     *     *

21

22

23

168

1    STATE OF NEW YORK)

2                    SS:

3    COUNTY OF ERIE)

4

5         I, Mary Ann Moretta, a Notary Public in and

6    for the State of New York, County of Erie, DO

7    HEREBY CERTIFY that the testimony of PATRICK

8    HOWELLS was taken down by me in a verbatim manner

9    by means of Machine Shorthand, on February 19,

10   2018.  That the testimony was then reduced into

11   writing under my direction.  That the testimony

12   was taken to be used in the above-entitled

13   action.  That the said deponent, before

14   examination, was duly sworn by me to testify to

15   the truth, the whole truth and nothing but the

16   truth, relative to said action.

17        I further CERTIFY that the above-described

18   transcript constitutes a true and accurate and

19   complete transcript of the testimony.

20

21                    _____
                         MARY ANN MORETTA,
22                       Notary Public.

23

Patrick Howells

**'10** [5] - 97:12, 107:1, 120:19, 166:5, 166:10
**'11** [2] - 162:8, 163:2
**'67** [1] - 11:2
**'86** [2] - 13:17, 15:6
**'87** [4] - 15:7, 15:8, 15:19, 15:21
**'90** [1] - 15:4

## 1

**1** [3] - 9:12, 58:21, 77:22
**1/9/18** [1] - 69:14
**1099** [6] - 7:22, 28:20, 28:21, 28:23, 97:14, 98:3
**10th** [2] - 58:9, 58:19
**11/3/67** [1] - 11:4
**11th** [1] - 59:7
**1200** [1] - 3:6
**14** [2] - 1:18, 3:3
**14108** [1] - 3:23
**14202** [1] - 3:7
**14203** [1] - 3:4
**16** [2] - 2:11, 6:4
**1700** [2] - 1:18, 3:3
**19** [4] - 1:19, 2:7, 5:21, 168:9
**1976** [2] - 165:4, 165:5
**1986** [1] - 15:5
**1990** [3] - 15:8, 15:22, 17:22
**1996** [1] - 10:17
**1999** [1] - 11:19
**19th** [1] - 6:13
**1st** [12] - 42:21, 43:15, 44:7, 44:20, 45:13, 47:11, 48:10, 56:13, 57:3, 57:18, 58:5, 60:15

## 2

**2** [5] - 2:8, 2:9, 5:22, 6:1, 6:14
**200** [1] - 3:7
**2000** [6] - 10:19, 11:19, 162:3, 162:4, 162:20, 163:1
**2004** [1] - 19:15
**2005** [7] - 15:4, 19:16, 20:6, 25:10, 46:6, 59:7, 60:1
**2006** [1] - 46:9
**2007** [30] - 41:20, 41:23, 42:4, 43:2, 43:19, 44:11, 45:4,

45:22, 47:1, 47:15, 47:19, 48:2, 48:15, 49:3, 52:4, 56:3, 56:17, 57:7, 59:3, 59:8, 60:4, 77:14, 78:11, 97:12, 98:9, 106:23, 120:18, 122:7, 161:20, 166:10
**2008** [21] - 10:4, 11:17, 41:21, 42:10, 43:9, 43:23, 44:14, 45:7, 46:3, 46:12, 47:5, 48:5, 49:6, 56:6, 56:20, 57:11, 59:15, 60:9, 77:16, 107:18, 166:4
**2009** [19] - 10:4, 11:17, 41:21, 42:17, 43:12, 44:4, 44:17, 45:10, 46:15, 47:8, 48:8, 49:9, 56:9, 56:23, 57:15, 59:8, 59:18, 60:12, 77:19
**2010** [43] - 9:10, 34:16, 41:21, 42:20, 42:21, 43:15, 44:7, 44:20, 45:13, 46:18, 47:11, 48:10, 48:11, 48:15, 49:13, 56:13, 57:3, 57:4, 57:18, 58:5, 58:6, 58:9, 58:19, 58:21, 60:2, 60:15, 77:22, 77:23, 98:9, 162:8, 163:2
**2011** [1] - 91:7
**2012** [1] - 20:15
**2013** [2] - 20:15, 20:16, 25:10
**2015** [1] - 52:17
**2016** [1] - 52:15
**2017** [1] - 52:13
**2018** [12] - 1:19, 2:7, 2:8, 2:10, 2:11, 5:21, 5:22, 6:1, 6:4, 6:13, 6:15, 168:10
**20th** [1] - 60:2
**21st** [1] - 49:13
**236** [2] - 38:18, 40:2
**237** [3] - 39:5, 60:23, 62:2
**241** [5] - 40:4, 56:1, 60:22, 69:12, 72:4
**246** [1] - 9:11
**25** [1] - 77:23
**2519** [2] - 40:8, 40:12
**25th** [14] - 42:21, 43:15, 44:7, 44:20, 45:13, 47:11, 48:11, 49:13, 56:13, 57:3, 57:18, 58:6, 58:21,

60:15
**264** [7] - 2:13, 9:5, 9:7, 9:9, 9:12, 9:14, 99:1
**264(1** [2] - 2:13, 9:15
**264A** [1] - 99:19
**264B** [1] - 100:17
**264C** [1] - 100:23
**264D** [1] - 101:10
**264E** [1] - 101:16
**264F** [1] - 102:4
**264G** [1] - 102:19
**264H** [1] - 103:4
**264I** [1] - 104:17
**264J** [1] - 104:3
**264K** [1] - 103:16
**294** [4] - 2:5, 5:16, 6:5, 6:10

## 3

**34(a** [1] - 7:13
**3444** [3] - 3:23, 9:22, 10:8
**36** [1] - 10:21

## 4

**42** [1] - 10:10
**423-0178** [1] - 10:1

## 5

**5** [1] - 2:5
**5th** [2] - 59:6, 60:1

## 7

**7pp** [2] - 2:11, 6:4

## 8

**8** [5] - 97:12, 98:9, 106:23, 120:18, 166:10

## 9

**9** [7] - 2:13, 97:12, 98:9, 106:23, 120:18, 166:4, 166:10
**9:26** [1] - 1:19

## A

**A.M** [1] - 1:19
**ABC** [1] - 105:16
**ability** [2] - 5:3, 31:12
**able** [1] - 65:17
**above-described** [1] - 168:17
**above-entitled** [1] -

168:12
**above-requested** [5] - 18:11, 75:21, 89:23, 140:7, 158:7
**accepted** [1] - 142:17
**according** [2] - 58:16, 59:23
**accurate** [4] - 4:20, 94:18, 107:3, 168:18
**Action** [3] - 2:5, 5:19, 6:11
**action** [3] - 4:7, 168:13, 168:16
**address** [2] - 9:21, 17:4
**aerial** [1] - 69:13
**African** [7] - 110:9, 110:13, 114:14, 133:14, 133:18, 134:2, 140:1
**African-American** [6] - 110:13, 114:14, 133:14, 133:18, 134:2, 140:1
**African-Americans** [1] - 110:9
**afternoon** [1] - 107:10
**ago** [3] - 11:16, 34:21, 162:7
**agree** [6] - 97:22, 138:16, 138:21, 139:3, 139:4, 140:11
**agreed** [2] - 9:4, 9:8
**ahead** [1] - 150:7
**AIDS** [1] - 12:17
**Amended** [6] - 2:6, 2:10, 5:19, 6:2, 6:12, 6:15
**American** [7] - 110:13, 114:14, 120:9, 133:14, 133:18, 134:2, 140:1
**Americans** [1] - 110:9
**Amherst** [3] - 13:6, 13:7, 160:22
**Andrew** [1] - 167:1
**Angus** [315] - 4:8, 7:23, 8:1, 8:9, 8:12, 9:1, 9:11, 13:8, 33:22, 34:1, 34:5, 34:8, 34:18, 35:12, 35:14, 35:23, 36:2, 36:9, 36:13, 36:20, 37:2, 37:5, 37:8, 37:11, 37:14, 37:18, 37:22, 38:7, 38:21, 38:23, 39:2, 39:11, 39:13,

39:14, 40:1, 40:7, 40:11, 40:23, 41:4, 41:22, 42:4, 42:11, 42:18, 42:23, 43:3, 43:10, 43:13, 43:17, 43:20, 44:1, 44:5, 44:9, 44:12, 44:15, 44:18, 44:22, 45:5, 45:8, 45:11, 45:15, 46:1, 46:4, 46:7, 46:10, 46:13, 46:16, 46:19, 47:2, 47:6, 47:9, 47:13, 47:16, 48:1, 48:5, 48:8, 48:12, 49:4, 49:7, 49:10, 49:15, 50:2, 50:5, 50:10, 50:13, 50:20, 56:3, 56:10, 56:15, 56:18, 56:21, 57:1, 57:5, 57:9, 57:12, 57:16, 57:20, 58:7, 58:17, 58:18, 58:20, 59:4, 59:10, 59:16, 59:19, 59:23, 60:4, 60:10, 60:13, 60:17, 62:15, 62:19, 66:2, 66:4, 67:11, 68:3, 68:22, 69:5, 69:10, 69:14, 70:12, 72:2, 72:15, 74:3, 76:12, 76:15, 76:21, 77:3, 77:11, 77:13, 77:17, 77:20, 78:1, 78:3, 78:7, 78:10, 78:16, 79:5, 79:15, 80:14, 81:16, 81:19, 82:1, 82:4, 82:8, 82:11, 82:16, 82:19, 82:23, 83:3, 83:7, 84:9, 85:18, 86:20, 88:17, 88:20, 89:14, 90:4, 91:9, 91:21, 92:1, 93:21, 94:12, 94:14, 95:5, 95:22, 96:1, 96:4, 96:10, 97:7, 105:8, 105:11, 105:22, 106:2, 106:9, 106:15, 106:17, 106:22, 107:19, 108:1, 108:6, 108:10, 108:16, 110:9, 110:13, 110:17, 110:23, 111:5, 111:10, 111:17, 111:20, 111:23, 112:3, 112:6, 112:8, 112:17, 113:13, 113:14, 113:21, 113:22, 114:3, 114:9, 114:15, 114:21, 115:4, 115:5, 115:11,

115:12, 115:23, 116:4, 116:7, 116:9, 116:12, 116:16, 117:22, 118:22, 119:3, 119:12, 119:15, 119:18, 119:23, 120:5, 120:8, 120:11, 120:18, 121:4, 121:20, 121:23, 122:8, 122:12, 123:12, 123:22, 124:2, 124:5, 124:8, 124:14, 124:19, 125:7, 125:9, 125:13, 125:16, 125:21, 126:1, 127:3, 127:8, 127:16, 127:21, 128:13, 128:17, 129:1, 129:4, 129:23, 130:20, 131:2, 131:4, 131:7, 131:20, 131:23, 132:3, 132:6, 132:10, 132:16, 132:22, 133:5, 133:15, 133:19, 134:9, 134:10, 134:19, 134:20, 135:5, 135:6, 135:12, 135:13, 135:20, 136:2, 136:3, 136:10, 136:12, 136:17, 137:11, 137:17, 137:23, 138:7, 139:23, 140:19, 141:22, 142:2, 142:4, 142:7, 143:3, 143:11, 152:16, 153:3, 153:7, 153:13, 153:23, 154:7, 154:10, 155:12, 155:18, 156:1, 156:15, 156:18, 156:21, 157:1, 158:4, 159:9, 159:14, 160:11, 160:13, 161:8, 161:14, 163:23, 166:7, 167:2

**ANGUS** [3] - 1:10, 1:11, 1:11

**Ann** [1] - 168:5

**ANN** [2] - 1:20, 168:21

**annual** [4] - 22:12, 28:16, 55:4, 143:20

**annually** [1] - 29:6

**answer** [69] - 5:3, 5:6, 5:7, 5:13, 18:11, 35:17, 35:18, 38:2, 38:4, 38:11, 40:15,

42:12, 53:15, 58:12, 59:13, 60:7, 61:21, 62:13, 70:8, 72:18, 73:4, 74:8, 77:8, 78:21, 79:18, 85:6, 86:17, 87:3, 92:9, 92:15, 97:19, 98:6, 105:20, 107:8, 108:4, 108:13, 108:19, 111:14, 113:18, 114:4, 115:2, 115:16, 119:6, 120:15, 121:7, 122:3, 124:22, 126:8, 126:14, 129:8, 130:17, 131:10, 131:17, 132:13, 132:20, 134:6, 135:2, 140:23, 141:8, 146:19, 147:3, 153:4, 153:10, 155:15, 156:4, 159:6, 160:20, 161:4, 161:14

**answered** [25] - 53:13, 64:17, 87:1, 89:15, 91:10, 96:12, 99:6, 107:6, 107:20, 108:2, 116:17, 120:13, 123:18, 124:20, 128:14, 128:19, 129:5, 129:17, 141:6, 153:8, 155:6, 155:13, 155:19, 156:2, 157:2

**answers** [1] - 26:21

**APPEARANCES** [1] - 3:1

**Appearing** [1] - 3:4

**appearing** [1] - 3:8

**application** [3] - 8:15, 111:17, 111:20

**apply** [1] - 112:2

**appropriate** [27] - 113:11, 113:12, 113:20, 114:2, 114:5, 114:20, 115:10, 115:18, 115:22, 133:21, 133:23, 134:8, 134:18, 135:4, 135:11, 136:1, 136:16, 137:3, 137:10, 137:16, 137:22, 138:6, 139:22, 158:11, 158:18, 158:21, 158:22

**approve** [1] - 29:9

**April** [6] - 18:7, 18:13, 22:19, 23:4, 59:7

**area** [13] - 61:1, 62:9,

72:8, 72:13, 72:23, 73:15, 76:19, 83:10, 144:22, 145:18, 145:20, 147:19, 150:21

**areas** [5] - 61:4, 61:8, 61:10, 74:3, 89:8

**arrive** [1] - 79:5

**arrived** [3] - 77:10, 78:10, 125:7

**arriving** [1] - 78:16

**arrow** [1] - 61:17

**articulate** [1] - 5:6

**Asian** [1] - 113:2

**ass** [2] - 137:12, 138:14

**assisting** [1] - 74:12

**associated** [1] - 23:16

**assume** [5] - 58:9, 59:6, 73:7, 82:13, 104:9

**assuming** [4] - 47:19, 58:16, 59:23, 96:21

**attached** [1] - 6:23

**attend** [3] - 55:17, 55:21, 55:22

**attending** [2] - 52:3, 55:12

**attorney** [1] - 4:18

**August** [1] - 60:2

**Aunt** [1] - 126:1

**automobile** [2] - 161:20, 163:2

**Avant** [1] - 3:6

**Avenue** [3] - 3:7, 10:11, 10:12

**aware** [24] - 88:5, 88:10, 91:21, 92:1, 96:4, 97:16, 106:2, 110:16, 110:22, 111:4, 111:9, 119:17, 120:8, 120:11, 127:7, 133:13, 133:17, 139:16, 141:2, 142:20, 152:18, 153:12, 158:2, 160:22

### B

**B-U-B-B-Y** [1] - 27:10

**background** [1] - 112:22

**backtrack** [1] - 25:9

**backwards** [1] - 164:9

**BAHAS** [203] - 3:6,

7:15, 19:12, 22:21, 23:18, 27:2, 30:13, 32:23, 33:13, 37:23, 38:9, 39:20, 41:2, 48:17, 49:22, 53:5, 53:13, 54:4, 55:15, 58:10, 58:13, 59:11, 60:5, 61:9, 61:19, 62:4, 62:11, 63:22, 64:7, 64:17, 65:12, 67:18, 68:5, 68:11, 69:6, 70:6, 71:14, 72:10, 72:16, 73:2, 73:12, 73:17, 74:6, 75:12, 75:19, 76:8, 76:22, 77:6, 78:13, 78:19, 79:10, 79:16, 80:7, 83:17, 83:21, 84:12, 85:4, 86:15, 87:1, 88:7, 88:13, 88:22, 89:15, 90:21, 91:2, 91:10, 91:19, 92:7, 92:13, 92:19, 94:16, 94:19, 96:12, 97:2, 97:8, 97:17, 98:4, 99:6, 105:14, 105:18, 106:5, 107:6, 107:20, 108:2, 108:11, 108:17, 110:19, 111:1, 111:6, 111:12, 112:10, 112:21, 113:3, 113:16, 114:1, 114:4, 114:23, 115:14, 115:20, 116:1, 116:17, 117:7, 117:19, 118:7, 119:4, 119:19, 120:1, 120:13, 121:5, 121:12, 121:17, 122:1, 122:13, 122:18, 122:23, 123:13, 123:18, 124:9, 124:15, 124:20, 126:6, 126:12, 126:20, 127:5, 127:12, 127:17, 128:6, 128:14, 128:19, 129:5, 129:17, 130:10, 130:15, 131:8, 131:15, 132:7, 132:11, 132:17, 132:23, 133:6, 134:4, 134:13, 134:23, 135:8, 135:16, 135:21, 136:7, 136:23, 137:4, 137:13, 137:19, 138:3, 138:10, 138:18, 138:23,

139:10, 139:13, 139:19, 140:4, 140:13, 140:21, 141:6, 142:22, 143:7, 144:7, 144:12, 145:2, 145:9, 146:2, 146:9, 146:17, 147:1, 147:8, 147:21, 148:3, 148:9, 148:15, 148:22, 150:3, 150:12, 150:18, 151:3, 151:8, 152:10, 152:20, 153:4, 153:8, 153:15, 153:19, 155:6, 155:13, 155:19, 156:2, 157:2, 158:16, 159:4, 159:10, 159:15, 159:23, 160:18, 161:2, 161:9, 167:7

**BARCLAY** [1] - 3:5

**Barnes** [3] - 87:7, 87:9, 125:20

**based** [2] - 94:18, 129:14

**basement** [3] - 51:12, 93:18, 110:1

**basic** [1] - 4:13

**basics** [2] - 65:18, 65:19

**basis** [4] - 22:12, 31:15, 143:20, 156:10

**Bates** [2] - 2:12, 6:4

**bathroom** [3] - 143:6, 143:9, 147:14

**bear** [2] - 151:18, 151:19

**became** [2] - 20:23, 119:18

**become** [2] - 33:11, 119:17

**becoming** [1] - 25:14

**began** [2] - 32:12, 32:16

**beginning** [6] - 16:2, 18:7, 23:4, 26:13, 51:23, 116:21

**behavior** [1] - 131:14

**benefit** [1] - 159:8

**benefits** [13] - 8:5, 23:16, 23:20, 24:3, 24:6, 24:8, 24:10, 24:16, 31:9, 31:12, 31:14, 31:19, 31:21

**Bennett** [1] - 60:20

**best** [6] - 5:3, 33:6, 35:4, 86:10, 110:8, 159:13

**better** [5] - 25:3, 40:3, 133:10, 134:3,

Patrick Howells

134:11
**between** [9] - 3:14, 15:8, 46:10, 77:22, 78:5, 79:23, 80:17, 107:2, 163:2
**big** [2] - 107:14, 152:8
**bill** [2] - 27:5, 29:13
**Bill** [3] - 29:14, 29:19, 87:11
**bin** [2] - 61:22
**biracial** [1] - 136:18
**birth** [2] - 11:1, 11:3
**bit** [1] - 81:5
**BLACK** [4] - 1:6, 1:10, 1:11, 1:11
**Black** [365] - 3:9, 4:7, 4:8, 7:23, 8:1, 8:9, 8:12, 8:20, 9:1, 9:11, 13:8, 33:21, 34:1, 34:5, 34:8, 34:18, 35:12, 35:14, 35:23, 36:2, 36:8, 36:12, 36:13, 36:17, 36:20, 37:2, 37:5, 37:8, 37:11, 37:14, 37:15, 37:18, 37:21, 37:22, 38:6, 38:7, 38:21, 38:23, 39:2, 39:11, 39:12, 39:14, 40:1, 40:7, 40:11, 40:23, 41:4, 41:15, 41:22, 42:4, 42:11, 42:18, 42:22, 43:3, 43:10, 43:13, 43:17, 43:20, 44:1, 44:5, 44:9, 44:12, 44:15, 44:18, 44:22, 45:5, 45:8, 45:11, 45:14, 45:23, 46:4, 46:7, 46:10, 46:13, 46:16, 46:19, 47:2, 47:6, 47:9, 47:13, 47:16, 48:1, 48:5, 48:8, 48:12, 49:4, 49:7, 49:10, 49:15, 50:2, 50:5, 50:10, 50:13, 50:19, 52:19, 52:23, 54:6, 54:15, 56:3, 56:10, 56:15, 56:18, 56:21, 57:1, 57:5, 57:8, 57:12, 57:16, 57:20, 58:7, 58:16, 58:18, 58:20, 59:4, 59:9, 59:16, 59:19, 59:23, 60:4, 60:10, 60:13, 60:16, 62:15, 62:18, 66:2, 66:3, 67:11, 68:3, 68:22, 69:5, 69:10, 69:13, 70:12,

72:2, 72:15, 74:3, 75:1, 75:4, 76:12, 76:15, 76:20, 77:2, 77:10, 77:13, 77:17, 77:20, 78:1, 78:3, 78:7, 78:10, 78:16, 79:5, 79:15, 80:5, 80:13, 81:16, 81:19, 82:1, 82:4, 82:8, 82:11, 82:16, 82:19, 82:23, 83:3, 83:7, 84:9, 85:11, 85:14, 85:18, 86:20, 87:17, 88:17, 88:20, 89:14, 90:4, 91:9, 91:21, 92:1, 93:21, 94:12, 94:13, 95:5, 95:11, 95:14, 95:22, 96:1, 96:4, 96:10, 97:7, 98:19, 105:8, 105:11, 105:22, 106:2, 106:9, 106:15, 106:17, 106:22, 107:19, 107:23, 108:6, 108:10, 108:16, 110:9, 110:13, 110:17, 110:23, 111:5, 111:10, 111:17, 111:20, 111:23, 112:3, 112:5, 112:8, 112:17, 113:13, 113:14, 113:21, 113:22, 114:3, 114:9, 114:15, 114:21, 115:4, 115:5, 115:11, 115:12, 115:23, 116:4, 116:7, 116:9, 116:12, 116:16, 117:22, 118:22, 119:2, 119:11, 119:15, 119:18, 119:23, 120:5, 120:8, 120:11, 120:18, 121:4, 121:23, 122:8, 122:12, 123:12, 123:21, 123:22, 124:1, 124:2, 124:5, 124:7, 124:8, 124:12, 124:14, 124:18, 124:19, 125:7, 125:9, 125:12, 125:16, 125:21, 126:1, 127:2, 127:8, 127:15, 127:21, 128:10, 128:12, 128:17, 129:1, 129:4, 129:23, 130:19, 130:23, 131:2, 131:4, 131:7, 131:12, 131:19, 131:23, 132:2, 132:3,

132:5, 132:6, 132:9, 132:10, 132:16, 132:22, 133:5, 133:15, 133:19, 134:9, 134:10, 134:19, 134:20, 135:5, 135:6, 135:12, 135:13, 135:20, 136:2, 136:3, 136:10, 136:12, 136:17, 137:8, 137:11, 137:17, 137:23, 138:7, 139:5, 139:12, 139:23, 140:19, 141:22, 142:2, 142:4, 142:7, 142:16, 143:3, 143:11, 145:23, 146:8, 152:16, 153:2, 153:7, 153:13, 153:23, 154:7, 154:9, 154:10, 155:12, 155:18, 156:1, 156:15, 156:18, 156:21, 156:23, 158:4, 158:12, 159:9, 159:14, 160:11, 160:13, 161:8, 161:14, 162:15, 163:23, 166:7, 167:2
**black** [15] - 104:11, 105:4, 113:22, 114:16, 115:6, 115:12, 134:10, 134:21, 135:7, 135:14, 136:3, 136:4, 136:20, 139:7, 140:2
**Black's** [20] - 84:22, 86:5, 99:5, 99:8, 99:13, 100:13, 100:20, 101:7, 101:13, 101:23, 102:13, 103:2, 103:14, 104:7, 127:20, 127:23, 131:19, 141:4, 152:23, 153:2
**Blackman** [4] - 2:9, 2:11, 6:1, 6:3
**block** [4] - 41:12, 61:2, 61:5, 73:19
**blocks** [1] - 62:10
**blonde** [3] - 103:23, 104:12, 104:21
**blue** [7] - 164:16, 164:17, 165:16, 165:18, 165:22, 166:12, 166:14
**blueprint** [1] - 21:6
**Bob** [9] - 51:10, 93:21, 93:22, 100:7,

103:6, 103:18, 157:8, 157:9, 159:18
**Bob's** [4] - 53:20, 105:1, 115:12, 152:17
**bone** [1] - 66:5
**boneless** [1] - 90:12
**born** [1] - 10:23
**borrow** [2] - 142:10, 142:12, 142:14
**bought** [1] - 82:6
**BOULEVARD** [1] - 1:10
**Boulevard** [3] - 39:17, 40:8, 40:12
**box** [5] - 79:21, 92:11, 129:15, 143:14, 143:15
**boxed** [1] - 72:1
**boxes** [2] - 129:3, 155:17
**boyfriend** [1] - 135:14
**break** [9] - 81:3, 119:2, 122:11, 122:17, 122:22, 123:12, 124:19, 140:3, 161:17
**breasts** [3] - 82:5, 82:9, 90:12
**Brett** [3] - 58:2, 58:6, 58:17
**bring** [19] - 7:10, 17:17, 17:20, 64:6, 64:11, 66:21, 67:23, 90:7, 90:11, 106:14, 106:17, 106:19, 107:12, 128:23, 143:15, 143:21, 151:20, 152:1, 152:3
**bringing** [1] - 88:16
**brother** [8] - 28:6, 36:19, 54:12, 81:12, 81:13, 85:23, 95:5, 133:3
**brought** [7] - 4:8, 24:19, 24:21, 25:1, 95:23, 122:20, 151:18
**Bubby** [2] - 27:8, 27:9
**BUFFALO** [1] - 1:10
**Buffalo** [3] - 1:18, 3:4, 3:7
**building** [30] - 38:14, 38:15, 38:18, 38:23, 39:16, 39:17, 69:15, 69:16, 69:18, 69:21, 70:1, 70:5, 70:16, 70:17, 71:5, 71:18, 71:21, 72:5, 72:7, 72:9, 72:13, 72:14,

72:19, 72:20, 72:23, 73:6, 73:22, 151:14
**Building** [3] - 1:18, 3:3, 3:6
**buildings** [1] - 40:11
**bunch** [1] - 149:23
**business** [6] - 1:10, 16:14, 17:6, 22:6, 39:15, 40:1
**busy** [2] - 67:1, 127:3
**butcher** [6] - 41:12, 46:22, 61:1, 61:5, 62:10, 73:16
**buy** [1] - 165:5
**BY** [205] - 4:4, 6:8, 7:18, 9:18, 18:15, 19:14, 22:22, 23:19, 27:3, 30:14, 33:2, 33:15, 38:1, 38:10, 39:22, 41:3, 48:20, 49:23, 53:6, 53:14, 54:5, 55:16, 58:11, 58:14, 59:12, 60:6, 61:11, 61:20, 62:6, 62:12, 63:23, 64:8, 64:18, 65:14, 67:20, 68:9, 68:13, 69:8, 70:7, 71:16, 72:12, 72:17, 73:3, 73:14, 73:20, 74:7, 75:15, 76:2, 76:11, 77:1, 77:7, 78:15, 78:20, 79:12, 79:17, 80:12, 83:18, 83:23, 84:13, 85:5, 86:16, 87:2, 88:9, 88:15, 88:23, 89:16, 90:3, 90:22, 91:4, 91:12, 91:20, 92:8, 92:14, 92:21, 94:17, 95:1, 96:14, 97:4, 97:10, 97:18, 98:5, 98:18, 99:7, 105:15, 105:19, 106:7, 107:7, 107:22, 108:3, 108:12, 108:18, 110:21, 111:3, 111:8, 111:13, 112:11, 113:1, 113:5, 113:17, 114:6, 115:1, 115:15, 115:21, 116:2, 116:20, 117:9, 117:20, 118:8, 119:5, 119:21, 120:3, 120:14, 121:6, 121:13, 121:18, 122:2, 122:15, 122:19, 123:15, 123:20, 124:11, 124:17, 124:21,

Patrick Howells

4

126:7, 126:13, 126:22, 127:6, 127:13, 127:19, 128:8, 128:16, 128:22, 129:7, 129:19, 130:12, 130:16, 131:9, 131:16, 132:8, 132:12, 132:19, 133:2, 133:8, 134:5, 134:15, 135:1, 135:10, 135:18, 135:23, 136:9, 137:2, 137:6, 137:15, 137:21, 138:5, 138:12, 138:20, 139:2, 139:11, 139:15, 139:21, 140:10, 140:15, 140:22, 141:7, 143:1, 143:10, 144:9, 144:14, 145:4, 145:10, 146:4, 146:12, 146:18, 147:2, 147:11, 147:23, 148:4, 148:11, 148:18, 149:1, 150:4, 150:14, 150:20, 151:4, 151:10, 152:12, 152:22, 153:9, 153:17, 153:21, 155:8, 155:14, 155:22, 156:3, 157:4, 158:10, 158:19, 159:5, 159:12, 159:16, 160:2, 160:19, 161:3, 161:11
**byproduct** [1] - 67:11

## C

**callback** [1] - 17:21
**canned** [3] - 146:16, 148:2, 148:13
**car** [8] - 129:22, 165:17, 165:19, 165:20, 165:22, 166:12, 166:14
**card** [2] - 119:11, 119:14
**cardboard** [1] - 91:15
**cards** [1] - 8:15
**caribou** [2] - 152:3, 152:5
**carpet** [2] - 138:9, 138:15
**cars** [2] - 114:17, 115:8

**carton** [1] - 129:15
**cartons** [1] - 155:18
**case** [5] - 4:15, 4:23, 34:11, 35:12, 35:14
**cash** [7] - 96:19, 96:20, 96:22, 97:6, 97:14, 97:20, 97:23
**Caucasian** [4] - 11:7, 134:18, 136:1, 136:2
**cell** [2] - 124:1, 124:4
**center** [3] - 149:17, 149:18, 149:21
**Center** [1] - 98:12
**ceramic** [4] - 109:5, 109:7, 109:10, 109:20
**Certificate** [5] - 2:8, 2:10, 5:23, 6:2, 6:15
**certification** [1] - 3:17
**CERTIFY** [2] - 168:7, 168:17
**chance** [1] - 68:16
**change** [1] - 48:16
**changing** [2] - 136:21, 139:7
**charge** [2] - 160:8, 160:11
**Charles** [1] - 166:20
**cheat** [1] - 136:5
**check** [4] - 28:9, 28:10, 28:12, 30:4
**Chevy** [2] - 164:11, 165:11
**chicken** [7] - 71:21, 82:5, 82:9, 90:5, 90:7, 92:2, 92:4
**children** [8] - 12:11, 127:23, 130:23, 136:18, 136:20, 139:6, 158:13, 158:23
**children's** [1] - 140:1
**chops** [3] - 71:20, 82:12, 90:12
**Chris** [1] - 95:6
**Christopher** [8] - 28:3, 36:20, 54:13, 57:8, 57:12, 57:16, 57:19, 133:3
**circled** [1] - 61:1
**city** [1] - 116:4
**Civil** [5] - 1:17, 2:5, 5:19, 6:11, 7:13
**claiming** [2] - 36:8, 36:12
**classes** [1] - 15:16
**clean** [2] - 15:14, 91:13
**cleaned** [1] - 151:5
**cleaning** [2] - 116:9, 156:17

**cleanup** [1] - 15:17
**clear** [6] - 74:2, 79:4, 81:18, 94:9, 154:21, 156:13
**cleavage** [2] - 138:2, 138:15
**client** [4] - 40:22, 78:18, 79:9, 83:14
**client's** [1] - 84:1
**clock** [5] - 29:16, 29:23, 119:2, 119:8, 119:10
**closest** [2] - 72:9, 72:13
**code** [1] - 12:23
**collect** [1] - 19:18
**college** [5] - 15:6, 15:19, 15:20, 16:4, 16:5
**College** [2] - 14:1, 14:19
**color** [3] - 162:14, 162:20, 163:10
**colored** [3] - 103:22, 104:11, 104:21
**commencing** [1] - 1:19
**comment** [1] - 139:3
**comments** [3] - 135:19, 138:13, 138:16
**commercial** [1] - 25:4
**companies** [1] - 30:7
**company** [3] - 28:12, 29:15, 30:4
**compensated** [1] - 110:2
**compensation** [1] - 8:4
**complained** [6] - 131:22, 132:2, 132:5, 132:9, 158:12, 158:23
**complaint** [3] - 132:16, 132:21, 133:4
**complaints** [2] - 140:18, 141:4
**complete** [2] - 14:4, 168:19
**completing** [1] - 14:15
**computer** [1] - 12:21
**concentrate** [1] - 41:20
**Concrete** [38] - 14:22, 15:9, 15:22, 16:19, 17:4, 17:9, 20:6, 20:7, 20:23, 21:5, 21:18, 21:21, 21:22, 22:13, 22:18,

23:1, 23:7, 23:17, 23:21, 24:16, 24:18, 25:7, 25:9, 25:17, 25:18, 26:5, 27:4, 27:6, 29:17, 29:18, 29:21, 30:1, 30:11, 30:12, 30:21, 31:1, 31:4
**concrete** [14] - 17:3, 17:11, 19:10, 20:18, 21:7, 22:5, 26:6, 51:8, 51:12, 51:18, 51:20, 83:20, 93:3, 116:12
**conduct** [2] - 131:13, 160:23
**consider** [2] - 21:15, 53:11
**constitutes** [1] - 168:18
**construction** [6] - 14:20, 14:21, 15:21, 16:14, 16:19, 74:23
**contractor** [1] - 98:2
**conversation** [6] - 35:22, 36:16, 36:19, 36:22, 37:4, 93:22
**conversations** [1] - 37:7
**convicted** [1] - 27:13
**cooler** [8] - 143:2, 143:5, 143:11, 143:16, 143:22, 146:22, 147:4, 147:14
**coolers** [5] - 76:1, 76:4, 76:6, 76:10, 147:9
**correct** [28] - 7:2, 21:13, 24:23, 31:22, 36:6, 48:23, 50:10, 50:11, 62:17, 68:2, 69:3, 80:2, 80:4, 82:3, 95:4, 104:1, 105:3, 106:13, 117:5, 123:10, 126:18, 144:18, 145:8, 148:10, 151:17, 154:19, 165:2, 167:16
**counsel** [6] - 3:14, 6:16, 7:8, 9:4, 9:7, 34:5
**counseled** [2] - 153:12, 153:16
**counted** [1] - 89:10
**counter** [8] - 61:8, 61:10, 70:21, 71:1, 82:6, 95:9, 122:5, 154:11
**counters** [1] - 73:22
**country** [2] - 63:9, 63:18

**COUNTY** [1] - 168:3
**County** [1] - 168:6
**couple** [3] - 34:21, 66:12, 66:14
**courses** [1] - 14:15
**court** [3] - 4:14, 5:1, 5:4
**COURT** [1] - 1:3
**Court** [1] - 4:16
**cover** [1] - 19:22
**credit** [1] - 135:15
**crime** [1] - 27:13
**cruel** [2] - 136:21, 139:8
**Cumberland** [1] - 141:20
**customer** [8] - 83:7, 114:22, 115:6, 129:16, 137:18, 138:1, 138:8, 141:22
**customers** [16] - 72:2, 72:6, 83:1, 83:4, 92:12, 113:15, 113:22, 114:17, 115:7, 115:11, 115:12, 116:4, 116:5, 129:4, 155:18, 157:7
**cut** [22] - 62:20, 63:3, 63:5, 63:6, 63:8, 63:11, 63:14, 63:15, 63:17, 64:16, 64:21, 65:1, 65:3, 65:7, 66:1, 66:18, 67:13, 89:19, 117:10, 151:1, 151:11
**cutting** [8] - 41:9, 41:10, 65:11, 70:5, 73:19, 89:2, 118:2, 156:23

## D

**dad** [14] - 33:4, 33:5, 33:9, 41:7, 53:10, 53:17, 53:18, 80:8, 85:8, 116:23, 130:5, 143:14, 143:15, 166:8
**Daemen** [2] - 14:1, 14:18
**DAMON** [1] - 3:5
**dance** [2] - 98:20, 99:8
**dancing** [5] - 99:22, 100:1, 100:5, 100:10, 102:22
**DARCY** [1] - 1:6
**Darcy** [81] - 3:9, 4:7, 8:20, 34:18, 35:12, 35:13, 35:23, 36:12, 36:16, 37:15, 37:21, 38:6, 41:4, 41:15,

Patrick Howells

5

41:22, 42:4, 42:11, 42:18, 42:22, 52:19, 52:23, 54:6, 54:15, 75:1, 75:4, 80:5, 84:22, 84:23, 85:8, 85:11, 85:14, 86:5, 87:17, 95:11, 95:14, 98:19, 99:5, 99:8, 99:13, 100:13, 100:19, 100:20, 101:4, 101:7, 101:12, 101:13, 101:23, 102:13, 103:1, 103:13, 103:18, 104:6, 104:7, 123:21, 124:1, 124:7, 124:12, 124:18, 125:5, 127:20, 127:23, 128:9, 130:23, 131:12, 131:19, 132:2, 132:5, 132:9, 136:17, 137:8, 139:5, 139:12, 141:3, 142:16, 145:23, 146:7, 150:9, 152:23, 153:2, 154:9, 158:12
**Darcy's** [4] - 50:16, 50:17, 50:18, 85:7
**dash** [1] - 20:9
**date** [6] - 11:3, 32:3, 84:21, 84:22, 101:6, 142:20
**dated** [3] - 2:7, 5:21, 6:13
**dates** [1] - 122:10
**dating** [10] - 95:17, 95:19, 133:13, 133:17, 134:2, 134:10, 134:21, 135:6, 135:14, 136:3
**David** [10] - 45:17, 45:23, 46:3, 46:6, 46:9, 46:13, 46:16, 46:18, 46:21, 54:21
**Daylyn** [4] - 2:9, 2:11, 6:1, 6:3
**days** [4] - 23:11, 66:17, 107:19, 107:23
**deal** [1] - 159:3
**dealing** [1] - 118:5
**Debbie** [15] - 37:7, 47:2, 47:6, 47:8, 47:12, 54:11, 103:18, 103:20, 104:5, 104:19, 105:5, 121:15, 121:19, 121:23, 160:3
**December** [6] - 18:8, 18:14, 18:23, 22:20, 23:5, 26:13

**deemed** [1] - 131:13
**deer** [42] - 62:20, 63:3, 63:5, 63:6, 63:8, 63:11, 63:15, 63:17, 64:6, 64:16, 64:21, 65:1, 65:3, 65:7, 65:11, 66:1, 66:18, 67:10, 67:11, 67:14, 68:4, 69:20, 69:23, 70:4, 89:7, 89:8, 90:18, 91:16, 106:4, 116:15, 116:21, 117:1, 117:4, 118:3, 150:15, 150:17, 151:6, 151:7, 152:8, 160:17
**Defendants** [4] - 1:14, 3:8, 8:10, 9:4
**defense** [1] - 9:7
**defined** [1] - 7:14
**defines** [1] - 7:12
**degrees** [1] - 19:11
**Del** [6] - 15:12, 15:23, 16:6, 16:11, 16:13, 16:16
**Delaware** [1] - 3:7
**delivered** [1] - 157:6
**deliveries** [2] - 92:12, 157:5
**delivery** [3] - 129:23, 142:7, 144:6
**denying** [2] - 78:23, 79:2
**depended** [1] - 67:1
**dependent** [1] - 18:16
**deponent** [1] - 168:13
**Deposition** [7] - 2:5, 2:6, 5:19, 5:20, 6:11, 6:12, 6:19
**deposition** [5] - 4:10, 4:11, 4:17, 4:18, 7:11
**derogatory** [1] - 131:6
**describe** [2] - 66:16, 74:18
**described** [3] - 28:8, 67:12, 168:17
**description** [1] - 61:2
**DIANE** [1] - 1:12
**Diane** [9] - 8:11, 8:23, 27:16, 37:4, 105:2, 142:12, 158:2, 159:20, 159:21
**differences** [1] - 79:1
**different** [4] - 4:21, 4:23, 17:10, 17:12
**difficulties** [1] -

14:16
**dinner** [3] - 66:22, 106:17, 119:2
**direction** [3] - 17:10, 17:13, 168:11
**dirtying** [1] - 115:13
**discrimination** [4] - 110:18, 132:3, 140:18, 141:4
**discuss** [1] - 108:15
**distribute** [2] - 142:2, 142:4
**distributed** [1] - 161:7
**DISTRICT** [2] - 1:3, 1:4
**divorced** [1] - 11:16
**DO** [1] - 168:6
**document** [4] - 28:16, 39:6, 40:5, 61:7
**documentation** [2] - 7:23, 8:3
**documents** [6] - 7:11, 7:12, 7:14, 8:19, 28:15, 58:17
**dog** [3] - 106:14, 122:21, 123:4
**dogs** [4] - 80:23, 81:1, 81:4, 88:17
**done** [20] - 70:4, 72:14, 73:8, 74:4, 74:22, 91:17, 108:23, 109:3, 109:5, 109:7, 109:10, 109:13, 109:20, 109:23, 130:9, 130:14, 140:17, 141:3, 149:15, 151:5
**door** [17] - 6:22, 80:9, 105:16, 143:8, 144:19, 147:13, 148:19, 149:2, 149:3, 149:4, 149:6, 149:7, 149:8, 155:1, 155:2
**doorway** [4] - 74:9, 144:16, 145:1, 146:14
**down** [5] - 5:4, 91:16, 168:8
**dramas** [1] - 136:14
**drapes** [2] - 138:9, 138:15
**dress** [4] - 103:22, 104:11, 104:21, 105:4
**drive** [7] - 68:6, 68:10, 86:1, 161:21, 164:7, 164:15, 165:16
**driveway** [6] - 51:13, 51:14, 51:16, 51:18, 51:20, 92:17

**drove** [2] - 164:14, 166:1
**due** [1] - 19:8
**duly** [2] - 4:1, 168:14
**dumb** [2] - 88:3, 88:10
**during** [54] - 12:13, 16:5, 19:16, 21:23, 22:11, 30:9, 30:10, 30:20, 30:23, 31:3, 31:20, 40:22, 41:22, 42:20, 48:5, 48:15, 48:18, 62:23, 66:8, 67:2, 67:4, 68:4, 71:19, 75:4, 78:11, 80:15, 83:19, 83:20, 86:20, 88:18, 89:5, 94:12, 94:14, 97:11, 97:13, 98:8, 98:10, 106:4, 106:21, 106:22, 107:10, 107:18, 110:12, 112:17, 112:18, 114:10, 120:18, 122:7, 124:5, 124:13, 165:15, 166:4, 166:10, 166:11
**employees** [12] - 29:9, 53:22, 54:2, 96:2, 96:5, 112:9, 112:14, 112:20, 113:2, 114:14, 158:3, 164:3
**employing** [2] - 120:9, 120:12
**employment** [10] - 23:20, 28:7, 32:12, 32:16, 111:17, 111:20, 132:22, 133:4, 159:8
**end** [5] - 19:1, 19:16, 26:1, 28:14, 116:21
**ended** [3] - 18:10, 20:13, 131:19
**ending** [1] - 18:7
**engage** [1] - 131:12
**enter** [4] - 76:12, 76:15, 144:16, 149:14
**entered** [1] - 3:12
**entitled** [1] - 168:12
**environment** [7] - 111:11, 132:6, 132:10, 138:22, 140:19, 141:5, 158:20
**equipment** [3] - 65:1, 156:17, 156:20
**Eric** [1] - 9:10
**ERIE** [1] - 168:3
**Erie** [1] - 168:6
**errata** [1] - 167:11
**Esq** [2] - 2:8, 5:22
**ESQ** [2] - 3:2, 3:6
**estimate** [1] - 86:10
**event** [1] - 53:16
**EXAMINATION** [1] - 4:4
**Examination** [1] - 1:15
**examination** [1] - 168:14
**example** [1] - 18:18
**except** [1] - 3:18
**exchange** [2] - 93:16, 93:17
**Exhibit** [33] - 2:13,

133:22, 134:1, 134:9, 134:19, 134:20, 135:5, 135:6, 135:12, 135:13, 137:10, 137:12, 137:16, 137:18, 137:22, 138:1, 138:6, 138:7, 138:8, 139:22, 139:23, 144:19, 148:19, 149:3, 149:6, 149:7, 149:8, 159:1, 160:9

---

**E**

**earliest** [3] - 77:10, 78:3, 78:4
**early** [9] - 18:7, 18:14, 18:19, 18:22, 22:20, 23:5, 81:5, 81:7, 98:11
**Eastern** [3] - 112:15, 112:19, 120:12
**eat** [6] - 81:4, 95:21, 96:1, 106:20, 123:3, 123:8
**eater** [1] - 107:14
**eight** [4] - 11:18, 20:14, 24:21, 78:7
**either** [3] - 4:17, 5:7, 72:19
**eleven** [6] - 78:5, 79:23, 80:17, 88:19, 98:11, 107:2
**elk** [1] - 152:1
**employed** [13] - 12:14, 23:21, 26:7, 30:11, 32:9, 48:14, 86:19, 105:8, 110:9, 122:8, 127:15, 133:14, 133:18
**employee** [38] - 98:1, 110:13, 113:13, 113:21, 114:16, 114:20, 115:5, 115:10, 133:21,

5:16, 6:5, 6:9, 7:6, 7:10, 7:15, 7:16, 9:5, 9:7, 9:9, 9:11, 9:14, 9:15, 38:18, 39:5, 40:2, 40:4, 56:1, 60:22, 60:23, 62:1, 69:12, 72:4, 99:1, 99:19, 100:16, 100:23, 101:15, 102:3, 102:18, 104:2, 104:17
**exhibit** [1] - 60:23
**exhibits** [2] - 9:6, 9:8
**EXHIBITS** [1] - 2:1
**Exhibits** [1] - 2:4
**Expedition** [3] - 165:12, 165:23, 166:13
**extensions** [1] - 20:2

## F

**F-A-E-R-Y** [1] - 25:20
**face** [4] - 85:12, 102:23, 121:19
**Faery** [11] - 25:18, 26:5, 27:4, 27:5, 29:13, 29:14, 29:18, 29:19, 30:11, 31:4
**fair** [2] - 67:9, 77:11
**Falls** [2] - 40:8, 40:12
**familiar** [1] - 147:6
**familiarity** [1] - 126:19
**family** [5] - 52:2, 52:20, 52:23, 164:12, 165:11
**father** [66] - 16:12, 28:2, 32:9, 32:12, 32:15, 32:18, 32:22, 34:19, 35:22, 39:10, 39:18, 40:13, 41:8, 43:20, 44:1, 44:5, 44:8, 50:9, 53:19, 54:6, 55:7, 61:5, 62:9, 62:14, 62:16, 65:6, 65:16, 66:3, 66:17, 67:13, 67:16, 68:3, 68:15, 73:15, 73:21, 80:16, 81:21, 85:23, 88:17, 89:18, 93:19, 94:1, 94:2, 94:23, 95:23, 102:21, 102:22, 106:8, 107:19, 116:3, 118:12, 119:1, 119:11, 122:12, 122:16, 122:21, 128:12, 128:17, 132:21, 140:1, 143:22, 157:3, 160:6,

164:6, 165:16
**father's** [3] - 45:21, 79:21, 166:15
**February** [14] - 1:19, 2:7, 2:8, 2:9, 2:11, 5:21, 5:22, 6:1, 6:4, 6:13, 6:14, 58:9, 58:19, 168:9
**Federal** [3] - 1:16, 4:16, 7:13
**female** [1] - 133:22, 134:1, 134:10, 134:20, 135:6, 135:13, 136:2, 137:11, 137:17, 137:23, 138:1, 138:8, 139:23
**few** [1] - 117:3
**field** [1] - 17:11
**fifteen** [4] - 15:1, 17:23, 66:23, 67:7
**fifty** [2] - 11:6, 23:13
**figure** [3] - 64:15, 66:13, 149:9
**file** [1] - 29:6
**filing** [2] - 3:16, 29:3
**fill** [3] - 88:12, 90:16, 92:5
**filled** [1] - 90:9
**filling** [1] - 83:9
**fine** [1] - 167:14
**fingers** [2] - 90:5, 90:7
**finish** [5] - 5:12, 5:13, 34:10, 63:14, 127:14
**finished** [6] - 15:18, 144:4, 145:21, 146:5, 147:20, 148:7
**finishing** [3] - 18:13, 21:10, 23:4
**firm** [1] - 36:5
**first** [9] - 17:22, 20:19, 23:22, 32:2, 33:7, 37:19, 40:23, 152:21, 156:10
**first-name** [1] - 156:10
**fish** [2] - 91:22, 92:4
**five** [2] - 55:23, 166:3
**floor** [5] - 51:12, 70:3, 75:16, 76:1, 91:15
**flyers** [2] - 142:2, 142:4
**following** [4] - 3:12, 7:11, 113:13, 115:6
**follows** [1] - 4:2
**food** [7] - 71:23, 72:1, 82:6, 95:23,

114:18, 115:8, 126:19
**Foods** [6] - 15:12, 15:23, 16:7, 16:11, 16:13, 16:17
**foods** [1] - 77:2
**Ford** [7] - 162:17, 162:22, 163:1, 163:4, 163:8, 165:4, 165:5
**foreman** [19] - 20:18, 20:19, 20:23, 21:4, 21:9, 21:12, 21:16, 21:19, 24:19, 24:22, 25:1, 25:12, 25:13, 25:14, 26:6, 26:15, 26:18, 29:8
**forget** [1] - 100:4
**forgot** [1] - 34:4
**Form** [37] - 94:19, 97:17, 111:6, 112:21, 113:3, 113:16, 115:14, 119:4, 121:5, 121:12, 121:17, 122:18, 122:23, 123:13, 126:6, 126:12, 126:20, 131:8, 131:15, 132:17, 132:23, 133:6, 134:23, 135:8, 135:16, 135:21, 138:18, 139:10, 139:13, 140:4, 146:2, 146:17, 147:21, 151:3, 153:15, 153:19, 159:4
**form** [136] - 3:18, 7:23, 22:21, 23:18, 24:14, 27:2, 30:13, 32:23, 33:13, 37:23, 38:9, 39:20, 41:2, 48:17, 49:22, 53:5, 54:4, 55:15, 58:10, 59:11, 60:5, 61:9, 61:19, 62:4, 62:11, 63:22, 64:7, 65:12, 67:18, 68:5, 68:11, 69:6, 70:6, 71:14, 72:10, 72:16, 73:2, 73:12, 73:17, 74:6, 75:12, 75:19, 76:8, 76:22, 77:6, 78:13, 78:19, 79:10, 79:16, 80:7, 83:17, 83:21, 84:12, 85:4, 86:15, 88:7, 88:13, 91:2, 91:19, 92:7, 92:13, 92:19, 94:16, 97:2, 97:8, 98:4, 99:6, 105:14, 105:18, 106:5, 108:11, 108:17, 110:19,

111:1, 111:12, 112:10, 114:23, 115:20, 116:1, 117:7, 117:19, 118:7, 119:19, 120:1, 122:1, 122:13, 124:9, 124:15, 127:5, 127:12, 127:17, 128:6, 130:10, 130:15, 132:7, 132:11, 134:4, 134:13, 136:7, 136:23, 137:4, 137:13, 137:19, 138:3, 138:10, 138:23, 139:19, 140:13, 140:21, 141:6, 142:22, 143:7, 144:7, 144:12, 145:2, 145:9, 146:9, 147:1, 147:8, 148:3, 148:9, 148:15, 148:22, 150:3, 150:12, 150:18, 151:8, 152:10, 152:20, 158:16, 159:10, 159:15, 159:23, 160:18, 161:2, 161:9
**formal** [1] - 53:7
**forms** [1] - 17:3
**forth** [1] - 165:7
**forty** [2] - 23:9, 23:12
**foundation** [1] - 12:17
**four** [7] - 20:1, 55:23, 67:8, 107:9, 107:12, 107:15, 163:13
**fourth** [1] - 7:6
**Franklin** [1] - 60:20
**Frase** [8] - 45:2, 45:5, 45:8, 45:11, 45:14, 87:11, 152:9, 152:13
**freezer** [8] - 76:12, 76:15, 87:23, 88:3, 90:8, 90:15, 147:6, 147:12
**freezers** [5] - 76:7, 76:9, 88:5, 88:10, 149:19
**friend** [4] - 33:21, 45:21, 53:11, 65:20
**friends** [25] - 33:11, 33:14, 33:16, 49:17, 52:2, 52:20, 52:23, 63:9, 63:17, 64:3, 64:6, 68:21, 68:22, 69:1, 81:12, 81:14, 81:17, 81:19, 84:3, 84:4, 120:21, 121:3,

121:9, 121:14, 152:9
**front** [15] - 38:16, 39:9, 39:12, 41:11, 41:13, 41:17, 41:18, 70:19, 70:21, 71:1, 73:21, 76:18, 95:7, 149:4, 149:6
**Frontier** [2] - 12:15, 12:16, 13:4
**frozen** [14] - 75:17, 77:2, 82:4, 82:8, 82:11, 82:16, 82:19, 90:5, 90:7, 90:11, 90:14, 91:22, 92:4, 92:5
**full** [3] - 16:1, 16:9, 108:6
**full-time** [3] - 16:1, 16:9, 108:6
**funds** [1] - 14:9
**furniture** [1] - 109:15

## G

**game** [3] - 73:10, 74:5, 89:14
**geese** [2] - 151:20, 151:21
**general** [1] - 69:2
**generally** [1] - 23:3
**gentlemen** [1] - 102:9
**girl** [4] - 103:22, 104:5, 104:19, 104:20
**girlfriend** [2] - 127:10, 127:15
**girlfriend's** [1] - 165:19
**girlfriends** [1] - 136:6
**girls** [4] - 100:2, 103:8, 103:19, 104:10
**given** [3] - 4:11, 20:3, 98:2
**goods** [3] - 146:16, 148:2, 148:13
**Google** [1] - 69:14
**grab** [1] - 79:21
**graduate** [1] - 13:14
**graduated** [3] - 13:21, 13:23, 15:5
**graduation** [1] - 13:18
**greater** [9] - 48:22, 80:14, 89:5, 89:10, 94:10, 94:12, 95:2, 106:21, 143:19
**Greco** [4] - 2:8, 4:6, 5:22, 6:14
**GRECO** [229] - 1:17,

Patrick Howells

7

3:2, 3:2, 4:4, 5:16,
6:8, 7:16, 7:18, 9:3,
9:18, 18:9, 18:15,
19:13, 19:14, 22:22,
23:19, 27:3, 30:14,
33:2, 33:15, 38:1,
38:10, 39:21, 39:22,
41:3, 48:20, 49:23,
53:6, 53:14, 54:5,
55:16, 58:11, 58:14,
59:12, 60:6, 61:11,
61:20, 62:6, 62:12,
63:23, 64:8, 64:18,
65:14, 67:20, 68:9,
68:13, 69:8, 70:7,
71:16, 72:12, 72:17,
73:3, 73:14, 73:20,
74:7, 75:15, 75:20,
76:2, 76:11, 77:1,
77:7, 78:15, 78:20,
79:12, 79:17, 80:12,
83:18, 83:23, 84:13,
85:5, 86:16, 87:2,
88:9, 88:15, 88:23,
89:16, 89:22, 90:3,
90:22, 91:4, 91:12,
91:20, 92:8, 92:14,
92:21, 94:17, 95:1,
96:14, 97:4, 97:10,
97:18, 98:5, 98:16,
98:18, 99:7, 105:15,
105:19, 106:7, 107:7,
107:22, 108:3,
108:12, 108:18,
110:21, 111:3, 111:8,
111:13, 112:11,
113:1, 113:5, 113:17,
114:2, 114:6, 115:1,
115:15, 115:21,
116:2, 116:20, 117:9,
117:20, 118:8, 119:5,
119:21, 120:3,
120:14, 121:6,
121:13, 121:18,
122:2, 122:15,
122:19, 123:1,
123:15, 123:20,
124:11, 124:17,
124:21, 126:7,
126:13, 126:22,
127:6, 127:13,
127:19, 128:8,
128:15, 128:16,
128:22, 129:7,
129:19, 130:12,
130:16, 131:9,
131:16, 132:8,
132:12, 132:19,
133:2, 133:8, 134:5,
134:15, 135:1,
135:10, 135:18,

135:23, 136:9, 137:2,
137:6, 137:15,
137:21, 138:5,
138:12, 138:20,
139:2, 139:11,
139:15, 139:21,
140:6, 140:10,
140:15, 140:22,
141:7, 143:1, 143:10,
144:9, 144:14, 145:4,
145:10, 146:4,
146:12, 146:18,
147:2, 147:11,
147:23, 148:4,
148:11, 148:18,
149:1, 150:4, 150:14,
150:20, 151:4,
151:10, 152:12,
152:22, 153:5, 153:9,
153:17, 153:21,
155:8, 155:14,
155:22, 156:3, 157:4,
158:6, 158:10,
158:19, 159:5,
159:12, 159:16,
160:2, 160:19, 161:3,
161:11, 161:17,
161:19, 167:6, 167:8,
167:15, 167:17
    **green** [1] - 163:11
    **greet** [1] - 128:9
    **grew** [1] - 10:23
    **grind** [1] - 91:5
    **grinder** [5] - 70:10,
70:12, 70:15, 70:23,
71:9
    **grinders** [1] - 71:12
    **ground** [1] - 91:9
    **guess** [3] - 47:20,
71:13, 143:23
    **guy** [3] - 133:11,
134:3, 134:12
    **guys** [1] - 135:7
    **guys'** [1] - 51:11

## H

    **hair** [3] - 103:23,
104:12, 104:21
    **half** [1] - 94:22
    **hallway** [8] - 80:9,
144:8, 144:10,
144:15, 144:16,
147:13, 147:22, 155:1
    **hand** [7] - 103:10,
146:22, 147:17,
147:19, 148:6,
148:13, 148:17
    **handed** [3] - 30:5,
30:6, 85:14
    **handing** [1] - 85:11

**hang** [1] - 33:19
    **harassment** [3] -
111:5, 140:18, 141:4
    **hard** [1] - 5:10
    **hat** [1] - 104:11
    **head** [1] - 5:5
    **headlights** [2] -
137:18, 138:14
    **hear** [16] - 5:1,
113:19, 114:9,
114:13, 114:15,
115:5, 116:3, 125:23,
130:22, 131:2, 131:6,
133:9, 135:20,
136:10, 136:12, 137:7
    **heard** [3] - 115:9,
115:17, 152:21
    **heated** [1] - 51:16
    **heavy** [1] - 143:14
    **heights** [1] - 109:4
    **held** [2] - 26:5,
121:23
    **hello** [4] - 80:11,
128:5, 128:9, 154:15
    **help** [13] - 15:2,
38:22, 39:3, 51:11,
65:20, 74:16, 86:23,
93:23, 94:2, 96:10,
110:6, 113:6, 113:9
    **help-wanted** [2] -
38:22, 39:3
    **helped** [3] - 93:16,
109:13, 109:17
    **HEREBY** [1] - 168:7
    **hereby** [1] - 3:14
    **hi** [1] - 155:2
    **Hi** [1] - 4:6
    **high** [2] - 13:12, 15:5
    **HIGH** [1] - 20:8
    **hold** [2] - 12:18,
20:17
    **holder** [2] - 139:17,
140:3
    **home** [3] - 68:19,
81:12, 136:14
    **hostile** [5] - 111:10,
132:6, 132:10,
140:19, 141:5
    **hot** [7] - 80:23, 81:1,
81:4, 88:16, 106:14,
122:21, 123:4
    **hour** [1] - 107:5
    **hours** [10] - 23:6,
23:9, 23:12, 23:13,
66:16, 67:17, 120:17,
124:5, 124:14
    **house** [20] - 35:3,
49:20, 50:23, 51:2,
51:8, 64:23, 65:1,
65:7, 65:10, 65:11,

68:8, 92:18, 92:23,
93:10, 93:13, 94:2,
98:12, 109:6, 109:21,
152:19
    **HOWELLS** [3] - 1:2,
1:16, 168:8
    **Howells** [18] - 2:7,
4:6, 5:20, 6:13, 6:17,
9:19, 27:22, 28:3,
36:20, 43:20, 44:1,
44:5, 44:9, 50:9, 57:8,
57:12, 57:16, 57:19
    **hundred** [1] - 40:20
    **hunt** [4] - 63:10,
64:1, 64:3, 64:6
    **husband** [3] -
127:20, 152:23, 153:2
    **HY** [1] - 20:9
    **Hy** [19] - 21:18,
21:21, 21:22, 22:13,
23:1, 23:6, 23:16,
23:21, 24:18, 25:7,
25:9, 25:16, 26:1,
26:2, 27:6, 29:17,
29:21, 30:11, 31:1
    **Hy-Tech** [19] - 21:18,
21:21, 21:22, 22:13,
23:1, 23:6, 23:16,
23:21, 24:18, 25:7,
25:9, 25:16, 26:1,
26:2, 27:6, 29:17,
29:21, 30:11, 31:1
    **HyTech** [1] - 20:7

## I

    **idea** [10] - 17:7, 18:6,
36:10, 62:22, 76:5,
77:5, 107:21, 136:20,
139:6, 157:12
    **Identification** [1] -
2:4
    **identification** [2] -
6:6, 9:16
    **identify** [1] - 99:1
    **impatient** [1] - 63:4
    **important** [1] - 4:19
    **inaccurately** [1] -
167:10
    **inadvertently** [1] -
9:6
    **inappropriate** [1] -
131:13
    **INC** [1] - 1:10
    **incident** [2] - 139:16,
160:22
    **include** [1] - 40:2
    **includes** [1] - 55:21
    **including** [1] - 90:11
    **increases** [1] - 8:16

    **independent** [1] -
98:2
    **INDEX** [1] - 2:1
    **indicate** [2] - 140:16,
142:16
    **indicated** [2] -
112:18, 112:19
    **individual** [16] -
45:1, 45:17, 57:22,
58:2, 60:19, 96:7,
97:23, 98:13, 101:11,
103:17, 141:10,
141:13, 141:16,
141:19, 144:1, 157:20
    **individuals** [9] -
85:17, 86:19, 94:10,
101:16, 105:7, 106:3,
117:17, 150:1, 161:7
    **inner** [1] - 116:4
    **inner-city** [1] - 116:4
    **instead** [1] - 105:10
    **insurance** [1] - 24:14
    **interested** [1] - 95:17
    **interrupt** [1] - 5:9
    **interview** [1] - 112:5
    **interviewed** [1] -
111:22
    **introduced** [1] - 33:9
    **inventory** [1] -
156:14
    **investigation** [2] -
140:17, 141:2
    **invitation** [8] - 53:3,
53:7, 84:14, 84:17,
84:20, 85:3, 85:10,
85:12
    **invitations** [1] -
85:15
    **invited** [15] - 53:16,
53:18, 53:21, 53:22,
55:6, 55:9, 55:14,
55:18, 55:21, 85:2,
85:7, 85:17, 86:4,
86:8, 86:13
    **involved** [2] - 36:3,
118:4
    **items** [1] - 83:8

## J

    **Jamie** [14] - 55:2,
56:3, 56:7, 56:10,
56:14, 121:4, 125:15,
125:18, 126:4,
130:22, 139:16,
153:22, 154:1, 158:13
    **January** [15] - 42:21,
43:15, 44:7, 44:20,
45:13, 47:11, 48:10,
49:13, 56:13, 57:3,

57:18, 58:5, 58:21,
60:15, 77:22
**Jim** [1] - 141:13
**job** [8] - 8:14, 17:1,
21:9, 21:21, 31:7,
96:19, 142:17
**jobs** [1] - 25:4
**John** [1] - 141:23
**joke** [1] - 130:22
**jokes** [2] - 131:2,
131:4
**Josephine** [4] - 2:7,
4:6, 5:21, 6:14
**JOSEPHINE** [1] - 3:2
**July** [1] - 60:1
**June** [5] - 15:5, 15:7,
15:8, 15:19, 15:21
**Junior** [1] - 141:20

### K

**kaitlyn** [1] - 3:10
**KEEGAN** [1] - 1:13
**Keegan** [39] - 3:9,
8:11, 8:23, 27:20,
36:22, 43:3, 43:9,
43:13, 43:16, 50:4,
51:10, 54:11, 87:14,
92:17, 92:22, 93:9,
101:18, 101:19,
102:6, 102:7, 104:6,
109:3, 109:10,
109:17, 109:20,
110:4, 110:6, 118:16,
118:18, 119:17,
120:5, 126:3, 141:3,
142:14, 150:10,
158:3, 159:21
**keep** [3] - 80:11,
148:1, 148:12
**Kenmore** [4] - 10:14,
13:13, 68:23, 69:2
**key** [1] - 139:17
**kids** [5] - 136:21,
136:22, 139:7, 139:8,
140:2
**Kim** [2] - 96:7,
141:10
**kind** [7] - 8:6, 52:1,
123:11, 131:12,
134:22, 165:22
**kitchen** [1] - 65:8
**knives** [4] - 65:2,
65:7, 65:8, 65:10
**knowledge** [7] -
25:3, 46:21, 106:10,
110:8, 120:4, 126:16,
159:13
**known** [5] - 1:10,
1:11, 32:7, 32:15,

152:13
**Kunzelman** [2] -
57:23, 123:17

### L

**labor** [1] - 21:9
**laborer** [2] - 16:21,
17:2
**laborers** [2] - 17:15,
26:17
**lack** [2] - 14:9, 19:4
**lady** [1] - 99:4
**Lafayette** [2] - 1:18,
3:3
**laid** [15] - 21:6,
21:23, 22:1, 22:4,
22:10, 22:12, 23:1,
26:12, 26:14, 26:19,
30:19, 30:21, 31:1,
31:4, 94:21
**Lapress** [13] - 55:2,
56:3, 56:7, 56:10,
56:15, 121:4, 125:15,
125:18, 126:4,
130:22, 139:16,
153:23, 158:14
**Lasky** [1] - 98:14
**last** [9] - 15:3, 21:3,
26:14, 54:11, 151:14,
156:9, 157:11,
157:15, 157:18
**late** [11] - 18:7,
18:14, 18:22, 22:19,
23:5, 66:21, 68:1,
68:3, 81:21, 126:5,
126:11
**Lauber** [1] - 3:10
**law** [3] - 1:17, 97:16,
98:13
**lawsuit** [1] - 36:3
**layoff** [2] - 22:8,
26:10
**leaning** [1] - 25:4
**learn** [3] - 63:8,
64:16, 124:12
**learned** [5] - 63:6,
63:11, 63:14, 65:15,
66:1
**least** [2] - 53:2, 166:3
**leave** [9] - 14:6, 14:8,
16:13, 17:8, 24:18,
81:16, 81:22, 123:6,
136:14
**leaving** [1] - 167:15
**left** [9] - 14:18,
142:17, 147:17,
147:19, 148:6,
148:13, 150:10,
160:8, 160:10

**left-hand** [4] -
147:17, 147:19,
148:6, 148:13
**Leible** [10] - 54:23,
56:18, 56:21, 57:1,
57:5, 120:22, 121:1,
125:12, 154:7, 156:8
**Leo** [1] - 141:19
**less** [65] - 42:19,
43:1, 43:11, 43:14,
43:18, 43:22, 44:3,
44:6, 44:10, 44:13,
44:16, 44:19, 44:23,
45:6, 45:9, 45:12,
45:16, 47:4, 47:7,
47:10, 47:14, 48:19,
48:22, 49:5, 49:8,
49:12, 49:16, 51:3,
56:5, 56:8, 56:12,
56:16, 56:19, 56:22,
57:2, 57:6, 57:10,
57:14, 57:17, 57:21,
58:22, 59:14, 59:17,
59:20, 60:8, 60:11,
60:14, 60:18, 77:15,
77:18, 77:21, 78:2,
80:14, 86:11, 86:14,
86:9, 89:9, 89:10,
94:10, 94:11, 94:13,
95:3, 106:21, 143:19,
143:21
**letter** [1] - 12:23
**letting** [1] - 167:13
**license** [4] - 163:14,
163:17, 163:19,
166:15
**lift** [1] - 143:14
**light** [5] - 165:16,
165:18, 165:22,
166:12, 166:14
**light-blue** [5] -
165:16, 165:18,
165:22, 166:12,
166:14
**limited** [1] - 90:12
**listed** [1] - 8:17
**live** [3] - 63:9, 64:5,
68:14
**LLP** [1] - 3:5
**loaded** [9] - 130:9,
130:14, 144:5,
144:23, 145:6,
145:12, 145:17,
145:22, 148:6
**loading** [3] - 130:6,
147:18, 148:21
**loaning** [1] - 158:3
**located** [6] - 13:4,
20:10, 25:21, 40:8,
87:23, 143:5

**Lockport** [1] - 17:5
**look** [10] - 19:15,
60:22, 65:23, 69:12,
75:5, 138:1, 138:14,
150:7, 150:8, 150:9
**looked** [1] - 74:19
**looking** [8] - 56:1,
60:22, 61:7, 61:16,
62:1, 72:4, 72:8
**lunch** [18] - 66:21,
67:23, 80:21, 80:22,
88:17, 94:23, 95:22,
96:1, 96:5, 106:14,
106:18, 106:19,
107:5, 107:12,
122:17, 122:21,
123:8, 128:23
**lunchtime** [1] -
107:11
**Lynn** [2] - 12:1,
12:13

### M

**Machine** [1] - 168:9
**maiden** [1] - 12:8
**Mail** [4] - 2:9, 2:10,
5:23, 6:2
**mail** [1] - 6:21
**mailbox** [2] - 6:20,
6:23
**mailed** [1] - 30:5
**maintain** [1] - 29:8
**maintained** [2] -
29:19, 29:22
**maintenance** [2] -
74:22, 98:12
**major** [1] - 14:2
**male** [16] - 11:7,
133:14, 133:18,
133:23, 134:8,
134:19, 134:21,
135:4, 135:11, 136:1,
136:3, 137:10,
137:16, 137:22,
138:6, 138:7
**man** [3] - 134:11,
135:7, 135:14
**manner** [2] - 8:6,
168:8
**Maple** [1] - 13:5
**Maps** [1] - 69:14
**marijuana** [1] - 127:7
**mark** [2] - 5:16,
156:8
**Mark** [11] - 54:23,
56:18, 56:21, 57:1,
57:4, 120:22, 121:1,
125:12, 154:6, 156:7,
156:8

**marked** [16] - 6:5,
6:9, 9:6, 38:17, 40:4,
98:23, 99:18, 100:16,
101:9, 101:15, 102:3,
102:18, 103:4,
103:16, 104:2, 104:16
**maroon** [2] - 162:21,
163:1
**marriage** [1] - 12:13
**married** [11] - 11:9,
11:11, 11:13, 11:15,
11:18, 11:19, 11:21,
11:23, 12:8, 13:2,
127:16
**Marshall** [1] - 144:2
**Mary** [1] - 168:5
**MARY** [1] - 1:20,
168:21
**match** [2] - 138:9,
138:15
**Matthew** [1] - 144:1
**mean** [23] - 14:14,
17:12, 22:18, 23:11,
30:18, 35:18, 47:17,
49:19, 78:4, 79:20,
80:22, 81:8, 81:14,
83:8, 88:8, 93:17,
96:18, 104:20,
109:14, 112:12,
116:19, 125:13,
155:16
**meaning** [7] - 8:9,
39:16, 83:20, 98:1,
101:19, 102:7, 109:15
**means** [10] - 5:5, 8:7,
30:16, 71:22, 79:2,
79:3, 96:16, 119:8,
167:9, 168:9
**meant** [2] - 32:17,
34:13
**MEAT** [1] - 1:10
**meat** [28] - 41:9,
41:10, 66:5, 67:10,
69:20, 69:23, 70:4,
70:10, 70:12, 70:15,
71:8, 71:12, 71:20,
72:5, 72:14, 73:9,
73:19, 73:22, 75:11,
75:17, 91:16, 116:7,
151:5, 151:7, 151:9,
151:11, 151:15,
156:23
**Meat** [307] - 4:8, 8:1,
8:9, 8:12, 9:11, 13:8,
33:22, 34:2, 34:5,
34:8, 34:18, 35:23,
36:2, 36:9, 36:13,
36:20, 37:2, 37:5,
37:8, 37:11, 37:14,
37:22, 38:7, 38:23,

Patrick Howells

9

39:3, 39:11, 39:13,
39:14, 40:7, 40:23,
41:4, 41:22, 42:4,
42:11, 42:18, 42:23,
43:3, 43:10, 43:13,
43:17, 43:21, 44:2,
44:5, 44:9, 44:12,
44:15, 44:18, 44:22,
45:5, 45:8, 45:11,
45:15, 46:1, 46:4,
46:7, 46:10, 46:13,
46:16, 46:19, 47:3,
47:6, 47:9, 47:13,
47:16, 48:2, 48:5,
48:8, 48:12, 49:4,
49:7, 49:10, 49:15,
50:2, 50:6, 50:10,
50:13, 50:20, 56:4,
56:11, 56:15, 56:18,
56:21, 57:1, 57:5,
57:9, 57:12, 57:16,
57:20, 58:7, 58:17,
58:18, 58:20, 59:4,
59:10, 59:16, 59:19,
59:23, 60:4, 60:10,
60:13, 60:17, 62:15,
62:19, 66:2, 66:4,
67:11, 68:3, 68:22,
69:5, 69:10, 69:14,
70:13, 72:2, 72:15,
74:3, 76:12, 76:15,
76:21, 77:3, 77:11,
77:13, 77:17, 77:20,
78:1, 78:4, 78:7,
78:11, 78:16, 79:5,
79:15, 80:14, 81:16,
81:20, 82:1, 82:4,
82:8, 82:11, 82:16,
82:19, 82:23, 83:4,
83:7, 84:9, 85:18,
86:20, 88:17, 88:20,
89:14, 90:4, 91:9,
91:21, 92:1, 93:21,
94:12, 94:14, 95:5,
95:22, 96:2, 96:4,
96:10, 97:7, 105:8,
105:11, 105:22,
106:2, 106:9, 106:15,
106:17, 106:22,
107:19, 108:1, 108:7,
108:10, 108:16,
110:10, 110:13,
110:17, 110:23,
111:5, 111:10,
111:17, 111:20,
111:23, 112:3, 112:6,
112:8, 112:18,
113:13, 113:14,
113:21, 113:22,
114:3, 114:9, 114:16,
114:21, 115:4, 115:5,

115:11, 115:12,
115:23, 116:4, 116:7,
116:10, 116:13,
116:16, 117:22,
118:22, 119:3,
119:12, 119:15,
119:18, 119:23,
120:6, 120:9, 120:11,
120:18, 121:4,
121:23, 122:8,
122:12, 123:12,
123:22, 124:2, 124:5,
124:8, 124:14,
124:19, 125:7,
125:10, 125:13,
125:16, 125:21,
126:1, 127:3, 127:8,
127:16, 127:21,
128:13, 128:18,
129:1, 129:4, 129:23,
130:20, 131:2, 131:4,
131:7, 131:20,
131:23, 132:3, 132:6,
132:10, 132:16,
132:22, 133:5,
133:15, 133:19,
134:9, 134:10,
134:19, 134:20,
135:5, 135:6, 135:12,
135:13, 135:20,
136:2, 136:3, 136:10,
136:12, 136:17,
137:11, 137:17,
137:23, 138:7,
139:23, 140:20,
141:22, 142:2, 142:4,
142:8, 143:3, 143:11,
152:16, 153:3, 153:7,
153:13, 153:23,
154:7, 154:10,
155:12, 155:18,
156:1, 156:15,
156:18, 156:21,
157:1, 158:4, 159:9,
159:14, 160:11,
160:13, 161:8,
161:15, 163:23,
166:7, 167:2
 **MEATS** [2] - 1:11,
1:11
 **Meats** [3] - 9:1,
38:21, 40:11
 **Meats'** [1] - 40:1
 **medical** [2] - 23:22,
24:4
 **meet** [8] - 32:2,
32:19, 37:17, 37:19,
40:23, 60:19, 127:23,
128:2
 **MEGAN** [1] - 3:6

 **men** [1] - 136:4
 **mentioned** [1] - 91:8
 **met** [10] - 32:4,
32:21, 33:3, 33:7,
37:15, 41:4, 41:5,
86:7, 86:14
 **middle** [5] - 75:16,
75:23, 166:17,
166:18, 166:21
 **Middle** [3] - 112:14,
112:19, 120:12
 **might** [3] - 34:21,
35:6, 66:23
 **minimal** [1] - 63:6
 **minimum** [1] - 23:9
 **minority** [1] - 112:9
 **minute** [1] - 161:17
 **minutes** [5] - 66:22,
66:23, 67:7, 123:3,
123:8
 **misstate** [1] - 123:2,
123:5
 **Monday** [3] - 105:23,
106:9, 106:15
 **Mondays** [2] - 106:4,
128:15
 **money** [7] - 8:5,
16:15, 142:10,
142:12, 142:14,
158:3, 160:16
 **monies** [1] - 161:6
 **Monolopolus** [10] -
45:18, 45:23, 46:4,
46:7, 46:10, 46:13,
46:16, 46:19, 46:21,
54:21
 **MONOLOPOLUS** [1]
- 45:18
 **month** [1] - 127:2
 **months** [1] - 94:22
 **Moretta** [1] - 168:5
 **MORETTA** [2] - 1:20,
168:21
 **morning** [6] - 78:8,
78:12, 78:17, 79:7,
80:3, 96:11
 **mother** [1] - 99:5
 **motions** [1] - 4:21
 **move** [3] - 109:14,
109:17, 110:6
 **moving** [1] - 109:15
 **MS** [428] - 4:4, 5:16,
6:8, 7:15, 7:16, 7:18,
9:3, 9:18, 18:9, 18:15,
19:12, 19:13, 19:14,
22:21, 22:22, 23:18,
23:19, 27:2, 27:3,
30:13, 30:14, 32:23,
33:2, 33:13, 33:15,
37:23, 38:1, 38:9,

38:10, 39:20, 39:21,
39:22, 41:2, 41:3,
48:17, 48:20, 49:22,
49:23, 53:5, 53:6,
53:13, 53:14, 54:4,
54:5, 55:15, 55:16,
58:10, 58:11, 58:13,
58:14, 59:11, 59:12,
60:5, 60:6, 61:9,
61:11, 61:19, 61:20,
62:4, 62:6, 62:11,
62:12, 63:22, 63:23,
64:7, 64:8, 64:17,
64:18, 65:12, 65:14,
67:18, 67:20, 68:5,
68:9, 68:11, 68:13,
69:6, 69:8, 70:6, 70:7,
71:14, 71:16, 72:10,
72:12, 72:16, 72:17,
73:2, 73:3, 73:12,
73:14, 73:17, 73:20,
74:6, 74:7, 75:12,
75:15, 75:19, 75:20,
76:2, 76:8, 76:11,
76:22, 77:1, 77:6,
77:7, 78:13, 78:15,
78:19, 78:20, 79:10,
79:12, 79:16, 79:17,
80:7, 80:12, 83:17,
83:18, 83:21, 83:23,
84:12, 84:13, 85:4,
85:5, 86:15, 86:16,
87:1, 87:2, 88:7, 88:9,
88:13, 88:15, 88:22,
88:23, 89:15, 89:16,
89:22, 90:3, 90:21,
90:22, 91:2, 91:4,
91:10, 91:12, 91:19,
91:20, 92:7, 92:8,
92:13, 92:14, 92:19,
92:21, 94:16, 94:17,
94:19, 95:1, 96:12,
96:14, 97:2, 97:4,
97:8, 97:10, 97:17,
97:18, 98:4, 98:5,
98:16, 98:18, 99:6,
99:7, 105:14, 105:15,
105:18, 105:19,
106:5, 106:7, 107:6,
107:7, 107:20,
107:22, 108:2, 108:3,
108:11, 108:12,
108:17, 108:18,
110:19, 110:21,
111:1, 111:3, 111:6,
111:8, 111:12,
111:13, 112:10,
112:11, 112:21,
113:1, 113:3, 113:5,
113:16, 113:17,
114:1, 114:2, 114:4,

114:6, 114:23, 115:1,
115:14, 115:15,
115:20, 115:21,
116:1, 116:2, 116:17,
116:20, 117:7, 117:9,
117:19, 117:20,
118:7, 118:8, 119:4,
119:5, 119:19,
119:21, 120:1, 120:3,
120:13, 120:14,
121:5, 121:6, 121:12,
121:13, 121:17,
121:18, 122:1, 122:2,
122:13, 122:15,
122:18, 122:19,
122:23, 123:1,
123:13, 123:15,
123:18, 123:20,
124:9, 124:11,
124:15, 124:17,
124:20, 124:21,
126:6, 126:7, 126:12,
126:13, 126:20,
126:22, 127:5, 127:6,
127:12, 127:13,
127:17, 127:19,
128:6, 128:8, 128:14,
128:15, 128:16,
128:19, 128:22,
129:5, 129:7, 129:17,
129:19, 130:10,
130:12, 130:15,
130:16, 131:8, 131:9,
131:15, 131:16,
132:7, 132:8, 132:11,
132:12, 132:17,
132:19, 132:23,
133:2, 133:6, 133:8,
134:4, 134:5, 134:13,
134:15, 134:23,
135:1, 135:8, 135:10,
135:16, 135:18,
135:21, 135:23,
136:7, 136:9, 136:23,
137:2, 137:4, 137:6,
137:13, 137:15,
137:19, 137:21,
138:3, 138:5, 138:10,
138:12, 138:18,
138:20, 138:23,
139:2, 139:10,
139:11, 139:13,
139:15, 139:19,
139:21, 140:4, 140:6,
140:10, 140:13,
140:15, 140:21,
140:22, 141:6, 141:7,
142:22, 143:1, 143:7,
143:10, 144:7, 144:9,
144:12, 144:14,
145:2, 145:4, 145:9,

145:10, 146:2, 146:4, 146:9, 146:12, 146:17, 146:18, 147:1, 147:2, 147:8, 147:11, 147:21, 147:23, 148:3, 148:4, 148:9, 148:11, 148:15, 148:18, 148:22, 149:1, 150:3, 150:4, 150:12, 150:14, 150:18, 150:20, 151:3, 151:4, 151:8, 151:10, 152:10, 152:12, 152:20, 152:22, 153:4, 153:5, 153:8, 153:9, 153:15, 153:17, 153:19, 153:21, 155:6, 155:8, 155:13, 155:14, 155:19, 155:22, 156:2, 156:3, 157:2, 157:4, 158:6, 158:10, 158:16, 158:19, 159:4, 159:5, 159:10, 159:12, 159:15, 159:16, 159:23, 160:2, 160:18, 160:19, 161:2, 161:3, 161:9, 161:11, 161:17, 161:19, 167:6, 167:7, 167:8, 167:15, 167:17
**multi** [3] - 103:22, 104:11, 104:21
**multi-colored** [3] - 103:22, 104:11, 104:21
**multiple** [4] - 78:17, 129:5, 129:17, 155:19
**Murphy** [3] - 3:23, 9:22, 10:8
**must** [1] - 140:2
**Myer** [3] - 58:3, 58:6, 58:18

## N

**name** [25] - 12:9, 22:2, 45:1, 54:12, 57:22, 58:2, 60:19, 96:7, 98:13, 123:16, 125:23, 136:4, 141:10, 141:13, 141:16, 141:19, 141:23, 144:1, 152:21, 156:10, 156:11, 157:20, 166:17, 166:19, 166:21
**named** [2] - 8:10,

45:17
**names** [5] - 12:22, 51:11, 64:14, 100:4, 156:9
**Native** [1] - 120:9
**nature** [1] - 118:14
**near** [1] - 64:5
**need** [1] - 65:3
**needed** [1] - 139:17
**needs** [1] - 134:21
**Negrych** [11] - 37:8, 47:2, 47:6, 47:9, 47:12, 103:20, 105:5, 121:15, 121:19, 121:23, 160:3
**Nelson** [2] - 157:21, 157:22
**never** [19] - 17:21, 20:4, 63:6, 65:8, 79:2, 80:6, 97:20, 106:11, 115:9, 115:17, 119:9, 119:10, 122:14, 126:15, 147:4, 151:9, 151:15, 154:16
**NEW** [2] - 1:4, 168:1
**new** [3] - 93:20, 164:8, 164:10
**New** [9] - 1:18, 3:4, 3:7, 3:23, 9:20, 12:6, 13:10, 20:11, 168:6
**Newfane** [4] - 3:23, 9:20, 20:11, 64:12
**next** [8] - 17:17, 17:20, 100:5, 105:16, 143:8, 144:11, 144:13, 147:13
**Niagara** [2] - 40:8, 40:12
**nice** [5] - 23:12, 114:17, 115:8, 137:12, 138:14
**Nicole** [9] - 49:1, 49:4, 49:7, 49:10, 49:14, 49:17, 50:1, 54:14, 122:7
**nigger** [1] - 115:23
**niggers** [2] - 158:13, 159:1
**night** [1] - 107:16
**nigs** [4] - 113:15, 113:23, 114:11, 115:13
**nine** [2] - 10:3, 11:16
**non** [7] - 16:22, 16:23, 30:9, 30:10, 30:16, 74:4, 74:5
**non-game** [1] - 74:5
**non-season** [3] - 30:9, 30:10, 30:16
**non-union** [2] -

16:22, 16:23
**non-venison** [1] - 74:4
**none** [8] - 12:12, 46:2, 46:5, 46:8, 46:11, 46:14, 46:17, 46:20
**nonverbal** [1] - 5:4
**Notary** [3] - 1:20, 168:5, 168:22
**nothing** [1] - 168:15
**notice** [3] - 8:16, 19:5, 160:13
**Notice** [4] - 2:6, 5:20, 6:12, 6:18
**November** [5] - 18:7, 18:14, 18:22, 22:20, 23:5
**nuggets** [2] - 92:2, 94:4
**number** [7] - 9:23, 69:16, 70:16, 70:17, 163:17, 163:19, 166:15

## O

**o'clock** [9] - 78:8, 78:11, 80:1, 81:9, 81:10, 98:11, 107:9, 107:12, 107:15
**oath** [2] - 3:15, 79:3
**objection** [195] - 22:21, 23:18, 30:13, 32:23, 33:13, 37:23, 38:9, 39:20, 41:2, 48:17, 49:22, 53:5, 53:13, 54:4, 55:15, 58:10, 59:11, 60:5, 61:9, 61:19, 62:4, 62:11, 63:22, 64:7, 64:17, 65:12, 67:18, 68:5, 68:11, 69:6, 70:6, 71:14, 72:10, 72:16, 73:2, 73:12, 73:17, 74:6, 75:12, 75:19, 76:8, 76:22, 77:6, 78:13, 78:19, 79:10, 79:16, 80:7, 83:17, 83:21, 84:12, 85:4, 86:15, 87:1, 88:7, 88:13, 88:22, 89:15, 90:21, 91:2, 91:10, 91:19, 92:7, 92:13, 92:19, 94:16, 94:19, 96:12, 97:2, 97:8, 97:17, 98:4, 105:14, 105:18, 106:5, 107:6, 107:20, 108:2, 108:11, 108:17, 110:19,

111:1, 111:6, 111:12, 112:10, 112:21, 113:3, 113:16, 114:4, 114:23, 115:14, 115:20, 116:1, 116:17, 117:7, 117:19, 118:7, 119:4, 119:19, 120:1, 120:13, 121:5, 121:12, 121:17, 122:1, 122:13, 122:18, 122:23, 123:13, 123:18, 124:9, 124:15, 124:20, 126:6, 126:12, 126:20, 127:5, 127:12, 127:17, 128:6, 128:14, 128:19, 129:5, 129:17, 130:10, 130:15, 131:8, 131:15, 132:7, 132:11, 132:17, 132:23, 133:6, 134:4, 134:13, 134:23, 135:8, 135:16, 135:21, 136:7, 136:23, 137:4, 137:13, 137:19, 138:3, 138:10, 138:18, 138:23, 139:10, 139:13, 139:19, 140:4, 140:13, 140:21, 141:6, 142:22, 143:7, 144:7, 144:12, 145:2, 145:9, 146:2, 146:9, 146:17, 147:1, 147:8, 147:21, 148:3, 148:9, 148:15, 148:22, 150:3, 150:12, 150:18, 151:3, 151:8, 152:10, 152:20, 153:4, 153:8, 153:15, 153:19, 155:6, 155:13, 155:19, 156:2, 157:2, 158:16, 159:4, 159:10, 159:15, 159:23, 160:18, 161:2, 161:9
**objections** [1] - 3:18
**observation** [1] - 129:14
**observe** [34] - 54:9, 110:12, 122:11, 123:11, 123:21, 124:1, 124:4, 124:7, 124:18, 125:6, 125:12, 125:15, 125:20, 126:3, 126:4, 126:10, 127:2,

127:20, 128:9, 129:3, 130:4, 153:22, 154:6, 154:9, 154:12, 154:14, 155:5, 155:11, 155:17, 155:23, 156:14, 156:17, 156:20, 156:23
**observed** [2] - 129:10, 154:16
**occasion** [2] - 42:13, 78:8
**occasions** [81] - 37:13, 39:23, 40:10, 42:10, 42:15, 42:17, 42:22, 43:2, 43:16, 43:19, 43:23, 44:8, 44:11, 44:14, 44:17, 44:21, 45:4, 45:7, 45:10, 45:14, 45:22, 46:3, 46:6, 46:9, 46:12, 46:15, 46:18, 47:1, 47:5, 47:8, 47:12, 47:15, 48:1, 48:4, 48:7, 48:10, 49:3, 49:6, 49:9, 49:14, 51:1, 51:19, 52:22, 55:20, 56:2, 56:6, 56:9, 56:14, 56:17, 56:20, 56:23, 57:4, 57:7, 57:11, 57:15, 57:19, 58:5, 58:19, 59:3, 59:8, 59:15, 59:18, 60:3, 60:9, 60:12, 60:16, 66:20, 67:6, 77:12, 77:16, 77:19, 77:23, 78:17, 79:6, 80:13, 86:7, 89:5, 89:7, 117:3, 143:17, 143:20
**October** [1] - 18:18
**OF** [3] - 1:4, 168:1, 168:3
**offensive** [3] - 138:17, 139:9, 140:12
**offer** [1] - 108:9
**offered** [1] - 159:8
**office** [2] - 62:2, 62:3
**offices** [1] - 1:17
**often** [2] - 42:3, 149:5
**old** [4] - 11:5, 24:19, 25:1, 25:13
**once** [60] - 15:18, 35:1, 40:16, 42:6, 42:19, 43:1, 43:5, 43:11, 43:14, 43:18, 43:22, 44:3, 44:6, 44:10, 44:13, 44:16, 44:19, 44:23, 45:6,

Patrick Howells

45:9, 45:12, 45:16,
47:4, 47:7, 47:10,
47:14, 48:19, 48:22,
49:5, 49:8, 49:12,
49:16, 51:3, 53:2,
56:5, 56:8, 56:12,
56:16, 56:19, 56:22,
57:2, 57:6, 57:10,
57:14, 57:17, 57:21,
58:22, 59:14, 59:17,
59:20, 60:8, 60:11,
60:14, 60:18, 77:15,
77:18, 77:21, 78:2,
86:11, 89:9
  **one** [65] - 9:8, 14:1,
26:14, 42:13, 54:9,
54:22, 61:4, 61:18,
62:23, 63:20, 66:8,
66:22, 67:2, 67:3,
67:4, 69:15, 69:16,
70:16, 70:17, 71:1,
71:8, 71:18, 71:21,
72:7, 72:9, 72:13,
72:19, 73:1, 78:6,
79:5, 80:1, 80:14,
80:18, 81:9, 88:18,
88:19, 89:6, 89:10,
89:18, 94:10, 94:13,
95:2, 100:2, 103:8,
103:18, 106:21,
107:2, 134:21,
143:19, 143:21,
145:15, 145:21,
146:5, 147:9, 147:13,
150:16, 150:19,
150:21, 163:12,
164:10, 165:10
  **one-year** [2] - 62:23,
66:8
  **ongoing** [1] - 17:6
  **open** [2] - 106:2,
139:18
  **opinion** [3] - 114:1,
134:14, 158:17
  **opportunity** [2] -
108:9, 108:15
  **opposed** [3] - 68:17,
106:18, 167:12
  **opposing** [1] - 6:16
  **order** [1] - 31:18
  **original** [1] - 9:5
  **outside** [16] - 84:5,
84:9, 109:14, 120:21,
121:3, 121:9, 121:14,
125:1, 125:13, 130:6,
144:17, 145:1, 145:7,
145:21, 146:6, 148:5
  **overheard** [1] - 93:22
  **own** [2] - 65:17,
134:22

  **owned** [1] - 163:2
  **owner** [6] - 27:5,
27:11, 30:2, 119:23,
120:5, 136:16
  **owns** [1] - 8:1

## P

  **P-O-L-L-A-C-K** [1] -
27:9
  **pack** [53] - 37:21,
38:7, 38:12, 69:5,
69:10, 71:18, 74:10,
74:12, 74:18, 75:1,
75:5, 75:11, 75:18,
76:13, 76:14, 78:18,
79:9, 83:3, 83:5, 83:9,
83:15, 86:23, 87:5,
87:11, 87:14, 87:17,
87:20, 88:1, 88:11,
88:12, 90:8, 90:15,
90:23, 91:13, 92:5,
130:19, 144:17,
145:3, 145:5, 147:15,
147:17, 149:10,
150:2, 150:8, 151:9,
154:8, 154:13,
154:14, 154:18,
154:22, 154:23, 155:3
  **packed** [11] - 69:23,
72:6, 73:10, 82:23,
83:3, 83:7, 83:9,
83:12, 146:15, 148:7,
151:15
  **packers** [2] - 75:17,
83:11
  **packing** [26] - 71:22,
72:14, 72:23, 73:7,
74:4, 79:14, 80:5,
129:3, 129:15,
129:22, 130:7, 130:8,
130:13, 144:5, 146:1,
146:7, 146:13,
148:20, 149:14,
150:11, 151:1,
154:12, 155:5,
155:11, 155:16,
155:17
  **packs** [26] - 76:20,
77:3, 79:14, 80:5,
82:23, 83:12, 88:12,
90:8, 90:16, 92:5,
129:4, 130:9, 130:13,
144:4, 144:23, 145:5,
145:22, 146:5,
146:14, 147:20,
148:7, 148:20,
148:21, 154:12,
155:5, 155:11
  **page** [1] - 7:6
  **paid** [10] - 28:8, 30:3,

93:6, 96:15, 96:19,
96:20, 97:6, 97:14,
97:20, 97:23
  **paper** [3] - 70:3,
139:17, 140:3
  **pardon** [9] - 11:12,
11:22, 14:7, 14:12,
19:20, 24:2, 38:3,
87:4, 163:18
  **paren** [2] - 9:12
  **park** [7] - 105:12,
105:16, 164:1, 164:3,
164:4, 167:3
  **parked** [2] - 145:11,
166:9
  **parking** [5] - 105:10,
105:11, 115:13,
164:2, 167:3
  **Parkwood** [2] -
10:10, 10:21
  **part** [6] - 13:20, 16:3,
16:8, 61:2, 93:6,
107:1
  **part-time** [3] - 13:20,
16:3, 16:8
  **participate** [1] - 83:6
  **particular** [1] - 19:15
  **parties** [4] - 3:13,
3:15, 54:9, 54:10
  **partner** [2] - 119:18,
119:23
  **party** [10] - 51:23,
52:1, 52:20, 53:1,
53:20, 53:22, 54:3,
55:4, 55:10, 152:17
  **pass** [1] - 142:4
  **passed** [1] - 165:20
  **past** [2] - 145:6,
155:1
  **patio** [1] - 93:3
  **PATRICK** [3] - 1:2,
1:16, 168:7
  **Patrick** [3] - 2:6,
5:20, 6:13
  **pay** [3] - 8:16, 26:9,
96:22
  **paychecks** [1] -
161:6
  **people** [11] - 5:11,
12:21, 42:2, 50:16,
80:10, 81:17, 83:5,
95:8, 105:12, 129:12,
146:10
  **people's** [1] - 156:9
  **perform** [2] - 116:9,
161:7
  **performance** [2] -
153:14, 153:18
  **performances** [1] -
8:16

  **performed** [1] -
28:17
  **performing** [3] -
14:10, 14:13, 51:4
  **period** [10] - 19:21,
22:11, 22:15, 22:17,
59:5, 62:23, 66:8,
67:2, 89:19
  **periods** [2] - 97:12,
112:18
  **person** [5] - 24:22,
63:20, 85:2, 86:13,
123:16
  **personal** [12] -
24:10, 33:11, 33:20,
49:17, 84:3, 84:4,
120:21, 121:3, 121:9,
121:14, 136:14, 152:9
  **personally** [1] - 54:9
  **phone** [3] - 124:2,
124:4, 124:13
  **photo** [2] - 101:10,
101:11
  **photograph** [16] -
99:12, 100:13,
100:18, 100:20,
101:1, 101:5, 101:17,
101:23, 102:5,
102:10, 102:20,
103:1, 103:5, 104:4,
104:7, 104:18
  **photographs** [2] -
69:4, 69:9
  **physical** [4] - 14:3,
14:10, 14:13, 16:6
  **physically** [3] -
39:23, 90:18, 90:23
  **pickup** [8] - 162:3,
162:13, 162:20,
163:1, 163:4, 163:8,
164:16, 164:17
  **picture** [9] - 40:3,
72:8, 75:4, 99:2,
99:20, 102:12,
103:10, 103:13,
103:17
  **pictures** [1] - 99:14
  **place** [2] - 75:17,
138:22
  **placed** [1] - 91:16
  **places** [2] - 64:12,
64:13
  **Plaintiff** [2] - 1:7, 3:4
  **Plaintiff's** [3] - 2:6,
5:19, 6:12
  **plate** [4] - 163:14,
163:17, 163:19,
166:15
  **PLLC** [2] - 1:17, 3:2
  **plus** [1] - 21:9

  **point** [1] - 129:12
  **police** [1] - 160:23
  **policies** [4] - 110:16,
110:22, 111:4, 111:9
  **politics** [1] - 159:2
  **Pollack** [1] - 27:8
  **pork** [5] - 71:20,
82:11, 82:19, 90:12,
90:13
  **position** [12] - 12:18,
16:9, 16:11, 16:20,
20:17, 20:20, 26:4,
111:23, 112:3, 112:5,
121:22
  **positions** [1] - 26:4
  **possession** [3] -
8:14, 8:20, 8:22
  **post** [1] - 53:3
  **pour** [2] - 19:10, 21:7
  **pouring** [1] - 51:12
  **practice** [1] - 65:20
  **premises** [5] - 77:13,
77:17, 77:20, 78:1,
80:19
  **PRESENT** [1] - 3:9
  **present** [11] - 9:23,
34:17, 39:19, 40:14,
73:11, 80:6, 111:16,
111:19, 111:22,
116:15, 163:3
  **pretty** [2] - 22:7,
26:19
  **previously** [2] -
90:13, 98:23
  **principals** [1] - 4:9
  **printed** [1] - 69:14
  **problem** [1] - 14:17
  **Procedure** [2] - 1:17,
7:13
  **procedures** [4] -
110:17, 110:22,
111:4, 111:10
  **process** [2] - 63:7,
82:22, 118:5
  **processed** [5] - 64:9,
69:21, 89:8, 116:15,
116:18
  **processing** [1] -
160:17
  **product** [11] - 73:23,
76:19, 79:14, 83:11,
96:11, 142:8, 146:13,
146:22, 147:6,
149:19, 150:2
  **products** [3] - 76:20,
90:11, 157:7
  **profile** [1] - 14:22
  **Profile** [16] - 15:9,
15:22, 16:19, 17:4,
17:8, 19:12, 20:6,

Patrick Howells

20:13, 20:23, 21:5, 22:18, 24:16, 29:17, 30:1, 30:12, 30:21
**program** [3] - 14:4, 14:11, 14:14
**proper** [2] - 65:5, 65:6
**property** [3] - 39:15, 40:1
**PTO** [1] - 24:12
**Public** [3] - 1:20, 168:5, 168:22
**public** [1] - 106:3
**pump** [6] - 93:16, 93:17, 93:20, 93:23, 94:2, 94:4
**purchase** [1] - 162:6
**purchased** [2] - 94:5, 94:7
**purchasing** [1] - 152:18
**purposes** [3] - 28:17, 96:23
**pursuant** [2] - 1:16, 7:12
**put** [3] - 65:19, 70:3, 144:4
**Putnam** [3] - 96:8, 141:11, 141:14
**putting** [1] - 96:11

## Q

**questioning** [1] - 4:19
**questions** [4] - 3:19, 19:12, 26:21, 167:6
**quote** [1] - 158:14

## R

**racial** [2] - 136:22, 139:8
**racially** [2] - 139:9, 140:11
**Raelean** [21] - 54:19, 58:23, 59:3, 59:9, 59:16, 59:18, 60:3, 95:12, 95:15, 95:17, 95:19, 98:20, 100:3, 103:6, 104:14, 104:15, 133:9, 133:13, 142:21, 157:11
**rain** [1] - 23:11
**rake** [2] - 17:3
**Rand** [2] - 1:18, 3:3
**Ransomville** [1] - 25:22
**rate** [1] - 26:9
**read** [12] - 7:3, 7:19,

18:9, 18:12, 75:22, 89:22, 90:1, 140:8, 158:8, 167:8, 167:9, 167:17
**ready** [3] - 130:9, 130:14, 144:23
**really** [2] - 12:19, 152:14, 154:16
**reason** [4] - 4:15, 62:18, 143:13
**reasons** [1] - 4:20
**receive** [4] - 28:14, 28:15, 31:14, 31:18
**received** [9] - 6:5, 6:21, 7:1, 7:19, 8:5, 9:14, 28:23, 34:11, 124:13
**receiving** [2] - 31:8, 31:11
**recess** [2] - 98:17, 161:18
**recognize** [29] - 38:18, 39:6, 40:4, 40:7, 61:4, 97:13, 99:10, 99:12, 99:19, 100:12, 100:17, 100:23, 101:3, 101:10, 101:16, 102:4, 102:9, 102:12, 102:19, 103:5, 103:17, 104:3, 104:14, 104:17, 104:23, 105:5, 105:7, 159:21, 160:3
**recollection** [6] - 33:6, 42:3, 74:21, 86:4, 113:7, 156:12
**record** [7] - 6:10, 9:3, 9:9, 11:7, 98:16, 156:13, 157:9
**recorded** [1] - 98:1
**records** [5] - 29:9, 29:12, 29:18, 29:21
**reduced** [1] - 168:10
**refer** [6] - 22:6, 113:14, 113:22, 114:13, 116:3, 121:19
**Referee** [1] - 3:11
**referred** [3] - 106:23, 158:13, 159:1
**referring** [1] - 93:19
**refill** [1] - 76:19
**reflecting** [1] - 8:4
**refresh** [2] - 86:3, 113:6
**refreshes** [1] - 156:11
**regard** [2] - 37:10, 71:17
**regarding** [25] - 8:22,

34:13, 34:18, 34:23, 35:22, 36:16, 36:20, 37:2, 37:5, 37:8, 95:12, 95:14, 110:17, 110:23, 111:5, 111:10, 114:22, 115:6, 130:23, 131:22, 137:17, 137:23, 140:17, 153:13, 153:18
**Regina** [9] - 54:17, 59:21, 60:10, 60:13, 60:16, 104:15, 133:10, 133:17
**registers** [1] - 160:14
**regular** [7] - 18:3, 31:15, 65:8, 70:4, 71:20, 72:5, 151:5
**relate** [1] - 19:12
**related** [2] - 27:15, 27:16
**relation** [1] - 143:5
**relative** [17] - 4:18, 6:16, 8:20, 28:16, 29:3, 89:13, 114:16, 115:11, 132:22, 133:4, 137:11, 138:8, 141:3, 144:10, 160:16, 160:23, 168:16
**remark** [2] - 9:4, 9:8
**Remarked** [1] - 2:13
**remarked** [1] - 9:15
**remarking** [1] - 9:9
**remarks** [2] - 136:22, 139:8
**remember** [10] - 16:16, 35:21, 55:12, 74:16, 79:1, 79:4, 107:10, 113:9, 120:16, 143:17
**Rental** [1] - 105:17
**repeat** [7] - 75:20, 89:21, 130:11, 140:5, 140:6, 158:5, 158:6
**rephrase** [1] - 39:21
**replaced** [1] - 25:12
**report** [1] - 9:10
**reporter** [8] - 4:14, 5:1, 5:4, 18:12, 75:22, 90:1, 140:8, 158:8
**reporting** [1] - 96:22
**represent** [1] - 4:7
**represented** [1] - 7:7
**requested** [7] - 8:11, 75:21, 89:23, 105:12, 111:16, 140:7, 158:7
**research** [1] - 12:17
**reserved** [1] - 3:19

**reside** [6] - 9:19, 10:9, 10:15, 10:19, 10:22, 12:4
**resided** [1] - 10:2
**residence** [1] - 10:6
**residing** [1] - 10:8
**resign** [1] - 17:16
**respective** [1] - 3:15
**response** [1] - 35:19
**responses** [1] - 5:5
**rest** [1] - 82:2
**retail** [1] - 120:17
**retaliation** [3] - 110:23, 140:19, 141:5
**retrieve** [2] - 75:18, 150:2
**rid** [1] - 17:15
**ride** [1] - 94:22
**right-hand** [3] - 103:10, 146:22, 148:17
**Road** [4] - 3:23, 9:22, 10:8, 13:5
**roast** [1] - 82:20
**roasts** [1] - 90:13
**ROBERT** [1] - 1:12
**Robert** [36] - 8:11, 8:23, 27:18, 31:23, 32:9, 32:15, 32:21, 33:3, 33:7, 33:11, 36:15, 37:10, 44:12, 44:15, 44:18, 44:21, 50:12, 50:15, 50:19, 53:11, 93:12, 94:1, 94:7, 98:13, 100:8, 105:11, 109:7, 109:13, 128:4, 137:7, 139:5, 142:10, 158:2, 158:11, 159:19, 161:1
**ROBERTS** [1] - 1:13
**Roberts** [30] - 3:9, 8:11, 8:23, 27:20, 36:23, 43:3, 43:10, 43:13, 43:16, 50:5, 87:14, 93:9, 101:19, 102:7, 109:3, 109:11, 109:17, 109:20, 110:4, 110:6, 118:16, 118:19, 119:17, 120:5, 126:3, 141:3, 142:14, 150:11, 158:3, 159:21
**Roberts'** [2] - 92:17, 92:22
**Roe** [1] - 126:1
**roofing** [3] - 108:23, 109:3, 110:4
**room** [71] - 37:22, 38:7, 38:12, 69:5, 69:10, 70:19, 71:18,

74:10, 74:12, 74:18, 75:2, 75:5, 76:13, 76:14, 78:18, 79:9, 81:4, 83:5, 83:15, 86:23, 87:5, 87:12, 87:15, 87:18, 87:21, 88:1, 88:11, 89:1, 89:7, 90:8, 90:15, 90:19, 91:1, 91:13, 92:6, 110:1, 118:2, 130:7, 130:8, 130:13, 130:19, 144:5, 144:17, 145:3, 145:5, 146:16, 147:9, 147:15, 147:17, 148:2, 148:12, 149:10, 149:11, 149:13, 149:14, 149:17, 149:18, 149:22, 150:8, 150:22, 151:1, 154:3, 154:4, 154:13, 154:14, 154:18, 154:22, 154:23, 155:3, 155:4
**rooms** [5] - 38:16, 150:16, 150:19, 150:22
**Roseanne** [3] - 87:7, 87:9, 125:20
**rotation** [1] - 156:15
**Round** [12] - 47:16, 48:1, 48:4, 48:7, 48:11, 48:14, 87:20, 121:10, 126:10, 133:9, 142:20, 150:11
**Round's** [2] - 127:10, 127:14
**rules** [1] - 4:13
**Rules** [2] - 1:16, 7:13
**Rush** [35] - 54:17, 54:19, 58:23, 59:4, 59:9, 59:16, 59:19, 59:21, 60:3, 60:10, 60:13, 60:16, 95:12, 95:15, 95:17, 95:19, 98:20, 100:2, 100:3, 103:6, 103:8, 103:18, 103:22, 104:5, 104:10, 104:14, 104:19, 104:20, 133:9, 133:10, 133:13, 133:17, 142:21, 157:11

## S

**S-T-R-U-S-A** [1] - 12:3
**S10** [4] - 162:11, 162:12, 163:4, 163:5

Sue Ann Simonin Court Reporting

Patrick Howells

**Saturday** [2] - 128:21, 128:23
**Saturdays** [2] - 128:12, 128:17
**sausage** [5] - 117:21, 118:5, 154:8, 155:23, 156:5
**saw** [9] - 42:3, 52:23, 54:15, 72:5, 75:4, 94:9, 95:5, 151:15, 153:6
**scared** [1] - 109:4
**schedule** [4] - 8:15, 68:6, 106:11, 108:8
**scheduled** [1] - 66:19
**school** [7] - 13:12, 14:6, 14:8, 15:5, 15:18, 136:21, 139:7
**Schultz** [2] - 157:21, 157:23
**Science** [3] - 12:15, 12:16, 13:4
**score** [1] - 135:15
**SEAFOOD** [1] - 1:11
**Sean** [14] - 47:16, 48:1, 48:4, 48:7, 48:11, 48:14, 87:20, 121:10, 126:10, 127:10, 127:14, 133:9, 142:20, 150:11
**season** [19] - 17:17, 17:20, 18:4, 19:1, 19:7, 19:16, 19:22, 22:1, 22:4, 30:9, 30:10, 30:16, 68:4, 83:20, 98:8, 98:10, 106:4, 151:6
**seasonal** [2] - 22:3, 31:9
**secretary** [1] - 29:23
**see** [125] - 7:12, 8:10, 33:9, 38:22, 39:3, 42:2, 42:11, 42:18, 42:22, 43:3, 43:9, 43:12, 43:16, 43:20, 44:1, 44:4, 44:8, 44:12, 44:15, 44:18, 44:21, 45:5, 45:8, 45:11, 45:14, 45:23, 46:3, 46:6, 46:9, 46:13, 46:16, 46:18, 47:2, 47:6, 47:8, 47:12, 47:16, 47:21, 48:1, 48:4, 48:7, 48:11, 49:4, 49:7, 49:10, 49:14, 54:2, 54:8, 54:17, 54:19, 54:21, 54:23, 55:2, 55:4, 56:3, 56:7,

56:10, 56:14, 56:18, 56:21, 57:1, 57:4, 57:8, 57:12, 57:16, 57:19, 58:6, 58:20, 59:3, 59:9, 59:16, 59:18, 60:3, 60:10, 60:12, 60:16, 60:23, 61:7, 61:10, 61:14, 61:17, 62:2, 62:7, 62:14, 62:16, 66:20, 68:7, 68:10, 68:17, 69:12, 69:15, 69:23, 70:3, 70:12, 70:15, 70:23, 71:20, 72:1, 75:1, 80:8, 81:5, 83:3, 87:11, 87:14, 87:17, 87:20, 92:11, 98:19, 102:23, 117:21, 118:1, 119:14, 128:4, 129:15, 129:22, 131:12, 150:9, 151:11, 151:18, 151:20, 152:1, 152:3, 153:2, 160:16
**seeing** [4] - 41:22, 52:19, 73:21, 147:12
**SEIBERT** [2] - 1:12, 1:12
**Seibert** [51] - 8:11, 8:12, 8:23, 27:16, 27:18, 31:23, 32:10, 32:15, 32:21, 33:3, 33:8, 33:12, 36:15, 37:4, 37:10, 44:12, 44:15, 44:18, 44:21, 49:1, 49:4, 49:7, 49:10, 49:14, 49:17, 50:2, 50:12, 50:15, 50:19, 53:12, 93:12, 94:1, 94:7, 100:8, 105:2, 105:12, 109:8, 109:14, 122:8, 128:4, 137:7, 139:5, 142:10, 142:12, 157:9, 158:2, 158:11, 159:19, 159:21, 161:1
**Seiberts** [3] - 109:1, 118:9, 118:12
**sells** [5] - 82:4, 82:8, 82:11, 82:16, 82:19
**send** [1] - 167:11
**sending** [1] - 6:16
**Seneca** [1] - 9:10
**Senior** [2] - 157:21, 157:23
**separate** [1] - 160:14
**September** [1] - 51:23
**served** [1] - 6:18
**Service** [5] - 2:8,

2:10, 5:23, 6:2, 6:15
**SERVICE** [1] - 1:10
**services** [1] - 161:7
**set** [2] - 17:3, 87:5
**setting** [2] - 86:23, 156:20
**seven** [5] - 20:14, 78:11, 78:17, 79:6, 162:7
**seven-thirty** [2] - 78:17, 79:6
**several** [2] - 4:8, 66:10
**sexually** [1] - 138:17
**sheet** [1] - 167:11
**Sher** [6] - 15:12, 15:23, 16:6, 16:11, 16:13, 16:16
**Sher-Del** [6] - 15:12, 15:23, 16:6, 16:11, 16:13, 16:16
**shop** [1] - 16:22
**short** [2] - 98:17, 161:18
**Shorthand** [1] - 168:9
**show** [17] - 6:9, 38:17, 39:5, 40:3, 98:23, 99:18, 100:16, 100:23, 101:9, 101:15, 102:3, 102:18, 103:4, 103:16, 104:2, 104:16, 124:23
**showed** [2] - 39:15, 89:18
**shows** [1] - 61:8
**sick** [1] - 24:8
**side** [13] - 103:10, 144:23, 145:21, 145:23, 146:3, 146:5, 146:6, 146:22, 147:18, 147:19, 148:7, 148:13, 148:17
**sign** [4] - 38:22, 39:3, 167:8, 167:17
**signed** [7] - 2:7, 2:9, 2:11, 5:21, 6:1, 6:3, 6:14
**signing** [1] - 3:16
**similar** [2] - 115:7, 136:19
**sirloin** [2] - 82:17, 90:13
**site** [1] - 17:14
**sitting** [2] - 119:22, 120:4
**six** [1] - 162:7
**skin** [3] - 117:1, 150:23

**skinned** [5] - 116:22, 117:2, 117:4, 150:15, 150:17
**small** [1] - 162:13
**smoke** [1] - 108:21
**smokes** [1] - 125:9
**smoking** [7] - 125:1, 125:4, 125:6, 125:12, 125:15, 125:20, 127:7
**socialize** [2] - 33:16, 33:19
**sold** [3] - 90:4, 91:21, 92:1
**someone** [9] - 21:12, 22:5, 33:21, 33:23, 34:1, 86:13, 96:21, 120:12, 125:23
**someplace** [1] - 64:5
**somewhere** [5] - 31:20, 83:9, 123:7, 142:17, 149:18
**soon** [2] - 32:21, 147:10
**sorry** [8] - 9:11, 18:9, 28:22, 29:17, 67:21, 95:13, 105:16, 161:12
**Spartacus** [1] - 141:17
**specific** [5] - 32:3, 40:15, 107:4, 117:3, 122:10
**specifically** [5] - 35:13, 66:3, 66:15, 83:10, 141:2
**spell** [3] - 12:2, 20:8, 25:19
**spend** [1] - 123:7
**spoken** [1] - 34:17
**Sports** [1] - 98:11
**sports** [2] - 136:13, 159:2
**spot** [2] - 164:5, 166:9
**Square** [2] - 1:18, 3:3
**SS** [1] - 168:2
**stamps** [3] - 114:18, 115:8, 126:19
**stand** [2] - 4:17, 147:5
**stand-up** [1] - 147:5
**standing** [1] - 117:8
**start** [2] - 25:23, 126:15
**started** [18] - 14:20, 15:8, 15:21, 17:22, 20:13, 32:18, 32:22, 34:6, 39:11, 39:18, 40:13, 55:7, 58:9, 58:16, 58:18, 59:6, 60:1, 126:16

**starting** [2] - 17:22, 18:13
**state** [1] - 114:16
**STATE** [1] - 168:1
**State** [1] - 168:6
**statement** [1] - 114:21
**states** [2] - 7:5, 7:10
**STATES** [1] - 1:3
**stating** [1] - 114:14
**steak** [1] - 90:13
**steaks** [1] - 82:17
**still** [5] - 12:6, 25:6, 25:7, 26:7, 107:16
**stipulated** [1] - 3:14
**stipulations** [1] - 3:12
**stone** [1] - 17:3
**stop** [5] - 19:2, 66:20, 68:7, 123:3, 129:12
**stopped** [6] - 15:18, 15:20, 33:9, 42:1, 59:7, 60:2
**store** [13] - 39:9, 39:12, 41:11, 41:13, 41:16, 41:17, 41:18, 41:19, 53:4, 76:18, 95:7, 109:15, 120:17
**stored** [2] - 146:16, 148:13
**storm** [1] - 18:18
**straight** [4] - 146:14, 146:21, 148:1, 150:7
**Street** [1] - 10:11
**street** [1] - 105:13
**strike** [44] - 9:5, 17:15, 18:23, 21:22, 21:23, 22:23, 23:10, 26:9, 27:15, 28:15, 29:18, 30:8, 30:9, 30:15, 33:5, 37:14, 39:13, 40:2, 47:23, 53:7, 53:15, 55:5, 55:17, 56:2, 64:1, 66:2, 67:9, 75:10, 77:12, 84:8, 89:8, 91:8, 95:21, 95:22, 97:11, 98:8, 113:11, 114:14, 122:20, 126:3, 133:22, 139:4, 157:5
**Strusa** [2] - 12:1, 12:13
**stuff** [1] - 158:14
**submitted** [1] - 111:19
**Subpoena** [7] - 2:5, 5:18, 6:10, 6:18, 7:5, 7:19, 34:11

Patrick Howells

14

**subpoenaed** [3] - 34:22, 35:6, 35:16
**successful** [2] - 14:14, 63:2
**sufficiently** [1] - 65:16
**Suite** [1] - 3:6
**summer** [1] - 165:8
**sump** [2] - 93:16, 93:17
**Sunday** [3] - 105:22, 106:9, 106:15
**Sundays** [2] - 106:4, 128:15
**supervise** [1] - 29:10
**supervision** [1] - 21:14
**supervisor** [5] - 27:1, 27:4, 27:7, 159:22, 160:4
**supervisors** [1] - 159:14
**supposed** [1] - 83:12
**swearing** [1] - 79:2
**switch** [2] - 93:23, 94:2
**sworn** [7] - 2:9, 2:10, 4:1, 4:21, 5:23, 6:3, 168:14

## T

**T-E-C-H** [1] - 20:9
**table** [7] - 61:17, 61:18, 96:16, 143:16, 146:1, 146:7, 150:10
**tables** [9] - 61:14, 75:6, 75:7, 75:9, 75:10, 75:13, 149:23, 150:1
**tacked** [1] - 6:22
**tall** [1] - 87:23
**taught** [4] - 63:5, 65:6, 66:6, 116:23
**tax** [3] - 7:23, 28:17, 96:23
**taxes** [3] - 29:4, 29:6, 97:15
**Taylor** [2] - 57:22, 123:16
**teach** [5] - 66:3, 66:10, 66:17, 67:6, 117:1
**teaching** [3] - 62:20, 63:2, 67:13
**tears** [1] - 124:7
**Tech** [19] - 21:18, 21:21, 21:22, 22:13, 23:1, 23:6, 23:16, 23:21, 24:18, 25:7,

25:9, 25:16, 26:1, 26:2, 27:6, 29:17, 29:21, 30:11, 31:1
**Ted's** [2] - 80:23, 81:2
**telephone** [3] - 9:23, 123:21, 161:14
**ten** [73] - 32:8, 40:18, 42:8, 42:15, 42:19, 43:1, 43:7, 43:11, 43:14, 43:18, 43:22, 44:3, 44:6, 44:10, 44:13, 44:16, 44:19, 44:23, 45:6, 45:9, 45:12, 45:16, 47:4, 47:7, 47:10, 47:14, 48:19, 48:22, 49:5, 49:8, 49:12, 49:16, 51:3, 56:5, 56:8, 56:12, 56:16, 56:19, 56:22, 57:2, 57:6, 57:10, 57:14, 57:17, 57:21, 58:22, 59:14, 59:17, 59:20, 60:8, 60:11, 60:14, 60:18, 77:15, 77:18, 77:21, 78:2, 80:15, 86:11, 86:14, 89:6, 89:9, 89:11, 94:11, 94:13, 94:14, 95:3, 106:21, 123:3, 123:7, 143:19, 143:21, 161:17
**ten-minute** [1] - 161:17
**terminate** [1] - 17:16
**termination** [1] - 17:18
**testified** [2] - 4:2, 89:17
**testify** [1] - 168:14
**Testify** [3] - 2:5, 5:18, 6:11
**testifying** [1] - 34:6
**testimony** [9] - 4:22, 34:14, 48:16, 88:16, 94:18, 168:7, 168:10, 168:11, 168:19
**THE** [106] - 7:17, 18:13, 33:1, 33:14, 48:18, 61:10, 62:5, 65:13, 67:19, 68:6, 68:12, 69:7, 71:15, 72:11, 73:13, 73:18, 75:13, 75:23, 76:9, 76:23, 78:14, 79:11, 80:8, 83:22, 88:8, 88:14, 90:2, 91:3, 91:11, 92:20, 94:20, 96:13, 97:3, 97:9, 106:6, 107:21,

110:20, 111:2, 111:7, 112:22, 113:4, 114:5, 116:18, 117:8, 119:20, 120:2, 122:14, 123:14, 123:19, 124:10, 124:16, 126:21, 127:18, 128:7, 128:20, 130:11, 132:18, 133:1, 133:7, 134:14, 135:9, 135:17, 135:22, 136:8, 137:1, 137:5, 137:14, 137:20, 138:4, 138:11, 138:19, 139:1, 139:14, 139:20, 140:5, 140:9, 140:14, 142:23, 143:8, 144:8, 144:13, 145:3, 146:3, 146:10, 147:9, 147:22, 148:10, 148:16, 148:23, 150:13, 150:19, 151:9, 152:11, 152:21, 153:16, 153:20, 155:7, 155:21, 157:3, 158:9, 158:17, 159:11, 160:1, 161:10, 167:14, 167:16
**therapy** [4] - 14:3, 14:10, 14:13, 16:6
**thinking** [1] - 65:11
**thirty** [7] - 19:10, 78:17, 79:6, 164:19, 164:21, 164:23, 165:6
**thirty-two** [1] - 19:10
**Thomas** [7] - 27:22, 43:20, 44:1, 44:5, 44:8, 50:8, 167:1
**three** [19] - 21:3, 23:11, 23:22, 52:9, 52:10, 52:11, 55:11, 55:13, 67:8, 67:12, 71:4, 71:6, 89:17, 94:21, 94:22, 163:13, 164:20, 165:1, 165:14
**throughout** [1] - 4:22
**tile** [4] - 109:5, 109:7, 109:10, 109:20
**time-wise** [1] - 78:4
**title** [2] - 12:19, 38:5
**TO** [1] - 2:1
**today** [7] - 4:10, 7:8, 17:6, 34:6, 37:15, 119:22, 120:4
**together** [1] - 33:16
**took** [4] - 23:23, 66:17, 93:18, 165:20

**top** [2] - 7:16, 8:10
**tops** [3] - 88:6, 88:8, 88:11
**towel** [2] - 139:17, 140:3
**Town** [1] - 141:17
**trained** [2] - 65:16, 117:14
**trains** [1] - 117:16
**transcript** [3] - 3:17, 168:18, 168:19
**TRAPP** [2] - 1:17, 3:2
**traveled** [3] - 118:9, 118:12, 118:16
**treated** [1] - 131:23
**trial** [2] - 3:19, 4:15
**Trial** [1] - 1:15
**truck** [15] - 129:22, 148:5, 148:8, 161:21, 162:3, 162:13, 162:20, 163:1, 163:4, 163:9, 164:16, 164:18, 165:3, 165:5, 165:6
**trucks** [1] - 145:12
**true** [5] - 25:14, 97:1, 123:2, 123:9, 168:18
**truth** [3] - 168:15, 168:16
**trying** [5] - 33:20, 64:15, 66:13, 81:18, 149:8
**turn** [1] - 150:7
**Turtle** [4] - 45:2, 54:12, 152:13
**Turtle's** [1] - 152:21
**twelve** [13] - 10:16, 78:5, 80:1, 80:18, 81:9, 88:18, 88:19, 107:2
**twenty** [3] - 20:1, 66:22, 67:7
**twenty-four** [1] - 20:1
**twice** [1] - 143:23
**two** [23] - 5:10, 9:6, 19:10, 23:4, 23:11, 55:11, 67:12, 71:9, 71:12, 72:9, 72:14, 72:20, 75:7, 75:10, 79:1, 88:10, 89:17, 102:9, 103:9, 136:17, 140:2, 160:14, 166:22
**type** [12] - 5:1, 5:8, 5:10, 8:4, 8:5, 51:4, 79:13, 89:14, 93:19, 95:6, 161:20, 164:11
**typed** [1] - 167:10
**types** [1] - 4:14

## U

**U.S** [4] - 2:9, 2:10, 5:23, 6:2
**unaware** [1] - 119:22
**under** [4] - 19:10, 79:3, 96:15, 168:11
**Unemployment** [9] - 19:18, 19:19, 19:21, 26:22, 31:9, 31:12, 31:14, 31:19, 96:23
**union** [3] - 16:22, 16:23
**UNITED** [1] - 1:3
**unquote** [1] - 158:14
**unusual** [2] - 136:22, 139:9
**up** [20] - 10:23, 15:14, 41:21, 42:20, 83:10, 86:23, 87:5, 88:12, 91:13, 92:11, 98:11, 115:13, 117:10, 118:3, 124:23, 147:5, 151:2, 151:11, 156:20
**update** [1] - 12:23
**uses** [1] - 165:6
**utilize** [1] - 119:14
**utilized** [6] - 70:5, 75:8, 75:10, 75:17, 77:3, 83:10

## V

**vacation** [4] - 24:6, 118:13, 118:18
**van** [7] - 129:23, 130:6, 145:15, 145:16, 145:18, 146:15, 157:7
**vans** [2] - 145:12, 145:14
**varied** [6] - 22:14, 23:2, 23:8, 67:19, 67:22, 130:3
**varies** [1] - 22:7
**vehicle** [13] - 68:7, 68:10, 162:1, 162:2, 162:10, 164:8, 164:9, 164:12, 165:8, 165:9, 165:11, 165:21, 166:2
**venison** [11] - 73:8, 73:9, 74:4, 89:1, 89:13, 89:20, 91:5, 91:9, 117:21, 118:5, 151:16
**verbatim** [1] - 168:8
**verify** [1] - 31:15
**versus** [1] - 21:12
**view** [1] - 69:13
**violation** [2] - 97:16,

Patrick Howells

15

98:3
**visible** [1] - 62:9
**vision** [1] - 125:3
**visit** [9] - 69:1, 81:12, 81:13, 81:16, 81:17, 81:19, 130:5
**visiting** [1] - 41:7
**volunteer** [2] - 118:21
**vs** [1] - 1:8

## W

**W-2** [6] - 9:10, 28:21, 28:22, 29:3, 97:14, 98:2
**W-2's** [1] - 7:22
**wages** [2] - 8:4, 28:17
**wait** [5] - 5:12, 5:13, 34:10, 150:21, 150:22
**waiting** [4] - 95:8, 145:18, 145:22, 150:17
**waived** [2] - 3:16, 3:17
**waives** [1] - 167:18
**wake** [1] - 98:11
**walk** [16] - 74:9, 74:11, 80:9, 130:5, 145:6, 145:20, 146:6, 146:13, 146:15, 146:21, 147:10, 147:18, 148:6, 148:16, 149:9, 155:1
**walked** [4] - 154:18, 154:20, 154:21, 154:22
**walking** [4] - 130:8, 148:5, 148:12, 154:15
**wall** [2] - 76:1, 146:3
**wash** [3] - 81:4, 154:3, 154:4
**watch** [1] - 98:11
**watched** [1] - 117:12
**watching** [2] - 117:8, 117:14
**water** [1] - 93:18
**ways** [1] - 4:23
**weather** [7] - 18:5, 18:16, 19:8, 22:7, 23:2, 23:14, 136:13
**wedding** [34] - 50:16, 50:17, 50:18, 84:1, 84:6, 84:10, 84:14, 84:16, 84:19, 84:22, 85:1, 85:8, 85:9, 85:15, 85:20, 86:5, 86:8, 86:12, 98:21, 99:8, 99:13, 99:16,

100:14, 100:21, 101:6, 101:7, 101:13, 102:1, 102:13, 102:14, 103:2, 103:14, 104:8, 128:2
**week** [3] - 18:20, 23:8, 30:3
**weeks** [3] - 20:1, 23:4, 34:21
**West** [1] - 13:13
**WESTERN** [1] - 1:4
**Western** [2] - 12:6, 13:10
**white** [22] - 133:11, 133:21, 133:22, 134:1, 134:3, 134:8, 134:9, 134:11, 134:19, 134:20, 135:4, 135:5, 135:7, 135:11, 135:12, 139:22, 145:16, 145:18, 146:15, 164:11, 165:11
**whole** [3] - 13:1, 71:11, 168:15
**wife** [8] - 100:10, 101:18, 101:21, 102:6, 102:7, 103:6, 104:6, 105:1
**William** [8] - 45:1, 45:5, 45:8, 45:11, 45:14, 54:12, 152:9, 152:13
**Williamsville** [1] - 13:6
**window** [3] - 62:2, 62:14
**windows** [1] - 130:19
**winter** [4] - 18:19, 22:8, 165:9, 165:16
**wise** [1] - 78:4
**WITNESS** [106] - 7:17, 18:13, 33:1, 33:14, 48:18, 61:10, 62:5, 65:13, 67:19, 68:6, 68:12, 69:7, 71:15, 72:11, 73:13, 73:18, 75:13, 75:23, 76:9, 76:23, 78:14, 79:11, 80:8, 83:22, 88:8, 88:14, 90:2, 91:3, 91:11, 92:20, 94:20, 96:13, 97:3, 97:9, 106:6, 107:21, 110:20, 111:2, 111:7, 112:22, 113:4, 114:5, 116:18, 117:8, 119:20, 120:2, 122:14, 123:14,

123:19, 124:10, 124:16, 126:21, 127:18, 128:7, 128:20, 130:11, 132:18, 133:1, 133:7, 134:14, 135:9, 135:17, 135:22, 136:8, 137:1, 137:5, 137:14, 137:20, 138:4, 138:11, 138:19, 139:1, 139:14, 139:20, 140:5, 140:9, 140:14, 142:23, 143:8, 144:8, 144:13, 145:3, 146:3, 146:10, 147:9, 147:22, 148:10, 148:16, 148:23, 150:13, 150:19, 151:9, 152:11, 152:21, 153:16, 153:20, 155:7, 155:21, 157:3, 158:9, 158:17, 159:11, 160:1, 161:10, 167:14, 167:16
**witness** [2] - 4:16, 4:19
**woman** [3] - 104:10, 104:20, 105:4
**women** [1] - 103:9
**word** [2] - 114:11, 115:22
**words** [3] - 113:9, 115:7, 136:19
**worker** [1] - 107:14
**workstation** [1] - 123:6
**wrap** [1] - 116:7
**wrapped** [2] - 71:21, 90:14
**wrapper** [2] - 61:22
**wrapping** [4] - 61:14, 61:17, 61:18, 71:23
**write** [1] - 167:11
**writing** [1] - 168:11

## Y

**year** [80] - 13:16, 14:1, 15:6, 16:5, 19:1, 20:13, 22:14, 28:14, 32:4, 41:20, 41:23, 42:4, 42:10, 42:17, 42:20, 43:2, 43:12, 43:19, 43:23, 44:4, 44:11, 44:14, 44:17, 45:4, 45:7, 45:10, 45:22, 47:1, 47:5, 47:15, 48:2, 48:5, 48:8, 49:3, 49:6, 49:9,

52:4, 52:6, 55:6, 56:2, 56:6, 56:9, 56:17, 56:20, 56:23, 57:3, 57:7, 57:11, 57:15, 59:8, 59:15, 60:3, 60:9, 60:12, 62:21, 62:23, 66:8, 67:3, 67:4, 71:5, 77:13, 77:16, 77:19, 77:22, 78:11, 89:18, 91:7, 93:5, 107:18, 122:7, 143:23, 157:13, 157:15, 157:17, 157:18, 161:20, 162:18, 163:6, 163:8
**years** [38] - 10:3, 10:16, 11:15, 11:16, 11:18, 15:1, 18:1, 19:15, 20:2, 20:14, 21:3, 23:22, 24:21, 32:8, 52:10, 66:10, 80:15, 89:6, 91:7, 94:12, 94:14, 98:9, 106:23, 120:18, 143:18, 162:7, 163:12, 163:13, 163:15, 164:17, 164:19, 164:22, 165:6, 165:14, 166:1, 166:4, 166:10, 166:11
**YORK** [2] - 1:4, 168:1
**York** [9] - 1:18, 3:4, 3:7, 3:23, 9:20, 12:6, 13:10, 20:11, 168:6
**yourself** [3] - 21:15, 53:11, 117:10

## Z

**zero** [1] - 165:1

Sue Ann Simonin Court Reporting