Judgment in a Civil Case
_____

## United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| DARCY M. BLACK | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 15-CV-49 |
| v. | |
| BUFFALO MEAT SERVICE, INC.,<br>d/b/a BOULEVARD BLACK ANGUS<br>a/k/a BLACK ANGUS MEATS<br>a/k/a BLACK ANGUS MEATS & SEAFOOD, ET AL. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Defendants' Motion for Summary Judgment is Granted.

| | |
|---|---|
| Date: May 24, 2021 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/ Jennifer V.<br>       Deputy Clerk |