UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DARCY M. BLACK,

                              Plaintiff,

   v.

BUFFALO MEAT SERVICE, INC., doing business
as BOULEVARD BLACK ANGUS, also known as
BLACK ANGUS MEATS, also known as.
BLACK ANGUS MEATS & SEAFOOD,
ROBERT SEIBERT,
DIANE SEIBERT,
KEEGAN ROBERTS         Defendants.

**NOTICE OF APPEAL**

Civ. No.  15-CV-00049 WMS

---

     **NOTICE** is hereby given that Plaintiff, DARCY M. BLACK, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final Judgment entered in this action on May 24, 2021, and the Decision and Order issued by the Hon. William M. Skretny, United States District Judge for the Western District of New York, dated, entered and filed in this matter on May 21, 2021, which granted Defendants' Motion for Summary Judgment in its entirety.

Dated: June 10, 2021

                                                   s/Josephine A. Greco
                                                   Josephine A. Greco, Esq.
                                                   GRECO TRAPP, PLLC
                                                  *Attorneys for Plaintiff, Cindy Moll*
                                                  1700 Rand Building
                                                  14 Lafayette Square
                                                  Buffalo, New York 14203
                                                  Telephone:  (716) 856-5800
                                                  E-mail: jgreco@grecolawyers.com

TO:    Randolph C. Oppenheimer, Esq.
           BARCLAY DAMON, LLP
           Attorneys for Defendants
           The Avant Building - Suite 1200
           200 Delaware Avenue
           Buffalo, New York 14202-2150
           E-mail: roppenheimer@barclaydamon.com